United States District Court

District of Massachusetts

~~Attachment~~

Plaintiff: Jerry Coviello

04   11901 MLW

v.

Complaint

Defendant = Town of Chelmsford Ma.
  Chelmsford police dept
et al. • Jennifer Fay
  • Michael Hearn - Dismissed from force July/August of 2004 - indicted for stealing monies from D.A.R.E. Fund.

• Gary Hannagan

• James Spinney

Complaint

Parties

RECEIPT # 58334
AMOUNT $ 150. cash
SUMMONS ISSUED  yes - 5
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY. CLK. F.O.N
DATE 8/31/04

The plaintiff is a member of your county, Mass. and a citizen of the U.S.

The Defendant {s} is the Town of Chelmsford in Ma. in the U.S.; is the Chelmsford police dept, in Chelmsford Ma. in the U.S.; Are the 4 officers aforementioned and they

are residents of Chelmsford Ma. or surrounding towns in the U.S.

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

Case 1:04-cv-11901-MLW   Document 1   Filed 08/31/2004   Page 2 of 8

On September 1st 2001 Officer Jen Fay radioed other officers, and/or dispatch to "pull over"/stop my car for the purpose of intimidation, harassment, and/or assault & battery because my passenger, a family aquaintance who was to drunk to drive home safely had conveyed words to her on his way out of the restaurant that expressed sexual interest in her. Violating my 4th Amendment rights.

On September 1st 2001 Officer Michael Horan intercepted a radio call from Officer Fay/dispatch to go to Chelmsford Street to "pull over"/stop my

car for the purpose of intimidation, harassment, and/or assault & battery and did commit assault & battery on my person & for which he has already defaulted in a state civil suit} violating my 4th Amendment rights.

On September 1st 2001 Officer Gary Hannagan intercepted a radio call from Officer Fay/dispatch to go to Chelmsford Street to "pull over"/stop m car for the purpose of intimidation, harassment, and/or assault & battery and did take part in stopping my ca for such purpose. Violating my 4th amendment rights.

On September 1st 2001 Officer James Spinney intercepted a radio call from Officer Fay/dispatch to go to Chelmsford Street to "pull over"/stop my car for the purpose of intimidation, harasment, and/or assault & battery, and did take part in stopping my car for such purpose, violating my 4th amendment rights.

Wherefore the plaintiff demands judgement against the defendants for = 1) $90,000.00 which equals 2ys of wk with my former co- which I missed, and other such punitive damages/relief as this court deems just.

The plaintiff demands a trial by jury.

Jerry Covrello
Jerry Covrello
52 Stedman St.
Chelmsford, Ma. 01824

telephone # 978-835-2411
978-884-8513
978-256-9192

JS-44
(Rev. 12/96)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

### I. (a) PLAINTIFFS
Jerry Coviello

### DEFENDANTS
Chelmsford Police Dept
Chelmsford MA 01824

(b) County of Residence: Middlesex City

County of Residence of First Listed Defendant: Middlesex County

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

### (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro Se   Jerry Coviello
52 Sheldon St
Chelmsford, MA 01824

ATTORNEYS (IF KNOWN)

**04 11901 MLW**

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF)

Citizen of Another State  X 2   X 2

Incorporated and Principal Place of Business In Another State  ☐ 5  ☐ 6

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| | PERSONAL INJURY / PERSONAL INJURY | | | |

CIVIL RIGHTS: ☒ 440 Other Civil Rights

### VI. CAUSE OF ACTION

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION  ☐ UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: ☐ YES ☐ NO

### VIII. RELATED CASE(S) (See instructions): IF ANY

Signature: Jerry Coviello   Pro Se

UNITED STATES DISTRICT COURT

*Jerry Covello v. Chelmsford Police Dept.*

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   I.  160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
        740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
        315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
        380, 385, 450, 891.

   IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
        690, 810, 861-865, 870, 871, 875, 900.

   V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES     (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC §2403)

   YES     (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES     NO ✓

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES     NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES     NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

   EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

   EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Jerry Covello
ADDRESS  6 St. Helenas St.   after Sept
         Chelmsford MA 01824   21 N. Road
         978 884-8573 cell     Chelmsford MA
         978 835-2411 cell     01824