Case # 04-11901 MLW

v.

Town of Chelmsford
Chelmsford Police Dept.

Add to my original complaint.

If I did not recieve a correct copy of the turret tape from the police to prove my allagation that the female officer in my civil action, Identified as Jen Fay, called {radioed} for officers to pull me over for purposes of intimidation & harassment, or called police dispatch to arrange or suggest that my car be pulled over for purposes of intimidation and/or Harassment, then I have, in addition to my First complaint, been denied my right to petition the court for a redress of grievences with a true and accurate record.

Jerry Coviello  12-20-04