AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Jerry Coviello

v.

Town of Chelmsford MA
Chelmsford Police Dept

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11901 MLW

TO: (Name and address of Defendant)

Chief Raymond McCusker
Chelmsford Police Dept
Chelmsford, MA 01824

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerry Coviello
71 North Rd
Chelmsford, MA 01824

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____

(By) DEPUTY CLERK

DATE: AUG 31 2004

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                  *Signature of Server*

                                        _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Raymond McMaster
   Chelmsford Police Dept
   old north Rd
   Chelmsford, MA 01824

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Miller, M___  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 12/11

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Express Mail
   ☐ Certified Mail
   ☐ Registered
   ☐ Insured Mail
   ☐ C.O.D.
   ☐ Return Receipt for Merchandise

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 9343 8828

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540