UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,  )
    Plaintiff,  )
  )
V.  )  C.A. NO.: 04 11901 MLW
  )
TOWN OF CHELSMFORD, et al  )

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

#### PARTIES

1. The defendants neither admit nor deny the allegations contained in this paragraph of the plaintiff's complaint.

2. The defendants neither admit nor deny the allegations contained in this paragraph of the plaintiff's complaint.

#### JURISDICTION

3. The defendants neither admit nor deny the allegations contained in this paragraph of the plaintiff's complaint.

4. The defendants deny the allegations contained in this paragraph of the plaintiff's complaint.

5. The defendants deny the allegations contained in this paragraph of the plaintiff's complaint.

6. The defendants deny the allegations contained in this paragraph of the plaintiff's complaint.

7. The defendants deny the allegations contained in this paragraph of the plaintiff's complaint.

    Wherefore, the defendants request that the plaintiff's complaint be dismissed and defendants be awarded attorney's fees, costs and expenses incurred in the defense of this matter.

#### **AFFIRMATIVE DEFENSES**

#### FIRST AFFIRMATIVE DEFENSE

    By way of affirmative defense, the defendants state that the defendants' actions are entitled to qualified good faith immunity.

## SECOND AFFIRMATIVE DEFENSE

Defendants state that their actions are immune from suit as they were engaging in discretionary functions.

## JURY DEMAND

The defendants respectfully demand a trial by jury.

Respectfully submitted,
Defendants,
By their attorneys,


        /s/ Leonard H. Kesten
Leonard H. Kesten, BBO #542042
Georgia K. Critsley, BBO #561212
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: January 7, 2005

2