Jerry Coviello
v.
Town of Chelmsford
Chelmsford Police Dept.

Docket no. 0411901 MLW

Where-as the defendant {s} in the above named case have not responded to my summons' to answer my complaint in the aloted time, I request an issuance of Default Notice.

Jerry Coviello  Pro SE

71 North Rd.
Chelmsford, Ma. 01824

phone  978-256-1986
cell   978-884-8513