Jerry Coviello
v.
Town of Chelmsford
Chelmsford Police Dept.

FILED ANSWER
IN CLERKS OFFICE
2005 JAN 18 P 12:21
U.S. DISTRICT COURT
DISTRICT OF MASS.

Docket no. 041190

Where-as the defendants law firm Brody, Hardoon, Perkins & Kesten LLP, had more than adequate time in which to answer my complaint and have offered no explanation as to why they answered late I request an issuance of Default notice.

Jerry Coviello Pro SE
71 North Rd.
Chelmsford, MA. 01824
Phone 978-256-1986
cell 978-884-8513