UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,            )
    Plaintiff,             )
                           )
V.                         )    C.A. NO.: 04 11901 MLW
                           )
TOWN OF CHELSMFORD, et al  )

NOTICE OF APPEARANCE

Please enter my notice of appearance on behalf of the defendants in the above captioned matter.

                Respectfully submitted,
                Defendants,
                By their attorneys,


                _____/s/ Georgia K. Critsley_____
                Leonard H. Kesten, BBO #542042
                Georgia K. Critsley, BBO #561212
                Brody, Hardoon, Perkins & Kesten, LLP
                One Exeter Plaza
                Boston, MA 02116
                (617) 880-7100

Dated: January 20, 2005