UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
    Plaintiff, )
     )
V. ) C.A. NO.: 04 11901 MLW
     )
TOWN OF CHELSMFORD, et al )

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR "ISSUANCE OF DEFAULT NOTICE"

Now come the Defendants in the above-captioned case and respectfully request that this Honorable Court deny the Plaintiff's request for "issuance of default notice" in this case. In support of their opposition, the defendants state the following:

1. The defendants first state their answer was not filed in a timely manner due to the defendants' insurance carrier's late retention of this firm to represent the defendants in this litigation.

2. However, upon this firm's retention of as counsel for the defendants, the defendants promptly filed their answer to the complaint. (See Exhibit 1- Defendant's Answer).

3. Until the plaintiff's apparent request for "issuance of Default notice," filed *twelve days after* the defendants filed their answer to the complaint, the plaintiff had filed no motion requesting a default.

4. Therefore, defendants had no reason to file any pleading and/or motion to remove default.

5. Because no request for a default was previously made and the answer has been filed, there is no basis to the plaintiff's request for a default.

Wherefore, the defendants request this Honorable Court deny the plaintiff's request for issuance of default.

Respectfully submitted,
Defendants,
By their attorneys,


\_\_\_\_\_/s/ Georgia K. Critsley\_\_\_\_\_
Leonard H. Kesten, BBO #542042
Georgia K. Critsley, BBO #561212
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: January 21, 2005