Jerry Covielle
v.
Town of Chelmsford
Chelmsford Police Dept., et al

FILED
IN CLERKS OFFICE
2005 FEB -2 A 11:31
U.S. MAGISTRATE COURT
DISTRICT OF MASS.

Docket no 04-11901

Now comes the plaintiff and opposes the "defendants opposition to plaintiffs request for issuance of default notice"

In support of his opposition the plaintiff states the following:

1) The summons specifically states that the defendants {s} are required to answer the complaint " within 20 days after service of this summons

on you, exclusive of the day of service".

2) The summons does not say that an answer may be given within 20 days of insurance carriers retention of council.

3) An answer could have been filed by the defendants within the alloted time requesting time to secure council.

4) The summons specifically states if an answer to the

complaint is not given within the alloted time "judgement by default will be taken against you".

Whereas the defendants have not offered a valid explanation for failing to answer the complaint in the alloted time, the plaintiff requests an issuance of default notice.

Respectfully Submitted,

*Jerry Coviello*

Jerry Coviello Pro-SE
71 North Rd.
Chelmsford, Ma. 01824
978-256-1986
978-884-8513 cell #