UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,)
    Plaintiff,)
)
V.)    C.A. NO.: 04 11901 MLW
)
TOWN OF CHELSMFORD, et al )

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S SECOND REQUEST FOR "ISSUANCE OF DEFAULT NOTICE"

Now come the Defendants in the above-captioned case and respectfully request that this Honorable Court deny the Plaintiff's request for "issuance of default notice" in this case. In support of their opposition, the defendants state the following:

1. The defendants first state their answer was not filed in a timely manner due to the defendants' insurance carrier's late retention of this firm to represent the defendants in this litigation.

2. However, upon this firm's retention of as counsel for the defendants, the defendants promptly filed their answer to the complaint. (See Exhibit 1- Defendant's Answer).

3. Until the plaintiff's apparent first request for "issuance of Default notice," filed *twelve days after* the defendants filed their answer to the complaint, the plaintiff had filed no motion requesting a default.

4. Therefore, defendants had no reason to file any pleading and/or motion to remove default.

5. Because no request for a default was previously made and the answer has been filed, there is no basis to the plaintiff's request for a default.

6.  Then on January 21, 2005, the defendants filed an opposition to the plaintiff's request for "issuance of Default notice."

7.  On February 1, 2005, this Honorable Court issued a ruling denying the plaintiff's issuance of default. (See Exhibit 2, Court's Order of February 1, 2005.)

6.  On or about February 3, 2005, the defendants received the plaintiff's second request for issuance of default *after the Court's February 1, 2005 Order denying the issuance of a default.*

Wherefore, the defendants request this Honorable Court deny the plaintiff's second request for issuance of default and order the plaintiff to pay reasonable attorney fees in having to oppose the plaintiff's filing of a second frivolous motion requesting an issuance of default.

> Respectfully submitted,
> Defendants,
> By their attorneys,
>
> /s/ Georgia K. Critsley
> Leonard H. Kesten, BBO #542042
> Georgia K. Critsley, BBO #561212
> Brody, Hardoon, Perkins & Kesten, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated: February 9, 2005

2