Jerry Coviello

V.

Chelmsford Police Dept
Town of Chelmsford et al

FILED
IN CLERKS OFFICE

2005 FEB 10 P 12:39

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action no

04-11901 MLW

## Notice of Change of Address

This is to inform the court that the Plaintiff Jerry Coviello has changed his address to 71 North Rd. Chelmsford, Ma. 01824

Sincerely Jerry Coviello

Jerry Coviello Pro Se
71 North Rd
Chelmsford, Ma. 01824

Phone 978-256-1986
cell 978-884-8513