UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,      )
    Plaintiff,       )
                    )
V.                  )     C.A. NO.: 04 11901 MLW
                    )
TOWN OF CHELSMFORD, et al )

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
Defendants
By their attorneys,

_____
Chief Raymond McCuster
Chelmsford Police Department
Town of Chelmsford

_____
Leonard H. Kesten, BBO #542042
Georgia K. Critsley, BBO #561212
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 3/30/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,            )
    Plaintiff,             )
                           )
V.                         )   C.A. NO.:  04 11901 MLW
                           )
TOWN OF CHELSMFORD, et al  )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                                    Respectfully submitted,
                                                    Defendants
                                                    By their attorneys,

_____         _____
James Spinney                             Leonard H. Kesten, BBO # 542042
Chelmsford Police Department      Georgia K. Critsley, BBO #561212
Town of Chelmsford                 Brody, Hardoon, Perkins & Kesten, LLP
                                                    One Exeter Plaza
                                                    Boston, MA  02116
Dated: 3/30/05                             (617) 880-7100

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,            )
    Plaintiff,            )
                           )
V.                         )        C.A. NO.: 04 11901 MLW
                           )
TOWN OF CHELSMFORD, et al  )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Jennifer Fay
Chelmsford Police Department
Town of Chelmsford

Dated: 3/30/05

Respectfully submitted,
Defendants
By their attorneys,

_____
Leonard H. Kesten, BBO # 542042
Georgia K. Critsley, BBO #561212
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,           )
    Plaintiff,              )
                            )
V.                        )   C.A. NO.: 04 11901 MLW
                            )
TOWN OF CHELSMFORD, et al )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
Defendants
By their attorneys,

_____
Gary Hannagan
Chelmsford Police Department
Town of Chelmsford

Leonard H. Kesten, BBO # 542042
Georgia K. Critsley, BBO #561212
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 3/30/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,           )
   Plaintiff,             )
                          )
V.                        )        C.A. NO.: 04 11901 MLW
                          )
TOWN OF CHELSMFORD, et al )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
Defendants
By their attorneys,

_____
Bernard F. Lynch
Town Manager
Town of Chelmsford

Dated: 3/30/05

_____
Leonard H. Kesten, BBO # 542042
Georgia K. Critsley, BBO #561212
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100