UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,           )
    Plaintiff,            )
                          )
V.                        )    C.A. NO.: 04 11901 MLW
                          )
TOWN OF CHELSMFORD, et al )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                                                   Respectfully submitted,
                                                                   Defendants
                                                                   By their attorneys,

_____                _____
Michael Horan                                    Leonard H. Kesten, BBO # 542042
Chelmsford Police Department           Georgia K. Critsley, BBO #561212
Town of Chelmsford                      Brody, Hardoon, Perkins & Kesten, LLP
                                                     One Exeter Plaza
                                                     Boston, MA  02116
                                                     (617) 880-7100

Dated: 4-6-05

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____

_____