UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JERRY COVIELLO,<br>     Plaintiff, | )<br>)<br>) | |
| V. | )<br>) | C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al | ) | |

<u>NOTICE OF APPEARANCE</u>

Please enter my notice of appearance on behalf of the defendants in the above captioned matter.

                                                            Respectfully submitted,
                                                            Defendants,
                                                            By their attorneys,


                                                            <u>      /s/ Jeremy I. Silverfine      </u>
                                                            Jeremy I. Silverfine, BBO #542779
                                                            Brody, Hardoon, Perkins & Kesten, LLP
                                                            One Exeter Plaza
                                                            Boston, MA  02116
                                                            (617) 880-7100

Dated: April 22, 2005