UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff, | )<br>)<br>) |
| V. | )   C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al | )<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my notice of withdrawal of appearance on behalf of the defendants in the above captioned matter.

Respectfully submitted,

/s/ Georgia K. Critsley
Georgia K. Critsley, BBO #561212
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: April 22, 2005