UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
    Plaintiff, )
     )
V. ) C.A. NO.: 04 11901 MLW
     )
TOWN OF CHELSMFORD, et al )

## JOINT STATEMENT

Pursuant to the court's order, the parties have conferred and have agreed to the following:

1. JOINT DISCOVERY PLAN

The parties agree to file and respond to written discovery by October 31, 2005.

2. FILING OF MOTIONS

All dispositive Motions are to be filed by January 31, 2005.

3. PARTIES CERTIFICATION

The defendants in the above action hereby certify that counsel for the defendants have conferred with the insurer for the defendants regarding the cost of the defense and the feasibility of alternate dispute resolution.

The plaintiff in the above action hereby certifies that counsel for the plaintiff has conferred with the plaintiff regarding the cost of the litigation and the feasibility of alternate dispute resolution.

Respectfully submitted,

| Plaintiff, | Defendants,<br>By their attorneys,<br>BRODY, HARDOON, PERKINS & KESTEN, LLP |
|---|---|
| _____<br>Jerry Coviello | _____/s/ Jeremy I. Silverfine_____<br>Leonard H. Kesten, BBO #542042<br>Jeremy I. Silverfine, BBO #542779<br>One Exeter Plaza<br>Boston, MA 02116<br>617 880 7100 |

Dated: April 22, 2005