# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DATE: 4-27-05
BY: [signature]

CIVIL ACTION
No. 0411901 MLW

Jerry Coviello,         )
v.                      )
Town of Chelmsford, et al )
_____)

Plaintiff's Answer, Response,
and Agreement to the terms of
**JOINT STATEMENT**
and Plaintiff's Presentation of
Settlement Proposal

Plaintiff Jerry Coviello hereby acknowledges the Joint Statement prepared by the Defense and accepts the three (3) factors of this statement and the Plaintiff hereby accepts and agrees to:

1. File and respond to written discovery by October 31, 2005;

2. File and adhere to all dispositive Motions by January 31, 2006;

3. Certify that he spoke with counsel for the Defense and presents the attached Settlement Proposal herewith in compliance with the U.S. District Court's NOTICE OF SCHEDULING CONFERENCE/ MOTION HEARING dated March 10, 2005 and files this Settlement Proposal with the Court within five (5) business days of the scheduled Conference/Motion Hearing of May 2, 2005.

<u>Jerry Coviello v Town of Chelmsford, et al</u>   CA # 0411901  MLW

## PLAINTIFF'S SETTLEMENT PROPOSAL

Plaintiff Jerry Coviello proposes:

1) Compensatory Damages for five (5) months of Wrongful Imprisonment = $500,000.00

   a. Compensatory Damages/Expenses incurred while waging defense against Wrongful Arrest, Illegal Search and Seizure and Wrongful Imprisonment:

      Attorney Fees= $20,500.00
      Private Detective Fees= $2,200.00
      2 years Lost Wages= $90,000.00
      Paralegal Fees= $500.00
      Expert Witness=$3,000.00

Damage Totals=

   1) $500,000.00 Compensatory Damages for Wrongful Imprisonment/ Violation of Civil Rights
   and
   2) $116,200.00  Costs incurred as a direct result of Defendants' wrongdoing against Plaintiff Coviello

Total Damages sought by Plaintiff = **$616, 200.00**

I. Jerry Coviello, attorney pro se, do hereby confirm that I filed a complete copy of this Acceptance of the Joint Statement and attached Settlement Proposal with the Court today, April 21, 2005.

I, Jerry Coviello, attorney pro se, do hereby confirm that I mailed via certified mail, a complete copy of this Acceptance of the Joint Statement and attached Settlement Proposal today, April 20, 2005 to:

Attorney Georgia K. Critsley
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Place
Boston, Massachusetts 02116

Signed under pains of perjury, *Jerry Coviello*
Jerry Coviello, pro se
71 North Road
Chelmsford, MA 01824
(978) 256-1986
(978) 884-8513