## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JERRY COVIELLO**                                         **CIVIL CASE**
                                                          **NO. 04-11901-MLW**

    **V.**

**TOWN OF CHELMSFORD et al**
    **Defendant(s)**


**WOLF, D.J.**                     **NOTICE OF RESCHEDULING/CANCELLATION**


The **SCHEDULING CONFERENCE** previously scheduled for **MAY 2, 2005** at **4:00 P.M.** before Judge **Wolf**, has been CANCELLED.  It has been RESCHEDULED for **MAY 11, 2005** at **3:00 PM** in courtroom 10 on the 5th floor.


                                           **SARA A. THORNTON**
                                           **CLERK OF COURT**


**April 28, 2005**                                    **By:**   **/s/ Dennis O'Leary**
**Date**                                                        **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                                              [ntchrgcnf.]