**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JERRY COVIELLO** | **CIVIL CASE** |
|                    | **NO. 04-11901-MLW** |
| V. | |
| **TOWN OF CHELMSFORD et al** | |
|        Defendant(s) | |

**WOLF, D.J.**         **NOTICE OF RESCHEDULING/CANCELLATION**

The <u>SCHEDULING CONFERENCE</u> previously scheduled for <u>MAY 11, 2005</u> at <u>3:00 P.M.</u> before Judge <u>Wolf</u>, has been CANCELLED. It has been RESCHEDULED for <u>JUNE 1, 2005</u> at <u>4:00 PM</u> in courtroom 10 on the 5th floor.

                                              **SARA A. THORNTON**
                                              **CLERK OF COURT**

<u>May 3, 2005</u>                            By:    <u>/s/ Dennis O'Leary</u>
Date                                         **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                                 [ntchrgcnf.]