UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff,<br><br>    v.<br><br>TOWN OF CHELMSFORD, et al<br>    Defendants. | C. A. No. 04-11901-MLW |

ORDER

WOLF, D.J.                                                                                       June 2, 2005

As stated at the June 1, 2005 conference, it is hereby ORDERED that:

1. The Plaintiff shall, by June 8, 2005, inform the court in writing whether he requests that the Pro Bono Clerk attempt to find counsel to represent him.

2. The Defendants shall, by June 15, 2005, provide the plaintiff with a compact disc with the "turret tape" recordings of calls to the Chelmsford Police Department from 11:30p.m. through 12:30a.m. on August 31, 2001, through September 1, 2001, and report to the court whether they have complied with this Order.

3. The parties shall comply with the attached Scheduling Order.

                                                              /s/ Mark L. Wolf
                                                       UNITED STATES DISTRICT JUDGE