United States District Ct.
District of Massachusetts

Jerry Coviello
plaintiff

C.A. no. 04-11901-MLW

v.

Town of Chelmsford, et al
Defendants

I do <u>not</u> wish the Pro Bono Clerk to attempt to find counsel to represent me.

Sincerely;

Jerry Coviello

Jerry Coviello Pro SE
71 North Rd.
Chelmsford, Ma. 01824

Phone 978-256-1986
Cell 978-884-8513