# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

June 14, 2005

***Via Federal Express***
***Overnight Mail***

Jerry Coviello
71 North Road
Chelmsford, MA  01824

RE:    Jerry Coviello
VS:    Town of Chelmsford Police Department, et al
U.S. District Court Civil Action no.: 04-11901-MLW

Dear Mr. Coviello:

Pursuant to your recent requests relative to the above-referenced matter, I am forwarding a second copy of the compact disc (previously sent to you *via* overnight delivery on June 8, 2005) of the Chelmsford Police Department dispatch recordings of August 31 thru September 1, 2001 that concern this incident. The CD runs close to 6 hours in length, and I had no problems opening and listening to same.

Please be advised that I have been informed by the Chelmsford Police Department and the Prosecutor in your criminal matter that you were previously provided with copies of both an audiocassette and CD version of this same (so-called) "Turret" tape some time ago.

Further be advised, that contrary to your representations in Federal Court on June 1, 2005, that the Middlesex Superior Court indictments (Indictments no. 2001-1129-005-008) are still pending.

Very truly yours,

Jeremy Silverfine

JIS/ld
Enclosure
cc:  Honorable Mark L. Wolf