# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

———————

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

June 14, 2005

The Honorable Mark L. Wolf
U.S. District Court
John Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:  Jerry Coviello
VS:  Town of Chelmsford Police Department, et al
U.S. District Court Civil Action No.:  04-11901-MLW

Dear Judge Wolf:

This letter is in response to the plaintiff's filing dated June 11, 2005 with this Court that the defendants' production of a CD disc was non-compliant with this Court's Order dated June 1, 2005 to produce same.

Pursuant to this Court's Order, the defendant produced a CD disc of the recordings of the Chelmsford Police Department relative to this incident.  The CD runs over 5 hours in length.

Very truly yours,

Jeremy Silverfine

JIS: hjo

cc: Jerry Coviello, *pro se*
    71 North Road
    Chelmsford, MA  01820