United States District Ct.
District of Massachusetts

Jerry Coviello
plaintiff

CA. no. 04-11901-MLW

V.

town of Chelmsford, et al
Defendants

I do <u>not</u> wish the Pro Bono Clerk to attempt to find counsel to represent me.

Sincerelly;

Jerry Coviello

Jerry Coviello Pro SE
71 North Rd.
Chelmsford, ma. 01824

Phone 978-256-1986
Cell 978-884-8513