# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

June 20, 2005

*Via Federal Express*
*Overnight Mail*

Jerry Coviello
71 North Road
Chelmsford, MA 01824

RE:   Jerry Coviello
VS:   Town of Chelmsford Police Department, et al
U.S. District Court Civil Action No.: 04-11901-MLW

Dear Mr. Coviello:

Pursuant to your most recent request, I am enclosing an additional copy of the compact disc (CD-R, compact disc recordable version) of the "Turret tape" recordings of calls to the Chelmsford Police Department beginning at 11:30 p.m. on August 31, 2001, through September 1, 2001.

Very truly yours,

Jeremy Silverfine

JIS: hjo
Enclosure
cc: Honorable Mark L. Wolf