United States District Court
District of Massachussettes

Jerry Coviello

v.                                CA # 04-11901-MLW

Town of Chelmsford
    et, al

This is to inform the court that as of 6-21-05 the defendants have complied with the court order for 6-15-05 by supplying a C-D recording of the turret tape data as requested.

In response to the defendant's filing dated 6-14-05, the plaintiff never represented in federal court that all charges pending in the State court had been dropped, only that most of the charges, including all gun charges had been dropped.

Respectfully Submitted 6-22-05

*Jerry Coviello*

Jerry Coviello  Pro SE
71 North Rd
Chelmsford, Ma. 01824

phone  978-256-1986
cell    978-884-8513