*Attached no. 9*



# Town of Chelmsford
## Police Department



Raymond G. McCusker
Chief of Police

October 30, 2002

Mr. Gerald A. Coviello
52 Stedman Street
Chelmsford, MA 01824

Dear Mr. Coviello:

I am writing to inform you that Lt. James Murphy has reviewed your civilian complaint and has determined that it is unjustified.

A review of police officer reports surrounding your arrest give no credence to your allegations. Furthermore, I find it highly unusual that the complaint comes more than one year after the incident.

Yours truly,

Raymond G. McCusker
Chief of Police

230 North Road, Chelmsford, MA 01824
Telephone: 978 250-5255, FAX: 978 256-7094