pg 1

United States District Court
District of Massachussettes

Jerry Coviello,
              plaintiff

v.                               CA# 04-11901-MLW

Town of Chelmsford
         et al
            defendant

---

Now comes the plaintiff who wishes to add 2 names to the list of defudants:

1. Officer Frank Rourke, Chelmsford P.D. who, through written statement, admits responsibility for a cassette tape recording of the turret tape data which the plaintiff contends was manipulated/edited.

Pg 2

2. Officer Scott Ubele, Chelmsford P.D. who through verbal statement and actions, has represented himself as being responsible for, and maintaining the integrity of, the C.D. copies of the turret tape data, which the plaintiff contends was manipulated / edited.

The plaintiff also wishes to keep the court informed on communications between himself and the defendants See attached copies: 1, 2, & 3.

Respectfully Submitted:
7-22-05

Jerry Coviello Pro SE
71 North Rd.
Chelmsford, Ma. 01824
978. 256-1986
978. 884. 8513   cell