# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

*Attached 1*

June 21, 2005

**Certified Mail**
**Return Receipt Requested**
**Receipt No.:  7000 1670 0005 5814 8208**

Jerry Coviello
71 North Road
Chelmsford, MA  01824

RE:   Jerry Coviello
VS:   Town of Chelmsford Police Department, et al
U.S. District Court Civil Action No.:  04-11901-MLW

Dear Mr. Coviello:

Enclosed please find a Notice of Taking your Deposition relative to the above-captioned matter.  Said deposition will take place on July 18, 2005 at 10:00 a.m. at my office.

Very truly yours,

Jeremy Silverfine

JIS: hjo
Enclosure

Attached 2

Attention Jeremy Silverfine:

This is an informal follow-up to my phone request { on your v-mail } on 7-7-05 for the information regarding the town of Chelmsfords insuran which I am entitled to under local rule 26 (a)(1)(D). Please forward the information to me as soon as you can, thank you.

dated 7-7-05

Jerry Coviello Pro Se
71 north Rd
Chelmsford, MA. 01824

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

*Attached 3*

July 15, 2005

Jerry Coviello
71 North Road
Chelmsford, MA 01824

RE:  Jerry Coviello
VS:  Town of Chelmsford Police Department, et al
U.S. District Court Civil Action No.: 04-11901-MLW

Dear Mr. Coviello:

Pursuant to your most recent request for the Town of Chelmsford's insurance coverage page, I am endeavoring to obtain same and will forward a copy when I receive it.

Very truly yours,

Jeremy Silverfine

JIS:jj