Pg 1

United States District Court
District of massachussettes

Jerry Coviello
        plaintiff

V.                              CA # 04-11901 MLW

Town of Chelmsford
        et al
        defendants

_____

Now comes the plaintiff who
opposes the defendants opposition
to plaintiff's motion to amend or
supplement pleadings and cites the
following reasons:

1) The plaintiff reserved the right
to add to the list of persons
who might have discoverable infor-
mation under local rule 26 (A)(i)(a)
{ See attached no 1 }, <u>as did the</u>

Pg 2

defendants { see attached n= 2 }

2) Rule 15 (a) says amendments may be made "by leave of the court", at the scheduling conference on 6-1-05. Judge Wolf asked the plaintiff if there were any names he wished to add to the list. At the time the plaintiff was unaware of the level of involvement of the 2 named Chelmsford police officers, and is now complying with the Judges instructions; if there were names to be added let the court know.

3) Since the named officers admit responsibility for exculpatory

Pg 3

evidence that the plaintiff contends was manipulated / edited, denying him the right to petition the Court for a redress of grievances by providing him with a true and accurate record of the turret tape data, and since that is part of the complaint { see attached no 3 3, and since we are still) in discovery) phase, the plaintiff rejects the defendants claim that these additions "would be to allow the commencement of a new proceeding against the two additionally (sic) named Chelmsford police officers".

Pg 4

4) Additionally, local rule 15.1(a)
<u>Amendments Adding Parties</u> : States
that "amendments adding parties
shall be sought as soon as an
attorney reasonably can be ex-
pected to have become aware
of the identity of the proposed
new party." The plaintiff
contends that this is a
reasonable time period as we
are still in the early phase of
Discovery, which does not end until
March 31st 2006.

5) The plaintiff wishes it known
that notice was served verbally on
6-18-05 at the deposition, which

P. 5

was 8 days before the written
notice { See copy of my copy of
deposition transcript, attached no. 4 }
6) Further-more the plaintiff
contends that the 2 named
officers do not actually represent
a "new party". The suit is
against The Town of Chelmsford
Chelmsford Police Dept et al
{ see attached no. 5 }. Et al means
"the others", the others the
plaintiff contends were involved in
the same single conspiracy of
corrupting via manipulation /
editing, or knowingly supplying
corrupted exculpatory evidence

Pg 6

to a defendant in a criminal case/plaintiff in a civil suit, and ultimately the court itself, in answer to a Judges Discovery order.

For these reasons the plaintiff requests the additions be allowed.

respectfully Submitted 7-31-05,

Jerry Coviello

Jerry Coviello  Pro SE
71 North Rd
Chelmsford, MA. 01824

phone 978-256-1986
cell  978-884-8513