Pg 1

United States District Court
District of massachussettes

Jerry Coriello
          plaintiff

V.                          CA # 04-11901 MLW

Town of Chelmsford
          et al
          defendants

Now comes the plaintiff who
includes this addendum to his
Motion to oppose the opposition
to his motion to amend the
pleadings, dated 7-31-05, and
cites the following facts.

1) The names of the 2 officers
the plaintiff wishes added to the
defendants list are already on the lists
of both plaintiff § Lt. Scott Ubeley,
See attached nº 1 Pg 2, nº 8 } and

Pg 2

defendants { Lt Francis Rourke and Lt Scott Ubeley, see attached no 2 pg 1 no 16 and pg 2 no 25 }.

2) These names are not so much being added to the list as they are being moved from witness to defendant now that the level of thier involvement is being made known to the plaintiff.

Respectfully Submitted 7-31-05

Jerry Coviello

Jerry Coviello Pro-SE
71 North Rd.
Chelmsford, MA. 01824

phone 978-256-1986
cell 978-884-8513