Attached no 1:

Pg 1

United States District Court

District of Massachussettes

Jerry Coviello
   Plaintiff

v.                               CA # 04-11902-MLW

Town of Chelmsford
      et al
      Defendant

Plaintiff Jerry Coviello's disclosure in accordance with Fed. R. Civ. P. 26

---

The Plaintiff Jerry Coviello provides the following information pursuant to the initial disclosure provisions of local rule 26.2 (A), 35.1, and 26.1 (B) (1) and (2). 26.2 (A) (i.e. 26 (a)(1)=(A)(B)(C)(D)).

26(a)(1)(A)  Individuals likely to have discoverable information relevant to disputed facts.



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JERRY COVIELLO,<br>Plaintiff, | )<br>)<br>) | |
| V. | )<br>) | C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al | ) | |

### DEFENDANTS', TOWN OF CHELMSFORD, JENNIFER FAY, MICHAEL HORAN, JAMES SPINNEY, GARY HANNAGAN, BERNARD F. LYNCH AND CHIEF RAYMOND McCUSKER'S DISCLOSURE IN ACCORDANCE WITH FED.R.CIV.P. 26

The defendants, Town of Chelmsford, Jennifer Fay, Michael Horan, James Spinney, Gary Hannagan, Bernard F. Lynch and Chief Raymond McCusker provide the following information pursuant to the initial disclosure provisions of Local Rule 26.2 and Fed. R. Civ. P. 26(a).

26(a)(1)(A).  **Individuals likely to have discoverable information relevant to the incidents as described in the plaintiff's Complaint:**

(1) Jerry Coviello, Plaintiff, 71 North Road, Chelmsford, MA
(2) Chief Raymond McCusker, Chelmsford Police Department, One Olde North Road, Chelmsford, MA 01824
(3) James Spinney, Chelmsford Police Department
(4) Jennifer Fay, Chelmsford Police Department
(5) Gary Hannagan, Chelmsford Police Department
(6) Bernard F. Lynch, Town Manager, Town of Chelmsford
(7) Michael Horan, 65 Davis Road, Chelmsford, MA
(8) Richard A. Fries, 15 Hull Road, Chelmsford
(9) Christopher D. Zaher, Chelmsford Police Department
(10) Officer Robert Murphy, Chelmsford Police Department
(11) Sgt. Edward Smith, Chelmsford Police Department
(12) Officer John McGeown, Chelmsford Police Department
(13) Officer Brian Mullen, Chelmsford Police Department
(14) Officer David MacKenzie, Chelmsford Police Department
(15) Officer Francis Teehan, Chelmsford Police Department
(16) Lt. Francis Roark, Chelmsford Police Department
(17) Officers from NEMLEC
(18) Officer Stephen Fredericks
(19) State Police Sgt. Charles Hanko
(20) Inspector Kenneth Duane

Caniello
v.
Town of Chelmsford
Chelmsford Police Dept.

Add To my original Complaint.

If I did not recieve a correct copy of the turret tape from the police to prove my allagation that the female officer in my civil action, Identified as Jen Fay, called {radioed} for officers to pull me over for purposes of intimidation & harRassment, or called police dispatch to arrange or suggest that my car be pulled over for purposes of intimidation and/or HaRassment, then I have, in addition to my first complaint, been denied my right to petition the court for a redress of grievences with a true and accurate Record

Jerry Caniello  12-20-04

*Attached no 4*

85

| | | |
|---|---|---|
| 1 | A | When you say "witness," does that include defendant, |
| 2 | | like this (indicating)? You're not being literal? |
| 3 | Q | No. In other words, you have listed, just so I'm |
| 4 | | clear, you have listed people with discoverable |
| 5 | | information, and you have listed on Page 2 and Page 3 |
| 6 | | eleven names. Is there anyone else you have learned |
| 7 | | of since the time you filed this who may have |
| 8 | | discoverable information? |
| 9 | A | Yes. |
| 10 | Q | Okay. Who else? |
| 11 | A | Lieutenant Frank Rourke. |
| 12 | Q | Spell the last name. |
| 13 | A | R-o-u-r-k-e, I think. |
| 14 | Q | Okay. Where is he from? |
| 15 | A | Chelmsford Police. |
| 16 | Q | What does Mr. Rourke have knowledge about, as best you |
| 17 | | know? |
| 18 | A | Editing. |
| 19 | Q | Editing? |
| 20 | A | Yes. |
| 21 | Q | In what way? |
| 22 | A | His name was on a tape, the tape that we have, the |
| 23 | | Analog tape that he handed over. He put his name on |
| 24 | | it saying that he did it, and I have evidence that |

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

| | | |
|---|---|---|
| 1 | | it's been manipulated. |
| 2 | Q | When you say you have "evidence that it's been |
| 3 | | manipulated," you're talking about the so-called |
| 4 | | turret tape? |
| 5 | A | That's correct. |
| 6 | Q | In what way do you believe they have been manipulated? |
| 7 | A | My audio forensic expert told me so. |
| 8 | Q | What did he tell you? |
| 9 | A | He doesn't get into technical terms with me, I'm not |
| 10 | | an expert. |
| 11 | Q | In layman's terms.  I'm a layman, also. |
| 12 | A | It's been edited. |
| 13 | Q | It's been edited in what fashion, as best you can? |
| 14 | A | It's been edited that things were taken out. |
| 15 | Q | According to you, and I know you'll produce it as part |
| 16 | | of discovery, you're saying your expert has told you |
| 17 | | that this tape that has been produced by Chelmsford |
| 18 | | has been edited? |
| 19 | A | That's correct. |
| 20 | Q | Did he say in what fashion it's been edited besides |
| 21 | | what you have told us? |
| 22 | A | Just what I said. |
| 23 | Q | Anything else that you can -- |
| 24 | A | Not at this point. |

```
1    Q    All right.
2    A    He's in the middle of doing his.
3    Q    All right.  Just so -- We are on the framework of
4         witnesses who may have discoverable evidence, what
5         would Lieutenant Frank Rourke have in terms of
6         discoverable evidence?
7    A    I would add his name to the defendant list, as the
8         Judge asked me if I wanted to do when we first met.
9    Q    You say "defendant."  Plaintiff?
10   A    Plaintiff.
11   Q    Just so you understand, civil case, you're the
12        plaintiff, we are the defendants; right.  You would
13        add Lieutenant Frank Rourke to your list?
14   A    Defendants.  The Judge asked me if there was anyone
15        else I wanted, whose name I wanted to add to the
16        list --
17   Q    Okay.
18   A    -- of defendants.
19   Q    You'll have to take that up with the Judge.  I'm just
20        asking you what information, other information anyone
21        else would have on this case?
22   A    I named everyone in here.  I named the defendants,
23        they have discoverable information.
24   Q    I'm going to get to them in a minute.  Is there anyone
```

| | | |
|---|---|---|
| 1 | | else?  You mentioned Lieutenant Frank Rourke? |
| 2 | A | Yes. |
| 3 | Q | His role would be what? |
| 4 | A | Help manipulate or helped manipulate a tape. |
| 5 | Q | You're basing that on? |
| 6 | A | What my expert said.  He says he's the one who got it. |
| 7 | Q | Anyone else? |
| 8 | A | Lieutenant Scott Ubley. |
| 9 | Q | How do you spell his last name? |
| 10 | A | U-b-e-l-e, I think. |
| 11 | Q | What would Lieutenant Ubley's role be in this? |
| 12 | A | That he manipulated CD Rom and CD data. |
| 13 | Q | Similar to what you described to Lieutenant Frank Rourke? |
| 15 | A | Yes. |
| 16 | Q | Anything else that Lieutenant Ubley would be involved with in this case? |
| 18 | A | To my knowledge, right now, that is all I can say. |
| 19 | Q | Anyone else, anyone else that you're aware of? |
| 20 | A | No. |
| 21 | Q | Okay.  Richard Fries currently lives at 15 Hull Road in Chelmsford? |
| 23 | A | I believe so, yes. |
| 24 | Q | Did you have conversation with Mr. Fries after this |

United States District Court

District of Massachusetts

~~Michael~~                              ~~attachment~~

Plaintiff: Jerry Coviello    04  11901 MLW
                                  Complaint
           v.

Defendant = ~~Town of Chelmsford Ma.~~
             Chelmsford police dept.
  et al. • Jennifer Fry
        • Michael Hornwi = Dismissed from force July/
          August of 2004 - indicted for stealing monies
          from D.A.R.E. Fund.

        • Gary Hannagan

        • James Spinney

           Complaint

           Parties

RECEIPT #_____
AMOUNT $ 150. cash
SUMMONS ISSUED yes-5
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. F.O.W
DATE   8/3/04

The plaintiff is a member of your county, Mass. and a citizen of the U.S.

The Defendant {s} is the Town of Chelmsford in Ma. in the U.S.; is the Chelmsford police dept, in Chelmsford Ma. in the U.S; Are the 4 Officers afore mentioned and they