# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

July 29, 2005

Jerry Coviello
71 North Road
Chelmsford, MA  01824

RE:  Jerry Coviello
VS:  <u>Town of Chelmsford Police Department, et al</u>
U.S. District Court Civil Action No.:  04-11901-MLW

Dear Mr. Coviello:

I am enclosing the transcript from your deposition taken on July 18, 2005. You have until August 29, 2005 to return to me the original completed "Errata Sheet" and original Signature Page. If I do not receive a completed original Errata Sheet and original signed Signature Page on or before August 29, 2005, you will deemed to have waived any right to make any corrections to your deposition transcript. Please keep the copy of your deposition transcript. You need only return to me the original Errata sheet and Signature pages.

Although stenographers are usually very, very accurate, they sometimes make typographical errors. Clearly, a stenographic error such as typing the word "was" instead of the words "was not" can dramatically (and incorrectly) change an answer you have provided. Accordingly, please read your deposition transcript very, very carefully. As you are reading your deposition transcript, please note each error on the enclosed Errata Sheet as indicated. After you have completed reading the deposition transcript and noting each error on the enclosed original Errata Sheet, please sign and date the Signature Page and return the <u>original</u> Errata Sheet and <u>original</u> Signature Page to me. Again, if I do not receive the original Errata Sheet and original Signature Page on or before August 29, 2005, you will be deemed to have waived any right to make any corrections to your deposition transcript.

If you have any questions please contact me. *My response to this is included, again, to keep the court aware of communications between Plaintiff and Defendants. — JC.*

151

1   GERALD ANTHONY COVIELLO, having been duly
2   sworn according to law, deposes and says that he has
3   read the foregoing transcript of testimony, and that
4   it is true and correct (with the exception of the
5   corrections listed below) to the best of his
6   knowledge, information and belief.

9   Page       Line        Correction

10  20, L17→18; At the time of deposition I had For-
11  gotten some problems I had had with the Burlington
12  Police so long ago. Since I'm the one who brought
13  it up to Sgt Smith at our "Backporch meeting" the
14  night of the incident, the Answer (Line 18) "no" should
    be changed to "yes."

15  38, L 13→15; I assume you must have meant at the
16  time of the incident. To clarify I know now by his
17  Grand Jury testimony he is Michael Horan.

—OVER→

19  Signed under the pains and penalties of perjury
20  this              day of              , 2005.

                                    *Jerry Coviello* (signature)
                                         Deponent

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

Page 44, L 23; I didn't know at the time, the officer had later been identified ~~to~~ to my mother by then atty Robert T. Wynn.

Page 50, L 8, 9, 10; I take issue with Line 8 "I don't know" I said I was pretty sure it was an Auto Matic. Lines 9, 10 go to the last response {pg 44 line 23} the officer had been identified to my mother as James Spinney, against whom my mother filed a complaint {see copy attached no 1 3}.

Page 68, L 21; "Trinket Revolvers" not "Junket Revolvers"

Page 77, L 6; "She might have just said" not "He might have just said"

Page 77, L 18→20; "Yes we asked for turret tape Data and what I was given had been manipulated/edited, so that I couldn't prove my allegation". This is Aprx what I said. I contest having given as sloppy a response as the one in the transcript.

Page 110, L 12; The B.B ~~rifle~~ was mine I can't conceive of having stated otherwise.

Page 124 L 15; "I had just been assaulted and chased" not "Shaken"

*Attached #1* (handwritten)



## OFFICE OF THE
# POLICE DEPARTMENT
### CHELMSFORD, MASS.

# CIVILIAN COMPLAINT FORM

| | |
|---|---|
| **Date of incident:** Sept. 1st, 2001 **Time:** approx. 1:00a.m | **Means of Complaint:** **Person:** _____ **Telephone:** _____ |
| **Date of Report:** Nov. 7th, 2002 **Time:** noon | **Line:** _____ **Time:** _____ |

**Complainant:** Charlotte I. Coviello   **Phone Number:** 978-256-9192

**Address:** 52 Stedman Street – Chelmsford, MA 01824

**Complaint Charges:** Assault with a deadly
**Physical Abuse:** weapon/gun
**Verbal Abuse:** yes
**Non Police Service:** _____
**Other:** _____

**Officer Involved:** James Spinney
**On Duty:** yes      **Off Duty:** _____
**If On Duty**
**Working With:** _____
**Assignment:** Patrol
**Hours of Work:** night shift

### DESCRIPTION OF INCIDENT (USE REVERSE SIDE AS NECESSARY)

At the above date and time, I was in my living room, at the above stated address, ~~watching t.v. when I heard my son Gerald run in the house frantically. I went to the back~~ door to see what was going on. I then saw a number of police officers hiding behind cars in my driveway. I asked what was going on and they all started yelling at once. Suddenly, ~~an officer, now identified as James Spinney, rushed up the stairs toward me. Frightened~~ and startled I jumped back and threw the back door closed. The officer threw open the screen door and started kicking the back door and swearing. He then raised his gun and ~~pointed it at my head and continued swearing. My son then handed me the telephone,~~ which he had in his hand. The officer leaped off the porch as I took the phone and then I started talking to the officer at the police station, that my son had called.

**Witnesses:**
Name:_____   Address:_____   Telephone:_____

Name:_____   Address:_____   Telephone:_____

Name:_____   Address:_____   Telephone:_____

| Signature of Complainant: | Date: | Check other side if needed: Used:_____   Not Used:_____ |
|---|---|---|

| Complaint taken by: | Determination Made By: | Date: |
|---|---|---|

**Determination:**
**Sustained:** _____ | **Non Sustained:** _____ | **Unfounded:** _____ | **Unjustified or Unwarranted:** _____

Complaint/Revised 01/96