United States District Court    Pg 1
District of Massachussettes

Jerry Coviello
    plaintiff

v.                    CA # 04-11901 MW

Town of Chelmsford,
    et, al
    Defendants

---

Now comes the plaintiff and submits this report from Zed McLarnon of F.E.T. Although this report only references the CD's given to the State court in compliance with their order, the CD's given to this court to comply with its order, are copies. Mr. McLarnon has made oral representations to me that all CD's handed over by police for both courts are co ted

manipulated "Forgeries" and the — none represent a true copy of in unedited "master tape".

A formal write-up of this will be forthcoming. Also referenced are 2 cassette tapes that were the basis of my "addition" to my original complaint. As Mr. McLarnon has stated orally and in the report they are "riddled with edits".

Respectfully Submitted
9-21-05

Jerry Covello Pn SE

*Jerry Covello*

71 North Rd.
Chelmsford, MA. 01824

ph 978-256-1986
cell 978-884-8513