*Attached 1 → 20*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
     Plaintiff,                  )
                               )
V.                                 )        C.A. NO.: 04 11901 MLW
                               )
TOWN OF CHELSMFORD, et al )

## NOTICE OF TAKING DEPOSITION

TO:   Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA 01824

     Please take notice that, at **10:00 a.m.** on **October 7, 2005**, at the offices of
**Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**,
the defendants will take the deposition upon oral examination of the **Keeper of
the Records of ESI**, pursuant to the applicable provisions of the Federal Rules of
Civil Procedure, before a Notary Public, in and for the Commonwealth of
Massachusetts, or before some other office authorized by law to administer
oaths. The oral examination will continue from day to day until completed. The
deponent is required to bring all documents responsive to the attached Schedule
"A."

     **You are invited to attend and cross-examine.**

                        Respectfully submitted,
                        TOWN OF CHELMSFORD, ET AL.
                        By their attorneys,

                        Jeremy Silverfine, BBO#542779
                        Brody, Hardoon, Perkins & Kesten, LLP
                        One Exeter Plaza
                        Boston, MA 02116
                        (617) 880-7100

Dated: *9-13-05*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail/hand on ____9-13-05____
Jeremy Silverfine

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
        Plaintiff,                 )
                                   )
V.                                 )        C.A. NO.: 04 11901 MLW
                                   )
TOWN OF CHELSMFORD, et al  )

### NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA  01824

        Please take notice that, at **10:00 a.m.** on **October 7, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten,** **LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of Pro Staff**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths.  The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

        **You are invited to attend and cross-examine.**

                              Respectfully submitted,
                              TOWN OF CHELMSFORD, ET AL.
                              By their attorneys,


                              *Jeremy Silverfine*
                              Jeremy Silverfine, BBO#542779
                              Brody, Hardoon, Perkins & Kesten, LLP
                              One Exeter Plaza
                              Boston, MA  02116
                              (617) 880-7100

Dated:  9-13-05

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail/hand on    9-13-05

*Jeremy Silverfine*

3

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,          )
    Plaintiff,          )
              )
V.          )          C.A. NO.: 04 11901 MLW
              )
TOWN OF CHELSMFORD, et al )

### NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA 01824

Please take notice that, at **10:00 a.m.** on **October 7, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of Z Corporation**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

**You are invited to attend and cross-examine.**

                    Respectfully submitted,
                    TOWN OF CHELMSFORD, ET AL.
                    By their attorneys,

                    Jeremy Silverfine, BBO #542779
                    Brody, Hardoon, Perkins & Kesten, LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    (617) 880-7100

Dated:  9-13-05

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by ~~mail~~hand on  9-13-05

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
        Plaintiff,                 )
                                   )
V.                                 )        C.A. NO.:  04 11901 MLW
                                   )
TOWN OF CHELSMFORD, et al  )

### NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA  01824

       Please take notice that, at **10:00 a.m.** on **October 7, 2005**, at the offices of
**Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116,**
the defendants will take the deposition upon oral examination of the **Keeper of
the Records of UCB Research,** pursuant to the applicable provisions of the
Federal Rules of Civil Procedure, before a Notary Public, in and for the
Commonwealth of Massachusetts, or before some other office authorized by law
to administer oaths.  The oral examination will continue from day to day until
completed. The deponent is required to bring all documents responsive to the
attached Schedule "A."

       **You are invited to attend and cross-examine.**

                              Respectfully submitted,
                              TOWN OF CHELSMFORD, ET AL.
                              By their attorneys,


                              Jeremy Silverfine, BBO#542779
                              Brody, Hardoon, Perkins & Kesten, LLP
                              One Exeter Plaza
                              Boston, MA  02116
Dated:  9-13-05               (617) 880-7100


### CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail/hand on   9-13-05

5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
     Plaintiff,                   )
                    )
V.                                 )     C.A. NO.: 04 11901 MLW
                    )
TOWN OF CHELSMFORD, et al )

## NOTICE OF TAKING DEPOSITION

TO:   Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA 01824

Please take notice that, at **10:00 a.m.** on **September 28, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of Randstad,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

     **You are invited to attend and cross-examine.**

                        Respectfully submitted,
                        TOWN OF CHELMSFORD, ET AL.
                        By their attorneys,

                        Jeremy I. Silverfine, BBO#542779
                        Brody, Hardoon, Perkins & Kesten, LLP
                        One Exeter Plaza
                        Boston, MA 02116
                        (617) 880-7100

Dated:  9|13|0 5

## CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
    Plaintiff,                 )
                               )
V.                                 )        C.A. NO.: 04 11901 MLW
                               )
TOWN OF CHELSMFORD, et al  )

### NOTICE OF TAKING DEPOSITION

TO:   Jerry Coviello, *Pro Se*
      71 North Road
      Chelmsford, MA 01824

Please take notice that, at **10:15 a.m.** on **September 28, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of Chelmsford Gulf,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

You are invited to attend and cross-examine.

Respectfully submitted,
TOWN OF CHELMSFORD, ET AL.
By their attorneys,

Jeremy I. Silverfine, BBO#542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 9/13/05

## CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,              )
    Plaintiff,              )
                )
V.                           )    C.A. NO.: 04 11901 MLW
                )
TOWN OF CHELSMFORD, et al )

## NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA 01824

Please take notice that, at **10:30 a.m.** on **September 28, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of Burlington Police Department,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

**You are invited to attend and cross-examine.**

Respectfully submitted,
TOWN OF CHELMSFORD, ET AL.
By their attorneys,

Jeremy I. Silverfine, BBO#542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 9\13\05

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on 9\13\05 -

8

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,          )
    Plaintiff,          )
               )
V.          )          C.A. NO.: 04 11901 MLW
               )
TOWN OF CHELSMFORD, et al  )

## NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA 01824

Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of Digital Paging Systems of Massachusetts, Inc.,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

You are invited to attend and cross-examine.

Respectfully submitted,
TOWN OF CHELMSFORD, ET AL.
By their attorneys,

Jeremy Silvertine, BBO#542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 8/17/05

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on

9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
    Plaintiff,                      )
                )
V.                                 )        C.A. NO.: 04 11901 MLW
                )
TOWN OF CHELSMFORD, et al )

## NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA 01824

Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116,** the defendants will take the deposition upon oral examination of the **Keeper of the Records of Fisons Incorporated,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

**You are invited to attend and cross-examine.**

Respectfully submitted,
TOWN OF CHELMSFORD, ET AL.
By their attorneys,

Jeremy Silverfine, BBO#542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 8/22/08

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 8/22/08

10

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,           )
     Plaintiff,           )
                         )
V.                        )          C.A. NO.: 04 11901 MLW
                         )
TOWN OF CHELSMFORD, et al )

## NOTICE OF TAKING DEPOSITION

TO:   Jerry Coviello, *Pro Se*
      71 North Road
      Chelmsford, MA  01824

Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of
**Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**,
the defendants will take the deposition upon oral examination of the **Keeper of
the Records of Middlesex Community College,** pursuant to the applicable
provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and
for the Commonwealth of Massachusetts, or before some other office authorized
by law to administer oaths. The oral examination will continue from day to day
until completed. The deponent is required to bring all documents responsive to
the attached Schedule "A."

You are invited to attend and cross-examine.

Respectfully submitted,
TOWN OF CHELMSFORD, ET AL.
By their attorneys,

Jeremy Silverfine, BBO#542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 8/22/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on 8/22/05

11

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
       Plaintiff,                  )
                                   )
V.                                 )        C.A. NO.: 04 11901 MLW
                                   )
TOWN OF CHELSMFORD, et al  )

## NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA  01824

       Please take notice that, at **10:00 a.m.** on **September 7, 2005,** at the offices of
**Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116,**
the defendants will take the deposition upon oral examination of the **Keeper of
the Records of University of Massachusetts at Boston,** pursuant to the
applicable provisions of the Federal Rules of Civil Procedure, before a Notary
Public, in and for the Commonwealth of Massachusetts, or before some other
office authorized by law to administer oaths.  The oral examination will continue
from day to day until completed. The deponent is required to bring all
documents responsive to the attached Schedule "A."

       **You are invited to attend and cross-examine.**

                              Respectfully submitted,
                              TOWN OF CHELMSFORD, ET AL.
                              By their attorneys,


                              Jeremy Silverfine, BBO#542779
                              Brody, Hardoon, Perkins & Kesten, LLP
                              One Exeter Plaza
                              Boston, MA  02116
                              (617) 880-7100

Dated:  8/22/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on 8-27-05

12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,            )
        Plaintiff,         )
                           )
V.                         )        C.A. NO.: 04 11901 MLW
                           )
TOWN OF CHELSMFORD, et al )

### NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA  01824

       Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of A.W. Sperry,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

       **You are invited to attend and cross-examine.**

                          Respectfully submitted,
                          TOWN OF CHELMSFORD, ET AL.
                          By their attorneys,


                          Jeremy Silverfine/BBO#542779
                          Brody, Hardoon, Perkins & Kesten, LLP
                          One Exeter Plaza
                          Boston, MA  02116
                          (617) 880-7100

Dated: 9/22/05

### CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9/22/05

13

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
        Plaintiff,                 )
                                   )
V.                                 )        C.A. NO.:  04 11901 MLW
                                   )
TOWN OF CHELMSFORD, et al  )

## NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA  01824

       Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of
**Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116,**
the defendants will take the deposition upon oral examination of the **Keeper of
the Records of Genzyme Molecular Oncology,** pursuant to the applicable
provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and
for the Commonwealth of Massachusetts, or before some other office authorized
by law to administer oaths.  The oral examination will continue from day to day
until completed. The deponent is required to bring all documents responsive to
the attached Schedule "A."

       **You are invited to attend and cross-examine.**

                          Respectfully submitted,
                          TOWN OF CHELMSFORD, ET AL.
                          By their attorneys,


                          Jeremy Silverfine, BBO#542779
                          Brody, Hardoon, Perkins & Kesten, LLP
                          One Exeter Plaza
                          Boston, MA 02116
                          (617) 880-7100

Dated: 8/22/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on 8/22/05

14

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
    Plaintiff,                     )
                       )
                          )
V.                                 )    C.A. NO.: 04 11901 MLW
                          )
TOWN OF CHELSMFORD, et al  )

## NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
        71 North Road
        Chelmsford, MA 01824

Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of Tissue Engineering, Inc.,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

**You are invited to attend and cross-examine.**

Respectfully submitted,
TOWN OF CHELMSFORD, ET AL.
By their attorneys,

Jeremy Silverfine, BBO#542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:  8/22/05

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on  9 / 2 2 / 05

/5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,        )
        Plaintiff,        )
                        )
V.                        )        C.A. NO.: 04 11901 MLW
                        )
TOWN OF CHELMSFORD, et al )

## NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
        71 North Road
        Chelmsford, MA  01824

Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of
**Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**,
the defendants will take the deposition upon oral examination of the **Keeper of
the Records of Collaborative Biomedical,** pursuant to the applicable provisions
of the Federal Rules of Civil Procedure, before a Notary Public, in and for the
Commonwealth of Massachusetts, or before some other office authorized by law
to administer oaths. The oral examination will continue from day to day until
completed. The deponent is required to bring all documents responsive to the
attached Schedule "A."

**You are invited to attend and cross-examine.**

Respectfully submitted,
TOWN OF CHELMSFORD, ET AL.
By their attorneys,

Jeremy Silverfine, BBO#542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on

16

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,        )
    Plaintiff,        )
           )
V.        )        C.A. NO.: 04 11901 MLW
           )
TOWN OF CHELSMFORD, et al  )

## NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA 01824

       Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of EEC,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

       **You are invited to attend and cross-examine.**

                  Respectfully submitted,
                  TOWN OF CHELMSFORD, ET AL.
                  By their attorneys,

                  Jeremy Silverfine, BBO#542779
                  Brody, Hardoon, Perkins & Kesten, LLP
                  One Exeter Plaza
                  Boston, MA 02116
                  (617) 880-7100

Dated: 8/22/05

### CERTIFICATE OF SERVICE

I hereby certify that a **true** copy of the above document was served upon the **attorney** of record for each other party by mail-hand on 8/22/05

17

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,     )
     Plaintiff,      )
              )
V.                )     C.A. NO.: 04 11901 MLW
              )
TOWN OF CHELSMFORD, et al )

### NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA 01824

Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116,** the defendants will take the deposition upon oral examination of the **Keeper of the Records of Dana Farber Cancer Institute,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

You are invited to attend and cross-examine.

Respectfully submitted,
TOWN OF CHELMSFORD, ET AL.
By their attorneys,

Jeremy Silverfine, BBO#542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 8/22/05

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand and on

18

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                )
    Plaintiff,            )
                    )
                    )
V.                             )          C.A. NO.:  04 11901 MLW
                    )
TOWN OF CHELSMFORD, et al  )

### NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello, *Pro Se*
       71 North Road
       Chelmsford, MA 01824

Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of **Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116**, the defendants will take the deposition upon oral examination of the **Keeper of the Records of K Force**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

**You are invited to attend and cross-examine.**

Respectfully submitted,
TOWN OF CHELMSFORD, ET AL.
By their attorneys,

Jeremy Silverfine, BBO#542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 9/12/05

### CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9/12/05

19

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
        Plaintiff,                 )
                                   )
V.                                 )        C.A. NO.: 04 11901 MLW
                                   )
TOWN OF CHELSMFORD, et al )

## NOTICE OF TAKING DEPOSITION

TO:   Jerry Coviello, *Pro Se*
      71 North Road
      Chelmsford, MA 01824

        Please take notice that, at **10:00 a.m.** on **September 7, 2005**, at the offices of
**Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116,**
the defendants will take the deposition upon oral examination of the **Keeper of
the Records of Ed's Gun & Tackle, Inc.,** pursuant to the applicable provisions of
the Federal Rules of Civil Procedure, before a Notary Public, in and for the
Commonwealth of Massachusetts, or before some other office authorized by law
to administer oaths. The oral examination will continue from day to day until
completed. The deponent is required to bring all documents responsive to the
attached Schedule "A."

        **You are invited to attend and cross-examine.**

                            Respectfully submitted,
                            TOWN OF CHELMSFORD, ET AL.
                            By their attorneys,


                            Jeremy Silverfine, BBO#542779
                            Brody, Hardoon, Perkins & Kesten, LLP
                            One Exeter Plaza
                            Boston, MA 02116
                            (617) 880-7100

Dated: 8/22/05

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on ___9/1-7/05___

*Attached 21 → 24*

*21*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,               )
    Plaintiff,            )
                )
V.                            )        C.A. NO.: 04 11901 MLW
                )
TOWN OF CHELSMFORD, et al )

## NOTICE OF TAKING DEPOSITION

TO:   Jerry Coviello
       71 North Road
       Chelmsford, MA  01824

Please take notice that on the 28th **day of September, 2005 at 10:00 a.m.**, at the **Chelmsford Police Department, One Olde North Road, Chelmsford, Massachusetts** defendant's attorney, Jeremy I. Silverfine, will take the deposition upon oral examination of **Mr. Moi**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

**?**

Respectfully submitted,
The defendants,
By their attorneys,

*Jeremy Silverfine*

Jeremy I. Silverfine, B.B.O. No.: 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Dated: 9-19-05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail/hand on  9-19-05

*Jeremy Silverfine*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,          )
    Plaintiff,           )
                         )
V.                       )     C.A. NO.: 04 11901 MLW
                         )
TOWN OF CHELMSFORD, et al )

### NOTICE OF TAKING DEPOSITION

TO:    Jerry Coviello
       71 North Road
       Chelmsford, MA 01824

Please take notice that on the 28th **day of September, 2005 at 12:00 p.m.**, at the **Chelmsford Police Department, One Olde North Road, Chelmsford, Massachusetts,** the defendants, in the above-entitled action, by its attorneys, Jeremy I. Silverfine, will take the deposition upon oral examination of **Lillian Clark**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

Respectfully submitted,
The defendants,
By their attorneys,

*Jeremy Silverfine*

Jeremy I. Silverfine, B.B.O. No.: 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: 9-19-05

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9-19-05

*Jeremy Silverfine*

24

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,　　　　　　　 )
　　　Plaintiff,　　　　　　　　 )
　　　　　　　　　　　　　　　 )
V.　　　　　　　　　　　　　　 )　　　C.A. NO.: 04 11901 MLW
　　　　　　　　　　　　　　　 )
TOWN OF CHELSMFORD, et al )

## NOTICE OF TAKING DEPOSITION

TO:　Jerry Coviello
　　　71 North Road
　　　Chelmsford, MA 01824

Please take notice that on the 28th **day of September, 2005 at 2:00 p.m.**, at the
**Chelmsford Police Department, One Olde North Road, Chelmsford, Massachusetts,**
the defendants, in the above-entitled action, by its attorney, Jeremy I. Silverfine, will
take the deposition upon oral examination of **Rob Moore**, pursuant to the applicable
provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the
Commonwealth of Massachusetts, or before some other officer authorized by law to
administer oaths. The oral examination will continue from day to day until completed.

?

　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　The defendants,
　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　*Jeremy Silverfine*
　　　　　　　　　　　　　Jeremy I. Silverfine, B.B.O. No.: 542779
　　　　　　　　　　　　　BRODY, HARDOON, PERKINS & KESTEN, LLP
　　　　　　　　　　　　　One Exeter Plaza, 12th Floor
　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　(617) 880-7100

Dated: 9-19-05

## CERTIFICATE OF SERVICE
i hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on　9-19-05
*Jeremy Silverfine*