Attn Jeremy Silverfine:

Regarding; Jerry Coviello; plaintiff

v.

Town of Chelmsford et al, Defendants

According to the court <u>scheduling order</u> we are obligated to meet at least once to explore the possibility of settlement and report to the court <u>by</u> oct 21st 2005 the status and prospects for settlement & see scheduling order no 8 3.

May I suggest oct 11th at 10 am at the address of the plaintiff, 71 North Rd, Chelmsford, MA. Please respond A.S.A.P. so we can solidify time and place before the deadline.

Signed; *Jerry Coviello*

Jerry Coviello Pro-SE
71 North Rd.
Chelmsford, MA. 01824
ph: 978-256-1986
cell 978-884-8513

Copy to Honorable Mark L. Wolf
U.S. District Court CA# 04-11901-MLW