Pg 1 United States District Court
District of Massachusettes

Jerry Coviello
    plaintiff

V.                      CA # 04-11901-MLW

Town of Chelmsford
Chelmsford police dept.
    et al

Oct 16th 2005

---

Now Comes the plaintiff to report to the Court that attempts to meet with the Council for the defendants to comply with the Scheduling Order, no. 8 { see copy "attached no.1" } have been rebuffed, with no counter suggestions { see copies "attached no.'s 2, 3, 4, & 5," they are in chronological order }.

Pg2

Respectfully Submitted;

10-16-05

*Jerry Coviello*

Jerry Coviello Pro-SE
71 north Rd.
Chelmsford, MA. 01824

ph: 978-256-9192
cell 978-884-8513