*Attached no. 1*

*re local rule*
*26(G)(1)(A)(B)(C)(D)*

[X]  4.  The parties shall by 7/8/2005 make the automatic document disclosure required by Local Rule 26.2(A) and, if applicable, disclose the information required by Local Rule 35.1 *list of medical costs for injury n/a*

[X]  5.  The parties shall by 7/8/2005 make the disclosure authorized by Local Rule 26.1(B)(1) and (2).

[ ]  6.  All dispositive motions except motions for summary judgment shall be filed by_____ and responses shall be filed fourteen days thereafter pursuant to Local Rule 7.1.

[ ]  7.  Discovery shall initially be limited to the issue(s) of _____, and shall be complete by _____.

[X]  8.  Counsel for the parties shall meet at least once to explore the possibility of settlement and report to the court by **OCTOBER 21, 2005** the status and prospects for settlement.

   If the case is not settled, the parties shall report whether they wish to participate in mediation to be conducted by a magistrate judge or attorney on the Court's panel of mediators.

[ ]  9.  A settlement conference, which must be attended by trial counsel with full settlement authority or with their clients, shall be held on _____, at _____.

[ ]  10. A status and case management conference will be held by Magistrate Judge _____ on a date to be scheduled by him in _____.

[X]  11. Plaintiff(s) and/or Counterclaim or Third Party Plaintiff(s) shall by **DECEMBER 9, 2005** designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2), concerning each expert. Each other party shall by **JANUARY 20, 2006** designate expert(s) and disclose the information described in Fed. R. Civ. P. 26(a)(2).

[X]  12. All discovery shall be complete by **MARCH 31, 2006**.

[X]  13. Counsel for the parties shall confer and, by **APRIL 20, 2006**, file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

[X]  14. A scheduling conference will be held on **APRIL 27, 2006** at **4:00 PM** and must be attended by trial counsel with full settlement authority or with their client(s). If appropriate, a

2

Attached no. 2    date 10-3-05
                  not an orig

Attn Jeremy Silverfine:
Regarding; Jerry Coviello; Plaintiff
v.
Town of Chelmsford et al, Defendants

According to the court Scheduling Order we are obligated to meet at least once to explore the possibility of settlement and report to the court by oct 21st 2005 the status and prospects for settlement { see scheduling order no. 8 }.
May I suggest oct 11th at 10 am at the address of the plaintiff, 71 North Rd, Chelmsford, MA. Please respond A.S.A.P. so we can solidify time and place before the deadline.

*Attached no- 3*

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

October 7, 2005

Jerry Coviello
71 North Road
Chelmsford, MA  01824

RE:   Jerry Coviello
VS.   <u>Town of Chelmsford Police Department, et al</u>
U.S. District Court Civil Action No.:  04-11901-MLW

Dear Mr. Coviello:

    I am in receipt of your undated letter requesting to meet to explore the possibility of settlement on October 11th.  Please be advised that I am unavailable on that date.

                       Very truly yours,

                       Jeremy Silverfine

JIS: jj

Attached no. 4 (pg 1)

Attention Jeremy Silverfine;
RE: Jerry Coviello
V = Town of Chelmsford P.D. et al
U.S. District Court Civil action no
04-11901-MLW.
Oct 9th 2005

I have recieved your letter dated oct 7th 2005 { see copy attached }. I am available Oct 17th, 18th, and 19th from 8AM to 12 midnight please choose a date and time and notify me by mail. I suggest either my address of 71 North Rd. Chelmsford { corner of North Rd & Dalton Rd} or Chelmsford Town Hall. Since both are close to the Chelmsford

Attached no. 4 (pg 2)

police Station & the site of your last 4 depositions } I'm sure you will find either location convenient.

I have no desire to deal with Boston traffic and parking for a meeting that might be more formality than substantive.

Signed: *Jerry Coviello*

Jerry Coviello Pro-SE
71 North Rd.
Chelmsford, MA. 01824

ph: 978-256-1986
cell: 978 884-8513

Copy to: honorable Mark L. Wolf

*Attached no. 5*

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

October 13, 2005

Jerry Coviello
71 North Road
Chelmsford, MA 01824

RE:  Jerry Coviello
VS:  <u>Town of Chelmsford Police Department, et al</u>
U.S. District Court Civil Action No.: 04-11901-MLW

Dear Mr. Coviello:

    I am in receipt of your letter dated October 9, 2005 requesting to meet to explore the possibility of settlement. Please be advised that I am unavailable for the suggested dates. As you have stated that this proposed meeting is more of a formality than substantive, may I suggest that we plan to talk after the next series of depositions.

Very truly yours,

Jeremy Silverfine

JIS: jj