A-1

~~--~~ I. This is my correspondence registry document Production. ✗

Attention Jeremy Silverfine;
RE: Jerry Covriello
V: Town of Chelmsford, PD, et al
U.S. District Court Civil Action no. 04-11901-MLW.

Nov. 25th 2005

Pursuant to LRCP 34 Regarding document production, the plaintiff requests the following documents =

1) The personnel records for officers Jenifer Fay, James Spinney, Gary Hannagan, Chief Raymond McCusker. and ex officer Mike Horan.

2) <u>All</u> records of complaints, formal and informal, internal and external, against the above named persons {for ch PD or <u>Any others</u>}

Pg 1

3) Copy of Chelmsford police department manual with regard to traffic stops.

4) Copies of the Certificates of graduation from the police academy of all persons named on pg 1, part "1)"

4) Copies of all interdepartmental correspondence by the Chelmsford police regarding Gerald A. Coviello.

That is all; Jerry Coviello

Jerry Coviello Pro SE
71 North Rd.
Chelmsford, MA. 01824

Ph 978-256-1986
cell 978-771-3061
or cell 978-884-8513

Copy to honorable Mark L. Wolf

Pg 2