pg1

United States District Court
District of Massachusetts

Jerry Coviello
    plaintiff

v.                              CA# 04-11901-MLW

Town of Chelmsford
  Chelmsford Police Dept
            et al

Dec 6th 2005

---

Now comes the plaintiff who wishes to designate the following witnesses as experts:

1) Zed McLarnon; F.E.T. 11 Vanderbilt ave, Ste=120, Norwood Ma. 02062-5056. ph ~~978~~ 781-762-8377

2) William Howerton; Scientific Boston, 1120 Mass Ave, Boxboro Ma. 01719   ph 978-266-9300

Pg2

The resume's of each are attached, numbers 1 & 2 respectively.

Respectfully Submitted:

*Jerry Coviello*

Jerry Coviello Pro-SE
71 North Rd.
Chelmsford, MA. 01824
ph: 978-771-3061
or  978-884-8513