**F.E.T.**

# FORENSIC ENGINEERS & TECHNOLOGISTS

John M. Orlowski, P.E., CSP, BCFE, Director
11 Vanderbilt Avenue, Suite 120
Norwood, Massachusetts 02062-5056

PHONE: (781)762-8377
FAX: (781)762-1862
general@fet-forensics.com
www.fet-forensics.com

## ZED McLARNON
*Senior Staff Consultant, Audio/Visual & Computer Engineering*

**EDUCATION:**
    1968: Wentworth Institute - Electronics
    Graduate - NASA Soldering School

**EXPERIENCE:**

**1982 – Present**  **Freelance Audio Engineer/Producer**
Audio/Visual Design Consultant
Technical Director of Zedz Music Digital Sound Studios

**1993 – 1994**  **Northeast Broadcasting School, Boston, MA**
Nationally certified two-year technical school teacher
Taught Physics of Audio, Recording Techniques, and associated disciplines

**1976 – 1982:**  **University of Mass. Media Center, Boston, MA**
Position: Audio Consultant (during installation of 16 Track Studio)
Chief Engineer/Studio Manager of Audio Studio
Duties: Design and install all electronics in 16 Track Audio Facility
Engineer audio recording sessions
Manage the booking, billing and marketing of studio
Supervise technical staff

**1973 – 1976:**  **Paul Winter Consort, Litchfield, CT**
Position: Audio Engineer
Duties: Design and maintain touring Public Address Systems
Travel with and operate sound system
Recorded two albums with the Consort and all consorts
Conduct electronic workshops at colleges visited

**1971 – 1973:**  **Intermedia Sound Studios, Boston, MA** – (First 16 track facility in world)
Position: Technical Director/Recording Engineer
Duties: Designed, installed and maintained all electronics (16 Track system)
Record albums, sound tracks, commercials and jingles

| | |
|---|---|
| 1972 – 1973: | **M.I.T., Cambridge, MA**<br>Off-campus advisor for M.I.T. Undergraduate Research Opportunity Program (UROP)<br>Duties: Instruct students in the tuning of a professional audio studio control room<br>Designed and built a stereo 1/3 Octave Equalizer. Built it into studio, used with audio spectrum analyzer to electronically tune the studio's (Intermedia Sound) control room. |
| 1970: | **Fleetwood Recording Studios** – Recording Engineer |
| 1969: | **Natural Sound Studios, Maynard, MA** – Recording Engineer – Intern |
| 1968 – 1969: | **Analog Devices, Cambridge, MA** – Design Technician/Quality Control Dept. |

**STUDIO INSTALLATIONS:**
- Intermedia Sound Studios, Boston, MA – 16 Track Audio Studio.
- University of Massachusetts, Boston, MA – 16 Track Audio Studio/Television Studio installation
- New England Life Television Studio, Boston, MA – Audio studio installation
- Beth Israel Hospital Television Studios, Boston, MA – Monitor and headphones system installation
- New England Deaconess Hospital Television Studio, Brookline, MA – Audio Studio installation
- Selcer Sound Studios, Boston, MA – 8 Track Audio Studio
- Zedz Music Recording Studios, Malden, MA – 16 Track analog and digital Audio Studio and Video Editing Suite