

SCIENTIFIC
BOSTON
INC

1120 Massachusetts Avenue
Boxborough, Massachusetts 01719

# WILLIAM M. HOWERTON

**Professional Practice**

Mechanics of deformation and fracture, crash worthiness, vehicle dynamics, dynamic analysis and simulation, nonlinear finite element development and applications, stability and collapse of complex structures, applications of probability theory. Past research includes full scale analysis and testing of vehicle motion and deformation; development of analytical models for material damage; dynamic simulation of submarine-ice sheet interaction during breakthrough including ice failure mechanisms; prestrain effects on ductile flaw growth in steel; development of weld flaw acceptance criteria to be used in conjunction with advanced nondestructive evaluation techniques; nonlinear material modeling; Monte Carlo simulation of fatigue and fracture; finite element simulation of material transformation and residual strain history which occurs during the welding process; structural stability and/or collapse of structures during quasi-static and dynamic events.

**Background**

M.S. (Civil Engineering) University of Wisconsin, Madison
B.S. (Civil Engineering) University of Wisconsin, Madison

Principal
    Scientific Boston Inc
Senior Engineer
    Failure Analysis Associates, Inc.
Senior Engineer
    Applied Mechanics Group, Electric Boat Division, General Dynamics

Member, American Society of Mechanical Engineers
Member, Society of Automotive Engineers
Member, American Society for Metals
Member, Pressure Vessel Research Committee of the Welding Research Council

*Attached No-2 Pg 2*

William M. Howerton
Page 2

## Selected Publications and Reports

"Aging Airframes, Fleet Database," prepared for Federal Aviation Administration, 1990.

"Review of Computerized Fatigue Crack Growth Analysis Programs for Submarine Hull Structures," prepared for Naval Sea Systems Command, 1989.

"Development of Advanced Material Modeling Techniques for Fatigue and Fracture," General Dynamics/Electric Boat Division, ERR-EB85-074, 1986.

"Fracture and Fatigue Technology 1984," General Dynamics/Electric Boat Division, ERR-EB84-085, 1985.

"Structural Mechanics of Ice Breakthrough," General Dynamics/Electric Boat Division, ERR-EB84-070, 1985.

"Fracture and Fatigue Technology Development," General Dynamics/Electric Boat Division, ERR-EB83-021, 1984.

"Graving Dock Number Three Core Load Requirements for Ohio Class Submarines," General Dynamics/Electric Boat Division, TN-AM-83, 1983.

"Development of Nonlinear Techniques for Fracture Mechanics, Analysis," General Dynamics/Electric Boat Division, ERR-EB82-035, 1982.

"A Summary of Developments in Computer-Assisted Hull Structure Design," General Dynamics/Electric Boat Division, ERR-EB82-019, 1982.

"Structural Integrity Evaluation of Flaws in 'Yorcalbro' Aluminum-Brass Piping," General Dynamics/Electric Boat Division, TN-AM-81-15, 1981.