# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

———————

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

December 13, 2005

The Honorable Mark L. Wolf
U.S. District Court
John Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:    Jerry Coviello
VS:    Town of Chelmsford Police Department, et al
U.S. District Court Civil Action No.:  04-11901-MLW

Dear Judge Wolf:

This letter and attached affidavit are in response to your Order of November 28, 2005 for me to file an affidavit seeking to show cause why sanctions should not be imposed.

First, I apologize to the Court. I intended to adhere to the Court's scheduling order to meet at least once to explore the possibility of settlement and report to the court by October 21, 2005. The plaintiff had written to me suggesting dates and times to meet. Based upon my schedule I could not meet the plaintiff at his suggested dates and time. I had written to the plaintiff suggesting that we meet after the next series of depositions and simply forgot to request that the Court allow additional time for the parties to meet and report to the Court. I fully intended to seek permission for this additional time to meet the plaintiff to discuss the possibility of settlement.

I would respectfully request that the Court not impose any sanctions in this regard.

Very truly yours,

*Jeremy Silverfine*
Jeremy Silverfine

JIS: jj
 cc: Jerry Coviello, *pro se*
    71 North Road
    Chelmsford, MA  01820