UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>　　Plaintiff,<br><br>V.<br><br>TOWN OF CHELSMFORD, et al | )<br>)<br>)<br>)　C.A. NO.:  04 11901 MLW<br>)<br>) |

### AFFIDAVIT OF JEREMY SILVERFINE

I, Jeremy Silverfine, do hereby depose and state as follows:

1. I am a duly licensed attorney in the Commonwealth of Massachusetts. I have been licensed in Massachusetts since 1984.

2. I am employed at the law firm of Brody, Hardoon, Perkins and Kesten in Boston.

3. I fully intended to meet the plaintiff to explore the possibility of settlement and report to the Court per the Court's scheduling order.

4. Due to scheduling conflicts I was unable to meet with the plaintiff at his suggested dates and times.

5. I wrote the plaintiff to suggest that we would meet at the next series of depositions to discuss settlement even though he had written that a meeting "might be more formality than substantive."

6. I had intended to request that the Court allow the parties additional time to explore the possibility of settlement and report to the Court per the Court's scheduling order

7. I have now met with the plaintiff to explore the possibility of settlement.

Respectfully submitted,

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO #542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA  02116
(617) 880-7100

Dated:  December 13, 2005