UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
V.　　　　　　　　　　　　　　　)　　　C.A. NO.: 04 11901 MLW
　　　　　　　　　　　　　　　　)
TOWN OF CHELSMFORD, et al )

## DEFENDANTS' REQUEST FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S REQUEST FOR DOCUMENTS

Now come the Defendants in the above-captioned case and respectfully request that this Honorable Court grant them an additional 30 days (until January 28, 2006) to respond to the plaintiff's request for documents.

In support thereof, the defendants state that they need additional time in order to properly respond to the plaintiff's request for documents dated November 25, 2005 (and received by the defendants shortly thereafter). This is the first such request for additional time to respond to the plaintiff's request for documents.

Wherefore, the defendants request this Honorable Court allow the requested additional 30 days to respond to the plaintiff's request for documents.

Respectfully submitted,
Defendants,
By their attorneys,


　　　/s/ Jeremy Silverfine
Leonard H. Kesten, BBO #542042
Jeremy Silverfine, BBO #542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: December 28, 2005