United States District Court
District of Massachusetts

Jerry Coviello,
  plaintiff

v.                                    CA# 04-11901-MLW

Town of Chelmsford
  Chelmsford Police Dept
    et al

Dec 19th 2005

---

Now Comes the plaintiff to report to the court that on 12-13-05 while attending a deposition being lead by the defendants Mr. Silverfine questioned me on a settlement proposal. I referred him to the written proposal I had submitted {see copy "attached A"}. He stated his clients were unwilling to settle

Pg 1

at this time, and said that his obligation to the court to meet and discuss the possibility of a settlement was now fulfilled.

I am in reciept of the <u>Affidavit of Jeremy Silverfine</u> {see copy "attached B"}. I take issue with the wording of excuse no. 5, firstly it is untrue, and incongruous with his cover letter and excuses no.'s 3 and 4. In his letter dated Oct 13th, 2005 { see copy "attached C"} Mr. Silverfine suggests we meet "<u>after</u>" the next series of depositions". Obviously he had already decided, one week prior, not to adhere to

Pg 2

the 2005 scheduling order. Secondarily, Mr. Silverfine attempts to shift some of the blame for his non compliance on to me. My use of the words "Formality", and "Substantive" refer only to a lack of desire to deal with inner city parking and traffic, and does not denote any apathy or indifference to the scheduling deadline {see my letter dated Oct 9th 2005, copy "attached D"}.

No. 7 of the Affidavit is correct, however I should point out that this meeting was not arranged, mentioned in the "Notices of taking

Pg 3

<u>depositions/Deposition Subpoenas</u>", & see copy "attached E" }, nor was it expected. If I had not appeared for Cross examination this matter would still be un-resolved.

   Respectfully Submitted:

    *Jerry Coviello*

   Jerry Coviello Pro-SE
   71 North Rd.
   Chelmsford, MA. 01824
   ph 978-771-3061
   or 978-884-8513