
Attached 'A'

Jerry Coviello v Town of Chelmsford, et al   CA # 0411901 MLW

## PLAINTIFF'S SETTLEMENT PROPOSAL

Plaintiff Jerry Coviello proposes:

1) Compensatory Damages for five (5) months of Wrongful Imprisonment = $500,000.00

   a. Compensatory Damages/Expenses incurred while waging defense against Wrongful Arrest, Illegal Search and Seizure and Wrongful Imprisonment:

   Attorney Fees= $20,500.00
   Private Detective Fees= $2,200.00
   2 years Lost Wages= $90,000.00
   Paralegal Fees= $500.00
   Expert Witness=$3,000.00

Damage Totals=

   1) $500,000.00 Compensatory Damages for Wrongful Imprisonment/ Violation of Civil Rights
   and
   2) $116,200.00 Costs incurred as a direct result of Defendants' wrongdoing against Plaintiff Coviello

Total Damages sought by Plaintiff = $616,200.00

*Attached B pg 1*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
    Plaintiff, )
 )
V. )   C.A. NO.: 04 11901 MLW
 )
TOWN OF CHELSMFORD, et al )

## AFFIDAVIT OF JEREMY SILVERFINE

I, Jeremy Silverfine, do hereby depose and state as follows:

1. I am a duly licensed attorney in the Commonwealth of Massachusetts. I have been licensed in Massachusetts since 1984.

2. I am employed at the law firm of Brody, Hardoon, Perkins and Kesten in Boston.

3. I fully intended to meet the plaintiff to explore the possibility of settlement and report to the Court per the Court's scheduling order.

4. Due to scheduling conflicts I was unable to meet with the plaintiff at his suggested dates and times.

5. I wrote the plaintiff to suggest that we would meet at the next series of depositions to discuss settlement even though he had written that a meeting "might be more formality than substantive."

6. I had intended to request that the Court allow the parties additional time to explore the possibility of settlement and report to the Court per the Court's scheduling order

7. I have now met with the plaintiff to explore the possibility of settlement.

Respectfully submitted,

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO #542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: December 13, 2005

*Attached B-page*

# Brody, Hardoon, Perkins & Kesten, LLP
Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

December 13, 2005

The Honorable Mark L. Wolf
U.S. District Court
John Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:  Jerry Coviello
VS:  <u>Town of Chelmsford Police Department, et al</u>
U.S. District Court Civil Action No.: 04-11901-MLW

Dear Judge Wolf:

    This letter and attached affidavit are in response to your Order of November 28, 2005 for me to file an affidavit seeking to show cause why sanctions should not be imposed.

    First, I apologize to the Court. I intended to adhere to the Court's scheduling order to meet at least once to explore the possibility of settlement and report to the court by October 21, 2005. The plaintiff had written to me suggesting dates and times to meet. Based upon my schedule I could not meet the plaintiff at his suggested dates and time. I had written to the plaintiff suggesting that we meet after the next series of depositions and simply forgot to request that the Court allow additional time for the parties to meet and report to the Court. I fully intended to seek permission for this additional time to meet the plaintiff to discuss the possibility of settlement.

    I would respectfully request that the Court not impose any sanctions in this regard.

Very truly yours,

*Jeremy Silverfine*
Jeremy Silverfine

JIS: jj
cc: Jerry Coviello, *pro se*
    71 North Road
    Chelmsford, MA  01820

ATTACHED C

# Brody, Hardoon, Perkins & Kesten, LLP
Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

October 13, 2005

Jerry Coviello
71 North Road
Chelmsford, MA  01824

RE:  Jerry Coviello
VS:  Town of Chelmsford Police Department, et al
U.S. District Court Civil Action No.:  04-11901-MLW

Dear Mr. Coviello:

I am in receipt of your letter dated October 9, 2005 requesting to meet to explore the possibility of settlement.  Please be advised that I am unavailable for the suggested dates.  As you have stated that this proposed meeting is more of a formality than substantive, may I suggest that we plan to talk ████ ne next series of depositions.

Very truly yours,

Jeremy Silverfine
Jeremy Silverfine

JIS: jj

Attached D pg 1

Attention Jeremy Silverfine;
RE: Jerry Coviello
V = Town of Chelmsford P.D. etal
U.S. District Court Civil action no
04-11901-MLW.
Oct 9th 2005

I have recieved your letter dated oct 7th 2005 { see copy attached }. I am available Oct 17th, 18th, and 19th from 8Am to 12 midnight please choose a date and time and notify me by mail. I suggest either my address of 71 North Rd. Chelmsford { corner of North Rd & Dalton Rd } or Chelmsford Town Hall. Since both are close to the Chelmsford

Attached D pg 2

police station & the site of your last 4 depositions § I'm sure you will find either location convenient.
I have no desire to deal with Boston traffic ~~and parking~~ for a meeting that might be more formality than substantive.

Signed: *Jerry Coviello*

Jerry Coviello Pro-SE
71 North Rd.
Chelmsford, MA. 01824

ph: 978-256-1986
cell: 978-884-8513

Copy to: honorable Mark L. Wolf

# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

November 8, 2005

Jerry Coviello
71 North Road
Chelmsford, MA  01824

RE:  Jerry Coviello
VS:  Town of Chelmsford Police Department, et al
U.S. District Court Civil Action no.: 04-11901-MLW

Dear Mr. Coviello:

Enclosed please find copies of Notices of Taking Depositions/Deposition Subpoenas for the following relative to the above-captioned matter:

1. Jody Delamas; *See last 3 pages*
2. Sharon Byam; and
3. Zed McLarnon.

Said depositions will take place at the Chelmsford Police Department.

You are, of course, invited to cross-examine.

Very truly yours,

Jeremy I. Silverfine

JIS: hjo
Enclosures
cc: Deputy Chief James Murphy