United States District Court
District of Massachusetts

Jerry Covrello
      Plaintiff

V.                        CA # 04-11901-MLW

Town of Chelmsford
    Chelmsford P.D.
        et al

Dec. 19th, 2005

---

Now comes the plaintiff to submit additional information pertinent to FRCP 26 {A} {2} regarding each expert.

<u>William Howerton, Scientific Boston:</u>

- <u>His signed report</u>. { see copy "attached no. 1"}
- <u>His Fee</u>. { see copy "attached no. 2"}

                          Pg 1

- <u>Other cases in which he has testified as an expert within the last 4 yrs.</u> {see copy "attached no. 3"}
- <u>List of publications the witness has authored within the last 10 yrs.</u> All publications included in resume already submitted.
- <u>Exhibits to be used.</u> Mr. Howerton has already testified once in Lowell Superior Court as to his findings. He may have submitted computer generated drawings. If he has, I will forward them.

<u>Zed McLarnon, F&T:</u>
- <u>His Fee.</u> {see copy "attached no. 4"}
- <u>Other cases in which he has</u>

Pg 2

<u>testified as an expert within the last 4 yrs.</u> { ~~see copy "attached no. 5"~~ } See Below

- <u>List of publications the witness has authored within the last 10 yrs.</u>

Mr. McLarnon not available to supply this information, will forward it ASAP.

Respectfully Submitted:

*Jerry Coviello*

Jerry Coviello Pro-SE
71 North Rd.
Chelmsford, MA. 01824
ph 978-771-3061
or 978-884-8513

Pg 3