*Attached no. 1*

**SCIENTIFIC BOSTON INC**

June 27, 2005

J. Thomas Kerner
Attorney at Law
230 Commercial Street
First Floor
Boston, MA 02109

Re: Gerald Coviello

Dear Mr. Kerner:

I have reviewed the facts related to an incident involving Mr. Gerald Coviello and the Chelmsford Police. It is my understanding that ~~[redacted]~~ on the driver's side. My task was to determine if that is possible given the existing evidence.

I have received photographs of Mr. Coviello's 1967 Mustang as well as a photograph of the alleged damage sustained by the police cruiser. The only visible area of potential damage was a black transfer mark on the Crown Victoria's driver door rub strip. There is no obvious deformation to the door skin or other structure.

The door skin on modern vehicles is approximately .035 inches thick and is easily deformed by vehicle impact. The Mustang has well-defined steel bumpers. If they made contact with the door structure, they would leave obvious deformation damage. The tire of the Mustang cannot reach this position without prior interaction by the Mustang's quarter panel and bumper. Therefore it is my opinion that Mr. Coviello's Mustang ~~[redacted]~~.

Sincerely,

*[signature]*

William M. Howerton
Principal

WMH:jmj:coviello

c:\wpwin\coviello\kerner081805.ltr

Engineering Analysis
and Design

1120 Massachusetts
Avenue

Boxborough,
Massachusetts
01719

Telephone
978 266 9300

Fax
978 266 2800

MDAC
EX. 8

Attached no-21

SCIENTIFIC
BOSTON
INC

Tax I. D. No.
04-3133239

-INVOICE-

*Attached no. 11*

**SCIENTIFIC BOSTON INC**

June 27, 2005

J. Thomas Kerner
Attorney at Law
230 Commercial Street
First Floor
Boston, MA 02109

Re: Gerald Coviello

Dear Mr. Kerner:

I have reviewed the facts related to an incident involving Mr. Gerald Coviello and the Chelmsford Police. It is my understanding that ~~Officer Flanagan has stated that Mr. Coviello crashed into his cruiser~~ on the driver's side. My task was to determine if that is possible given the existing evidence.

I have received photographs of Mr. Coviello's 1967 Mustang as well as a photograph of the alleged damage sustained by the police cruiser. The only visible area of potential damage was a black transfer mark on the Crown Victoria's driver door rub strip. There is no obvious deformation to the door skin or other structure.

The door skin on modern vehicles is approximately .035 inches thick and is easily deformed by vehicle impact. The Mustang has well-defined steel bumpers. If they made contact with the door structure, they would leave obvious deformation damage. The tire of the Mustang cannot reach this position without prior interaction by the Mustang's quarter panel and bumper. Therefore it is my opinion that Mr. Coviello's Mustang ~~did not strike the Officer's damaged police cruiser.~~

Sincerely,

*Wm. Howerton*

William M. Howerton
Principal

WMH:jmj:coviello

c:\wpwin\coviello\kerner081805.ltr

Engineering Analysis and Design

1120 Massachusetts Avenue

Boxborough, Massachusetts 01719

Telephone 978 266 9300

Fax 978 266 2800

MDAC
EX. 8

*Attached no. 2*

**SCIENTIFIC BOSTON INC**

Tax I. D. No.
04-3133239

-INVOICE-

Invoice #914301
October 12, 2005

J. Thomas Kerner
J Thomas Kerner, Attorney at Law
230 Commercial Street
Boston, MA 02109

Re: Gerald Coviello

For Period Ending August 31, 2005

PROFESSIONAL SERVICES:

|  | Hours | Amount |
|---|---|---|
| William M. Howerton | 3.00 | 840.00 |
| Total Fees: | 3.00 | $840.00 |

EXPENSES:

- No New Charges

| Total Expenses: | $0.00 |
|---|---|

| TOTAL INVOICE  (fees plus expenses): | $840.00 |
|---|---|

Engineering Analysis
and Design

1120 Massachusetts
Avenue

Boxborough,
Massachusetts
01719

Telephone
978 266 9300

Fax
978 266 2800

Attached no 2 pg 2.

J. Thomas Kerner                                                                Page 2

                                                                              Amount

Previous balance                                                              $568.94

Balance due                                                                 $1,408.94

Current      30 Days      60 Days      90 Days      120 Days
$840.00      $568.94      $0.00        $0.00        $0.00

*Attachment no. 2 pg 3.*

**SCIENTIFIC BOSTON INC**

Tax I. D. No.
04-3133239

-INVOICE-

Invoice #914265
August 23, 2005

J. Thomas Kerner
J Thomas Kerner, Attorney at Law
230 Commercial Street
Boston, MA 02109

Re: Gerald Coviello

For Period Ending June 30, 2005

PROFESSIONAL SERVICES:

|  | Hours | Amount |
|---|---|---|
| William M. Howerton | 2.00 | 560.00 |
| Total Fees: | 2.00 | $560.00 |

EXPENSES:

- Federal Express delivery to J. Thomas Kerner    8.94
    Total Expenses:    $8.94

TOTAL INVOICE (fees plus expenses):  $280/hr  $568.94
                                     $340

Engineering Analysis
and Design

1120 Massachusetts
Avenue

Boxborough,
Massachusetts
01719

Telephone
978 266 9300

Fax
978 266 2800

*Attached no 2 pgs*

| | | | | |
|---|---|---|---|---|
| 8/23/2005 | | Scientific Boston Inc | | |
| 2:19 PM | | Effort Summary | Page | 4 |

Employee        Date         Description

Project: Coviello S10694
02 Howerton, W. 6/27/2005    Trial preparation, testimony outline.

Total: 02 Howerton, W.

Total: Coviello S10694

*Mr. Howerton's Fee to testify as to his findings will be $280/hr.*

Attached no. 3 pg 1

William M. Howerton
Prior Five Year's Testimony

| Case Name | Deposition Testimony | Trial Testimony | Jurisdiction |
|---|---|---|---|
| Valerie R. Blake v. Karen E. Morrissey | | 02/05/03 | Commonwealth of Massachusetts Plymouth, SS Superior Court Department Civil Action No. 99-1342A |
| Blizman v. Corcoran | 03/08/02 | | Superior Court Judicial District of Stamford/Norwalk at Stamford Docket No. CV 99 0171152S |
| George C. Bouhanna v. 128 Imports, Inc. | 04/25/05 | | Commonwealth of Massachusetts Middlesex Superior Court C.A. No. 04-3803 |
| Linden Cole v. Aeroground, Inc., et al | 01/04/05 | | Circuit Court of Platte County, Missouri, 6th Judicial Circuit No. 03CV85380 Division No. 2 |
| Bruce Collins v. Aimhi Lodge, Inc. | 04/28/05 | | State of Maine Cumberland, ss Superior Court Civil Action CV-04-318 |
| Gerald Coviello | | 08/19/05 | Middlesex Superior Court Lowell, MA |
| Angelina Crivello, et al v. All-Pak Machinery Systems, Inc., et al v. Pacemaker Packaging Corp., et al | | 09/09/02 | Essex Superior Court Docket No. 95-2638A |
| Marybeth Carbine and Gerard Carbine, Co-Administrators of the Estate of Abigail Hart Carbine v. Burton D. Heath and Pouliot and Corriveau, Inc. | 12/12/01 04/30/02 | | State of Vermont Rutland Superior Court S0296-99RcC S0297-99RcC S0693-98RcC S0257-99RcC S0298-99RcC |



William M. Howerton
Prior Testimony
Page 2

| Case Name | Deposition Testimony | Trial Testimony | Jurisdiction |
|---|---|---|---|
| Carl Huber v. JLG Industries, Inc. | 08/10/02 | 08/14/02 | United States District Court District of Massachusetts No. 00-40079-NMG |
| H. Ryan Hutchinson v. Penske Truck Leasing | | 12/23/03 | Court of Common Pleas Philadelphia County No. 003460 |
| Kapustin v. Dixie-Narco, Inc. | | 5/23/05 | Providence Superior Court Civil Action No. 02-1931 |
| Macfarlane v. Canadian Pacific | 02/02/00 06/10/03 | 12/10/03 10/18/04 | United States District Court District of Vermont Docket No. 299-CV-100 |
| Cynthia McDaniel, et al v. Freightliner, et al | 02/22/01 05/8-9/01 02/27/03 | | U.S. District Court Southern District of NY Docket No. 99Civ.4292 |
| Dennis W. McLaughlin for the Estate of Timothy J. McLaughlin and Ellen Faunce for the Estate Matthew B. Wood v. Fisher Engineering | 09/06/02 | 10/17/02 | State of New Hampshire Hillsborough, SS Superior Court, Northern District Docket No. 00-C-68 |
| Neff v. CWI of Illinois, et al | 06/03/02 07/15/02 | | Circuit Court Twentieth Judicial Circuit Randolph County, Illinois Docket No. 98-L-32 |
| Dennis Noonan vs. Gregory Wedge and Atlantic Mutual Companies | | 08/16/01 | Falmouth District Court Docket No. 9989CV0296 |
| Perez v. International Bus Services, Inc., etal | 11/20/00 | | Superior Court of New Jersey Hudson County Docket No. HUD-L-2589-96 |

Attached no. 3 pg 3

William M. Howerton
Prior Testimony
Page 3

| Case Name | Deposition Testimony | Trial Testimony | Jurisdiction |
|---|---|---|---|
| Anthony Eugene Roberts v. Stokely Boast et al v. Massachusetts Bay Transportation Authority et al | 07/24/00 | | Superior Court Commonwealth of Massachusetts Docket No. 98-5545F |
| Joanna B. Shumway for the estate of John G. Shumway v. Eastway Plaza, Tedeschi Realty Corp., and Rita Barboza | 09/27/02 | | Commonwealth of Massachusetts Middlesex, ss. Superior Court Civil Action No. 00-1069 |
| Skene v. Beland | 09/18/01 | 09/25/01 | Superior Court State of Rhode Island and Providence Plantations Kent, Sc. Case No: KC 95-1058 |
| Willie Grace Stapleton v. Freightliner Corporation | 8/21/02 | 12/16/02 | United States District Court Southern District of Florida Case No. 00-260-CIV-HURLEY/LYNCH |
| Svege, et al v. Mercedes-Benz Credit Corporation, et al | 07/25/03 | 08/10/04 | United States District Court District of Connecticut Case No. 301CV01771 (JBA) |

*Attached no. 4*



## FORENSIC ENGINEERS & TECHNOLOGISTS

**John M. Orlowski, P.E., CSP, BCFE, Director**
11 Vanderbilt Avenue, Suite 120
Norwood, Massachusetts 02062-5056

PHONE: (781)762-8377
FAX: (781)762-1862
general@fet-forensics.com
www.fet-forensics.com

August 22, 2005

Thomas J. Kerner, Esquire
232 Commercial Street
First Floor
Boston, MA  02109

RE:  Jerry Coviello, Jr.

**INVOICE NO.   3-3116.6-P**                          Federal Tax ID No.: 04-2917069

SERVICES RENDERED:
- Write, review, and edit technical report        10.0 hrs.
- Travel and standby at court (8/19/05)            3.0 hrs.

PROFESSIONAL SERVICES:                                                   $1,950.00
  Zed McLarnon:   13.0 hrs. @ $150.00/hr.

EXPENSES:                                                                $   42.35
  1. Postage, overnight deliveries        $ 32.85
  2. Photoprocessing                      $  9.50

**AMOUNT DUE:**                                                          **$1,992.35**