United States District Court
District of Massachusetts

Jerry Coviello
  plaintiff

v.                              CA no. 04-11901-MLW

Town of Chelmsford
  Chelmsford P.D.
     et al

Jan 24th 2006

---

Now comes the plaintiff to notify the court that on Jan 13th 2006 I was ~~no~~ Acquitted of all remaining charges in Lowell {mass.} Superior court case no. MICR 2001-01129

   Respectfully Submitted,
                          Jerry Coviello

                  Jerry Coviello Pro SE
                  71 North Rd.
ph 978-771-3061   Chelmsford, MA. 01824
or 978-884-8513