# United States District Court
## District of Massachusettes

Jerry Coviello
/plaintiff

V.                              CA # 04-11901-MLW

Town of Chelmsford
/Chelmsford P.D.
et al

Jan 29th 2006

---

Now Comes the plaintiff to report to the Court that the defendants have not complied with my request for document production. All I have recieved are photographs of my house, my guns, my 1967 Ford mustang, and cruiser no. 7, all of which I already have, and non of which I asked for { see copy "attached no. 1" }.

Pg 1

And the 30 day extension they requested { see copy "attached no. 2"} has expired.

Respectfully Submitted:

*Jerry Coviello*

Jerry Coviello Pro-SE
71 North Rd.
Chelmsford, MA. 01824

ph 978-771-3061
or 978-884-8513

Pg 2