United States District Court
District of Massachusetts

Jerry Coviello
plaintiff

v.                                CA # 04-11901-MLW

Town of Chelmsford
Chelmsford P.D.
et al

Feb 20th 2006
_____

Now comes the plaintiff to request additional time to produce the documents requested by the defendants on Jan 4th 2006.

And Cites the following reasons:

1. I was told 1 week before my criminal trial which started Jan 9th 2006 that the house I am living in is going to be rented or sold and I had to move out A.S.A.P.

Page 1

2. Having to prepare for trial I had no time to start looking for a place to live until mid January.

3. Having finally secured a residence I must now orchestrate the move.

4. The defendants requested additional time and there was no objection from either the court or, initially, from me.

For the fore-said reasons the plaintiff requests an additional 30 days { until march 22nd 2006 } to respond.

Respectfully Submitted :

*Jerry Coviello*
Jerry Coviello
71 North Rd.
Chelmsford, MA. 01824
ph 978-771-3061
or 978-884-8513