United States District Court
District of Massachusetts

Jerry Covello
/plaintiff

v.                                    CA # 04-11901-MLW

Town of Chelmsford
/Chelmsford P.D.
et al

Feb 20th 2006
_____

Plaintiffs' Objection To The
Depositions of William Howerton
And Zed McLarnon.
_____

Now comes the plaintiff to object to the depositions of the above named plaintiff's expert witnesses for the following reasons:

1. The depositions are set to take place after the end of discovery period
{ see copies attached no's 1, 2, & 3 }

Page 1

2. I recieved nothing from the defendants to indicate an extension in the discovery period had been requested, nor anything from the court to indicate one had been allowed.

Respectfully Submitted:

*Jerry Coviello*
Jerry Coviello Pro-Se
71 North Rd
Chelmsford, MA. 01824

phone 978-771-3061
or    978-884-8513