UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,            )
    Plaintiff,          )
                           )
V.                         )     C.A. NO.: 04 11901 MLW
                           )
TOWN OF CHELSMFORD, et al  )

### DEPOSITION SUBPOENA

TO:   William Howerton
        Scientific Boston
        1120 Mass Ave.
        Boxboro, MA 01719

**GREETINGS:**

    YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendants, before a Notary Public of the Commonwealth of Massachusetts ▓▓▓▓▓▓▓▓▓▓ **t 10:00 a.m. at the Chelmsford Police Department, One Olde North Road, Chelmsford, Massachusetts,** and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

    Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

_Jeremy Silverfine_
Attorney for: Defendants
Jeremy I. Silverfine, BBO #542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

DATED: _____, 2006

_____
Notary Public:
My Commission Expires

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,            )
    Plaintiff,             )
                           )
V.                         )     C.A. NO.: 04 11901 MLW
                           )
TOWN OF CHELSMFORD, et al  )

### SECOND DEPOSITION SUBPOENA

TO:   Zed McLarnon
       Forensic Engineers & Technologists
       11 Vanderbilt Avenue
       Suite 120
       Norwood, MA  02062-5056

**GREETINGS:**

    YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendants, before a Notary Public of the Commonwealth of Massachusetts ~~[redacted]~~ **t 12:00 p.m. at the Chelmsford Police Department, One Olde North Road, Chelmsford, Massachusetts,** and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

    Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

*/s/ Jeremy Silverfine*
Attorney for: Defendants
Jeremy I. Silverfine, BBO #542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA  02116

DATED: _____, 2006

_____
Notary Public:
My Commission Expires

*Attached no. 3*

*re- local rule 26(G)(1)(A)(B)(c)(D)*

[X]  4.  The parties shall by 7/8/2005 make the automatic document disclosure required by Local Rule 26.2(A) and, if applicable, disclose the information required by Local Rule 35.1 *list of medical costs for injury N/A*

[X]  5.  The parties shall by 7/8/2005 make the disclosure authorized by Local Rule 26.1(B)(1) and (2).

[ ]  6.  All dispositive motions except motions for summary judgment shall be filed by_____ and responses shall be filed fourteen days thereafter pursuant to Local Rule 7.1.

[ ]  7.  Discovery shall initially be limited to the issue(s) of _____, and shall be complete by _____.

[X]  8.  Counsel for the parties shall meet at least once to explore the possibility of settlement and report to the court by OCTOBER 21, 2005 the status and prospects for settlement.

If the case is not settled, the parties shall report whether they wish to participate in mediation to be conducted by a magistrate judge or attorney on the Court's panel of mediators.

[ ]  9.  A settlement conference, which must be attended by trial counsel with full settlement authority or with their clients, shall be held on _____, at _____.

[ ]  10.  A status and case management conference will be held by Magistrate Judge _____ on a date to be scheduled by him in _____.

[X]  11.  Plaintiff(s) and/or Counterclaim or Third Party Plaintiff(s) shall by DECEMBER 9, 2005 designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2), concerning each expert. Each other party shall by JANUARY 20, 2006 designate expert(s) and disclose the information described in Fed. R. Civ. P. 26(a)(2).

[X]  13.  Counsel for the parties shall confer and, by APRIL 20, 2006, file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

[X]  14.  A scheduling conference will be held on APRIL 27, 2006 at 4:00 PM and must be attended by trial counsel with full settlement authority or with their client(s). If appropriate, a