United States District Court
District of Massachusetts

Jerry Coviello
plaintiff

v.                                   CA # 04-11901-MLW

Town of Chelmsford
Chelmsford P.D.
et al

Feb 20th 2006

## Plaintiff's Objection To Defendant's Designation of Experts

Now comes the plaintiff who objects to the designation of Gordon "chip" Johnston and Kathleen Redlund as expert witnesses for the following reasons:

1. The following criteria under F.R.C.P. 26 {A} {2} is missing;

    A. Their signed reports.

Page 1

B. Their Fees.

C. Other cases in which they have testified as an expert within the last 4 years

D. List of publications the witnesses have authored within the last 10 years.

E. Exhibits to be used.

2. The defendants are extremely late in supplying <u>any</u> of this information.

3. When, and if, the defendants eventually supply all the information <u>I</u> will have little time to go over it in any detail.

Respectfully Submitted:

*Jerry Coviello*

Jerry Coviello Pro-SE
71 North Rd.
Chelmsford, MA. 01824
phone 978-771-3061
or      978-884-8513