United States District Court
District of Massachusetts

Jerry Coviello
plantiff

v.                                  CA # 04-11901-MLW

Town of Chelmsford
Chelmsford P.D.
et al

Feb 19th 2006

<u>Motion to Compel Defendants to Produce Documents Requested.</u>

Now comes the plantiff to ask the court to compel the defendants to produce documents requested & see copy attached no 1 3. There was no objection since they acknowledged its validity with a false-hearted gesture & see copy attached no. 2 3, and a request for more time & see copy

Page 1

attached no. 33. The extension they requested lapsed almost a month ago. And I would like to make it known to this court that the last time the defendants were conspicuously slow in complying with requests for discoverable information was in my criminal case regarding turret communications, they were using the time in an attempt to "clean up" all traces of illegal editing to court ordered C.D.'s.

I there-fore request this honorable court to instruct compliance with my document request or impose whatever sanctions or penalties it deems just and fair.

Page 2

Respectfully Submitted;

*Jerry Coviello*

Jerry Coviello Pro-SE
71 North Rd
Chelmsford, MA - 01824

phone 978-771-3061
or      978-884-8513