~~Attached Motion~~

Attention Jeremy Silverfine;
RE: Jerry Coviello
V: Town of Chelmsford, PD, et al
U.S. District Court Civil Action n
04-11901-MLW.

Nov. 25th 2005

Pursuant to LRCP 34 Regarding document production, the plaintiff requests the following documents =

1) The ~~personnel records~~ for officer Jennifer Fay, James Spinney, Gary Hannagan, Chief Raymond McCluskey and ex officer Mike Horan.

2) <u>All</u> ~~records of complaints~~, formal and informal, internal and external, against the above named persons {for Ch PD or Any other}

Pg 1

~~Attached~~ not pg 2

3) Copy of Chelmsford police department ~~manual~~ with regard to traffic stops.

4) Copies of the ~~certificates~~ of ~~graduation~~ from the police academy of all persons named on pg 1, part "1)"

4) Copies of all ~~interdepartmental correspondence~~ by the Chelmsford police regarding Gerald A. Coviello.

That is all, Jerry Coviello

Jerry Coviello Pro SE
71 North Rd.
Chelmsford, MA. 01824

Ph 978-256-1986
cell 978-771-3061
or cell 978-884-8513

Copy to honorable Mark L. Wolf

Pg 2

~~Attached~~ no. 2!

United States District Court
District of Massachusettes

Jerry Coviello
/plaintiff

v.                                CA # 04-11901-MLW

Town of Chelmsford
/Chelmsford P.D.
et al

Jan 29th 2006

---

Now comes the plaintiff to report to the court that the defendants have not complied with my request for document production. All I have recieved are ~~photo~~graphs of my ~~house~~, my ~~guns~~, my 1967 ~~Ford~~ mustang, and cruiser ~~ny.~~ ~~7~~, all of which I already have, and ~~non~~ of which I asked for, & see copy "attached no. 1" }.

Pg 1.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO, )<br>Plaintiff, )<br> )<br>V. )  C.A. NO.: 04 11901 MLW<br> )<br>TOWN OF CHELSMFORD, et al ) | |

### DEFENDANTS' REQUEST FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S REQUEST FOR DOCUMENTS

Now come the Defendants in the above-captioned case and respectfully request that this Honorable Court grant them an additional 30 days (until January 28, 2006) to respond to the plaintiff's request for documents.

In support thereof, the defendants state that they need additional time in order to properly respond to the plaintiff's request for documents dated November 25, 2005 (and received by the defendants shortly thereafter). This is the first such request for additional time to respond to the plaintiff's request for documents.

Wherefore, the defendants request this Honorable Court allow the requested additional 30 days to respond to the plaintiff's request for documents.

Respectfully submitted,
Defendants,
By their attorneys,

_____/s/ Jeremy Silverfine_____
Leonard H. Kesten, BBO #542042
Jeremy Silverfine, BBO #542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: December 28, 2005