United States District Court
District of Massachusetts

Jerry Coviello
 plaintiff

v.                                CA # 04-11901-MLW

Town of Chelmsford
 Chelmsford P.D.
    et al

Feb 21st 2006
_____

Now comes the plaintiff to give remaining information on expert witnesses F.E.T. audio expert Zed McLarnon, and SCIENTIFIC Boston accident reconstruction expert William Howerton.

Zed McLarnon:

1. Other cases in which he has testified as an expert within the last 4 years;

A) Year 2005, Pennsylvania

Page 1

Supreme Judicial Court v. Eugene Wrona.

B) Year 2004, McLarnon v. City of Malden and Waterworks Supply Co.

2. List of publications the witness has authored in the last 10 years;

A) <u>Judicial Bias</u>. This article has appeared in many publications. There are others, Mr. McLarnon will have to go through his records to find them all and give publication names and dates. He is aware that I am late with this information and is making every effort to get it to me within the week. I ask the courts

Page 2

indulgence until March 3rd 2006.

<u>William Howerton</u>:

1. Exhibits To Be Used;
   a. 1/18 Scale models of, a 1967 Ford Mustang, and a 2001 police cruiser of the same make and model as the one in question.

I was unaware that Mr. Howerton was going to use scale model replicas until the week of my trial when he appeared in court with them to testify, I have been "sidelined" with securing a residence and moving since then. Once again I ask the Courts indulgence.

Pg 3

Respectfully Submitted :

*Jerry Coviello*

Jerry Coviello  Pro-Se
71 North Rd.
Chelmsford, MA. 01824

phone 978-771-3061
or    978-884-8513

Page 4