UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
    Plaintiff, )
     )
V. ) C.A. NO.: 04 11901 MLW
     )
TOWN OF CHELSMFORD, et al )

### DEFENDANTS' REQUEST FOR ADDITIONAL TIME FOR DISCOVERY PERIOD AND SCHEDULING ORDER

Now come the Defendants in the above-captioned case and respectfully request that this Honorable Court grant the parties an additional 60 days (until May 31, 2006) to complete discovery, and a corresponding 60-day extension of the Court's scheduling order.

In support thereof, the defendants state that they request additional time in order to complete the depositions of the plaintiff's experts (previously noticed). The defendants have not yet received the documents from the plaintiff in response to their request for documents and will need sufficient time to review same and then depose the plaintiff's experts. Further, the plaintiff has just recently requested additional time to respond to the defendants' first request for documents, which will leave the defendants insufficient time to adequately complete discovery.

Wherefore, the defendants request this Honorable Court allow the requested additional 60 days to complete appropriate discovery and a corresponding 60-day extension on the remaining parts of the court's scheduling order.

        Respectfully submitted,
        Defendants,
        By their attorneys,

        /s/ Jeremy Silverfine
        Jeremy Silverfine, BBO #542779
        Brody, Hardoon, Perkins & Kesten, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: March 6, 2006