UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,      )
    Plaintiff,      )
             )
V.      )      C.A. NO.: 04 11901 MLW
             )
TOWN OF CHELSMFORD, et al      )

## PRIVILEGE LOG OF DEFENDANTS

Now come the defendants in the above-referenced matter and pursuant to Federal Rules of Civil Procedure Rule 26(b)(5) hereby produces a Privilege Log in relation to the Request for Documents served upon the defendants.  As to requests no. 1 and 2 of the Plaintiff's Request for Documents, the defendants respond as follows:

The defendants have blacked out all personal information on the defendant officers. Such personal information includes:  home telephone and cell numbers, social security numbers, spouse's name and information, home address, driver's license numbers, children's names, birthdates, personal medical history, personal references (including their addresses and telephone numbers) , relatives, fingerprints, and service weapons and body armour serial numbers.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

Jeremy I. Silverfine, BBO# 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: March 7, 2006