UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff, | )<br>)<br>) |
| V. | )    C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al<br>    Defendants. | )<br>)<br>) |

**DEFENDANTS' MOTION FOR APPROVAL TO UTILIZE THE GENERAL GRANT OF ACCESS TO C.O.R.I. TO ATTORNEYS OF RECORD**

Now comes the Defendants in the above-entitled case and, acting pursuant to Mass. General Laws, Chapter 6 § 172 (c), requests the approval of this Honorable Court to utilize the general grant of access to C.O.R.I., as provided by the Criminal History System's Board, to attorneys of records for all criminal record information for the following potential witnesses in this case:

(1) Gerald "Jerry" Coviello

(2) Zed McLarnon

(3) William Howerton

(4) Richard Fries, 15 Hall Road, Chelmsford, MA

(5) Johanna Doulamas, 42 Litchfield Terrace, Lowell MA

(6) Ming Yui Moy, 24 Abbott Bridge Drive, Andover, MA

(7) Sharon Byam, 36 Quigley Ave., N. Chelmsford, Massachusetts

(8) Lillian Clark, 124 West Main Street, Merrimac, MA

(9) Robert Moores, 36 Quigley Ave., N. Chelmsford, Massachusetts

Defendants attach an affidavit of counsel in support of this Motion.

                                          Respectfully submitted
                                          The Defendants
                                          By their attorneys,

                                          /s/ Jeremy I. Silverfine
                                          Jeremy I. Silverfine, BBO #542779
                                          Leonard H. Kesten, BBO #542042
                                          Brody, Hardoon, Perkins & Kesten, LLP
                                          One Exeter Plaza
                                          Boston, MA   02116
                                          (617) 880-7100

Date:  March 15, 2006