UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                )
    Plaintiff,              )
                               )
V.                             )    C.A. NO.: 04 11901 MLW
                               )
TOWN OF CHELSMFORD, et al )
    Defendants

### AFFIDAVIT OF JEREMY I. SILVERFINE

I, Jeremy Silverfine, make the following statement under oath:

1) The C.O.R.I. sought regarding the plaintiff, Jerry Covielo, and the witnesses listed: Richard Fries, Johanna Doulamas, Ming Yui Moy, Robert Moores, William Howerton, Zed McLarnon, Sharon Byam, and Lillian Clark will be used exclusively for witness impeachment and/or trial strategy purposes related to this cause of action;

2) The C.O.R.I. access through this grant will not be disclosed to unauthorized persons and/or in violations of M.G.L. c. 6 §167, at sequence, or 803 C.M.R. 1.00, at sequence.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15th DAY OF March, 2006.

                                      /s/ Jeremy Silverfine
                                  JEREMY I. SILVERFINE