UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff,<br><br>V.<br><br>TOWN OF CHELSMFORD, et al<br>    Defendants | C.A. NO.: 04 11901 MLW |

## DEFENDANTS' REQUEST FOR AN ORDER TO ALLOW ACCESS TO GRAND JURY MINUTES

Now come the Defendants in the above-captioned case and respectfully request that this Honorable Court grant an order allowing the defendants to access grand jury minutes and materials from the Commonwealth of Massachusetts. In support thereof, the defendants state that they have requested the grand jury minutes from the Commonwealth of Massachusetts in the underlying criminal action (which gave rise to this civil action) involving this plaintiff (then defendant) and have been informed that a court order is required. The defendants wish access to said grand jury minutes and materials as part of the discovery in this case.

Wherefore, the defendants request this Honorable Court issue an order to allow access to grand jury materials as part of the discovery in this case.

Respectfully submitted,
Defendants,
By their attorneys,

/s/ Jeremy Silverfine
Jeremy Silverfine, BBO #542779
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: March 15, 2006