United States District Court
District of Massachusetts

Jerry Coviello
 plaintiff

V.                              CA # 04-11901-MLW

Town of Chelmsford
 Chelmsford P.D.
  et al

March 7th 2006
_____

Now comes the plaintiff to give the Court the remaining information regarding expert witness F.E.T. forensic investigator Zed McLArnon.

- List of publications the witness has authored within the last 10 years.

Page 1

1) "Bill of Address to remove Chief Justice Marshall For Corruption and Crimes"

2) "Chief Justice Marshall has History of Legislating from the Bench Creating Second Class Citizens"

Both were authored in 2005 and appeared in publications "Mens news Daily", and "Liberator", as well as several websites.

Respectfully Submitted;

*Jerry Coviello*   Pro-SE

12 Homestead Rd.
Pelham, NH 03076

ph 978-771-3061
or 978-884-8513