United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2006 MAR -9 P 3 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

Jerry Coviello
        Plaintiff

V.                          CA # 04-11901 - MLW

Town of Chelmsford
        Chelmsford P.D.
            et al.

March 8th 2006

Now comes the plaintiff to inform
the court, and the defendants of my
change of address to = no. 12
Homestead Rd. Pelham NH 03076
the phone numbers are the same as
before  978-771-3061 , 978-884-8513

        Respectfully Submitted

                Jerry Coviello  Pro-SE