United States District Court
District of Massachusettes

Jerry Coviello
  plaintiff

v.                                CA# 04-11901-MLW

Town of Chelmsford
  Chelmsford P.D.
        etal

March 8th 2006
_____

Now comes the plaintiff to object to the defendants request for additional time for Discovery period and Scheduling Order. The only reason the defendants have not been able to depose my experts is because they are refusing to pay their expert witness fee, an insult, and deliberate attempt to undermine their status as experts. Most of the documents requested by the

Page 1

defendants they already have in one form or another, copies of my old F.I.D. card, gun purchase records, car repair records, inspection sticker information etc.... . The defendants themselves have still not produced the documents I requested on Nov 25th 2005 { For which I have a "Motion to Compel" before you, dated Feb 19th 2006 }. This request by defendants is an attempt to stall proceedings and drag this case out for as long as possible.

Respectfully Submitted;

ph 978-771-3061
978-884-8513

Jerry Coviello
Jerry Coviello Pro-SE
12 Homestead Rd.
Pelham, NH 03076

Page 2