UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JERRY COVIELLO,<br>Plaintiff, | )<br>)<br>) | |
| V. | ) | C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al<br>Defendants | )<br>)<br>) | |

## DEFENDANTS' OBJECTION TO PLAINTIFF, JERRY COVIELLO'S INTERROGATORIES PROPOUNDED UPON NON-PARTY DEPUTY CHIEF SCOTT UBELE

Now comes the defendants in the above-referenced matter and hereby object to the interrogatories propounded upon Chelmsford Police Deputy Chief Scot Ubele (hereinafter "Ubele") by the plaintiff.

In support thereof, the defendants state that Fed.R.Civ.P. Rule 26(a) provides in relevant part, that without leave of court or written stipulation a party my serve upon any other party written interrogatories to be answered by the party served. Ubele is not a named party and without leave of court or written stipulation the plaintiff cannot serve interrogatories upon a non-party. As Ubele is a non-party, the defendants object to any interrogatories propounded on him by the plaintiff.

                    Respectfully submitted,
                    The defendants,
                    By their attorneys

                    /s/ Jeremy Silverfine
                    Jeremy Silverfine BBO#542779
                    Leonard H. Kesten, BBO#542042
                    Brody, Hardoon, Perkins & Kesten, LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    (617) 880-7100

Dated: 3-22-06