UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
    Plaintiff, )
)
V. ) C.A. NO.: 04 11901 MLW
)
TOWN OF CHELSMFORD, et al )
    Defendants )

## DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE PLAINTIFF

The defendants, Town of Chelmsford, Jennifer Fay, Michael Horan, James Spinney, Gary Hannagan, Bernard Lynch, and Raymond McCusker ("defendants"), hereby move pursuant to Rule 37 of the Federal Rules of Civil Procedure ("FRCP") that this Court enter an order compelling the plaintiff, to fully and completely respond to the Defendants' Request for the Production of Documents to the Plaintiff, (a copy of which is attached hereto) and to answer the first request for production of documents addressed to them within 20 days of an entry of Order in this regard.

In support thereof, it will be noted that such discovery was served on the following day:

First Request for Production of Documents          January 4, 2006
addressed to Jerry Coviello

Additionally, defendants' counsel has written to the plaintiff pursuant to the local rules of this Court.

It is hereby certified that the movant has, in good faith, conferred or attempted to confer by letter with the party not making the disclosure in an effort to secure the disclosure, without Court action.

Respectfully submitted,
DEFENDANTS,
By their attorneys,


 /s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO#542779
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Date:   March 23, 2006