UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JERRY COVIELLO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | C.A. NO.:  04 11901 MLW |
| | ) | |
| TOWN OF CHELSMFORD, et al | ) | |
| Defendants | ) | |

## DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED ON PLAINTIFF, JERRY COVIELLO

### DOCUMENTS REQUESTED

Pursuant to Rule 34 of the Federal Rule of Civil Procedure, the defendants,

Town of Chelmsford, Jennifer Fay, Michael Horan, James Spinney, Gary

Hannagan, Bernard F. Lynch, and Chief Raymond McCusker, request that the

plaintiff, Jerry Coviello ("Coviello"), produce for inspection and copying the

following documents to Jeremy Silverfine, Esq. at Brody, Hardoon, Perkins &

Kesten, LLP., One Exeter Plaza, Boston, MA   02116, on or before thirty (30) days

after service of this Request.

### DEFINITIONS AND INSTRUCTIONS

1.     The term "document" or "documents" mean, without limitation, the
       following items, whether printed or recorded or reproduced by any other
       mechanical process, or written or produced by hand: daily reports, logs,
       photographs, tapes, assignments, drafts of agreements, communications,
       correspondence, telegrams, internal or other memoranda, summaries or
       records of telephone conversations, diaries, graphs, films, reports,
       notebooks, note charts, plans, drawings, sketches, maps, summaries of
       records of person conversations, interviews, meetings or conferences,
       summaries or reports of investigations or negotiations, opinions or reports
       of consultants, letters, computer output or input, invoices.

2.     The term "incident" shall mean the event, which allegedly caused the
       plaintiff's injury and/or damage as alleged in the Complaint and any
       amendments thereto.

3.    If you believe that any of the documents described and requested herein fall within the scope of any privilege or constitute work product materials, or otherwise are not within the scope of discovery permitted by Rule 26(b) of the Federal Rules of Civil Procedure, please furnish a list of all such documents which contains a complete description of each document, including the date of the document, identification of each person to who it is addressed, identification of each person who prepared each such document, identification of each person in possession, custody or control of each such document, and the ground or grounds upon which it is being withheld from production.

**REQUEST NO. 1**

Any and all documents of the Plaintiff, Jerry Coviello, relative to the facts set forth in his Complaint, which are in the possession, custody or control of the Plaintiff.

**REQUEST NO. 2**

Any and all documents of the Defendants and any of the Defendants' past or present agents, servants or employees relative to facts set forth in the Complaint, which are in the possession, custody or control of the Plaintiff.

**REQUEST NO. 3**

Any and all documents of any non-party individual or entity, and any of its past or present agents, servants or employees relative to the facts set forth in the Complaint which are in the possession, custody or control of the Plaintiff.

**REQUEST NO. 4**

Any and all photographs and/or videotapes that pertain to the allegations set forth in your complaint; including, but not limited to photographs of the 1967 Ford Mustang, any firearms, ammunition, Kevlar vest, and/or any other item(s) seized by police on or about September 1, 2001.

**REQUEST NO. 5**

Any and all documents filed by the Plaintiff with the Town of Chelmsford relative to the allegations in his Complaint.

**REQUEST NO. 6**

Any and all documents received by the Plaintiff from the Town of Chelmsford relative to the allegations in his Complaint.

**REQUEST NO. 7**

Any and all documents, which you contend support the allegations as set forth in your Complaint.

**REQUEST NO. 8**

All documents concerning any and all investigations and inquiries, of any nature or type, which you have at any time conducted into the events, facts and information, which are the basis of your allegations in this Complaint.

**REQUEST NO. 9**

Copies of all documents including but not limited to audio records, video recordings, computer data, e-mail data, notes, diaries, journals, and/or logs, memoranda, letters, correspondence, reports, meeting minutes, date books, appointment calendars, which concern any fact or matter alleged in the Plaintiff's Complaint.

**REQUEST NO. 10**

Copies of all documents concerning written or oral statements, as defined by Fed. R. Civ. P. 26 made by any person, including without limitation by the plaintiff, who is a witness to or presents knowledge concerning any fact or matter alleged or stated in the Plaintiff's Complaint.

**REQUEST NO. 11**

Copies of any and all documents evidencing, describing, pertaining or relating to any and all monetary damages alleged suffered as a result of these incidents alleged in the Complaint.

**REQUEST NO. 12**

Any and all written statements and/or reports, signed or unsigned, of any and all persons who have knowledge of discoverable matters including, but not limited to, the incident or damages allegedly result therefrom and/or copies of all verbatim written transcripts of any and all statements of each such person taking on a recording instrument which are in the possession, custody or control of the plaintiff.

**REQUEST NO. 13**

All written communications, which relate in any manner to the incident and/or injuries allegedly caused thereby, between any party to this action and any entity or person who is not a party to this action.

3

**REQUEST NO. 14**

All documents prepared by any government agency, which relate in any manner to the incidents and/or injuries allegedly caused thereby.

**REQUEST NO. 15**

All documents sent or submitted to any government agency, including but not limited to local, state or federal, by any person which relate in any manner to the incidents and/or injuries allegedly caused thereby.

**REQUEST NO. 16**

Any and all documents of any and all expert witnesses retained by the Plaintiff to substantiate the Plaintiff's allegations of liability and/or damages as alleged in the Plaintiff's Complaint.

**REQUEST NO. 17**

The Curriculum Vitae(s) or resume(s) of each person you expect to call as an expert witness at any trial on the merits of the action.

**REQUEST NO. 18**

Copies of any and all report(s) of expert witnesses whom you expect to testify at any trial on the merits of this action.

**REQUEST NO. 19**

As soon as they have been identified (but no less than the time described by the Federal Rules of Civil Procedure, its local analog and/or any other pre-trial order of this Court) all photographs, drawings, surveys, charts, diagrams, compilations, computer files, logs, tangible objects or instrumentalities which you intend to offer as an exhibit, chalk, or other demonstrative aid at any trial on the merits of this action.

**REQUEST NO. 20**

Any documents of the type described generally in your Disclosure in Accordance with Rule 26 of the Federal Rules of Civil Procedure that have since July 6, 2005 come into the possession, custody or control of the Plaintiff.

**REQUEST NO. 21**

Copies of any gun registration(s) issued to you.

**REQUEST NO. 22**

Copies of any firearms' identification card(s) issued to you.

**REQUEST NO. 23**

Copies of any license(s) to carry firearms issued to you.

**REQUEST NO. 24**

Copies of any and all Grand Jury Minutes relative to his incident.

**REQUEST NO. 25**

Copies of any and all police reports relative to this incident.

**REQUEST NO. 26**

Copies of any and all restraining orders issued against you.

**REQUEST NO. 27**

Copies of any purchase, bill of sale, repair record(s), maintenance records, insurance records, motor vehicle registration(s), and records of any accident(s) concerning the 1967 Mustang owned by you on or about August 31, 2001.

**REQUEST NO. 28**

Copies of any and all tax returns for the years 1996 through 2004, including, but not limited to any and all 1099 forms.

**REQUEST NO. 29**

Copies of any and all complaints that you have filed with any and all police departments and/or other government agencies.

**REQUEST NO. 30**

Copies of any and all records for the purchase and/or sale of any guns, ammunition, pepper spray, brass knuckles, fake suppressor, pop up switch blade, tear gas, pipe bomb canister, BB gun, air rifle, and Kevlar vest seized by police on or about September 1, 2001.

**REQUEST NO. 31**

Copies of any and all applications for employment within the last ten years.

**REQUEST NO. 32**

Copies of the plaintiff's driver's license.

**REQUEST NO. 33**

Any and all documents filed by the plaintiff with any criminal court relative to the allegations in his complaint.

**REQUEST NO. 34**

Any and all receipts for having the gunsmith cut off the end of the shotgun (identified in your deposition testimony on July 18, 2005 at pages 51-52).

**REQUEST NO. 35**

Copies of any and all attorney's fees relative to this incident.

**REQUEST NO. 36**

Copies of any and all investigator(s)' fees relative to this incident.

Respectfully submitted,
Defendants, Town of Chelmsford,
Jennifer Fay, Michael Horan, James
Spinney, Gary Hannagan, Bernard F.
Lynch, and Chief Raymond McCusker,
By their attorneys,

Jeremy L. Silverfine, BBO #542779
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 1/4/06

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on 1/4/06

6