UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff, | )<br>)<br>) |
| V. | )    C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al<br>    Defendants | )<br>)<br>) |

### DEFENDANTS' OBJECTION TO PLAINTIFF, JERRY COVIELLO'S INTERROGATORIES PROPOUNDED UPON NON-PARTY FRANK ROURKE

Now comes the defendants in the above-referenced matter and hereby object to the interrogatories propounded upon Chelmsford Police Officer Frank Rourke (hereinafter "Rourke") by the plaintiff.

In support thereof, the defendants state that Fed.R.Civ.P. Rule 26(a) provides in relevant part, that without leave of court or written stipulation a party my serve upon any other party written interrogatories to be answered by the party served. Rourke is not a named party and without leave of court or written stipulation the plaintiff cannot serve interrogatories upon a non-party. As Rourke is a non-party, the defendants object to any interrogatories propounded on him by the plaintiff.

        Respectfully submitted,
        The defendants,
        By their attorneys


        /s/ Jeremy Silverfine
        Jeremy Silverfine BBO#542779
        Leonard H. Kesten, BBO#542042
        Brody, Hardoon, Perkins & Kesten, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: 3-30-06