UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,  )
    Plaintiff,  )
      )
V.  )    C.A. NO.: 04 11901 MLW
      )
TOWN OF CHELSMFORD, et al )
    Defendants  )

### DEFENDANTS' MOTION TO COMPEL PRODUCTION OF EXPERT REPORTS FROM THE PLAINTIFF

The defendants, Town of Chelmsford, Jennifer Fay, James Spinney, Gary Hannagan, Bernard Lynch, and Raymond McCusker ("defendants"), hereby move pursuant to Rules 26(a)(2)&(3) and 37 of the Federal Rules of Civil Procedure ("FRCP") that this Court enter an order compelling the plaintiff to provide the defendants with reports from his named experts.

In support thereof, the defendants state they have not received any reports from the plaintiff's two named experts as required by the Fed.R.Civ.P Rule 26. Fed.R.Civ.P Rule 26(a)(2) states, in relevant part, that a written report prepared and signed by the expert shall be forwarded within the time and sequence directed by the Court. The Court's scheduling order set December 9, 2005, as the date for the plaintiff's disclosure for each expert. Further, Fed.R.Civ.P Rule 26(a)(4) states that the depositions of said experts shall not be conducted until after the report(s) are provided. Due to the lack of appropriate discovery response, the defendants have been unable to proceed with the two previously noticed depositions for the plaintiff's experts. The defendants intend to re-notice these two depositions at a later date, once appropriate discovery has been provided to them and with the Court's permission.

In addition, due to this lack of appropriate discovery response, the defendants cannot have any of their experts review the plaintiff's experts' reports and discovery response to adequately prepare their report(s). (A response to Defendants' request for documents have not yet been produced by the plaintiff either and is the subject of a separate motion to compel). Thus, the defendants are unable to provide the plaintiff with any expert reports as required by the Fed.R.Civ.P. Rule 26(a)(2) and the scheduling order set by the Court.

The defendants' counsel has written to the plaintiff pursuant to the local rules of this Court.

It is hereby certified that the movant has, in good faith, conferred or attempted to confer by letter with the party not making the disclosure in an effort to secure the disclosure, without Court action.

        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        /s/ Jeremy I. Silverfine
        Jeremy I. Silverfine, BBO#542779
        Leonard H. Kesten, BBO# 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Date: March 30, 2006