United States District 
District of Massachusetts

Jerry Coviello
  plaintiff

v.                                CA# 04-11901-MLW

Town of Chelmsford
       Chelmsford P.D. et al

dated March 22nd, 2006

Now comes the plaintiff and asks the court to order the defendants to either pay my expert witnesses a reasonable fee for time spent responding to discovery in accordance with FRCP 26 {b}{4}{c} or cancel the April 4th 2006 depositions. The defendants have been made aware of what is expected for witness fees. This is another attempt by the defense to belrdok or lessen the weight and importance

Page 1

of these experts' testimony because thier findings can not be refuted.

Respectfully Submitted =

*Jerry Coviello*

Jerry Coviello Pro-SE
12 Homestead Rd.
Pelham, NH 03076

ph = 978-771-3061
a = 978-884-8513

Page 2