United States District Court
District of Massachusetts

Jerry Coviello
plaintiff

v.                                    CA# 04-11901-MLW

Town of Chelmsford
Chelmsford P.D.
et al

dated March 22nd 2006

Now comes the plaintiff and requests until the end of the discovery period, March 31st 2006 to comply with the pla defendants request for document production.

Respectfully Submitted:

*Jerry Coviello*

Jerry Coviello Pro-Se
12 Homestead Rd.
Pelham, NH 03076

Ph: 978-771-3061   or   978-884-8513

pg 1