United States District Court
District of Massachusettes

FILED
IN CLERKS OFFICE
2006 APR -5 P 12: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

Jerry Coviello
       plaintiff

V.                                    CA# 04-11901-MLW

Town of Chelmsford
       Chelmsford Police dpt
              etal

dated April 1st 2006

Now Comes the plaintiff to take issue
with the Defendant's letter dated 3-27-06
{ see copy attached no. 1 }. Firstly, the
documents the defendant requested were
mailed 3-30-06 as I said I would in
my letter requesting additional time { see
copy attached no. 2 }. Secondarily, the
Defendants have both signed reports
of my experts. The first from F.E.T.
audio Forensic investigator Zed McLarnon

Pg 1

Which the Defendants got thier Copy on 9-23-05, the second from William Howerton of Scientific Boston, accident reconstruction expert, was recieved by the Defendants on 12-22-05 { See Copies attached no's 3 & 4 pg 1,2,3 respectively }. If, as Mr. Silverfine States in his letter { attached no.1 }, "Fed. R. Civ. P. rule 26 (a)(4) States that the depositions of said experts shall not be conducted until after the report(s) are provided", then why has he been trying to depose them Since Nov 8th 2005, if he had no reports { See Copies attached no's 5 pg 1,2} ? And why in his letter dated 1-19-06 When Submitting

Pg 2

the <u>incomplete</u> information on two persons he claimed as "experts" does he say that these witnesses "will be forwarding written reports" of thier own if they had no reports from my experts to know what they were supposed to be refuting {see copy attached no. 6 } ? Furthermore, proof of delivery of the report of Zed McLarnon to the Defendants can be seen by observing the "Certified Mail Receipt" {see copy attached no. 3} and noting the postage due because of the bulk of the item. This can be varified by the post office if necessary.

This is a shameless and blatantly decieptfull attempt by the Defendants to avoid acknowledging my experts as such by not paying them thier expert witness fees, and to prolong this case as much as possible in the hope that fate will intervene and prevent it's continuance. The Defendants have { apparently } been abandoned by thier "experts" and cannot find anyone who will challenge the reports of my own. The reason for this is plain, ~~Anyone~~ qualified to examine the evidence, facts, and testimony, supplied by the Defendants themselves, and analyzed by my

experts would review the reports of Mr. McLarnon and Mr. Howerton and deem them to be <u>irrefutable</u>.

This is not the first "shameless" or disrespectfull act perpetrated on myself or the court {see copies attached no's 7, 8 3 by Mr. Silverfine. These underhanded attempts to stall and disrupt proceedings cannot go unanswered by me, and they cost time, energy, and expense to address. A hearing could be held to investigate this matter further, if the court wishes. Otherwise I would ask the court to consider whatever sanctions against Mr. Silverfine

Pg 5

it deems fair and just.

Respectfully Submitted:

*Jerry Coviello*

Jerry Coviello  Pro-SE
12 Homestead Rd.
Pelham, NH 03076

ph 978-771-3061
or 978-884-8513

Pg 6