*Attached No. 1*

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

March 27, 2006

Jerry Coviello
12 Homestead Road
Pelham, NH  03076

RE:  Jerry Coviello *pro se*
VS:  Town of Chelmsford Police Department, et al
     U.S. District Court Civil Action no.: 04-11901-MLW

Dear Mr. Coviello:

Relative to the above-referenced matter, as I have previously written to you, the defendants have not received any response to their request for documents (originally forwarded to you on January 4, 2006) nor any reports from your two named experts as required by the Fed.R.Civ.P Rule 26. Fed.R.Civ.P Rule 26(a)(2) states, in relevant part, that a written report prepared and signed by the expert shall be forwarded within the time and sequence directed by the Court. The Court's scheduling order set December 9, 2005, as the date for the plaintiff's disclosure for each expert. Further, Fed.R.Civ.P Rule 26(a)(4) states that the depositions of said experts shall not be conducted until after the report(s) are provided. Due to the lack of appropriate discovery response, the defendants will be unable to proceed with the two previously noticed depositions presently scheduled for April 4, 2006. The defendants intend to re-notice these two depositions at a later date, once appropriate discovery has been provided to them and with the Court's permission.

In addition, due to this lack of appropriate discovery response, the defendants cannot have any of their experts review your experts' reports and discovery response to adequately prepare their report(s). Thus, the defendants are unable to provide you with any expert reports as required by the Fed.R.Civ.P. Rule 26(a)(2) and the scheduling order set by the Court.

1.

Attached no. 3

United States District Court    P.1
District of Massachussettes

SEP 2...

Jerry Coviello
   plaintiff                              ← Handed to ct in
                                             person

v.                    CA # 04-11901 MLW

Town of Chelmsford
        et, al
    Defendants

---

Now comes the plaintiff and submits this report from Zed McLarnon of F.E.T. Although this report only references the CD's given to the State court in compliance with their order the CD's given to

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Brody, Hardon, Perkins, & Kesten LLP
one Exeter Plaza
Boston, MA. 02116

COMPLETE THIS SECTION ON DELIVERY

X [signature] Bradley     ☐ Agent
                          ☐ Addressee
Received by (Printed Name)   Date of Delivery
  Bradley                    9/23/05
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7004 1160 0002 9344 7424

Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage            $   3.95       UNIT ID: 0824
Certified Fee          2.30
Return Reciept Fee     1.75
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $  8.00    [CHELMSFORD MA 01824 postmark SEP 22 2005  09/22/05]

Brody, Hardon Perkins & Kesten LLP
One Exeter Plaza
Boston, MA. 02116

PS Form 3800, June 2002

Attached no 4 pg 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Janeen Sano_ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: 12-21-05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Brody, Hardon, Perkins, Kestn LLP
One Exeter Plaza
Boston, MA. 02116

Attn J. Silverfine

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service lab): 7005 1820 0008 0682 0892

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Jannette Ramos_ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
United States Courthouse
1 Courthouse Way
Boston, MA. 02210

CA# 04-11901 MLW

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7005 1820 0008 0682 0908

PS Form 3811, February 2004   Domestic Return Receipt

*Attached no. 5 pg 1*

# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

November 8, 2005

Jerry Coviello
71 North Road
Chelmsford, MA 01824

RE:  Jerry Coviello
VS:  Town of Chelmsford Police Department, et al
U.S. District Court Civil Action no.: 04-11901-MLW

Dear Mr. Coviello:

Enclosed please find copies of Notices of Taking Depositions/Deposition Subpoenas for the following relative to the above-captioned matter:

1. Jody Delamas;  *See last 3 pages*
2. Sharon Byam; and
3. Zed McLarnon.

Said depositions will take place at the Chelmsford Police Department.

You are, of course, invited to cross-examine.

Very truly yours,

Jeremy I. Silverfine

JIS: hjo
Enclosures
cc: Deputy Chief James Murphy

*Attached no. 5 pg 2*

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

February 17, 2006

Jerry Coviello
71 North Road
Chelmsford, MA 01824

RE: Jerry Coviello
VS: Town of Chelmsford Police Department, et al
U.S. District Court Civil Action no.: 04-11901-MLW

Dear Mr. Coviello:

Enclosed please find copies of Notices of Taking Depositions/Deposition Subpoenas for the following relative to the above-captioned matter:

1. William Howerton; and
2. Zed McLarnon.

Said depositions will take place at the Chelmsford Police Department.

You are, of course, invited to cross-examine.

Very truly yours,

*Jeremy Silverfine* (JIS)
Jeremy I. Silverfine

JIS: hjo
Enclosures
cc: Deputy Chief James Murphy

*Attached no-6*

# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

January 19, 2006

Jerry Coviello
71 North Road
Chelmsford, MA  01824

RE:   Jerry Coviello *pro se*
VS:   Town of Chelmsford Police Department, et al
      U.S. District Court Civil Action no.: 04-11901-MLW

Dear Mr. Coviello:

Pursuant to the Court's scheduling order and the Federal Rules of Civil Procedure Rule 26(a)(2), I am listing the following individuals designated as experts for the defendants relative to the above-referenced matter:

1. Gordon "Chip" Johnston, PO Box 850, Hampton, New Hampshire, and
2. Kathleen Redlund, President, Acorn Recording Solutions, Inc., PO Box 987, Plaistow, New Hampshire.

I have enclosed copies of their curriculum vitaes.

The defendants recognize their duty to supplement this disclosure and will be forwarding written reports from the respective witnesses to you under separate cover.

Very truly yours,

Jeremy I. Silverfine

JIS/jj

Enclosures

Attached no. 7 pg 1

Pg 1

United States District Court
District of Massachusettes

Jerry Coviello
         plaintiff

v.                                CA no. 04-11901-MLW

Town of Chelmsford
Chelmsford Police dept.      dated 9-23-05 ← NOT on orig.
    et al

Now comes the plaintiff in an effort to keep the court aware of communications between the plaintiff and the defendants, and the inapropriate manner in which the defendants are going to be conducting their next 4 depositions.

Unlike the last 20, these will be of key witnesses, 3 of whom have already given signed, or oral statements

Attached no. 7 pg 2

pg 3 ← same mailing

location and parking objection is withheld and the plaintiff does not seek a protective order under rule 26. He does however wish to point out the shameless attempt by the defendants at witness intimidation by holding the depositions:

1) in a place where the witnesses might feel intimidated by the surroundings.
2) in a place that might create a "charged atmosphere" in order to encourage the witnesses to provide testimony favorable to the defendants rather than allowing them to provide testimony in a "neutral" area where

Attached no. 8

Pg 1

United States District Court
District of Massachusettes

Jerry Coviello
    plaintiff

v.                                    CA # 04-11901-MLW

Town of Chelmsford
Chelmsford police dept.
    et al

Oct 16th 2005

___

Now comes the plaintiff to report to the court that attempts to meet with the council for the defendants to comply with the Scheduling Order, no. 8 {see copy "attached no. 1"} have been rebuffed, with no counter suggestions {see copies "attached no.'s 2, 3, 4, & 5," they are in chronological order}.

(margin notes:)
It appears that Mr. Silverfin has not complied with the June 2, 2005 Scheduling order, he should by December 14, 2005, file an affidavit as to why sanctions should not be imparted. WOA 11/28/0

43