UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JERRY COVIELLO**                                    CIVIL CASE
                                                      NO. 04-11901-MLW

v.

**TOWN OF CHELMSFORD et al**

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **SCHEDULING CONFERENCE** currently scheduled for **APRIL 27, 2006** at **4:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been CANCELLED.

It has been RESCHEDULED for **MAY 1, 2006** at **3:30 P.M.**

                                                      SARAH A. THORNTON
                                                      CLERK OF COURT

**April 18, 2006**                   By:  **/s/ Dennis O'Leary**
Date                                      Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                [ntchrgcnf.]