# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

April 19, 2006

The Honorable Mark L. Wolf
U.S. District Court
John Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Jerry Coviello
VS: Town of Chelmsford Police Department, et al
U.S. District Court Civil Action No.: 04-11901-MLW

Dear Judge Wolf:

Please be advised that per the Court's scheduling order the parties have now conferred (through Tom Kerner, the criminal defense attorney for Mr. Coviello) to explore the possibility of settlement. The parties have not settled nor does the case appear likely to settle.

Respectfully submitted,
Defendants,
By their attorneys,

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO #542779
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

cc: Jerry Coviello, *pro se*