UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff, | )<br>)<br>) |
| V. | )   C.A. NO.: 04 11901 MLW<br>) |
| TOWN OF CHELSMFORD, et al<br>    Defendants. | )<br>) |

## DEFENDANTS' MOTION FOR A NEW SCHEDULING CONFERENCE DATE

Now comes the Defendants in the above-entitled case and respectfully request a new scheduling conference date.

In support thereof, the defendants state that the Court moved the original scheduling conference date from April 27 to May 1, 2006. Defendants' counsel is presently scheduled to begin a trial entitled <u>Sommer v Bialy, et. al.</u>, civil action no. 96-1278B, in Worcester Superior Court on May 1 and will be unable to attend the newly scheduled conference. Said trial is anticipated to be approximately one week. The defendants respectfully request that the court continue the scheduling conference date to May 23 or 26, 2006 or to another convenient date for the Court.

                                        Respectfully submitted
                                        The Defendants
                                        By their attorneys,

                                        /s/ Jeremy I. Silverfine
                                        Jeremy I. Silverfine, BBO #542779
                                        Leonard H. Kesten, BBO #542042
                                        Brody, Hardoon, Perkins & Kesten, LLP
                                        One Exeter Plaza
                                        Boston, MA  02116
                                        (617) 880-7100

Date: April 19, 2006