UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO ) | CIVIL ACTION |
|     Plaintiff ) | NO. 04cv11901-MLW |
| ) | |
| v. ) | |
| ) | NOTICE OF APPEARANCE |
| TOWN OF CHELMSFORD et al ) | |
|     Defendants ) | |

Please take notice that Gerald Fabiano is appearing as attorney for defendant Michael Horan.

    /s/  Gerald Fabiano
    Gerald Fabiano  BBO No. 157130
    Pierce, Davis & Perritano, LLP
    10 Winthrop Square  5th Floor
    Boston, MA 02110
    617-350-0950
    gfabiano@piercedavis.com

I hereby certify that this document filed through the Electronic Case Files system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to non-registered participants on April 24, 2006.

    /s/ Gerald Fabiano
    Gerald Fabiano