UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                )
    Plaintiff,              )
                            )
V.                              )     C.A. NO.: 04 11901 MLW
                            )
TOWN OF CHELSMFORD, et al )
    Defendants              )

### DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSE TO DISCOVERY BY PLAINTIFF PURSUANT TO RULE 37

The defendants, Town of Chelmsford, Jennifer Fay, James Spinney, Gary Hannagan, Bernard F. Lynch, and Chief Raymond McCusker, hereby move pursuant to Rule 37 of the Federal Rules of Civil Procedure, that this Court enter an Order compelling the plaintiff to further respond to the defendants' first request for production of documents addressed to him within 20 days of an entry of Order in this regard.

In support thereof, the defendants request that the plaintiff further respond to requests numbered 1-3, 5-19, 24, 28, and 33 for the following reasons:

**REQUEST NO. 1**

Any and all documents of the Plaintiff, Jerry Coviello, relative to the facts set forth in his Complaint, which are in the possession, custody or control of the Plaintiff.

**RESPONSE No. 1**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are

responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

## REQUEST NO. 2

Any and all documents of the Defendants and any of the Defendants' past or present agents, servants or employees relative to facts set forth in the Complaint, which are in the possession, custody or control of the Plaintiff.

## RESPONSE No. 2

Most or all doc. already in possession of defendants

## ARGUMENT

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

## REQUEST NO. 3

Any and all documents of any non-party individual or entity, and any of its past or present agents, servants or employees relative to the facts set forth in the Complaint which are in the possession, custody or control of the Plaintiff.

## RESPONSE No. 3

Most or all doc. already in possession of defendants

## ARGUMENT

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

## REQUEST NO. 5

Any and all documents filed by the Plaintiff with the Town of Chelmsford relative to the allegations in his Complaint.

**RESPONSE No. 5**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

**REQUEST NO. 6**

Any and all documents received by the Plaintiff from the Town of Chelmsford relative to the allegations in his Complaint.

**RESPONSE No. 6**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

**REQUEST NO. 7**

Any and all documents, which you contend support the allegations as set forth in your Complaint.

**RESPONSE No. 7**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are

3

responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

## REQUEST NO. 8

All documents concerning any and all investigations and inquiries, of any nature or type, which you have at any time conducted into the events, facts and information, which are the basis of your allegations in this Complaint.

## RESPONSE No. 8

Most or all doc. already in possession of defendants

## ARGUMENT

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

## REQUEST NO. 9

Copies of all documents including but not limited to audio records, video recordings, computer data, e-mail data, notes, diaries, journals, and/or logs, memoranda, letters, correspondence, reports, meeting minutes, date books, appointment calendars, which concern any fact or matter alleged in the Plaintiff's Complaint.

## RESPONSE No. 9

Most or all doc. already in possession of defendants

## ARGUMENT

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

## REQUEST NO. 10

Copies of all documents concerning written or oral statements, as defined by Fed. R. Civ. P. 26 made by any person, including without limitation by the

plaintiff, who is a witness to or presents knowledge concerning any fact or matter alleged or stated in the Plaintiff's Complaint.

**RESPONSE No. 10**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

**REQUEST NO. 11**

Copies of any and all documents evidencing, describing, pertaining or relating to any and all monetary damages alleged suffered as a result of these incidents alleged in the Complaint.

**RESPONSE No. 11**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

**REQUEST NO. 12**

Any and all written statements and/or reports, signed or unsigned, of any and all persons who have knowledge of discoverable matters including, but not limited to, the incident or damages allegedly result therefrom and/or copies of all verbatim written transcripts of any and all statements of each such person taking on a recording instrument which are in the possession, custody or control of the plaintiff.

5

**RESPONSE No. 12**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

**REQUEST NO. 13**

All written communications, which relate in any manner to the incident and/or injuries allegedly caused thereby, between any party to this action and any entity or person who is not a party to this action.

**RESPONSE No. 13**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

**REQUEST NO. 14**

All documents prepared by any government agency, which relate in any manner to the incidents and/or injuries allegedly caused thereby.

**RESPONSE No. 14**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they

attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

### REQUEST NO. 15

All documents sent or submitted to any government agency, including but not limited to local, state or federal, by any person which relate in any manner to the incidents and/or injuries allegedly caused thereby.

### RESPONSE No. 15

Most or all doc. already in possession of defendants

### ARGUMENT

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

### REQUEST NO. 16

Any and all documents of any and all expert witnesses retained by the Plaintiff to substantiate the Plaintiff's allegations of liability and/or damages as alleged in the Plaintiff's Complaint.

### RESPONSE No. 16

Most or all doc. already in possession of defendants

### ARGUMENT

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

### REQUEST NO. 17

The Curriculum Vitae(s) or resume(s) of each person you expect to call as an expert witness at any trial on the merits of the action.

**RESPONSE No. 17**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

**REQUEST NO. 18**

Copies of any and all report(s) of expert witnesses whom you expect to testify at any trial on the merits of this action.

**RESPONSE No. 18**

Most or all doc. already in possession of defendants

**ARGUMENT**

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

**REQUEST NO. 19**

As soon as they have been identified (but no less than the time described by the Federal Rules of Civil Procedure, its local analog and/or any other pre-trial order of this Court) all photographs, drawings, surveys, charts, diagrams, compilations, computer files, logs, tangible objects or instrumentalities which you intend to offer as an exhibit, chalk, or other demonstrative aid at any trial on the merits of this action.

**RESPONSE No. 19**

Most or all doc. already in possession of defendants

## ARGUMENT

The plaintiff has not made a complete response to this request. The plaintiff has responded to this request stating that, "Most or all doc. already in possession of defendants." The defendants should not be in the position of having "most" of the documents (which are *not* delineated in the plaintiff's response, nor are they attached thereto). The defendants are entitled to all the documents that are responsive to the requests and should not be in a position of having to guess what documents are either missing or being referred to.

## REQUEST NO. 24

Copies of any and all Grand Jury Minutes relative to his incident.

## RESPONSE No. 24

Objection, the grand jury minutes were given to me as privileged information because I was the defendant in a criminal matter. Though I am sure I have given you portions relevant to my allegations, if you wish the entire record you must go through the court.

## ARGUMENT

With reference to Request numbered 24, the defendants believe that the objection to production of grand jury minutes is misplaced. The grand jury minutes contain statements of several of the named defendants to which they are entitled to review. Further, the criminal matter, which the plaintiff has referenced has been adjudicated and is one of the grounds for his lawsuit in this case. Third, the privilege the plaintiff has asserted does not apply to him but to the members of law enforcement and the prosecution.

## REQUEST NO. 28

Copies of any and all tax returns for the years 1996 through 2004, including, but not limited to any and all 1099 forms.

## RESPONSE No. 28

Tax info, see copy "attached no.4"  *I object to any request for tax info before yr of incident.

## ARGUMENT

With reference to Request number 28, the defendants believe that the objection to production of tax returns is misplaced. The plaintiff has asserted in his complaint that he suffered financial losses and has been have been damaged by the defendants' actions. The defendants requested the plaintiff's tax records to ascertain some of his claims as to financial damages.

9

**REQUEST NO. 33**

Any and all documents filed by the plaintiff with any criminal court relative to the allegations in his complaint.

**RESPONSE No. 33**

Complaint filed with the Attorney General's Office, Criminal Bureau, One Ashburton Place, Boston, MA. Trooper Marion Fletcher took my statement but told me to wait until all reports by experts were were complete before filing official complaint. Have not filed yet. See copy of her business car "attached no.6"

**ARGUMENT**

With reference to Request number 33, the defendants believe that the response is incomplete. The request asks for any and all document filed by the plaintiff in any criminal court. This request would include document filed by the plaintiff (or on his behalf) in the matter entitled *Commonwealth v. Jerry Coviello*. No documents were produced or identified by the plaintiff.

Wherefore, for the reasons set forth hereinabove, the defendants respectfully request that this honorable court enter an order compelling the plaintiff to further respond and produce documents with reference to the defendants' request for documents.

        Respectfully submitted,
        Defendants, Town of Chelmsford,
        Jennifer Fay, James Spinney, Gary
        Hannagan, Bernard F. Lynch, and Chief
        Raymond McCusker,
        By their attorneys,

        /s/ Jeremy Silverfine
        Jeremy I. Silverfine, BBO #542779
        Leonard H. Kesten, BBO #542042
        Brody, Hardoon, Perkins & Kesten, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: 5/26/06