UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
    Plaintiff, )
                       )
V. )    C.A. NO.: 04 11901 MLW
                       )
TOWN OF CHELSMFORD, et al )
    Defendants )

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendants in the above-captioned matter and certifies that he attempted to conferred with Jerry Coviello, *pro se* plaintiff, by letter dated April 19, 2006, regarding *Defendants' Motion To Compel Further Response To Discovery By Plaintiff Pursuant to Rule 37* in a good faith attempt to resolve or narrow the issues raised in said motion.

                                          Respectfully submitted,

                                          /s/ Jeremy I.Silverfine
                                          Jeremy Silverfine, BBO# 542779
                                          **BRODY, HARDOON, PERKINS & KESTEN, LLP**
                                          One Exeter Plaza, 12th Floor
                                          Boston, MA  02116
                                          (617) 880-7100

Date: May 26, 2006