# EXHIBIT 2

| 04/05/2006 | 75 | Response by Jerry Coviello to Defs' Motion (re 64 Attachment 1) (Attachments: # 1 Attachments 1-8)(Boyce, Kathy) (Entered: 04/11/2006) |
|---|---|---|
| 04/04/2006 | 74 | Remark - added .pdf file of order on motion to amend as it was inadvertently omitted when the order was docketed. (O'Leary, Dennis) (Entered: 04/04/2006) |
| 03/31/2006 | 73 | Judge Mark L. Wolf : ORDER entered granting 35 Motion to Amend. Accordingly, it is hereby ORDERED that:1. The plaintiff's motion to amend his complaint (Docket No.35) is ALLOWED.2. The plaintiff shall, by April 21, 2005, file an amendedcomplaint stating his claims against each defendant.3. The plaintiff shall promptly serve copies of the amendedcomplaint on the new defendants as required by Federal Rule ofCivil Procedure 5. (O'Leary, Dennis) Additional attachment(s) added on 4/4/2006 (O'Leary, Dennis). (Entered: 04/04/2006) |
| 03/30/2006 | 70 | MOTION to Compel *Production Of Expert Reports From the Plaintiff* by Raymond McCuster, Town of Chelmsford, Massachusetts, Chelmsford Police Dept., Jennifer Fay, Michael Horan, Gary Hannagan, James Spinney.(Silverfine, Jeremy) (Entered: 03/30/2006) |
| 03/30/2006 | 69 | Objection by Raymond McCuster, Town of Chelmsford, Massachusetts, Chelmsford Police Dept., Jennifer Fay, Michael Horan, Gary Hannagan, James Spinney *To Plaintiff's Interrogatories Propounded Upon Non-Party Frank Rourke*. (Silverfine, Jeremy) (Entered: 03/30/2006) |
| 03/27/2006 | 72 | MOTION for Extension of Time to 3/31/06 to Comply with the Defts' Request for Document Production by Jerry Coviello, FILED.(Boyce, Kathy) (Entered: 03/31/2006) |
| 03/27/2006 | 71 | MOTION to order the defts to pay his expert witnesses, by Jerry Coviello, FILED.(Boyce, Kathy) (Entered: 03/31/2006) |
| 03/23/2006 | 68 | MOTION to Compel *Production of Documents from the Plaintiff* by Raymond McCuster, Town of Chelmsford, Massachusetts, Chelmsford Police Dept., Jennifer Fay, Michael Horan, Gary Hannagan, James Spinney. (Attachments: # 1 Exhibit First Request for Production Of Documents Addressed to Jerry Coviello)(Silverfine, Jeremy) (Entered: 03/23/2006) |
| 03/22/2006 | 67 | Objection by Raymond McCuster, Town of Chelmsford, Massachusetts, Chelmsford Police Dept., Jennifer Fay, Gary Hannagan, James Spinney *To Plaintiff's Interrogatories Propounded Upon Non-Party Deputy Chief Scott Ubele*. (Silverfine, Jeremy) (Entered: 03/22/2006) |
| 03/15/2006 | 63 | MOTION for Order to Allow Access To Grand Jury Minutes by Raymond McCuster, Town of Chelmsford, Massachusetts, Chelmsford Police Dept., Jennifer Fay, Michael Horan, Gary Hannagan, James Spinney.(Silverfine, Jeremy) (Entered: 03/15/2006) |
| 03/15/2006 | 62 | AFFIDAVIT in Support re 61 MOTION for Order to Utilize The General Grant Of Access To CORI To Attorneys Of Record filed by Raymond McCuster, Town of Chelmsford, Massachusetts, Chelmsford Police Dept., Jennifer Fay, Michael Horan, Gary Hannagan, James Spinney. (Silverfine, Jeremy) (Entered: 03/15/2006) |