United States District Court
District of Massachusetts

Jerry Coviello
/plaintiff

V.                                    CA# 04-11901-MLW

Town of Chelmsford
  Chelmsford, P.D.
    et al, Defendants

dated; 5-24-06

---

Now comes the plaintiff to inform the court that I have been told by the attorney who I authorized to negotiate a settlement, Mr. J. Thomas Kerner, of Boston, MA. that during the negotiation Mr. Silverfine admitted that he had the copy of the F.E.T. report of audio forensic investigator Zed McLarnon but not

Pg 1

the report of forensic accident reconstructionist Bill Howerton of <u>Scientific Boston</u> { see copy attached no. 1 }. How convenient that Mr. Silverfine only admits to having the report who's postage due to its weight can be varified. Also I have included the reciepts from the counstable that he served my amended complaint upon the 2 officers who were added to the defendants List { see copies attached no's 2 & 3 }. Although I did not believe showing reciepts was necessary, according to the <u>memorandum And order</u> dated March 31st 2006, and numbered "73" I want the court

Pg 2

to see that they were served promptly in accordance with the Court's wishes.

Respectfully Submitted:

*Jerry Coviello*
Jerry Coviello Pro-SE
12 Homestead Rd.
Pelham, NH 03076

978-771-3061 or 978-884-8513

Pg 3