230 Commercial Street, First Floor | Boston, Massachusetts 02109  *tel* 617 720 5509  *fax* 617 720 0707

# J. Thomas Kerner
ATTORNEY AT LAW

April 13, 2006

Mr. Jeremy I. Silverfine
Brody, Hardon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re: Coviello v. Chelmsford

Dear Jeremy:

It was a pleasure talking to you this afternoon. ~~I will~~ ~~two paragraph~~ moving my office this weekend and will not be able to access my files until after April 18, 2006. I am quite sure that Jerry Coviello doesn't have a copy of the Howerton letter.

Also, I am writing to commemorate that we discussed the fact that I offered to assist Coviello settle this claim. He authorized me to offer $320,000. The basis of that offer was explained in my March 15, 2006 letter to you. You advised me that your clients, at this time, will not counter that offer. The reason that there will be no counter offer is because I informed you that Mr. Coviello would not accept significantly less than $320,000 to settle. Accordingly, settlement is unlikely.

Thus, my involvement in this matter has concluded. Except, I will search my files and forward to Mr. Coviello, or directly to you if he wants, the above referenced ~~~~ Mr. Howerton did testify at both Coviello's January 2006 criminal trial and during a motion to suppress hearing on August 19, 2005.

Thank you.

Very Truly Yours,

J. Thomas Kerner

cc:   Jerry Coviello
JTK:ms

*Attachment 2*

## COMMONWEALTH OF MASSACHUSETTS
*Officer's Return*



Chelmsford Police Department

Chelmsford, MA

Middlesex , s.s.              Date:    4/20/2006
                              Time:    3:23 PM

By virtue of this notice, I this day served a copy of which the within notice is an original by delivering it ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Officer in charge.

at       Chelmsford Police Department

         Chelmsford, MA

_____
Officer Jason Burke
Massachusetts Constable
And Disinterested Person

O6040888



## COMMONWEALTH OF MASSACHUSETTS
### Officer's Return

~~Officer~~
Chelmsford Police Department

Chelmsford, MA

*Middlesex*, s.s.                              Date: 4/20/2006
                                               Time: 3:23 PM

By virtue of this notice, I this day served a copy of which the within notice is an original by delivering it ~~Accepted~~ **charge.**

at        Chelmsford Police Department

          Chelmsford, MA

                              _____
                              Officer Jason Burke
                              Massachusetts Constable
                              And Disinterested Person

O6040888