FILED
IN CLERKS OFFICE

Attention Gerald Fabiano    2006 JUN -1  P 1:11

RE: Jerry Coviello            U.S. DISTRICT COURT
                              DISTRICT OF MASS.

V: Town of Chelmsford, Chelmsford P.D. et al

U.S. District Court Civil Action no.

04-11901-MLW

dated: 5-28-06

---

I intend to object to your motion for summary judgement, I believe, in whole, for the following reasons:

1) I do not believe my allegations in this civil suit are exactly the same as those in the Lowell District Court Civil action, as you claim on pg 2 of your letter dated April 25th 2006 {see copy attached no.1}. That action was for the act of assault and battery

Pg 1

Upon my person { see copy attached no. 2 }, this action is for the act of becoming part of a conspiracy to stop my car for the purposes of Assault and Battery { see copy attached no. 3 }.

2) Defendant Michael Horan has not paid the $100.⁰⁰ judgement he stipulated to. { See copy attached no 4 }.

Pg 2