Jerry Coviello
April 25, 2006
Page 2

      I also called, and I am also writing, to confer on whether you will oppose defendant Michael Horan's motion for summary judgment. In this motion, I expect to ask for the dismissal of claims against Mr. Horan because the Lowell District Court civil action, which ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ and ended in a judgment, bars the U.S. District Court claims against Mr. Horan. In addition, the Lowell District Court Stipulation of Judgment states that the "judgment satisfies any claims the plaintiff may have against the defendant for all injuries to the plaintiff for any and all conduct by the defendant for all time up to and including December 3, 2004." Would you please let me know whether you intend to oppose this motion, in whole or in part?

                                                   Very truly yours,

                                                   Gerald Fabiano

cc:    Jeremy I. Silverfine, Esq.

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

| | |
|---|---|
| GERALD COVIELLO, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL DOCKET NO. |
| MICHAEL HORAN | ) |
| Defendant. | ) |

**INTRODUCTION:**

1. This is a civil action by Gerald Coviello [hereinafter Coviello] against Michael Horan [hereinafter Horan]. Coviello is seeking compensatory and punitive damages.

**PARTIES:**

2. The plaintiff, Gerald Coviello, is a resident of the town of Chelmsford, Middlesex County, Massachusetts.

3. The defendant, Michael Horan, is a resident of the town of Chelmsford, Middlesex County, Massachusetts.

**FACTS:**

4. On September 1, 2001, Coviello was operating his motor vehicle, a two door 1967 Ford Mustang. The vehicle was properly registered, insured, equipped and had recently passed inspection. Coviello operated the vehicle in a proper manner at all times prior to be ordered to stop by



~~[scribbled out]~~

page From my "Original Complaint"

On September 1st 2001 Officer Jen Fay radioed other officers, and/or dispatch to "~~[redacted]~~" ~~[redacted]~~ of intimidation, harassment, and/or ~~assault & battery~~ because my passenger, a family aquaintance who was to drunk to drive home safely, had conveyed words to her on his way out of the restaurant that expressed sexual interest in her. ~~Violating~~ my 4th amendment rights.

On September 1st 2001 Officer ~~[redacted]~~ intercepted a radio call from Officer Fay/dispatch to go to Chelmsford Street to "pull over"/stop my

~~[redacted]~~                                6/9/05

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                              LOWELL DIST. COURT 

GERALD COVIELLO,                 )
                                 )
    Plaintiff,                   )
                                 )     CIVIL DOCKET NO.
v.                               )     04/11/CV/1151
                                 )
MICHAEL HORAN                    )
                                 )
    Defendant.                   )

*[handwritten annotations: Act p Andre / No opp'sq Andris /?- / Liaison x cN]*

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff and, pursuant to M.R.Civ.P. 56, moves this Honorable Court to enter judgment in favor of the plaintiff.

On count 1 the Court should rule that the defendant assaulted and battered the plaintiff and should order the ~~[redacted]~~ compensate him for the pain he experienced when he was assaulted and battered by the defendant.

In Support of this motion the plaintiff files a memorandum of law and his affidavit.

                                    Respectfully Submitted,

                                    GERALD COVIELLO
                                    By his attorney:

DATE _____6-9-05_____               _/s/ Thomas Kerner_____
JUSTICE _____               J. Thomas Kerner
                                    BBO# 552373
                                    Attorney at Law
                                    230 Commercial Street, 1st Fl.
                                    Boston, MA  02109
                                    (617) 720-5509

COPY