FILED
IN CLERKS OFFICE

Attention: Jeremy Silverfine

2006 JUN -1 P 1:11

RE: Jerry Coviello Pro SE

U.S. DISTRICT COURT
DISTRICT OF MASS.

V: Town of Chelmsford, Chelmsford P.D. et al

U.S. District Court Civil Action no.

04-11901-MLW

dated; May 21st 2006

---

In response to your letter dated April 19th 2006.

1. In reference to "request for Doc no. 1-3, 5-19". I responded that "most or all doc. already in possession of the defendants" because it is from them that I recieved most or all of them.

2. "With reference to request no. 24." I am not sure my objection is misplaced

P. 1

and I would assume that the defendants would have recieved copies of their own Grand Jury testimony. If the court so orders I will forward you a copy.

3. "With reference to request no. 28 the Financial losses I suffered were *after* the incident, sept/oct 2001, not before.

4. "With reference to request no. 33". Are you requesting a copy of every motion filed by every one of my attorneys involved in "Comm. v. Covriello"? Please advise.

   On the matter of incomplete document production. I have become aware of an incident that took place at the same

Pg 2

restaurant around the same time period 2001, in which Officer Jennifer Fay may have assaulted and battered an under-age bar patron named Mary Alice Corraccio of 43 Hall Rd. Chelmsford MA.. I don't recall recieving anything on this in her file. Please look into it. Also, now that it has been allowed that Officers Frank Rourke and Scott Ubele be named defendants they <u>must Answer</u> thier introgatory questions. Please have them do that A.S.A.P.

Signed: Jerry Coviello

Jerry Coviello Pro SE
12 Homestead Rd.
Pelham, NH 03076

ph: 978-771-3061 or 978-884-8513

Pg 3