UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,  )
    Plaintiff,  )
  )
V.  )  C.A. NO.: 04 11901 MLW
  )
TOWN OF CHELSMFORD, et al  )
    Defendants  )

### DEFENDANTS' OBJECTION TO PLAINTIFF, JERRY COVIELLO'S AMENDED PLEADING AND MOTION TO STRIKE AND DISMISS

Now comes the defendants in the above-referenced matter and hereby object to the plaintiff's "amended" pleading (document # 81, attached hereto and marked as Exhibit 1) as deficient and not in accord with Judge Wolf's order on the motion to amend the complaint (document # 73, attached hereto and marked as Exhibit 2), and hereby moves to strike and/or DISMISS said "amended" pleading.

In support thereof, the defendants state that the plaintiff filed a motion to amend his complaint. Said motion to amend complaint was allowed by this Court (Ex. 2), with the proviso that the plaintiff must file his "amended complaint stating his claims against each defendant." The plaintiff's pleading is deficient in setting out the plaintiff's claims against each defendant. The pleading is deficient as it does not forth (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short and plain statement of the claim showing the pleader is entitled to relief, and (3) a demand for judgment. Fed.R.Civ.P. Rule 8(a). Further, besides listing the proposed two additional defendants the plaintiff has not set forth with particularity, the

grounds for the relief requested. Fed.R.Civ.P. Rule 7(b). In addition, the pleadings are so vague or ambiguous that the parties cannot reasonably be required to frame a responsive pleading. Fed.R.Civ.P. Rule 12(e).

For the reasons set forth hereinabove, the defendants respectfully move to strike, per Fed.R.Civ.P. Rule 12(f), and/or dismiss this amended pleading filed by the plaintiff. In the alternative, the defendants would request that this court enter an order that the plaintiff be required to file a more definitive statement per Fed.R.Civ.P. Rule 12(e).

                    Respectfully submitted,
                    The defendants,
                    By their attorneys

                    /s/ Jeremy Silverfine
                    Jeremy Silverfine BBO#542779
                    Leonard H. Kesten, BBO#542042
                    Brody, Hardoon, Perkins & Kesten, LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    (617) 880-7100

Dated: 6-5-06