# EXHIBIT 1

United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2006 APR 21 P 2:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

Jerry Coviello
  plaintiff

v.                                    CA# 04-11901-MLW

Town of Chelmsford
  Chelmsford P.D.
        et al

Defendants; Officer Jennifer Fay, Officer Michael Horan, Officer James Spinney, Officer Gary Hannagan, Chief Raymond McCusker, Town Mgr. Bernard Lynch

April 16th '2006

---

Now comes the plaintiff who wishes to add 2 new names to the defendants list. Where as I have already stated in my original "Complaint" the named defendants { officers } conspired to stop my car for purposes of intimidation, harassment, and/or

pg. 1

assault and battery, and I have stated in my "addition to my original complaint that I had been denied my right to a true and accurate record of the evidence, I now wish to add to the defendants list the names of 2 officers who are involved in this conspiracy by way of the alteration of that exculpatory evidence.

1. Officer Frank Rourke, Chelmsford P.D. who through written statements admits responsibility for a cassette tape recording of the turret tape data which the plaintiff contends he manipulated/edited by possibly, but not limited to "mechanical" editing

Pg 2

such as starting and stopping of recording and playback machines. Thus "removing", "eliminating", "editing out" voices of Officer Jennifer Fay and the other officers, named as defendants, conspiring to have my car pulled over for purposes of intimidation, harassment, and/or assault and battery.

2. Officer Scott Ubele, Chelmsford P.D. - who through verbal statements and actions has represented himself as being responsible for, and maintaining the integrity of, the C.D. copies of the turret tape data which the plaintiff contends he manipulated/edited, by possibly, but not limited to "digital"

Pg 3

editing such as using a computer, "editing" software, to "remove", "eliminate", "edit out" the voices of Officer Jennifer Fay, and the other Officers, named as defendants conspiring to have my car pulled over for purposes of intimidation, harassment and/or assault and Battery.

Respectfully Submitted:

*Jerry Coviello*

Jerry Coviello  Pro-SE
12 Homestead Rd.
Pelham, NH 03076

ph: 978-771-3061
cl: 978-884-8513