United States District Court
District of Massachusetts

Jerry Coviello
    plaintiff

v.                                    CA# 04-11901-MLW

Town of Chelmsford
    Chelmsford, P.D.
        et al, Defendants

dated; June 27th 2006

---

To Defendants; Jennifer Fay, Michael Horan, James Spinney, Gary Hannagan Raymond McCusker, Frank Rourke, Scott Ubele, town Mgr Bernard Lynch.

Now comes the Plaintiff who wishes to add 2 new names to the defendants list. Where as I have already stated in my original complaint that

Pg 1

On September 1st 2001 Officer Jen Fay, radioed other officers, and/or dispatch to "pull over"/stop my car for the purpose of intimidation, harassment, and/or assault & battery because my passenger, a family aquaintance who was to drunk to drive home safely, had conveyed words to her on his way out of the restaurant that expressed sexual interest in her. Violating my 4th Amendment rights.

On September 1st 2001 Officer Michael Horan intercepted a radio call from Officer Fay/dispatch to go to Chelmsford Street to "pull over"/stop my

Pg 2

car for the purpose of intimidation, harassment, and/or assault & battery, and did commit assault & battery on my person & for which he has already defaulted in a state civil suit } violating my 4th Amendment rights.

On September 1st 2001 Officer Gary Hannagan intercepted a radio call from Officer Fay/dispatch to go to Chelmsford Street to "pull over"/stop my car for the purpose of intimidation, harassment, and/or assault & battery, and did take part in stopping my car for such purpose. Violating my 4th Amendment rights.

Pg 3

On September 1st 2001 Officer James Spinney intercepted a radio call from Officer Fay/dispatch to go to Chelmsford Street to "pull over"/stop my car for the purpose of intimidation, harasment, and/or assault & battery, and did take part in stopping my car for such purpose, violating my 4th amendment rights.

Pg 4

And in my Addition to my Original Complaint that...

If I did not recieve a correct copy of the turret tape from the police to prove my allagation that the female officer in my civil action, Identified as Jen Fay, called {radioed} for officers to pull me over for purposes of intimidation & harassment, or called police dispatch to arrange or suggest that my car be pulled over for purposes of intimidation and/or Harassment, then I have, in addition to my first complaint, been denied my right to petition the court for a redress of grievences with a true and accurate Record

~~[crossed out]~~

~~[crossed out]~~, I now wish to add to the defendants list the names of 2 officers who are involved in this conspiracy by way of the alteration of that exculpatory evidence.

1. Officer Frank Rourke, Chelmsford P.D. who through written statements admits responsibility for a cassette tape recording of the turret tape data which the plaintiff contends he manipulated/edited by possibly, but not limited to "mechanical" editing

Pg # 6

such as starting and stopping of recording and playback machines. Thus "removing", "eliminating", "editing out" voices of Officer Jennifer Fay and the other officers, named as defendants, conspiring to have my car pulled over for purposes of intimidation, harassment and/or assault and battery.

2. Officer Scott Ubele, Chelmsford P.D. - who through verbal statements and actions has represented himself as being responsible for, and maintaining the integrity of, the C.D. copies of the turret tape data which the plaintiff contends he manipulated/edited, by possibly, but not limited to "digital"

Pg 8 7

editing such as using a computer, "editing" software, to "remove", "eliminate", "edit out" the voices of officer Jenifer Fay and the other officers, named as defendants conspiring to have my car pulled over for purposes of intimidation, harassment and/or assault and battery.

Wherefore the plaintiff demands judgement against the defendants for : 1) $616,200.00. Which equals Compensatory Damages for wrongfull Imprisonment/violation of civil rights {$500,000.00}, and costs incurred as a direct result of

Pg 8

Defendants wrongdoing against the plaintiff {116,200.00}.

And other such punitive damages/ relief the court deems just.

The plaintiff demands trial by jury.

Respectfully Submitted:

*Jerry Coviello*

Jerry Coviello Pro-SE
86 Richardson Rd. #1
N. Chelmsford, MA. 01863
ph: 978-771-3061
or 978-884-8513

Pg 9