United States District Court
District of Massachusetts

Jerry Coviello
   plaintiff

V.                                              CA# 04-11901-MLW

Town of Chelmsford
   Chelmsford, P.D.
     et al, Defendants

dated; 6-22-06

---

Now comes the plaintiff to inform the court that I will now be recieving mail at:

[ 86 Richardson Rd. #1
[ N. Chelmsford, MA. 01863

Sincerely; Jerry Coviello

Jerry Coviello Pro-SE
86 Richardson Rd. #1
N. Chelmsford, MA. 01863