United States District Court
District of Massachusetts

Jerry Coviello
/plaintiff

V-                                CA# 04-11901-MLW

Town of Chelmsford
Chelmsford, P.D.
et al, Defendants

dated; June 22nd, 2006

---

Now comes the plaintiff to object to the defendants "objection to plaintiff Jerry Coviello's Amended pleading and motion to strike and dismiss."

When I read pg 4 no. 2 of the March 31 2006 "memorandum and order" {see copy attached no. 1} I took it to mean that I must serve

Pg 1

to each of the <u>new</u> defendants copies of my allegations against each of <u>them</u>. However, upon review of my original complaint I feel I may have made a technical error. I will, by the end of June 2006 file an amended complaint stating my claims against <u>each</u> of the defendants and serve copies upon the new defendants. In light of the delays already taking place in the proceedings I hope this request for 1 week's time will not inconvenience the court.

As for Mr. Silverfine's assertion that my pleadings "are so vague

Pg 2

comes on the heels of my letter to Mr. Silverfine dated May 21st 2006, pg 3 ξ see copy attached no. 2 3, in which I insist that the newly named defendants answer thier interrogatories.

It is my opinion the true reason for this objection is that the newly named defendants do not want to be in the position of either admitting to the allegation or perjuring themselves in a court who's Justice's opinion of officers and officials who betray the public trust is well known.

I would have filed this response earlier but my landlord is being foreclosed on and the bank is

Pg 4

evicting all the tenants and I must move and relocate all my property.

Once again I ask the court's indulgence for my oversight in this matter.

Respectfully Submitted;

*Jerry Caviello*

Jerry Caviello Pro-SE
86 Richardson Rd #1
N. Chelmsford, MA. 01863
ph: 978-771-3061
or: 978-884-8513

Pg 5

*Attached no. 1*

because the plaintiff did not comply with Local Rule 15.1(b). At least ten days before filing his motion to amend, Coviello should have served his motion on each new party he is seeking to add, and he should have included with his motion a certificate stating that he had done so. He did not include such a certificate.

Nevertheless, since Coviello is a *pro se* plaintiff, and motions to amend are to be "freely given when justice so requires," Fed. R. Civ. P. 15, it is appropriate to excuse his failure to comply with the rule in this case.

Accordingly, it is hereby ORDERED that:

1. The plaintiff's motion to amend his complaint (Docket No. 35) is ALLOWED.

2. The plaintiff shall, by April 21, 2005, file an amended complaint stating his claims against each defendant.

3. The plaintiff shall promptly serve copies of the amended complaint on the new defendants as required by Federal Rule of Civil Procedure 5.

                                             /s/ Mark L. Wolf
                                             UNITED STATES DISTRICT JUDGE

4