United States District Court
District of Massachusetts

Jerry Coviello
   plaintiff

V.                                    CA# 04-11901-MLW

Town of Chelmsford
     Chelmsford, P.D.
        et al, Defendants

dated: 7-9-06

---

Now comes the plaintiff to inform the court that the newly named defendants have been served as I said they would be in my mailing dated 6-22-06. See copies attached: no.1, pg 2 of the 6-22-06 mailing; no.'s 2 & 3, reciepts from the constable service; no.4, return reciepts from all other parties 3.

Pg 1

Respectfully Submitted;

*Jerry Coviello*

Jerry Coviello Pro-SE
86 Richardson Rd. #1
N. Chelmsford, MA. 01863

Ph: 978-771-3061
Cell: 978-884-8513

Pg 2