Attached no 1

to each of the <u>new</u> defendants copies of my allegations against each of <u>them</u>. However, upon review of my original complaint I feel I may have made a technical error I will, by the end of June 2006 file an amended complaint stating my claims against <u>each</u> of the defendants and serve copies upon the new defendants. In light of the delays already taking place in the proceedings I hope this request for 1 week's time will not inconvenience the court.

As for Mr. Silverfine's assertion that my pleadings "are so vague

Pg 2

*Attached No 2*

# COMMONWEALTH OF MASSACHUSETTS
## Officer's Return

Officer Frank Rourke
Chelmsford Police Department
Chelmsford, MA

Middlesex , s.s.                                Date:    6/30/2006

By virtue of this notice, I this day served a copy of which the within notice is an original by delivering it    **Accepted by Officer Valisamo**

at         Chelmsford Police Department
           Chelmsford, MA

                                    __Jason Burke_____
                                    Officer Jason Burke
                                    Massachusetts Constable
                                    And Disinterested Person

O6061395

*Attached no. 3*

# COMMONWEALTH OF MASSACHUSETTS
## Officer's Return

Officer Scott Ubele
Chelmsford Police Department
Chelmsford, MA

Middlesex , s.s.                                          Date:    6/30/2006

By virtue of this notice, I this day served a copy of which the within notice is an original by delivering it    **Accepted by Officer Valisamo**

at          Chelmsford Police Department
            Chelmsford, MA


                                            _____
                                            Officer Jason Burke
                                            Massachusetts Constable
                                            And Disinterested Person

O6061395A

Attachment no. 4

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brody, Hardoon, LLP
One Exeter Plaza
Boston, MA. 02116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x D. McCoo  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): D. McCoo
C. Date of Delivery: 6-30-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 0781 3838

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pierce, Davis, LLP
Ten Winthrop Sq.
Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x A Strack  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): A Strack
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No

← mailed same day as others

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 0781 3821

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Courthouse
1 Courthouse Way
Boston, MA. 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Russo  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Russo
C. Date of Delivery: 6/30

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 0781 ....