Attention = Jeremy Silverfine

RE: Jerry Coviello Pro SE

V: Town of Chelmsford, Chelmsford P.D. et al

U.S. District Court Civil Action no. 04-11901-MLW

dated; July 8th 2006

---

The addition of Frank Rourke and Scott Ubele to the list of named defendants has been <u>allowed</u>. Also I remind you that when you took depositions at the Chelmsford police Dept. you allowed officers who were not named defendants to sit in and listen. When I questioned you about this you said that since I was suing the Chelmsford P.D.

P. 1

<u>et al</u> any officer had the right to sit in on deposstions. If that is so than any officer can Answer interrogatory questions, please have Frank Rourke and Scott Ubele answer theirs A.S.A.P.

Signed; *Jerry Covello*

Jerry Covello Pro-SE
86 Richardson Rd. #1
N. Chelmsford, MA. 01863

ph = 978-771-3061
or = 978-884-8513

Pg 2