UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff, | )<br>)<br>) |
| V. | )   C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al<br>    Defendants | )<br>)<br>) |

### DEFENDANTS' MOTION SEEKING LEAVE TO FILE A RESPONSIVE PLEADING, IF NECESSARY, TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Now come the Defendants in the above-captioned matter and hereby seek leave of 20 days to file a responsive pleading to the Plaintiff's Motion to Amend his complaint. The Defendants respectfully request this twenty-day leave to file a responsive pleading, if the Court allows the Plaintiff's Motion to Amend his Complaint.

As reasons therefore, the Defendants state that they filed an objection to the Plaintiff's Amended Pleading and a Motion to Strike and Dismiss on or about June 5, 2006. The Plaintiff had filed an amended pleading (Document No. 81) to which the Defendants objected on the grounds that it was deficient and not in accord in this Court's order on the Plaintiff's Motion to Amend the Complaint (Document No. 73) and moved to strike and/or dismiss said "amended" pleading. To date, there has been no ruling on the Defendants' objection nor any ruling on Plaintiff's Motion to Amend his Complaint.

The Defendants seek twenty days, if necessary, from such time as any ruling by this court is made so that it may file an appropriate response.

                                                    Respectfully submitted,
                                                    Defendants,
                                                    By their attorneys,

                                                  /s/ Jeremy Silverfine
                                                  Jeremy Silverfine, BBO #542779
                                                  Leonard H. Kesten, BBO #542042
                                                  Brody, Hardoon, Perkins & Kesten, LLP
                                                  One Exeter Plaza
                                                  Boston, MA  02116
Dated:  July 26, 2006                            (617) 880-7100