UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff, | )<br>)<br>) |
| V. | )   C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al<br>    Defendants | )<br>)<br>) |

### DEFENDANTS' MOTION SEEKING LEAVE TO FILE ANSWERS TO INTEROGATORIES TO FRANK ROURKE AND SCOTT UBELE, IF NECESSARY

Now come the Defendants in the above-captioned matter and hereby seek leave of 30 days from the time of any ruling by this court on the Plaintiff's Motion to Amend his Complaint, if necessary, to file answers to interrogatories propounded upon Frank Rourke and Scott Ubele. The Defendants respectfully request this thirty-day leave to file answers to interrogatories, *only* if the Court allows the Plaintiff's Motion to Amend his Complaint to add Frank Rourke and Scott Ubele as defendants.

As reasons therefore, the Defendants state that they filed an objection to the Plaintiff's Amended Pleading and a Motion to Strike and Dismiss on or about June 5, 2006. The Plaintiff had filed an amended pleading (Document No. 81) to which the Defendants objected on the grounds that it was deficient and not in accord in this Court's order on the Plaintiff's Motion to Amend the Complaint (Document No. 73) and moved to strike and/or dismiss said "amended" pleading. To date, there has been no ruling on the Defendants' objection nor any ruling on Plaintiff's Motion to Amend his Complaint. As such, both Frank Rourke and Scott Ubele are not defendants and not subject to interrogatories.

The Defendants seek thirty days, only if necessary, from such time as any ruling by this court is made so that it may file an appropriate response to the amended complaint and subsequently answer interrogatories, if appropriate.

                                                Respectfully submitted,
                                                Defendants,
                                                By their attorneys,

                                                /s/ Jeremy Silverfine
                                                Jeremy Silverfine, BBO #542779
                                                Leonard H. Kesten, BBO #542042
                                                Brody, Hardoon, Perkins & Kesten, LLP
                                                One Exeter Plaza
                                                Boston, MA  02116
                                                (617) 880-7100

Dated: August 9, 2006