United States District Court
District of Massachusetts

Jerry Coviello
  plaintiff

v.                                CA# 04-11901-MLW

Town of Chelmsford
   Chelmsford, P.D.
      et al, Defendants

dated; August 1st, 2006

---

Now comes the plaintiff and files this Motion To Compel, the newly named defendants, officers Rourke, & Ubele to answer their interrogatories. I requested this on July 8th, 2006 {see copy attached no. 1, pgs 1 & 2 }, and have had no reply. I am under the assumption that they have no intention of doing so.

Pg 1