Attached no 1 pg 1

Attention = Jeremy Silverfine

RE: Jerry Coviello Pro SE

V: Town of Chelmsford, Chelmsford P.D. et al

U.S. District Court Civil Action no.

04-11901-MLW

dated; July 8th 2006

The addition of Frank Rourke and
Scott Ubele to the list of named
defendants has been <u>allowed</u>.
Also I remind you that when
you took depositions at the Chel-
msford police Dept. you allowed
officers who were not named defendants
to sit in and listen. When I questione
you about this you said that since
I WAS suing the Chelmsford P.D.

Attached no1 pg2

et al any officer had the right to sit in on depositions. IF that is so than Any Officer can Answer interrogatory questions, please have Frank Rourke and Scott Ubele answer theirs A.S.A.P

Signed; Jerry Coviello

Jerry Coviello Pro-SE
86 Richardson Rd. #1
N. Chelmsford, MA. 01863

ph = 978-771-3061
or = 978-884-8513