# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

August 28, 2006

The Honorable Mark L. Wolf
U.S. District Court
John Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Jerry Coviello
VS: Town of Chelmsford Police Department, et al
U.S. District Court Civil Action No.: 04-11901-MLW

Dear Judge Wolf:

At the request of Mr. Coviello, I am writing to confirm that per the Court's Order, Mr. Coviello did produce the report of his "expert" identified as William M. Howerton of Scientific Boston, Inc. by faxing to us a copy of a one-page letter (dated June 27, 2005) addressed to Thomas Kerner, Esq. from William Howerton. Mr. Coviello has agreed to mail us a more legible copy of the report.

Very truly yours,

*Leonard H. Kesten*

Leonard H. Kesten

LHK: hjo
cc: Jerry Coviello, *pro se*
    Via Facsimile: (781) 932-0053