UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>　　Plaintiff, | )<br>)<br>) |
| V. | )　　C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al | )<br>) |

### DEFENDANTS' ANSWER TO PLAINTIFF'S
### AMENDED COMPLAINT AND JURY DEMAND

### PARTIES

1. The defendants neither admit nor deny the allegations contained in this paragraph of the plaintiff's complaint.

2. The defendants neither admit nor deny the allegations contained in this paragraph of the plaintiff's complaint.

### JURISDICTION

3. The defendants neither admit nor deny the allegations contained in this paragraph of the plaintiff's complaint.

4. The defendants deny the allegations contained in this paragraph of the plaintiff's complaint.

5. The defendants deny the allegations contained in this paragraph of the plaintiff's complaint.

6. The defendants deny the allegations contained in this paragraph of the plaintiff's complaint.

7. The defendants deny the allegations contained in this paragraph of the plaintiff's complaint.

### ADDITIONAL COMPLAINTS CONTAINED WITHIN THE PLAINTIFF'S
### "AMENDED COMPLAINT"

As to the Plaintiff's additional allegations against Officers Frank Rourke and Scott Ubele, the defendants deny the allegations contained in the introductory paragraphs.

1. The defendants deny the allegations contained in the paragraph numbered 1 of the plaintiff's "amended" complaint.

2. The defendants deny the allegations contained in the paragraph numbered 2 of the plaintiff's "amended" complaint.

Wherefore, the defendants request that the plaintiff's complaint be dismissed and defendants be awarded attorney's fees, costs and expenses incurred in the defense of this matter.

### AFFIRMATIVE DEFENSES

#### FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that the defendants' actions are entitled to qualified good faith immunity.

#### SECOND AFFIRMATIVE DEFENSE

Defendants state that their actions are immune from suit as they were engaging in discretionary functions.

#### JURY DEMAND

The defendants respectfully demand a trial by jury.

Respectfully submitted,
Defendants,
By their attorneys,

/s/ Jeremy Silverfine
Jeremy Silverfine, BBO #542779
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA  02116
(617) 880-7100

Dated: September 1, 2006