FILED
CLERKS OFFICE
2006 SEP 15 P 2:00
U.S. DISTRICT COURT
DIST. OF MASS

Attention Jeremy Silverfine & Gerald Fabiano

RE: Jerry Coviello Pro Se

V: Town of Chelmsford, Chelmsford P.D. et al

U.S. District Court Civil Action no.

04-11901-MLW

dated: 9-12-06

---

To reiterate my phone conversation with Mr. Fabiano and my V-mail message to Mr. Silverfine, on 9-8-06. Atty Tom Kerner has said that, since he has a much more complete file of the case Comm v. Coviello than I do, he will coordinate his schedule to meet with each of you at his office, which is located near your respective offices, and allow

Pg 1