# Commonwealth of Massachusetts
## MIDDLESEX SUPERIOR COURT
### Case Summary
### Criminal Docket

## Commonwealth v Coviello, Gerald

Details for Docket: MICR2001-01129

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICR2001-01129 | **Caption:** | Commonwealth v Coviello, Gerald |
| **Entry Date:** | 09/27/2001 | **Case Status:** | Crim 6 (Lowell) |
| **Status Date:** | 01/17/2006 | **Session:** | Disposed |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 12/04/2001 | **Jury Trial:** | NO |

## Parties Involved

3 Parties Involved in Docket: MICR2001-01129

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Coviello | **First Name:** | Gerald |
| **Address:** | 71 North Street | **Address:** | 12 Stedman Street |
| **City:** | Chelmsford | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Out-of-state attorney |
| **Last Name:** | Booker | **First Name:** | Lorel |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

8 Attorneys Involved for Docket: MICR2001-01129

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Wyman | **First Name:** | Robert T |
| **Address:** | Wyman & Barton LLC | **Address:** | 11 Summer Street |
| **City:** | Chelmsford | **State:** | MA |
| **Zip Code:** | 01824 | **Zip Ext:** | |
| **Telephone:** | 978-224-0544 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Coviello, Gerald (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Shea | **First Name:** | Mark W |
| **Address:** | 47 Third Street, Suite 201 | **Address:** | |
| **City:** | Cambridge | **State:** | MA |
| **Zip Code:** | 02141 | **Zip Ext:** | |
| **Telephone:** | 617-577-8722 | **Tel Ext:** | |
| **Fascimile:** | 617-577-7897 | **Representing:** | Coviello, Gerald (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Foley | **First Name:** | Richard N |
| **Address:** | 82 Archer Street | **Address:** | |
| **City:** | Lynn | **State:** | MA |
| **Zip Code:** | 01901 | **Zip Ext:** | |
| **Telephone:** | 781-595-9623 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Coviello, Gerald (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Kerner | **First Name:** | Thomas |
| **Address:** | 230 Commercial Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-720-5509 | **Tel Ext:** | |
| **Fascimile:** | 617-523-5153 | **Representing:** | Coviello, Gerald (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MIDD02 |
| **Last Name:** | O'Reilly | **First Name:** | Thomas |
| **Address:** | 151 Warren Street | **Address:** | Suite 100 |
| **City:** | Lowell | **State:** | MA |
| **Zip Code:** | 01852 | **Zip Ext:** | |

| | | | | |
|---|---|---|---|---|
| **Telephone:** | 978-458-4440 | | **Tel Ext:** | |
| **Fascimile:** | 978-452-1404 | | **Representing:** | Commonwealth, (Plaintiff) |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | | **Firm Name:** | |
| **Last Name:** | Barton | | **First Name:** | Stephen Benjamin |
| **Address:** | Wyman & Barton | | **Address:** | 11 Summer Street |
| **City:** | Chelmsford | | **State:** | MA |
| **Zip Code:** | 01824 | | **Zip Ext:** | |
| **Telephone:** | 978-244-0544 | | **Tel Ext:** | |
| **Fascimile:** | 978-244-9211 | | **Representing:** | Commonwealth, (Plaintiff) |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | | **Firm Name:** | |
| **Last Name:** | Wood | | **First Name:** | Chauncey B |
| **Address:** | 47 Third Street | | **Address:** | Suite 201 |
| **City:** | Cambridge | | **State:** | MA |
| **Zip Code:** | 02141 | | **Zip Ext:** | |
| **Telephone:** | 617-577-8722 | | **Tel Ext:** | |
| **Fascimile:** | 617-577-7897 | | **Representing:** | Coviello, Gerald (Defendant) |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | | **Firm Name:** | |
| **Last Name:** | Bratton | | **First Name:** | P Scott |
| **Address:** | 9 Middlesex Street | | **Address:** | Bratton & Springer, LLP |
| **City:** | Lowell | | **State:** | MA |
| **Zip Code:** | 01852 | | **Zip Ext:** | |
| **Telephone:** | 978-452-7100 | | **Tel Ext:** | |
| **Fascimile:** | 978-452-3278 | | **Representing:** | Coviello, Gerald (Defendant) |

## Calendar Events

54 Calendar Events for Docket: MICR2001-01129

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 12/04/2001 | 14:00 | Arraignment | 6 | Event held as scheduled |
| 2 | 12/17/2001 | 09:00 | Bail: Review | 6 | Event not held--req of Defendant |
| 3 | 12/21/2001 | 09:00 | Bail: Review | 6 | Event canceled not re-scheduled |
| 4 | 01/24/2002 | 14:00 | Bail: Review | 6 | Event held as scheduled |
| 5 | 03/21/2002 | 14:00 | Hearing: Evidentiary-dismiss | 6 | Event not held--joint request |
| 6 | 04/26/2002 | 09:00 | Hearing: Motion | 6 | Event not held--req of Defendant |
| 7 | 05/23/2002 | 14:00 | Status: Review by Session | 6 | Event not held--req of Defendant |
| 8 | 06/11/2002 | 14:00 | Status: Review by Session | 6 | Event not held--req of Defendant |
| 9 | 06/18/2002 | 14:00 | Status: Review by Session | 6 | Event canceled not re-scheduled |

| | | | | | |
|---|---|---|---|---|---|
| 10 | 08/01/2002 | 14:00 | Conference: Lobby | 6 | Event not held--req of Defendant |
| 11 | 08/08/2002 | 14:00 | Conference: Lobby | 6 | Event held as scheduled |
| 12 | 09/26/2002 | 14:00 | Status: Review by Session | 6 | Event held as scheduled |
| 13 | 11/01/2002 | 09:00 | Hearing: Evidentiary-suppression | 6 | Event not held--req of Defendant |
| 14 | 12/13/2002 | 09:00 | Hearing: Evidentiary-dismiss | 6 | Event held as scheduled |
| 15 | 01/16/2003 | 14:00 | Hearing: Evidentiary-dismiss | 6 | Event canceled not re-scheduled |
| 16 | 02/24/2003 | 14:00 | Hearing: Misc Matters | 6 | Event held as scheduled |
| 17 | 04/01/2003 | 14:00 | Status: Review by Session | 6 | Event held as scheduled |
| 18 | 05/30/2003 | 09:00 | Hearing: Misc Matters | 6 | Event held as scheduled |
| 19 | 06/26/2003 | 14:00 | Bail: Review | 6 | Event held as scheduled |
| 20 | 07/31/2003 | 14:00 | Hearing: Misc Matters | 6 | Event not held--req of Defendant |
| 21 | 09/09/2003 | 14:00 | Hearing: Misc Matters | 6 | Event rescheduled by court prior to d |
| 22 | 09/30/2003 | 14:00 | Status: Review by Session | 6 | Event held as scheduled |
| 23 | 11/13/2003 | 14:00 | Hearing: Misc Matters | 6 | Event held as scheduled |
| 24 | 12/22/2003 | 09:00 | Hearing: Motion | 6 | Event held as scheduled |
| 25 | 02/04/2004 | 09:00 | Hearing: Motion | 6 | Event not held--req of Defendant |
| 26 | 02/12/2004 | 14:00 | Status: Review by Session | 6 | Event held as scheduled |
| 27 | 02/26/2004 | 14:00 | Status: Review by Session | 6 | Event held as scheduled |
| 28 | 03/09/2004 | 14:00 | Hearing: Misc Matters | 6 | Event held as scheduled |
| 29 | 03/12/2004 | 09:00 | Hearing: Motion | 6 | Event rescheduled by court prior to d |
| 30 | 03/16/2004 | 14:00 | Hearing: Misc Matters | 6 | Event not reached by Court |
| 31 | 04/27/2004 | 14:00 | Status: Review by Session | 6 | Event held as scheduled |
| 32 | 05/18/2004 | 14:00 | Hearing: Non-eviden-Discovery | 6 | Event held as scheduled |
| 33 | 06/25/2004 | 09:00 | Hearing: Motion | 6 | Event held as scheduled |
| 34 | 08/16/2004 | 09:00 | Hearing: Evidentiary-suppression | 6 | Event not held--joint request |
| 35 | 08/23/2004 | 09:00 | Hearing: Evidentiary-suppression | 6 | Event held--under advisement |
| 36 | 09/28/2004 | 09:00 | Status: Review by Session | 6 | Event held as scheduled |
| 37 | 11/09/2004 | 09:00 | Hearing: Evidentiary-suppression | 6 | Event rescheduled by court prior to d |
| 38 | 12/16/2004 | 09:00 | Hearing: Evidentiary-suppression | 6 | Event rescheduled by court prior to d |
| 39 | 01/19/2005 | 14:00 | Hearing: Misc Matters | 6 | Event held as scheduled |
| 40 | 01/20/2005 | 09:00 | Hearing: Evidentiary-suppression | 6 | Event rescheduled by court prior to d |
| 41 | 01/26/2005 | 14:00 | Hearing: Misc Matters | 6 | Event held as scheduled |
| 42 | 02/18/2005 | 12:00 | Conference: Status Review | 6 | Event held as scheduled |
| 43 | 03/15/2005 | 14:00 | Hearing: Motion | 6 | Event held as scheduled |
| 44 | 03/17/2005 | 14:00 | Hearing: Evidentiary-suppression | 6 | Event held as scheduled |
| 45 | 05/09/2005 | 14:00 | Status: Review by Session | 6 | Event held as scheduled |
| 46 | 06/29/2005 | 09:00 | Hearing: Evidentiary-suppression | 6 | Event not held--req of Defendant |
| 47 | 08/19/2005 | 09:00 | Hearing: Evidentiary-suppression | 6 | Event held as scheduled |
| 48 | 09/23/2005 | 09:00 | Hearing: Evidentiary-suppression | 6 | Event not held--req of Commonwealt |
| 49 | 09/27/2005 | 14:00 | Hearing: Evidentiary-suppression | 6 | Event held as scheduled |
| 50 | 01/09/2006 | 09:00 | TRIAL: by jury | 6 | Trial begins |
| 51 | 01/10/2006 | 09:00 | TRIAL: by jury | 6 | Event continues over multiple days |
| 52 | 01/11/2006 | 09:00 | TRIAL: by jury | 6 | Event continues over multiple days |
| 53 | 01/12/2006 | 09:00 | TRIAL: by jury | 6 | Event continues over multiple days |

| 54 | 01/13/2006 | 09:00 | TRIAL: by jury | 6 | Trial ends |

## Full Docket Entries

186 Docket Entries for Docket: MICR2001-01129

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 09/27/2001 | 1 | Indictment returned |
| 12/04/2001 | 2 | Commonwealth files Statement of the Case |
| 12/04/2001 | | Appearance of Deft's Atty: Robert T Wyman |
| 12/04/2001 | | Appearance of Commonwealth's Atty: Stephen Benjamin Barton |
| 12/04/2001 | | Deft arraigned before Court (Chernoff, J) |
| 12/04/2001 | | RE Offense 1:Plea of not guilty |
| 12/04/2001 | | RE Offense 2:Plea of not guilty |
| 12/04/2001 | | RE Offense 3:Plea of not guilty |
| 12/04/2001 | | RE Offense 4:Plea of not guilty |
| 12/04/2001 | | RE Offense 5:Plea of not guilty |
| 12/04/2001 | | RE Offense 6:Plea of not guilty |
| 12/04/2001 | | RE Offense 7:Plea of not guilty |
| 12/04/2001 | | RE Offense 8:Plea of not guilty |
| 12/04/2001 | | RE Offense 9:Plea of not guilty |
| 12/04/2001 | | RE Offense 10:Plea of not guilty |
| 12/04/2001 | | Bail set: $50,000 cash w/out prejudice (Chernoff, J) |
| 12/04/2001 | | Mittimus issued not recognizing indictments |
| 12/04/2001 | | Bail warning read |
| 12/04/2001 | 3 | Commonwealth files Notice of Discovery |
| 12/04/2001 | | Continued until 12/17/01 PTC |
| 12/04/2001 | 4 | Mittimus not recog. indictments returned with service |
| 12/04/2001 | | Reporter present: Nancy Singelais |
| 01/24/2002 | | Finding by Court:After defendant's Oral Motion for reduction of bail, |
| 01/24/2002 | | Motion Denied - same Order of Bail is set with prejudice By the Court |
| 01/24/2002 | | (Haggerty, J.) |
| 03/11/2002 | 5 | Bail satisfied: $50,000.00 Cash Red # 9651 Surety: Charlotte |
| 03/11/2002 | 5 | Coviello |
| 03/12/2002 | 6 | Deft files Stipulation of Counsel Re: scheduling dates |
| 04/12/2002 | 7 | Motion by Deft: To Dismiss With Memorandum |
| 06/25/2002 | | 001,009,010: Verbal Nolle pros filed by the Commonwealth |
| 06/25/2002 | | RE Offense 1:Nolle prosequi |
| 06/25/2002 | | RE Offense 9:Nolle prosequi |
| 06/25/2002 | | RE Offense 10:Nolle prosequi |
| 06/25/2002 | | Reporter present: Daniel Jacques |
| 09/26/2002 | 8 | Deft files Motion to Dismiss |
| 12/17/2002 | 9 | Motion by Deft: To Dismiss With Memorandum and Supplemental Affidavit |

| Date | # | Entry |
|---|---|---|
| 12/17/2002 | | Motion (P#9) After hearing, Defendant's Motion To Dismiss the |
| 12/17/2002 | | indictment is DENIED. The impact of statutory changes to M.G.L. c. |
| 12/17/2002 | | 140 and a result of the Gun Control Act of 1998 may create an |
| 12/17/2002 | | affirmative defense to a prosecution under G.L. c. 269:10 but do not |
| 12/17/2002 | | affect the sufficiency of evidence presented to the grand jury |
| 12/17/2002 | | (Locke, J) |
| 01/16/2003 | 10 | Withdrawal of appearance filed by Robert T Wyman (IMPOUNDED) |
| 02/24/2003 | | Appearance of Deft's Atty: Mark W Shea |
| 02/24/2003 | | Appearance of Deft's Atty: Chauncey B Wood |
| 05/07/2003 | 11 | Motion of Jorel Booker for leave to appear Pro Hac Vice |
| 05/29/2003 | 12 | Deft files Notice of Withdrawal Of Counsel filed by atty's Mark Shea |
| 05/29/2003 | 12 | and Chauncey Wood |
| 05/30/2003 | | Motion (P#11) Allowed (Gants, J) |
| 05/30/2003 | 13 | Revised Motion by Deft: To Modify Bail |
| 05/30/2003 | | Motion (P#13) Denied without prejudice. The Commonwealth, "as a |
| 05/30/2003 | | professional courtesy," agreed that the bail may be reduced to |
| 05/30/2003 | | $25,000. The court was willing to agree, provided the defendant agree |
| 05/30/2003 | | to conditions of pre-trial probation (which are attached). The |
| 05/30/2003 | | defendant at this time was not willing to agree and defense counsel |
| 05/30/2003 | | asked that the matter of bail be postponed until 6/24/03. As a |
| 05/30/2003 | | result, the motion was denied without prejudice and its being |
| 05/30/2003 | | re-heard on 6/24/03. (Gants, J) |
| 05/30/2003 | | Reporter present: Bea Cunha |
| 05/30/2003 | 14 | Pre-Trial Probation Under G.L.c.276:87 |
| 06/24/2003 | 15 | Deft files Memorandum in support of defendant's Motion to Modify bail |
| 06/26/2003 | 16 | Motion for withdrawasl of attorney Jorel Booker, Filed in Court and |
| 06/26/2003 | 16 | Allowed By the Court (Fecteau, J.) Defendant to acquire new attorney |
| 06/26/2003 | 16 | by July 31, 2003 and Atty Booker's claim to any bail in this matter |
| 06/26/2003 | 16 | is this day revoked (Fecteau, J.) |
| 09/03/2003 | | Appearance of Deft's Atty: Richard N Foley |
| 11/13/2003 | 17 | Deft files Motion for Discovery |
| 11/13/2003 | | Motion (P#17) allowed only to the extent that Commonwealth shall |
| 11/13/2003 | | identify speakers on the tape. (Jeffrey A. Locke, Justice). Copies |
| 11/13/2003 | | mailed November 14, 2003 |
| 11/13/2003 | | Reporter present: Rattigan, Linda |
| 11/13/2003 | 18 | Deft files Motion to Suppress |
| 11/13/2003 | 19 | Deft files Motion to Dismiss Indictments due to Prosecutor's Failure |
| 11/13/2003 | 19 | to Present Exculpatory Evidence and Presentation of Evidentiary |
| 11/13/2003 | 19 | Irregularities |
| 11/13/2003 | 20 | Deft files Motion to Reconsider Denial of Motion to dismiss |
| 11/13/2003 | 20 | Indictments Alleging Possession of Firearm without valid FID card and |
| 11/13/2003 | 20 | Possession of Large Capacity weapon and feeding device |
| 11/13/2003 | 21 | Deft files Motion to dismiss Due to Destruction of Evidence |
| 11/13/2003 | 22 | Deft files Motion to Dismiss Hoax Device Indictment, memorandum of |

| Date | # | Entry |
|---|---|---|
| 11/13/2003 | 22 | law in support |
| 12/18/2003 | 23 | Commonwealth files Motion for Continuance. Filed in Court and |
| 12/18/2003 | 23 | ALLOWED, case continued to 2/4/04 for hearing on Evidentiary Motions |
| 12/18/2003 | 23 | (Locke, J.) |
| 02/04/2004 | 24 | Motion Filed by Attorney Richard Foley to Withdraw as Counsel for the |
| 02/04/2004 | 24 | Defendant. ALLOWED (S. Jane Haggerty, Justice) |
| 03/09/2004 | | After hearing on defendant's oral motion to reduce bail, Motion |
| 03/09/2004 | | Allowed. (Kern, J) |
| 03/09/2004 | | New Bail set: $20,000 cash (Kern, J) |
| 03/09/2004 | | Bail of $30,000 cash to be returned to Estate of surety Charlotte |
| 03/09/2004 | | Coviello |
| 03/10/2004 | | Bail in the amount of $30,000 returned to Surety Estate of Charlotte |
| 03/10/2004 | | Coviello Check #6669 |
| 03/16/2004 | 25 | Appearance of Deft's Atty: J Thomas Kerner (private) |
| 05/18/2004 | 26 | Motion by Deft: To Amend Motion To Dismiss Due To Destruction of |
| 05/18/2004 | 26 | Evidence With Affidavit |
| 05/18/2004 | | Hearing date as to motion (based on memo tape) is scheduled for |
| 05/18/2004 | | 8/13/04; defense to provide to the Commonwealth any reports of any |
| 05/18/2004 | | statements made by Mr. Wynn in advance of any hearing. (Sanders, J) |
| 05/18/2004 | 27 | Motion by Deft: to Dismiss Indictments 002 to 004 with Memorandum |
| 05/18/2004 | 28 | Motion by Deft: To Amend Motion To Suppress Evidence With Affidavit |
| 07/13/2004 | 29 | Deft files Motion to Continue Hearing scheduled for August 16, 2004 |
| 07/13/2004 | 29 | to August 23, 2004 |
| 07/13/2004 | | Motion (P#29) allowed (Peter M. Lauriat, Justice). Copies mailed July |
| 07/13/2004 | | 13, 2004 |
| 08/23/2004 | | Hearing on (P#8) Motion to Dismiss held, matter taken under |
| 08/23/2004 | | advisement (Francis R. Fecteau, Justice) |
| 08/25/2004 | 30 | Deft files Supplemental Memorandum in Support of Motion to Dismiss |
| 08/25/2004 | 30 | Indictments 002 to 004, filed in Court |
| 08/31/2004 | 31 | MEMORANDUM OF DECISION AND ORDER ON DEFENDANT'S MOTION TO DISMISS: |
| 08/31/2004 | 31 | For the foregoing reasons, the defendant's motion to dismiss counts 2 |
| 08/31/2004 | 31 | and 3 is allowed, without prejudice. (Francis R. Fecteau, Justice) |
| 08/31/2004 | 31 | copies mailed 9/2/04 |
| 08/31/2004 | | RE Offense 2:Dismissed |
| 08/31/2004 | | RE Offense 3:Dismissed |
| 09/28/2004 | 32 | Discovery order regarding Turret Tape: Defendant shall provide the |
| 09/28/2004 | 32 | result of this investigation, in the form of an expert report, by |
| 09/28/2004 | 32 | October 29,2004 (Judith Fabricant, Justice) |
| 01/19/2005 | 33 | Deft files Motion to Withdraw Counsel |
| 01/19/2005 | | Motion (P#33) denied without prejudice (Robert H Bohn, Justice). |
| 01/19/2005 | | Copies mailed |
| 01/26/2005 | 34 | Deft files Determination with Respect to Waiver of Right to Counsel |
| 01/26/2005 | 34 | Pursuant to S. J. C. Rule 3:10 |
| 01/26/2005 | 35 | Deft files Waiver of Counsel |

| Date | # | Description |
|---|---|---|
| 01/31/2005 | 35 | Withdrawal of appearance requested by J Thomas Kerner |
| 02/01/2005 | 36 | Pro Se Deft files Motion for Continuance of Motion to Suppress |
| 02/01/2005 | 36 | Hearing; copy delivered by hand by defendant to ADA's. |
| 02/01/2005 | 37 | Pro Se Deft files Motion to Dismiss Hoax Device Indictment; copy |
| 02/01/2005 | 37 | delivered by hand to ADA's by defendant. |
| 02/18/2005 | 38 | After hearing, Bail reduced to $9640.00 ... $360.00 to be given to |
| 02/18/2005 | 38 | Town of Chelmsford ( Bohn, J.) |
| 02/23/2005 |  | Bail in the amount of $10,000 returned to Surety Estate Of Charlotte |
| 02/23/2005 |  | Coviello Check #5940 Red#9651 |
| 03/10/2005 | 39 | Pro Se Deft files Motion to Continue for Violation of Discovery Order |
| 03/10/2005 | 39 | Regarding Turret Tape |
| 03/10/2005 | 40 | Motion to Seal Emergency Motion on Status of Counsel |
| 03/15/2005 |  | Motion (P#39) denied (Robert H Bohn, Justice) |
| 04/14/2005 | 41 | Deft files Motion for Commonwealth to Comply with Order Regarding |
| 04/14/2005 | 41 | Turret Tape and to Continue Suppression Hearing scheduled for May 9, |
| 04/14/2005 | 41 | 2005. |
| 06/27/2005 | 42 | Deft files Motion to Continue Based on Receipt of Audio CD of Turret |
| 06/27/2005 | 42 | Tape, filed in Court and Allowed. (Chernoff, J.) copies mailed |
| 06/27/2005 | 42 | 6/27/05 |
| 08/17/2005 | 43 | Deft files Motion to Dismiss Assault Indictments, memorandum in |
| 08/17/2005 | 43 | support |
| 09/15/2005 | 44 | Deft files Post Hearing Memorandum in Support of Motion to Suppress |
| 09/15/2005 | 44 | Evidence , supplemental exhibits in support of Motion to Dismiss |
| 09/15/2005 | 44 | Assault Indictment, Number, 001,005,006 and 010. |
| 10/27/2005 | 45 | MEMORANDUM & DECISION AND ORDER: For the foregoing reasons, the |
| 10/27/2005 | 45 | defendant's motions to suppress and to dismiss the assault |
| 10/27/2005 | 45 | indictments, and to dismiss for the destruction of evidence are |
| 10/27/2005 | 45 | denied. (Francis R. Fecteau, Justice) copies sent to counsel 10/31/05 |
| 12/13/2005 | 46 | Motion by Deft: In Limine, preclude use of gun during trial, filed in |
| 12/13/2005 | 46 | court |
| 12/13/2005 | 47 | Motion by Deft: to renew motion to dismiss based on the repair of |
| 12/13/2005 | 47 | cruiser 7, with an affidavit attached, filed in court |
| 12/13/2005 | 48 | Motion by Deft: to reconsider denial of motion to suppress evidence, |
| 12/13/2005 | 48 | filed in court |
| 12/15/2005 |  | Motion (P#48) denied (Francis R. Fecteau, Justice). Copies mailed |
| 01/09/2006 | 49 | Commonwealth files witness list, filed in court |
| 01/09/2006 | 50 | Deft files list of potential witnesses, filed in court |
| 01/09/2006 | 51 | Deft files memorandum in support of use of District Court |
| 01/09/2006 | 51 | Admissions/Options, filed in court |
| 01/10/2006 |  | RE Offense 4:Nolle prosequi |
| 01/10/2006 | 52 | Commonwealth files request for Nolle Prosequi in the above number |
| 01/10/2006 | 52 | indictment 004, filed in court |
| 01/11/2006 | 53 | Stipulations by the parties and read to Jury on 1/11/2006 (Haggerty J) |
| 01/12/2006 | 54 | Deft files exhibits referenced during request to permit sound expert |

| Date | No. | Description |
|---|---|---|
| 01/12/2006 | 54 | to testify, filed in court |
| 01/13/2006 |    | RE Offense 5: Not guilty verdict |
| 01/13/2006 |    | RE Offense 6: Not guilty verdict |
| 01/13/2006 |    | RE Offense 7: Not guilty verdict |
| 01/13/2006 |    | RE Offense 8: Not guilty verdict |
| 01/13/2006 | 55 | 005, Verdict of not guilty, defendant discharged of this indictment |
| 01/13/2006 | 55 | (Haggerty J) |
| 01/13/2006 | 56 | 006, Verdict of not guilty, defendant discharged of this indictment |
| 01/13/2006 | 56 | (Haggerty J) |
| 01/13/2006 | 57 | 007, Verdict of not guilty, defendant discharged of this indictment |
| 01/13/2006 | 57 | (Haggerty J) |
| 01/13/2006 | 58 | 008, Verdict of not guilty, defendant discharged of this indictment |
| 01/13/2006 | 58 | (Haggerty J( |
| 01/13/2006 | 59 | Exhibits at request of the Chelmsford Police Department returned |
| 01/13/2006 | 59 | weapons |
| 01/13/2006 |    | Reporter present: Rattigan, Linda |
| 01/17/2006 |    | Bail in the amount of $10,000 returned to Surety Estate of Charlotte |
| 01/17/2006 |    | Coviello Check #6331 |

## Charges

10 Charges for Docket: MICR2001-01129

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Assault, dangerous weapon | | Not guilty verdi |
| 2 | Dang weapon, possess lg cap weapon/feeding device w/o valid licns | | Dismissed |
| 3 | Possess infernal machine | | Nolle prosequi |
| 4 | Dang weapon, possess/transfr gun/ammo, no ID card | | Nolle prosequi |
| 5 | Assault, dangerous weapon | | Not guilty verdi |
| 6 | Assault, dangerous weapon | | Not guilty verdi |
| 7 | Dang weapon, possess/transfr gun/ammo, no ID card | | Nolle prosequi |
| 8 | Dang weapon, possess lg cap weapon/feeding device w/o valid licns | | Dismissed |
| 9 | Dang weapon, possess lg cap weapon/feeding device w/o valid licns | | Nolle prosequi |
| 10 | Assault, dangerous weapon | | Not guilty verdi |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.