UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff,<br><br>V.<br><br>TOWN OF CHELSMFORD, et al<br>    Defendants. | )<br>)<br>)<br>)   C.A. NO.: 04 11901 MLW<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR ADDITIONAL TIME TO FILE AN AFFIDAVIT PER COURT ORDER

Now comes the Defendants in the above-referenced matter and requests this Honorable Court to allow an additional 10 days to file an Affidavit itemizing "the reasonable expenses incurred in making the Motion" to Compel as ordered by this Court on August 14, 2006, (see Document 97 of this case, p. 15-16, Section X "Order", Paragraph Number 5).

As reasons therefore, the defendants state that counsel has been engaged in several matters including Trial and has been unable to file the Affidavit as ordered by this Court. The Defendants request an additional 10 days until October 1, 2006 to file the Affidavit as requested by this Court.

Respectfully submitted
The Defendants
By their attorneys,

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO #542779
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Date: September 20, 2006