United States District Court
District of Massachusetts

Jerry Coviello
    plaintiff

V.                          CA# 04-11901-MLW

Town of Chelmsford
    Chelmsford, P.D.
      et al, Defendants

dated; Sept. 19th, 2006

---

Now Comes the plaintiff to
OBJECT To the Defendant's Answer
to Plaintiffs Amended Complaint
And Jury Demand.

The Plaintiff objects to the
assertion made on page 2 of the
defendants mailing, dated 9-1-06.
{ see copy attached no.1 }. The
defendants are not entitled to

P. 1

Any immunity, and have no right
to use thier "discretion" to
conspire to conceal wrongdoing by
other officers by manipulating,
defacing, and/or destroying
exculpatory evidence in a criminal
and civil case.

Respectfully Submitted:

Jerry Coviello    Pro-Se
86 Richardson Rd. #1
N. Chelmsford, MA. 01863
ph 978-771-3061
or 978.884-8513

Pg 2

*Attached no. 1*

1. The defendants deny the allegations contained in the paragraph numbered 1 of the plaintiff's "amended" complaint.

2. The defendants deny the allegations contained in the paragraph numbered 2 of the plaintiff's "amended" complaint.

Wherefore, the defendants request that the plaintiff's complaint be dismissed and defendants be awarded attorney's fees, costs and expenses incurred in the defense of this matter.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that the defendants' actions are entitled to qualified good faith immunity.

### SECOND AFFIRMATIVE DEFENSE

Defendants state that their actions are immune from suit as they were engaging in

### JURY DEMAND

The defendants respectfully demand a trial by jury.

Respectfully submitted,
Defendants,
By their attorneys,


/s/ Jeremy Silverfine
Jeremy Silverfine, BBO #542779
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 1, 2006