*Attached no. 1*

1. The defendants deny the allegations contained in the paragraph numbered 1 of the plaintiff's "amended" complaint.

2. The defendants deny the allegations contained in the paragraph numbered 2 of the plaintiff's "amended" complaint.

Wherefore, the defendants request that the plaintiff's complaint be dismissed and defendants be awarded attorney's fees, costs and expenses incurred in the defense of this matter.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that the defendants' actions are entitled to qualified good faith immunity.

### SECOND AFFIRMATIVE DEFENSE

Defendants state that their actions are immune from suit as they were engaging in ▓▓▓▓▓▓▓▓▓▓▓▓.

### JURY DEMAND

The defendants respectfully demand a trial by jury.

Respectfully submitted,
Defendants,
By their attorneys,

/s/ Jeremy Silverfine
Jeremy Silverfine, BBO #542779
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 1, 2006