Attached No. 1

F.R. ← FRANK ROARK

4) When producing a cassette tape of turret communications of the night in question did you deliberately omit, through editing, transmittions between a female Chelmsford Mass. police officer now identified as Jennifer Fay and anyone else regarding; any verbal communications made to her by Richard Fries, my car, her asking or suggesting my car be stopped?

5) Did you knowingly supply falsified evidence for criminal case Comm. v. Coviello MICR 2001-01129?

*Attached no. 2*

*Pg 1*

**ANSWER NO. 3**

No.

**INTERROGATORY NO. 4**

When producing data file C.D.'s and audio C.D.'s of turret communications of the night in question did you deliberately omit through editing transmittions between a female Chelmsford Mass. police officer now identified as Jennifer Fay and anyone else regarding verbal communications made to her by Richard Fries, my car, asking or suggesting my car be stopped?

**ANSWER NO. 4**

No.

**INTERROGATORY NO. 5**

Did you enter the turret communications of the night in question from a "MASTER" recording onto a computer for any reason?

**ANSWER NO. 5**

The Chelmsford Police Department does not have so-called "Turret" tapes.

**INTERROGATORY NO. 6**

Did you use "editing Software" or <u>Any method at all</u> to edit out any sounds, or any portion of the turret communications contained on those C.D.'s

**ANSWER NO. 6**

The Chelmsford Police Department does not have so-called "Turret" tapes.

**INTERROGATORY NO. 7**

Did you knowingly supply falsified evidence for criminal case Comm. V. Coviello, MICR 2001-01129, and Civil Case Coviello v. Town of Chelmsford, 04-11901-MLW?

**ANSWER NO. 7**

Attached no. 2

Pg 2

No.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF September, 2006.

*[signature]*
Dep. Chief Scott Ubele

3

Attached no. 3.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
   Plaintiff, )
  )
v. ) C. A. No. 04-11901-MLW
  )
TOWN OF CHELMSFORD, et al )
   Defendants. )

ORDER

WOLF, D.J.                                                                                          June 2, 2005

As stated at the June 1, 2005 conference, it is hereby ORDERED that:

1. The Plaintiff shall, by June 8, 2005, inform the court in writing whether he requests that the Pro Bono Clerk attempt to find counsel to represent him.

2. The Defendants shall, by June 15, 2005, provide the plaintiff with a compact disc with the "turret tape" recordings of calls to the Chelmsford Police Department from 11:30p.m. through 12:30a.m. on August 31, 2001, through September 1, 2001, and report to the court whether they have complied with this Order.

3. The parties shall comply with the attached Scheduling Order.

                                                                  /s/ Mark L. Wolf
                                            UNITED STATES DISTRICT JUDGE

