UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff,<br><br>V.<br><br>TOWN OF CHELSMFORD, et al<br>    Defendants. | C.A. NO.: 04 11901 MLW |

## DEFENDANTS' MOTION FOR ADDITIONAL TIME TO SERVE PLAINTIFF WITH DEFENDANTS' REBUTTAL EXPERT REPORTS

Now comes the Defendants in the above-referenced matter and request this Honorable Court allow an additional two weeks for the Defendants to serve the Plaintiff with their rebuttal expert reports as ordered by this Court on August 14, 2006, (see Document 97 of this case, p. 16, Section X "Order", Paragraph Number 6).

As reasons therefore, the defendants state that they received the plaintiff's experts' reports in late August per order of this court but have not yet received their own experts' reports. The names and curriculum vitaes of the defendants' rebuttal experts have been previously provided to the plaintiff. The discovery deadline in this case is now December 31, 2006. The Defendants request an additional 14 days until October 13, 2006 to serve the plaintiff as requested by this Court.

                                    Respectfully submitted
                                    The Defendants
                                    By their attorneys,

                                    /s/ Jeremy I. Silverfine
                                    Jeremy I. Silverfine, BBO #542779
                                    Leonard H. Kesten, BBO #542042
                                    Brody, Hardoon, Perkins & Kesten, LLP
                                    One Exeter Plaza
                                    Boston, MA  02116
                                    (617) 880-7100

Date: September 28, 2006