UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                )
    Plaintiff,              )
                               )
V.                             )     C.A. NO.: 04 11901 MLW
                               )
TOWN OF CHELSMFORD, et al      )

## AFFIDAVIT OF JEREMY SILVERFINE
### IN RESPONSE TO COURT ORDER TO ITEMIZE THE REASONABLE EXPENSES INCURRED IN MAKING THE DEFENDANTS' MOTION TO COMPEL

1. My name is Jeremy Silverfine, and I am counsel of record for the defendants.

2. Since 1984, I have been practicing law in Boston, Massachusetts.

3. I have been lead counsel in over 200 jury trials.

4. I have been lead counsel in over 300 criminal and civil cases in which I have represented the Commonwealth of Massachusetts, plaintiffs, and defendants.

5. I believe that the itemization of costs (attached hereto as Exhibit #1) incurred by the defendants for the preparation and filing of the Defendants' Motion to Compel was necessary.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF SEPTEMBER 2006.

/s/ Jeremy Silverfine
JEREMY SILVERFINE