# EXHIBIT 1

## JERRY COVIELLO V. CHELMSFORD POLICE DEPARTMENT
### CIVIL ACTION NUMBER: 04 11901 MLW

### DETAIL COST TRANSACTIONS LIST FOR DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSE TO REQUEST FOR DOCUMENTS

| Expense Description | Date | | Amount |
| --- | --- | --- | --- |
| Initial Draft for Motion to Compel further responses to Request for Documents | 04/13/06 | 156 | $91.00 |
| Initial Draft of Motion to Compel Request for Documents | 04/19/06 | 156 | $286.00 |
| Draft letter to plaintiff Jerry Coviello per Fed Rules for incomplete responses to Request for Documents | 04/19/06 | 156 | $130.00 |
| Further draft of Motion to Compel further response to Request for Documents | 04/25/06 | 156 | $26.00 |
| Further Draft of Motion to Compel further response to Request for Documents | 05/25/06 | 156 | $104.00 |
| Further draft of 7.1 certification re: Motion to Compel further response from Coviello | 05/25/06 | 156 | $13.00 |
| Draft correspondence to plaintiff re: Motion to Compel further responses | 05/26/06 | 156 | $26.00 |
| **Total Cost** | | | **$676.00** |