United States District Court
District of Massachusetts,

Jerry Coviello
/plaintiff

V.

CA# 04-11901-MLW

Town of Chelmsford
Chelmsford, P.D.
et al, Defendants

dated; October 4th 2006

---

Now comes the plaintiff to file this Affidavit and Supporting memorandum as to why the court should not impose sanctions on me in regards to defendants motion to compel further response to document production, {see pg's 15 & 16 of memorandum and order dated 8-14-06, "Attached no. 1"}.

Pg 1