United States District Court
District of Massachusetts

Jerry Coviello
plaintiff

V.                                      CA# 04-11901-MLW

Town of Chelmsford
        Chelmsford, P.D.
            et al, Defendants

dated; October 4th, 2006

---

AFFidavit of Jerry Coviello

1. My name is Jerry Coviello
   I am a pro-se plaintiff in
   this civil action.

2. I have made a good faith effort
   to co operate with the defendants
   in regarding document production.

3. I have been diligent in complying
   with all the demands of this court's
   scheduling order since the

Pg 2

begining of this civil action.

4. I have since complied with most or all the document requests via the attorney who represented me in the criminal case. He sent the defendants a C.D. containing my entire file.

5. I will send any remaining info this week.

6. I will have then, to the best of my knowledge and abilities complied fully with the defendants request for document production.

7. I have not, and will not delsberately withhold evidence from the defendants or the court.

Pg 3

8. I do not believe the motion to compel filed by the defendants was necessary, a letter or return phone call acknowledging my limited economic ability to make copies, my request for more detailed explanation, or my offer to meet and review my entire file, would have been sufficient.

Signed under pains and penalties of perjury this 4th day of October 2006.

Jerry Coviello

Jerry Coviello Pro-Se
86 Richardson Rd no.1
N. Chelmsford, MA. 01863

ph 978-771-3061
978-884-8513

Pg #4

## Supporting Memorandum

On 1-4-06 the defendants filed a motion for document production. On 3-29-06 I responded. In that response I clearly stated to the defendants that it would not be economically possible for me to copy all of the documents requested and for Mr. Silverfine to contact me to make arrangements to meet with me at a convenient location where I would have my files with me and he could go over the entire file and make whatever copies he wished & see "attached no. 2" 3.

Pg 5

The defendants responded with a letter dated 4-19-06 requesting more detailed information.

I responded with a letter dated 5-21-06. In it I made it clear I didn't understand exactly what they wanted and asked Mr. Silverfine to "please advise" { See copy "attached no. 3" }.

The defendants finally responded with a motion to compel further response, and "Certification pursuant to local rule 7.1 (A)(2)" dated 5-26-06.

P36

Under Rule 37, the wording specifically states that, before filing a motion to compel, the party filing must make a good faith attempt to confer with the party of which discovery is being sought. Since Mr. Silverfine did not see fit to write to me; to accept any of my phone calls, even when, by his secretary's admission, he is at his desk, or to make any attempt at all to discuss my offer and suggestions to meet with me to examine my files and make copies, or to explain to me in greater detail what he wanted

P 97

He knew my economic ability to send copies was limited.

I believe for these reasons the defendants did not make a good faith attempt to resolve this issue without court intervention, that my failure to respond was substantially justified and that sanctions would be unjust.

Respectfully Submitted:

Jerry Coviello

Jerry Coviello  Pro-SE
86 Richardson Rd. nu.1
N-Chelmsford, MA. 01863

ph  978-771-3061
    978-884-8513