FILED
IN CLERKS OFFICE

2006 NOV 29 P 1:17

U.S. DISTRICT COURT
DISTRICT OF MASS.

Attention Jeremy Silverfine

RE: Jerry Coviello Pro Se

V: Town of Chelmsford, Chelmsford P.D. et al

U.S. District Court Civil Action no.

04-11901-MLW

dated; 11-27-06

---

In regard to your request no. 28 I've given you my W2's & tax wright ups from my tax man for all the years you have requested, I believe. The years before 1998 I WAS a student and did not make enough to file. I did not file 1998, 1999, 2000, 2003. In regard to requests 10 & 12 you have all witness statements I have, plus you

Pg 1

have deposed all my witnesses who gave no written statements. I am trying to contact my detective to see what written statements he might have regarding Gendron's auto body. I have included some motions I had filed during a brief period as Pro-Se that might not have been included in Tom Kenners Files.

Signed; Jerry Coviello

Jerry Coviello Pro-Se
86 Richardson Rd. Apt 1
N. Chelmsford, MA. 01863

Ph: 978·771·3061
or cell 978-884-8513