Attention Jeremy Silverfine

RE: Jerry Coviello Pro Se

V: Town of Chelmsford, Chelmsford P.D. et al

U.S. District Court Civil Action no.

04-11901-MLW

dated: 11-27-06

---

In regard to your request no. 28 I've given you my W2's & tax wright ups from my tax man for all the years you have requested, I believe. The years before 1998 I was a student and did not make enough to file. I did not file 1998, 1999, 2000, 2003. In regard to requests 10 & 12 you have all witness statements I have, plus you

Pg 1