Attached no. 1

F.R ← Frank Roark

4) When producing a cassette tape of turret communications of the night in question did you deliberately omit, through editing, transmittions between a female Chelmsford Mass. police officer now identified as Jennifer Fay and anyone else regarding; any verbal communications made to her by Richard Fries, my car, her asking or suggesting my car be stopped?

5) Did you knowingly supply falsified evidence for criminal case Comm. v. Coviello MICR 2001-01129?