*Attached no. 2*
*Pg 1*

### ANSWER NO. 3

No.

### INTERROGATORY NO. 4

When producing data file C.D.'s and audio C.D.'s of turret communications of the night in question did you deliberately omit through editing transmittions between a female Chelmsford Mass. police officer now identified as Jennifer Fay and anyone else regarding verbal communications made to her by Richard Fries, my car, asking or suggesting my car be stopped?

### ANSWER NO. 4

No.

*By Answering this Ubele Acknowledges the term "turret."*

### INTERROGATORY NO. 5

Did you enter the turret communications of the night in question from a "MASTER" recording onto a computer for any reason?

### ANSWER NO. 5

The Chelmsford Police Department does not have so-called "Turret" tapes. *?*

### INTERROGATORY NO. 6

Did you use "editing Software" or <u>Any method at all</u> to edit out any sounds, or any portion of the turret communications contained on those C.D.'s

### ANSWER NO. 6

The Chelmsford Police Department does not have so-called "Turret" tapes. *?*

### INTERROGATORY NO. 7

Did you knowingly supply falsified evidence for criminal case Comm. V. Coviello, MICR 2001-01129, and Civil Case Coviello v. Town of Chelmsford, 04-11901-MLW?

### ANSWER NO. 7

*All parties, and the Court have accepted the use of the term "turret" since the June '05 scheduling order*

*Attached no. 2*

*Pg 2*

No.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF September, 2006.

*[signature]*
Dep. Chief Scott Ubele