United States District Court
District of Massachusetts

FILED
CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS

Jerry Coviello
  plaintiff

v.                                    CA# 04-11901-MLW

Town of Chelmsford
   Chelmsford, P.D.
      et al, Defendants

dated; 12-19-06

---

Now comes the plaintiff to file this <u>Motion to Exclude The Defendants From Offering any Expert Testimony</u> for the following reasons:

- The defendants have not submitted the required information under FRCP 26 {a} {2} {See copy attached no.1} Information they themselves acknowledged as being required {See copy attached no.2}.

Pg 1

- The defendants have made no attempt to comply with this requirement during the interval of time between the due date {see copy attached no. 3} and now.
- The defendants have not seen fit to offer any explanation for this indifference, only a vague reference that more information would be forthcoming, which I never recieved {see copy attached no. 4}
- The information that was submitted on her qualifications, and subsequent information gathered show that Ms. Rodlund is a salesperson of dispatch tape

Pg 2

equipment used by police.
- She is, by her own admission to me, not scientifically trained in Audio, forensics, And Audio signals, the very core of my allegations of evidence tampering.
- She is, by her own admission to me, not trained in any <u>scientific method</u> to which a report can be generated in which the findings can be repeated by other experts.
- She, by her own admissions to me did not <u>test the evidence</u>, but merely "Answered some questions" put to her by the defense.
- She is, by her own admission to

Pg 3

me, not an expert on the integrity of tape and CD recordings, produced on this or any other equipment, as to whether or not they show signs { sounds, "dead spots", electro magnetic signals } that the machines involved were deliberately started and stopped and/or other devious methods { editing software etc... } was used to create a tape or CD that is an inaccurate representation of an original recording.
- She has no degree in electronics.
- She has not been recognized as an expert witness in any case involving audio signals / editing of

Pg 4

recordings by any court.

- As she is only knowledgeable on the capabilities of Eyertel equipment she is not qualified to offer an opinion in this case. The editing that was done was not done <u>on</u> this equipment itself but during transfer of the original "master" turret recording from the Eyertel equipment to;

1. The tape recorder, used to make the cassette tape, where the original "master" turret recording being played on the Eyertel equipment was allowed to run and the recorder shut off to allow incriminating evidence to

Pg 5

pass, then the recorder was turned back on. This action left tell tale sounds which correlated to electronic signals which told my expert that this is what was done.

2. A computer, used to make the data file and Audio C.D.'s, where the original "master" turret recording being played on the Eyertel equipment was uploaded onto the computer, incriminating evidence digitally edited out, and then downloaded back onto the medium in the Eyertel equipment, creating a <u>new</u>, <u>fraudulent</u> "master" turret recording.. This

action left "repeated sectrums" and other anomalies which correlated to electronic signals which told my expert that this is what was done.

- She is, by dint of her business association with police departments, a <u>biased</u> witness.

The sole reason Ms. Redlund was recruited by the defense was for the purpose of creating confusion, by referencing the immaterial, by reporting ad nauseam points of fact regarding the equipment itself that are irrelevant. And, more importantly

Pg 7

to take facts, which can be explained to the court and any lay person by being broken down into easily understood points of logic, and "bring them back" into the realm of "big words" and "high tech rhetoric" in an effort to create the illusion that a valid rebuttal to the report of my Audio Forensic Investigator exists. <u>No such rebuttal exists now any more than during my criminal case.</u> This is just another underhanded act of desperation by Mr. Silverfine to sabotage the chances of this case being

Pg 8

resolved at summary judgement.

Respectfully Submitted:

*Jerry Coviello* Pro-SE

Jerry Coviello
86 Richardson Rd. #1
N. Chelmsford, MA. 01863

ph 978. 771. 3061
   978. 884. 8513

Pg 9