UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
    Plaintiff,                )
                              )
V.                                )        C.A. NO.: 04 11901 MLW
                              )
TOWN OF CHELSMFORD, et al )
    Defendants.               )

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE THE DEFENDANTS FROM OFFERING ANY EXPERT TESTIMONY

Now come the Defendants in the above-referenced matter and hereby oppose the Plaintiff's Motion to Exclude the Defendants from offering any expert testimony.

Pursuant to the Court's Order and the provisions of Federal Rule 26(2), the Defendants have provided the Plaintiff with the identity of the persons who may be used at Trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence. The curriculum vitaes for both Kathleen Redlund (hereinafter "Redlund") and Gordon "Chip" Johnston were forwarded to the plaintiff on January 19, 2006. (See copy of letter to the Plaintiff dated January 19, 2006, attached hereto as Exhibit 1). A copy of Redlund's statement as to opinions to be expressed and the basis and reasons for those opinions had also been provided to the Plaintiff. Redlund's report was sent to Mr. Coviello first on October 10, 2006 and later, pursuant to his request, a signed copy on November 9, 2006. (See copies of letters to plaintiff dated October 10, 2006 and November 9, 2006, attached hereto and marked as Exhibits 2 and 3 respectively).

In addition, the Defendants note that the Plaintiff's Motion appears to be based entirely on the Plaintiff's opinion as to the qualifications of Defendants' potential expert witnesses. There is no affidavit of any expert attached as part of the Plaintiff's motion, nor even an affidavit of the Plaintiff himself. It appears that the Motion is based

entirely on the Plaintiff's opinion that one of the Defendants potential expert witnesses, Kathleen Redlund, is not qualified as an expert.

For the reasons set forth herein, the Defendants request that the Plaintiff's Motion to Exclude the Defendants from offering any expert testimony be denied.


Respectfully submitted
The Defendants
By their attorneys,


/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO #542779
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA   02116
(617) 880-7100

Date:  January 5, 2007