# EXHIBIT 2

# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

October 10, 2006

Jerry Coviello
86 RICHARDSON ROAD, #1,
N. CHELMSFORD, MA  01863

RE:   Jerry Coviello *pro se*
VS:   Town of Chelmsford Police Department, et al
       U.S. District Court Civil Action no.: 04-11901-MLW

Dear Mr. Coviello:

Enclosed please find a copy of the following documents relative to the above-captioned matter:

(1) Report of rebuttal expert Kathleen Redlund, Acorn Recording Solutions, Inc.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
Enclosure