United States District Court
District of Massachusetts

Jerry Coviello
plaintiff

v.                                    CA# 04-11901-MLW

Town of Chelmsford
    Chelmsford, P.D.
        et al, Defendants

dated; Dec. 27th, 2006

---

Now comes the plaintiff and files this Motion to Compel the defendants Frank Roark and Scott Ubele to Answer thier interrogatory questions.

- Defendant Frank Roark did not answer the questions numbered 4 & 5 that were put to him (see copy attached no. 1) 3. Instead he answered questions no's 4 → 7 that

Pg 1

were put to defendant Scott Ubele {see copy attached no. 2}. I believe this was done deliberately by defendant Roark in consort, and at the direction of Mr. Silverfine, to escape the position of having to either admit to my allegations of wrong doing or perjure himself. Mr. Silverfine is a competent enough attorney to see that each defendant answers thier own interrogatory questions. Defendant Scott Ubele was evasive in answering his interrogatory questions no's 5 & 6 {see copy attached no. 2}. I believe this

Pg 2

was done deliberately by defendant Ubele to escape the positions of having to either admit to my allegations of wrongdoing or perjure himself. Note that he acknowledged the meaning of "turret communications" on question no. 4, but on questions 5 & 6 where I approach, more directly, the level of <u>his personal involvement</u> in any wrongdoing, he feigns ignorance at the term.

I have written and left phone messages in a good faith effort to resolve this problem without court intervention, but Mr. Silverfine

United States District Court
District of Massachusetts

Jerry Coviello
/ plaintiff

v.                                   CA# 04-11901-MLW

Town of Chelmsford
   Chelmsford, P.D.
      et al, Defendants

dated; Dec. 27th, 2006

---

Now comes the plaintiff and files this Motion to Compel the defendants Frank Roark and Scott Ubele to Answer thier interrogatory questions.

- Defendant Frank Roark did not answer the questions numbered 4 & 5 that were put to him & see copy attached no. 1 3. Instead he answered questions no's 4 → 7 that

Pg 1

were put to defendant Scott Ubele, {see copy attached no. 2 }. I believe this was done deliberately by defendant Roark in consort, and at the direction of Mr. Silverfine, to escape the position of having to either admit to my allegations of wrong doing or perjure himself. Mr. Silverfine is a competent enough attorney to see that each defendant answers thier own interrogatory questions.

• Defendant Scott Ubele was evasive in answering his interrogatory questions no's 5 & 6 {see copy attached no. 2 }. I believe this

Pg 2

was done deliberately by defendant Ubele to escape the positions of having to either admit to my allegations of wrong doing or perjure himself. Note that he acknowledged the meaning of "turret communications" on question no. 4, but on questions 5 & 6 where I approach, more directly, the level of <u>his personal involvement</u> in any wrongdoing, he feigns ignorance at the term.

 I have written and left phone messages in a good faith effort to resolve this problem without court intervention, but Mr. Silverfine

Pg 3

has neither complied, nor taken issue with my request, & see copies attached no's 3, 4, & 5, they are in Cronological order. 3. He has ignored it completely. The plantiff hereby requests the court to compel the defendants to comply with this request. And to impose upon the defendants whatever Sanctions it deems just and fair.

Respectfully Submitted;

Jerry Coviello   Pro-SE
Jerry Coviello
86 Richardson Rd #1,
N. Chelmsford, MA. 01863

ph = 978.771.3061
or   978-884-8513

Pg 4

Attached no. 1

F.R. ← Frank Roark

4) When producing a cassette tape of turret communications of the night in question did you deliberately omit, through editing, transmittions between a female Chelmsford Mass. police officer now identified as Jennifer Fay and anyone else regarding; any verbal communications made to her by Richard Fries, my car, her asking or suggesting my car be stopped?

5) Did you knowingly supply falsified evidence for criminal case Comm. v. Coviello MICR 2001-01129?

* These Are Frank Roark's last 2 Interrogatory questions, no's 4 & 5