Attention: J. Silverfine / G. Fabiano
RE: Jerry Coviello Pro SE
V: Town of Chelmsford, Chelmsford P.D. et al
U.S. District Court Civil Action no.
04-11901-MLW
dated: 1-3-07

---

As you know, Per the 8-14-07 Scheduling Order, we are obligated to "Confer and inform the court" whether or not the case has been settled, by 1-22-07. Please Contact me A.S.A.P. to Confer, to satisfy the scheduling order.

Signed: Jerry Coviello Pro-SE
86 Richardson Rd. #1
N. Chelmsford, MA. 01863
ph: 978-771-5061 or 978-884-8513.