UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff, | )<br>)<br>) |
| V. | )    C.A. NO.: 04 11901 MLW |
| TOWN OF CHELSMFORD, et al<br>    Defendants. | )<br>)<br>) |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS FRANK ROARK AND SCOTT UBELE TO ANSWER THEIR INTERROGATORY QUESTIONS

Now come the Defendants in the above-referenced matter and hereby oppose the Plaintiff's Motion to Compel Defendants Frank Roark ("Roark") and Scott Ubele ("Ubele") to answer their interrogatory questions.

In support thereof, the Defendants Roark and Ubele state that they have in good faith answered the Interrogatories propounded upon them by the Plaintiff. While the Defendants believe they fully answered the plaintiff's interrogatories in their first responses forwarded September 8, 2006, (see copy of letter sent to Plaintiff, attached hereto and marked "Exhibit 1"), they have nevertheless supplemented their answers. (See copy of letter sent to Plaintiff on January 9, 2007, attached hereto and marked "Exhibit 2"). The plaintiff's motion is therefore moot.

Additionally, the Defendants state that the Plaintiff has filed several hand-written interrogatories. Some of these interrogatories have notes on them, which are often difficult to decipher. (See for instance Plaintiff's Motion to Compel, document 114, Attachment No.1). There has been no attempt to evade any of the interrogatories. However, Defendants Roark and Ubele should not be left guessing as to which interrogatories apply to which Defendant.

For the reasons set forth hereinabove the Defendants respectfully request this Court deny, as moot, the Plaintiff's Motion To Compel Defendants Frank Roark and Scott Ubele from further answering interrogatories.

                                              Respectfully submitted
                                              The Defendants
                                              By their attorneys,

                                              /s/ Jeremy I. Silverfine
                                              Jeremy I. Silverfine, BBO #542779
                                              Leonard H. Kesten, BBO #542042
                                              Brody, Hardoon, Perkins & Kesten, LLP
                                              One Exeter Plaza
                                              Boston, MA   02116
                                              (617) 880-7100

Date: January 12, 2007