# EXHIBIT 2

# Brody, Hardoon, Perkins & Kesten, LLP
Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

January 9, 2007

Jerry Coviello
86 RICHARDSON ROAD, #1,
N. CHELMSFORD, MA  01863

RE:  Jerry Coviello *pro se*
VS:  Town of Chelmsford Police Department, et al
     U.S. District Court Civil Action no.: 04-11901-MLW

Dear Mr. Coviello:

In response to your motion to compel further answers to interrogatories, the Defendants Scott Ubele and Francis Roark state that they have in good faith answered the Interrogatories propounded upon them. Your hand-written interrogatories are difficult to decipher. There has been no attempt to evade any of the propounded interrogatories. However, the Defendants should not be left guessing as to which interrogatories apply to which Defendant.

Nevertheless, Defendants Scott Ubele and Francis Roark have now supplemented their respective answers to interrogatories, copies enclosed herewith. To that end may I suggest that you immediately file a notice of withdrawal of your motion to compel with the court.

Very truly yours,

Jeremy I. Silverfine

JIS:jj
Enclosures