UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JERRY COVIELLO | ) | CIVIL ACTION NO. 04-11901-MLW |
|         Plaintiff | ) |  |
|  | ) | DEFENDANT MICHAEL HORAN'S |
| v. | ) | MOTION FOR SUMMARY |
|  | ) | JUDGMENT AND REQUEST FOR |
| TOWN OF CHELMSFORD et al. | ) | ORAL ARGUMENT |
|         Defendants | ) |  |

Defendant Michael Horan moves for summary judgment under Fed.R.Civ.P. 56(b).

As grounds for this motion, defendant Horan states the following.

1.    In the pending civil action, the plaintiff avers,

> On September 1st 2001 Officer Michael Horan intercepted a radio call from Officer Fay/dispatch to go to Chelmsford Street to "pull over"/stop my car for the purpose of intimidation, harassment and/or assault & battery and did commit assault & battery on my person {for which he has already defaulted in a state suit} violating my 4th amendment rights.

Complaint 3-4.

2.    The plaintiff commenced a civil action in Lowell District Court against defendant Horan as the only defendant. In the Lowell District Court civil action, the plaintiff averred that on September 1, 2001, defendant Horan assaulted and battered the plaintiff as part of stopping a car the plaintiff was driving. Lowell District Court Complaint (attached as Exhibit A). A federal court may take judicial notice of state court proceedings. *United States v. Mercado*, 412 F.3d 243, 248 (1st Cir.2005); *E.I. DuPont de Nemours & Co. v. Cullen*, 791 F.2d 5, 7 (1986).

3.      The plaintiff and defendant Horan settled their Lowell District Court civil action with the filing of a Stipulation of Judgment in August 2005. This stipulation stated that a judgment should enter against defendant Horan in the amount of $100. The stipulation also stated,

>   Additionally, by stipulating to this judgment the parties agree that this judgment satisfies any claims the plaintiff may have against the defendant for all injuries to the plaintiff for any conduct of the defendant for all times up to and including December 3, 2004.

Stipulation of Judgment (attached as Exhibit B).

4.      A $328.35 judgment for the plaintiff against defendant Horan, Judgment attached as Exhibit C, entered in Lowell District Court on August 5, 2005. Docket Sheet, attached as Exhibit D.

4.      A state court judgment has the same preclusive effect in a federal court that it would have under the law of the state in which the judgment entered. 28 U.S.C. §1738; *Migra v. Warren City School Bd.*, 465 U.S. 75, 81 (1984). The application of the law of the state in which a state court judgment has entered applies in a civil action under 42 U.S.C. §1983. *Migra*, *supra*; *Torromeo v. Town of Fremont*, 438 F.3d 113, 115-116 (2006).

5.      In Massachusetts, "[w]hen a valid and final personal judgment is rendered in favor of the plaintiff … [t]he plaintiff cannot thereafter maintain an action on the original claim or any party thereof." *Dwight v. Dwight*, 371 Mass. 424, 427, 357 N.E.2d 772, 774 (1976). The plaintiff "cannot now prosecute a second action on the same claim, even though he is prepared to present evidence or grounds or theories of the case not presented in the first action, or to seek remedies or forms of relief not demanded in the first action." *Dwight v. Dwight*, 371 Mass. 424, 427,

357 N.E.2d 772, 774 (1976)(internal quotations omitted).  See *MacKintosh v. Chambers*, 285 Mass. 594, 597, 190 N.E. 38, 39 (1934)("A party cannot preserve the right to bring a second action after the loss of the first, merely by having circumscribed and limited the theories of recovery opened by the pleadings in the first.")

6.    Defendant Horan includes the following STATEMENT OF MATERIAL FACTS in compliance with L.R. 56.1.

   (a)    The plaintiff in the pending civil action commenced *Gerald Coviello v. Michael Horan*, Lowell District Court Civil Action 200411CV001151 against Michael Horan, a defendant in the pending civil action  Michael Horan was the only defendant in the Lowell District Court civil action. Complaint, attached as Exhibit A.

   (b)    The full name of the plaintiff in the pending civil action is Gerald Anthony Coviello.  Plaintiff's Deposition 5, attached as Exhibit E.

   (c)    In *Gerald Coviello v. Michael Horan*, Lowell District Court Civil Action 200411CV001151, the plaintiff asserted claims against defendant Horan for assault and battery arising from defendant Horan's December 1, 2001 stop of a car the plaintiff was driving.

   (d)    In August 2005, a "Stipulation of Judgment" was filed in *Gerald Coviello v. Michael Horan*, Lowell District Court Civil Action 200411CV001151, stipulating that a judgment of $100 should enter for the plaintiff against the defendant, and that "the parties agree that this judgment satisfies any claims the plaintiff may have against the defendant for all injuries to the

plaintiff for any and all conduct by the defendant for all time up to and including December 3, 2004." Stipulation of Judgment, attached as Exhibit B.

(e)    On August 5, 2005, a $328.35 judgment ($100 plus costs and interest) entered in *Gerald Coviello v. Michael Horan*, Lowell District Court Civil Action 200411CV001151 in favor of the plaintiff and against defendant Michael Horan. Judgment, attached as Exhibit C; Docket sheet, attached as Exhibit D.

REQUEST FOR ORAL ARGUMENT

Defendant Michael Horan requests oral argument of this motion.

Defendant Michael Horan

By his attorney

/s/ Gerald Fabiano

_____

Gerald Fabiano  BBO No. 157130
Pierce, Davis & Perritano, LLP
10 Winthrop Square  5th Floor
Boston, MA  02110
617-350-0950

CERTIFICATE OF COMPLIANCE

I hereby certify that I conferred with the pro se plaintiff and with the attorney of record for each other party in a good faith attempt to resolve or narrow the issues presented by this motion.

/s/ Gerald Fabiano
Gerald Fabiano

I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail and upon the attorney of record for each other party electronically on January 17, 2007.

/s/ Gerald Fabiano
Gerald Fabiano

EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    LOWELL DIST. COURT

GERALD COVIELLO,                    )
                                    )
    Plaintiff,                      )
                                    )                  CIVIL DOCKET NO.
V.                                  )
                                    )
MICHAEL HORAN                       )
                                    )
    Defendant.                      )

<u>COMPLAINT</u>

INTRODUCTION:

1.    This is a civil action by Gerald Coviello [hereinafter
    Coviello] against Michael Horan [hereinafter Horan].
    Coviello is seeking compensatory and punitive damages.  On
    September 1, 2001 Coviello was assaulted and battered by
    Horan.

PARTIES:

2.    The plaintiff, Gerald Coviello, is a resident of the town
    of Chelmsford, Middlesex County, Massachusetts.

3.    The defendant, Michael Horan, is a resident of the town of
    Chelmsford, Middlesex County, Massachusetts.

FACTS:

4.    On September 1, 2001, Coviello was operating his motor
    vehicle, a two door 1967 Ford Mustang.  The vehicle was
    properly registered, insured, equipped and had recently
    passed inspection.  Coviello operated the vehicle in a
    proper manner at all times prior to be ordered to stop by



Horan, who was then an on duty Chelmsford police officer.

5.    Shortly before 12:30 a.m. on September 1, 2001, Horan received word from a female off duty Chelmsford police officer that the passenger in Coviello's vehicle had made a crude comment to the off duty officer.

6.    For purposes of scaring and/or harassing Coviello and the passenger in Coviello's vehicle, Horan used the overhead lights in his Chelmsford Police cruiser to signal Coviello to stop his car.  Coviello complied with Horan's signal.

7.    Horan approached the driver's side door of the Coviello vehicle and another police officer approached the passenger side door.

8.    Horan requested Coviello to produce his license and registration.  Coviello complied with Horan's request.

9.    Horan then ordered Coviello to turn off the engine of his motor vehicle.  Coviello stated that he would rather not turn off the engine.

10.   Horan then raised his hand in a threatening manner, after which he hit Coviello in the head and shoulder, causing Coviello to experiance pain.

**COUNT ONE:**
**(Assault and Battery)**

11.   Coviello repeats and re-alleges paragraphs 1 through 10 above as if set forth herein.

2



12. The defendant's conduct, which included raising his hand in a threatening manner and hitting Coviello in the head and shoulder, constituted an assault and battery on Coviello by Horan.

13. As a proximate cause of the defendant's wrongful conduct, Coviello sustained damages as described above.

14. Accordingly, the defendant is liable to the Coviello for all of the damages he has suffered as a result of the defendants' unlawful conduct.

WHEREFORE, Coviello prays that this Court:

a.    Award him compensatory damages against the defendant;

b.    Award him punitive damages against the defendant;

c.    Award him the costs of this action, including attorney's fees and costs; and

d.    Award him such other and further relief as this Court deems just and proper.

COVIELLO DEMANDS A JURY TRIAL.



Respectfully Submitted,

GERALD COVIELLO
By his attorney:

J. Thomas Kerner
BBO# 552373
Attorney at Law
230 Commercial Street, 1st Fl.
Boston, MA  02109
(617) 720-5509

4

EXHIBIT B

11/30/2004  19:38   6177280787                                         PAGE  02

*Filed 8/3/05 of*

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                 LOWELL DIST. COURT

GERALD COVIELLO,                    )
                                    )
        Plaintiff,                  )
                                    )        CIVIL DOCKET NO.
v.                                  )        04/11/CV/1151
                                    )
MICHAEL HORAN                       )
                                    )
        Defendant.                  )

### STIPULATION OF JUDGMENT

Now come the parties and stipulate that this Honorable
Court should enter a judgment for the plaintiff against the
defendant in the amount of $100.00.

The parties stipulate that an amount of $100.00
represents a sum sufficient to compensate the plaintiff for
the injuries, as alleged in the complaint, which were caused
by the defendant on September 1, 2001.

Additionally, by stipulating to this judgment the
parties agree that this judgment satisfies any claims the
plaintiff may have against the defendant for all injuries to
the plaintiff for any and all conduct by the defendant for
all time up to and including December 3, 2004.



11/30/2004  19:38    6177200707                                          PAGE  03

Respectfully Submitted,

GERALD COVIELLO
By his attorney:

J. THOMAS KERNER
BBO# 552373
Attorney at Law
230 Commercial Street, 1st Fl.
Boston, MA  02109
(617) 720-5509

Respectfully Submitted,

MICHAEL HORAN
By his attorney:

DANIEL J. WILKINS
BBO#
Attorney at Law
92 Chelmsford Street
Chelmsford, MA 01824
(978) 250-4424

2



EXHIBIT C



| JUDGMENT FOR PLAINTIFF(S) | DOCKET NUMBER 200411CV001151 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME  **GERALD COVIELLO  vs.  MICHAEL HORAN**

| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT | CURRENT COURT |
|---|---|
| P01 GERALD COVIELLO | Lowell District Court<br>41 Hurd Street<br>Lowell, MA 01852-2295<br>(978) 459-4101 |

| DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT | | |
|---|---|---|
| D01 MICHAEL HORAN |  | ←←←←<br>WHEN<br>YOU<br>MUST<br>APPEAR<br>←←←← |
| | ROOM/SESSION | |

| PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED | FURTHER ORDERS OF THE COURT |
|---|---|
| COURT COPY | |

| ATTORNEY FOR PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED |
|---|
| COURT COPY |

### JUDGMENT FOR PLAINTIFF(S)

On the above action by agreement of the parties, the issues having been duly tried or heard, and a finding or verdict having been duly rendered, IT IS ORDERED AND ADJUDGED by the Court ( Melahn, Hon. William E. ) that the Plaintiff(s) named above recover of the Defendant(s) named above the "Judgment Total" shown below plus such other costs as may be taxed pursuant to law, with postjudgment interest thereon pursuant to G.L. c. 235, §8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment.

### NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ P. 54, 58, 77(d) and 79(a), this Judgment has been entered on the docket on the "Date Judgment Entered" shown below, and this notice is being sent to all parties. Attached are any rulings of law, or any findings of fact and rulings of law, which may have been made by the Court pursuant to Mass. R. Civ. P. 52(c) or 64A(c).

| | | |
|---|---|---:|
| 1. | Date of Breach, Demand or Complaint | 6/25/04 |
| 2. | Date Judgment Entered | 8/5/05 |
| 3. | Number of Days of Prejudgment Interest  *(Line 2 - Line 1)* | 406 |
| 4. | Annual Interest Rate of   12.00%/ 365 = Daily Interest Rate | 0.032877% |
| 5. | Single Damages | $100.00 |
| 6. | Prejudgment Interest    *(lines 3x4x5)* | $13.35 |
| 7. | Double or Treble Damages Awarded by Court *(where authorized by law)* | $0.00 |
| 8. | Costs | Filing Fee & Surcharge | $195.00 |
| 9. | | Attorney Fees Awarded by Court *(where authorized by law)* | $0.00 |
| 10. | | Other Costs Awarded by Court | $20.00 |
| **11. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)** | *(lines 5+6+7+8+9+10)* | **$328.35** |

| DATE JUDGMENT ENTERED<br>8/5/05 | CLERK-MAGISTRATE/ASST. CLERK<br>X | |
|---|---|---|

Date/Time Printed: 08/05/2005 10:08 AM

FORM NO.

EXHIBIT D

| **Civil DOCKET** | DOCKET NUMBER **200411CV001151** | Trial Court of Massachusetts District Court Department |
|---|---|---|

| CASE NAME | CURRENT COURT |
|---|---|
| GERALD COVIELLO vs. MICHAEL HORAN | Lowell District Court<br>41 Hurd Street<br>Lowell, MA 01852-2295<br>(978) 459-4101 |

| ASSOCIATED DOCKET NO. | DATE FILED 06/25/2004 | DATE DISPOSED 08/05/2005 | |
|---|---|---|---|

| PLAINTIFF(S) | PLAINTIFF'S ATTORNEY |
|---|---|
| P01  GERALD COVIELLO<br>C/O J. THOMAS KERNER<br>230 COMMERCIAL STREET, 1ST FLOOR<br>BOSTON, MA 02109<br>(617) 720-5509 | J. THOMAS KERNER<br>232 COMMERCIAL STREET<br>SUITE A<br>BOSTON, MA 02109<br>(617) 720-5509 |

| DEFENDANT(S)/OTHER SINGLE PARTIES | DEFENDANT'S ATTORNEY |
|---|---|
| D01  MICHAEL HORAN<br>C/O DANIEL J. WILKINS<br>ATTORNEY AT LAW<br>92 CHELMSFORD ST<br>CHELMSFORD, MA 01824 | DANIEL JOSEPH WILKINS<br>92 CHELMSFORD STREET<br>CHELMSFORD, MA 01824<br>(978) 250-4424 |

COPY

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 10/14/2004 | Case added to BasCOT computer system at Lowell District Court; see earlier manual docket for prior docket entries. |
| 2 | 10/14/2004 | Appearance for Gerald Coviello filed by Attorney J. THOMAS KERNER 232 Commercial Street Suite A Boston MA 02109 BBO# 552373 |
| 3 | 10/14/2004 | Appearance for Michael Horan filed by Attorney DANIEL JOSEPH WILKINS 92 Chelmsford Street Chelmsford MA 01824 BBO# 548511 |
| 4 | 10/14/2004 | Plff's request for default judgment hearing filed on 9/20/04.with memo of damages |
| 5 | 10/14/2004 | HEARING SCHEDULED on 10/21/2004 09:00 AM. |
| 6 | 10/18/2004 | Motion to remove default and file answer late (Mass.R.Civ.P. 55[c]) filed by D01  MICHAEL HORAN filed on 10/14/04. |
| 7 | 10/18/2004 | MOTION SCHEDULED FOR HEARING on 10/21/2004 09:00 AM. |

| Page 1 of 3 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | | DATE |
|---|---|---|---|---|

Date/Time Printed:  08/05/2005 10:10 AM

| | DOCKET CONTINUATION | DOCKET NUMBER |
|---|---|---|
| | | 200411CV001151 |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 8 | 10/18/2004 | Opposition filed by P01 GERALD COVIELLO to Motion to remove default and file answer late (Mass.R.Civ.P. 55[c]) that was filed on 10/14/2004 filed on 10/15/04. |
| 9 | 10/29/2004 | HEARING SCHEDULED on 10/21/04 CANCELED. Reason: Request of all parties. |
| 10 | 10/29/2004 | MOTION SCHEDULED on 10/21/04 CANCELED. Reason: Request of all parties. |
| 11 | 10/29/2004 | Case Inactivated: No future events scheduled. |
| 12 | 11/02/2004 | Plff's assent to request to vacate default against Dft Horan. |
| 13 | 11/16/2004 | DFT'S MOTION TO VACATE DEFAULT SCHEDULED FOR HEARING on 11/18/2004 09:00 AM. |
| 14 | 12/16/2004 | HEARING ON PLFF'S REQUEST FOR DEFAULT JUDGMENT SCHEDULED on 12/22/2004 09:00 AM. Plff's Request for Default judgment 55b enclosed (document numbered 7a). |
| 15 | 12/22/2004 | MOTION TO VACATE DEFAULT AND FILE ANSWER LATE (PREVIOUSLY FILED) SCHEDULED FOR HEARING on 12/22/2004 09:00 AM. |
| 16 | 12/22/2004 | Affidavit of D01 MICHAEL HORAN in support of motion to TO VACATE DEFAULT AND ANSWER LATE filed 12/20/04 by D01 MICHAEL HORAN. |
| 17 | 12/22/2004 | Answer filed 12/20/04 by D01 MICHAEL HORAN. |
| 18 | 12/22/2004 | Counterclaim filed 12/20/04 by D01 MICHAEL HORAN against P01 GERALD COVIELLO (Mass.R.Civ.P. 13). |
| 19 | 02/01/2005 | Case Inactivated: No future events scheduled. |
| 20 | 03/07/2005 | No action taken on plff's motion for assessment of damages or dft's motion to set aside default and file late answer (Case in Judge's Lobby, received back 3-4-05) |
| 21 | 04/20/2005 | CASE MANAGEMENT CONFERENCE SCHEDULED for 08/05/2005 10:00 AM (Dist Ct Standing Order 1-98). |
| 22 | 04/20/2005 | Notice of case management conference sent to parties. |
| 23 | 05/19/2005 | Motion for summary judgment filed 5/9/05 by P01 GERALD COVIELLO. |
| 24 | 05/19/2005 | MOTION SCHEDULED FOR HEARING on 06/09/2005 09:00 AM. |
| 25 | 06/14/2005 | Motion for Rule 37 Sanctions filed by P01 GERALD COVIELLO. N.A. |
| 26 | 06/14/2005 | Motion for summary judgment (Mass.R.Civ.P. 56) allowed as to Liability only ( Melahn, Hon. William E. ). |
| 27 | 08/01/2005 | Motion for assessment of damages and judgment filed by P01 GERALD COVIELLO. |

COPY

| Page 2 of 3 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | | DATE |
|---|---|---|---|---|

| | DOCKET CONTINUATION | DOCKET NUMBER |
|---|---|---|
| | | 200411CV001151 |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 28 | 08/01/2005 | MOTION SCHEDULED FOR HEARING on 08/03/2005 09:00 AM. |
| 29 | 08/05/2005 | MOTION SCHEDULED on 8/3/05 CANCELED. Reason: Settled. |
| 30 | 08/05/2005 | CASE MGMT CONFERENCE SCHEDULED on 8/5/05 CANCELED. Reason: Settled. |
| 31 | 08/05/2005 | Agreement for judgment for P01  GERALD COVIELLO against D01  MICHAEL HORAN (Mass.R.Civ.P. 58(a)). |
| 32 | 08/05/2005 | Judgment for P01 GERALD COVIELLO to recover of D01 MICHAEL HORAN by agreement of the parties the sum of $100.00 plus prejudgment interest of $13.35 and costs of $215.00 for judgment total of $328.35 ( Melahn, Hon. William E. ) parties notified. |
| 33 | 08/05/2005 | Case Inactivated: No future events scheduled. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Page 3 of 3 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | DATE |
|---|---|---|---|

EXHIBIT E

@3?

**ORIGINAL**

1

1        UNITED STATES DISTRICT COURT
                    FOR THE
2            DISTRICT OF MASSACHUSETTS

3

4   - - - - - - - - - - - - - - - - - -
                                      -
5   JERRY COVIELLO,                   -
            Plaintiff                 -
6                                     -  CIVIL ACTION
    vs.                               -  No.  04 11901 MLW
7                                     -
    TOWN OF CHELMSFORD, et al.,       -
8            Defendants               -
                                      -
9   - - - - - - - - - - - - - - - - - -

10

11

12          DEPOSITION of GERALD ANTHONY COVIELLO, taken

13   pursuant to the Federal Rules of Civil Procedure, before

14   Dianne M. Bossie, Certified Shorthand Reporter, Registered

15   Professional Reporter and Notary Public within and for the

16   Commonwealth of Massachusetts, at the offices of Brody,

17   Hardoon, Perkins & Kesten, LLP, One Exeter Plaza,

18   12th Floor, Boston, Massachusetts, on Monday, July 18, 2005,

19   commencing at 10:15 a.m.

20

21

22

23

24

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

2

1

2    PRESENT:

3

4    GERALD A. COVIELLO

5    71 North Road

6    Chelmsford, Massachusetts  01824-2701

7        Pro se;

8

9    Brody, Hardoon, Perkins & Kesten, LLP

     by JEREMY I. SILVERFINE, ESQ.
10
     One Exeter Plaza, 12th Floor
11
     Boston, Massachusetts   02116
12        for the Defendants.

13   ALSO PRESENT:

14   David Givskud, Law Student

15

16

17

18

19

20

21

22

23

24

3

1                           I N D E X

2    WITNESS                 DIRECT  CROSS   REDIRECT  RECROSS

3    GERALD ANTHONY COVIELLO     4     --        --       --

4

5                         E X H I B I T S

6
     For
7    Identification          Description              Page

8        1      Notice of Taking Deposition to
                Jerry Coviello dated 6/21/05          21
9
         2      Copy of Complaint                     22
10
         3      Initial Disclosures                   84
11
         4      Affidavit of Gerald Coviello
12              dated November, 2003                  107

13       5      Affidavit of Gerald Coviello
                dated May 18, 2004                    111
14
         6      A diagram drawn by the witness        146
15
         7      A diagram drawn by the witness        149
16

17

18

19

20

21

22

23

24

4

```
1                          PROCEEDINGS
2                    MR. SILVERFINE:  The witness will read and
3          sign, 30 days.
4                    GERALD ANTHONY COVIELLO, having been duly
5          sworn by the Notary Public, testified as follows:
6                          DIRECT EXAMINATION
7     Q    (by Mr. Silverfine)  Good morning, sir.  My name is
8          Jeremy Silverfine, our firm represents the Town of
9          Chelmsford in a lawsuit that you brought against them
10         entitled Jerry Coviello versus Town of Chelmsford,
11         et al., in the Federal District Court.
12                   We are here today to take your deposition.
13         Have you ever had your deposition taken before?
14    A    No.
15    Q    Okay.  Let me explain a few things.  As I mentioned to
16         you right before we started, just for the record, at
17         any point in time you need a break, let me know.  If
18         you want to use the bathroom, let me know.  If you
19         don't understand something, let me know.
20                   There is a stenographer who is taking down
21         my questions, your answers, and when this is complete,
22         she'll send us a transcript, which I'll forward to
23         you.  You'll be given 30 days, and an opportunity to
24         review it to make sure it's accurate.
```

```
 1                    If it's not done within 30 days, it will be

 2            deemed waived and go in as is.  I'll also forward you

 3            anything that we have marked today as Exhibits.  I'll

 4            send that to you, as well; okay.  Do you understand?

 5    A       Yes.

 6    Q       Okay.  Why don't we begin by, why don't you tell us

 7            your full name.

 8    A       Gerald Anthony Coviello.

 9    Q       Okay.  Mr. Coviello, where do you live, currently?

10    A       71 North Road.

11    Q       Where is that?

12    A       Chelmsford, Massachusetts.

13    Q       Okay.  How long have you lived there?

14    A       Less than a year.

15    Q       Okay.  Do you live there with anyone?

16    A       Do I live there with anyone?

17    Q       Right.

18    A       I rent a room.

19    Q       Okay.  Where did you live before 71 North Road in

20            Chelmsford?

21    A       52 Stedman Street.

22    Q       All right.  That is in Chelmsford, also?

23    A       Yes.

24    Q       Okay.  How long did you live at 52 Stedman Street in
```