# United States District Court
## District of Massachusetts

Jerry Coviello
/plaintiff

v.                              CA# 04-11901-MLW

Town of Chelmsford
    Chelmsford, P.D.
       et al, Defendants

dated: Jan 14th, 2007

---

Now comes the plaintiff to inform the court that I recieved defendant's Frank Roark's and Scott Ubele's answer's to thier interrogatories. I am also in reciept of Defendants Opposition to plaintiffs motion to compel defendants Frank Roark and Scott Ubele to answer thier interrogatories. My motion to compel may be moot, but I

P.1

object to the defendants assertion that Roark and Ubele were left guessing as to which interogatories applied to them. If you note on the top of the page of "attached no 1" on my motion to compel dated 12-27-06 you'll see "F.R. ← Frank Roark". On the defendants {and the courts} copy of my original "1st set" of interogatories dated 3-7-06 the names Frank Roark and Scott Ubele were spelled at at the top of their respective pages.
Respectfully Submitted;

ph 978-771-3061
or 978-884-8513

Jerry Coviello Pro-SE
86 Richardson Rd. #1
N. Chelmsford, MA 01863

Pg 2