United States District Court
District of Massachusetts

Jerry Coviello
plaintiff

FILED
IN CLERKS OFFICE
2007 JAN 19 A 11:35
U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

CA# 04-11901-MLW

Town of Chelmsford
Chelmsford, P.D.
et al, Defendants

dated; Jan 17th, 2007

Now comes the plaintiff who <u>opposes the defendants' opposition to plaintiffs motion to exclude the defendants from offering any expert testimony</u>.

For the following reasons;

1. The defendants misrepresent the facts with regard to FRCP 26. They <u>have not</u> submitted <u>all</u>

Pg 1

the required information {see "copy attached no. 1" of my "Motion to exclude" dated 12-19-06 }.

2. The defendants <u>still</u> have offered no explanation for failure to comply, nor attempted to comply, with this requirement. Neither by the 1-20-06 due date, nor since { see "copy attached no 3" of my "Motion to exclude" dated 12-19-06 }. A requirement they acknowledged they were obligated to { see "copy attached no. 4" of my "Motion to exclude" dated 12-19-06 }. A requirement they saw fit to hold me to { see "copy attached no. 2"

Pg 2

of my "Motion to exclude" dated 12-19-06 3.

3. The defendants did not submit any report from Gordon "Chip" Johnston { their accident reconstruction expert} by the 8-14-06 scheduling order due date of 9-28-06. Neither was Ms. Redlund's report submitted by that date either, for that matter.

4. The defendants have not addressed these facts, merely ignored them.

5. The defendants are incorrect in their assertion that "my Motion to exclude" dated 12-19-06 appears to be based entirely on ~~opinion~~ as to Ms. Redlund's qualifications.

Pg 3

6. Her buisiness relationship with police is not my opinion, it was, by her own admission.

7. Her lack of knowledge of electro-magnetic signals, the core essence of detecting edits, is not my opinion, it was, by her own admission.

8. Her lack of ability, and equipment to analyze the tape and C.D.'s in question is not my opinion, it was, by her own admission.

Hence, the court should note, of all the discovery asked of the plaintiff none was ever for the tape in question, and for good reason,

Pg 4

<u>She doesn't know how to test for edits and she doesn't have the equipment to do so.</u>

These are not my opinions they are facts, non of which were addressed in the <u>defendants opposition to my motion to exclude</u> dated 1-5-07.

A review of Ms. Redlunds "report" by Mr. Zad McLarnon of F.E.T. is included as "attached no. 1" of <u>this</u> mailing.

For these reasons the plantiff asks the court to exclude the defendants from offering any expert testimony.

Pg 5

Respectfully Submitted;

*Jerry Coviello*

Jerry Coviello   Pro-Se
86 Richardson Rd. #1
N. Chelmsford, MA 01863

ph 978-771-3061
cell 978-884-8513