January 22, 2007

The Honorable Mark L. Wolf
U.S. District Court
John Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:    Jerry Coviello
VS:    Town of Chelmsford Police Department, et al
        U.S. District Court Civil Action No.:  04-11901-MLW

Dear Judge Wolf:

      Please be advised that per the Court's scheduling order the parties have now conferred (through Tom Kerner, the criminal defense attorney for Mr. Coviello) to explore the possibility of settlement.  The parties have not settled nor does the case appear likely to settle.  Further, the defendants believe that they have a meritorious motion for summary judgment and intended to file same.

                Respectfully submitted,
                Defendants,
                By their attorneys,


                /s/ Jeremy I. Silverfine
                Jeremy I. Silverfine, BBO #542779
                Leonard H. Kesten, BBO #542042
                Brody, Hardoon, Perkins & Kesten, LLP
                One Exeter Plaza
                Boston, MA  02116
                (617) 880-7100

cc:    Jerry Coviello, *pro se*

JERRY COVIELLO
86 RICHARDSON ROAD, #1,
N. CHELMSFORD, MA  01863