UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JERRY COVIELLO )<br>　　　　Plaintiff ) | CIVIL ACTION NO. 04cv11901-MLW |
| v. ) | |
| ) | STATUS REPORT OF DEFENDANT |
| TOWN OF CHELMSFORD ) | MICHAEL HORAN |
| et al. )<br>　　　　Defendants ) | |

STATUS OF SETTLEMENT NEGOTIATIONS

　　　　The undersigned attorney for defendant Michael Horan has taken over representation of Mr. Horan. Mr. Horan had previously been represented by counsel for the other defendants, Jeremy Silverfine.

　　　　The undersigned has been informed that pro se plaintiff Jerry Coviello had retained counsel to negotiate settlement only. That counsel had contacted Mr. Silverfine and made a settlement demand which covered all defendants. No amount was offered. Settlement discussions ended, as did that representation of the plaintiff.

　　　　On January 19, 2007, the undersigned spoke with the pro se plaintiff by telephone. The plaintiff confirmed that the plaintiff had retained counsel to negotiate settlement, that his settlement counsel had conveyed a settlement demand to Mr. Silverfine and that no amount had been offered. The plaintiff also told the undersigned the settlement amount demanded on his behalf.

The undersigned asked the plaintiff whether the plaintiff had a separate settlement demand for defendant Horan, also telling the plaintiff that he did not want to hold out false hope because no interest might exist for defendant Horan settling. The plaintiff asked whether any separate settlement demand to defendant Horan would have to be before filing the January 22, 2007 status report to be considered. The undersigned stated that he would convey a settlement demand whether it was before or after the January 22, 2007 status report. On January 22, 2007, the plaintiff made a separate settlement demand to defendant Horan.

MOTION FOR SUMMARY JUDGMENT

Defendant Horan had filed and served a motion for summary judgment. The basis for this motion is that the plaintiff had filed a previous civil action against defendant Horan in Lowell District Court, and that an agreed judgment had entered in that civil action. The plaintiff's Lowell District Court civil action against defendant Horan arose from the same events the plaintiff is claiming in the present civil action in U.S. District Court. The Lowell District Court judgment included the agreed amount, pre-judgment interest and costs.

The undersigned and the plaintiff had previously conferred on defendant Horan's motion for summary judgment. The plaintiff had stated that he intended to oppose the motion for summary judgment on two grounds,

Case 1:04-cv-11901-MLW    Document 122    Filed 01/22/2007    Page 3 of 3

- that the Lowell District Court civil action was for assault and battery, but the U.S. District Court civil action was for civil rights violations
- that the judgment in the Lowell District Court civil action had not been paid.

After the filing and service of defendant Horan's motion for summary judgment, the Lowell District Court judgment against defendant Horan was paid, with post-judgment interest.  (The undersigned received permission from the plaintiff's attorney in the Lowell District Court civil action to send the check directly to the plaintiff.)  On January 19, 2007, the plaintiff confirmed receiving the check.

The Lowell District Court judgment against defendant Horan resolved all the plaintiff's claims against defendant Horan, except claims for the payment of that judgment.  Because the Lowell District Court judgment has now been paid, all the plaintiff's claims against defendant Horan should be resolved.

                Defendant Michael Horan

                By his attorney

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail and upon the attorney of record for each other party electronically on January 22, 2007.<br><br>_____<br>Gerald Fabiano | Gerald Fabiano  BBO No. 157130<br>Pierce, Davis & Perritano, LLP<br>10 Winthrop Square  5th Floor<br>Boston, MA  02110<br>617-350-0950 |