United States District Court
District of Massachusetts

Jerry Coviello
   plaintiff

V.                               CA# 04-11901-MLW

Town of Chelmsford
   Chelmsford, P.D.
      et al, Defendants

dated; Jan 20th, 2007

---

Now comes the plaintiff to inform the court that the parties have conferred with no settlement agreement.

I feel I have a meritorious case for summary judgement for the following reasons;

1. Eyewitnesses who will rebut police allegations against me and confirm my allegations against them.

P. 1

2. Expert witness testimony that will rebut police allegations against me and confirm my allegations against them.

3. A preponderance of evidence in my favor.

4. The defendants have <u>nothing</u> and <u>no one</u> who can challenge any of this evidence.

An addendum to this will follow.

Respectfully Submitted;

*Jerry Covielle*

Jerry Covielle, Pro-Se
86 Richardson Rd. #1,
N. Chelmsford, MA. 01863

ph 978-771-3061 or 978-884-8513

Pg 2