UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CA04-11901

| Jerry Coviello | City of Chelmsford et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Pro Se | Jeremy Silverfine |
|  | Gerald Fabiano |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Romanow

CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 1/29/07 | Court goes over the status of the case with the parties.  Plaintiff seeks to file a motion for summary judgment. |
|  | As well as all the defendants.  Court denies the parties competing motions for sanctions.  Defendant's motion |
|  | to compel (docket 70) is now moot.  Court finds plaintiff motion to exclude (docket no 112) moot.  Parties |
|  | shall file their cross motions for summary judgment by 3/2/2007.  Any repsonse shall be filed by 4/6/2007. |
|  | Plaintiff shall by 3/16/2007 file response to Horan's motion for summary judgment.  A hearing on all pending |
|  | motions will be held on May 7, 2007 at 3:00 PM.  Defendant Horan's moves to file an amended answer. |
|  | Court grants the request and directs the defendant to file the amended answer by 2/2/2007.  Court recesses |
|  | to the lobby to talk with the parties.  No party objects to the court's involvement in settlement talks. |