UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JERRY COVIELLO ) | ) | CIVIL ACTION |
| Plaintiff | ) | NO. 04cv11901-MLW |
|  | ) |  |
| v. | ) |  |
|  | ) | DEFENDANT MICHAEL |
| TOWN OF CHELMSFORD et al | ) | HORAN'S AMENDED ANSWER |
| Defendants | ) |  |

Defendant Michael Horan responds to the plaintiff's amended complaint filed on June 30, 2006 as follows.

Page 1

No statement on the first page of the plaintiff's motion to amend his complaint states a factual averment which requires an answer.

Page 2, first paragraph)

Defendant Michael Horan does not have knowledge or information sufficient to form a belief as to the truth of the averments in the first paragraph on page 2 of the plaintiff's motion to amend his complaint.

Pages 2, second paragraph, carrying over to page 3

Defendant Michael Horan admits that at the time the plaintiff filed his complaint in this civil action, a default had entered against him in the plaintiff's civil action in Lowell District Court and had not yet been set aside. Defendant Michael Horan denies the remainder of the averments in the second paragraph on

page 2 of the plaintiff's motion to amend his complaint, which paragraph carries over to the third page.

Page 3, full paragraph, beginning, "On September 1st 2001 Officer Gary Hannagan intercepted a radio call …"

Defendant Michael Horan denies that Officer Hannagan took part in stopping the plaintiff's car, and denies that Officer Hannagan took part in stopping the plaintiff's car for any purpose. Defendant Michael Horan does not have knowledge or information sufficient to form a belief as to the truth of the remainder of the averments of the full paragraph on page 3.

Page 4

Defendant Michael Horan denies that Officer Spinney took part in stopping the plaintiff's car, and denies that Officer Spinney took part in stopping the plaintiff's car for any purpose. Defendant Michael Horan does not have knowledge or information sufficient to form a belief as to the truth of the remainder of the averments on page 4.

Remainder of the averments in plaintiff's motion to amend complaint

Defendant Michael Horan does not have knowledge or information sufficient to form a belief as to the truth of the averments in the plaintiff's motion to amend his complaint beginning on page 5.

### FIRST AFFIRMATIVE DEFENSE

Judgement in the plaintiff's Lowell District Court civil action against defendant Michael Horan precludes the plaintiff's claims against defendant Horan in the present civil action.

### SECOND AFFIRMATIVE DEFENSE

The plaintiff agreed that the stipulated judgment in his Lowell District Court civil action against defendant Michael Horan satisfied any claims the plaintiff may have against defendant Horan for all injuries to the plaintiff for any and all conduct by defendant Horan for all time up to and including December 3, 2004.

### THIRD AFFIRMATIVE DEFENSE

If defendant Michael Horan is found to have assaulted or battered the plaintiff, defendant Michael Horan was privileged to take the actions that amounted to assault or battery.

### FOURTH AFFIRMATIVE DEFENSE

If any action of defendant Michael Horan is found to have violated the plaintiff's civil rights, defendant Michael Horan did not violate clearly established statutory or constitutional rights of which a reasonable person would have known, entitling defendant Horan to qualified immunity.

### JURY DEMAND

Defendant Michael Horan demands a jury trial.

        Defendant Michael Horan

        By his attorney,

        /s/  Gerald Fabiano
        Gerald Fabiano  BBO No. 157130
        Pierce, Davis & Perritano, LLP
        10 Winthrop Square  5th Floor
        Boston, MA 02110
        617-350-0950
        gfabiano@piercedavis.com

    I hereby certify that this document filed through the Electronic Case Files system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to non-registered participants on January 30, 2007.

      /s/ Gerald Fabiano
      Gerald Fabiano