UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,           )<br>     Plaintiff,                       )<br>                                         )<br>V.                                       )<br>                                         )<br>TOWN OF CHELSMFORD, et al ) | C.A. NO.: 04 11901 MLW |

**DEFENDANTS', JENNIFER FAY, GARY HANNAGAN, JAMES SPINNEY, FRANK ROARKE, SCOTT UBELE, BERNARD LYNCH, RAYMOND MCCUSKER AND THE TOWN OF CHELMSFORD, MOTION FOR SUMMARY JUDGMENT**

The defendants, Jennifer Fay, Gary Hannagan, James Spinney, Frank Roarke, Scott Ubele, Bernard Lynch, Raymond McCusker and The Town of Chelmsford, hereby move for summary judgment on the plaintiff's complaint. As grounds, they submit the plaintiff's claims against them are, as best as can be deciphered, a motor vehicle stop for purpose of intimidation and/or harassment and manipulation of certain audio tapes in violation of his Fourth Amendment rights. In support of this motion, the defendants rely on the accompanying memorandum of law which they incorporate herein by this reference.

Wherefore, the defendants respectfully request that the court grant their Motion and enter summary judgment in their favor.

**REQUEST FOR ORAL ARGUMENT**

The defendants request a hearing on this motion, pursuant to Local Rule 7.1(D), on the ground that oral argument may assist the Court.

Respectfully submitted,

The defendants,
By their attorneys,


   /s/ Jeremy Silverfine
Jeremy I. Silverfine, BBO#542779
Leonard H. Kesten, BBO#542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Date: 3-2-07