# EXHIBIT 2

# (EXHIBIT TOO LARGE TO SCAN. WILL BE HAND-DELIVERED TO THE COURT)