# EXHIBIT 3A

ORIGINAL

VOL. 1 - 1
RICHARD FRIES

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-11901-MLW

------------------------------------------
                                          )
JERRY COVIELLO,                           )
     Plaintiff,                           )
                                          )
          vs.                             )
                                          )
TOWN OF CHELMSFORD,                       )
CHELMSFORD POLICE DEPARTMENT, ET AL.,     )
     Defendants.                          )
                                          )
------------------------------------------

DEPOSITION OF RICHARD FRIES, taken on

behalf of the Defendant, pursuant to the applicable

provisions of the Massachusetts Rules of Civil

Procedure, before June N. Poirier, Shorthand Reporter

and Notary Public within and for the Commonwealth of

Massachusetts, at the Chelmsford Police Station,

One Olde North Road, Chelmsford, Massachusetts,

on Wednesday, September 28, 2005, commencing

at 11:10 a.m.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
One State Street
Boston, Massachusetts 02109
(617) 742-6900

APPEARANCES:

JERRY COVIELLO, PRO SE
71 North Road
Chelmsford, MA 01824
(978) 256-1986
      Represents Jerry Coviello

JEREMY I. SILVERFINE, ESQ.
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116
(617) 880-7100
      Represents Town of Chelmsford
                 Chelmsford Police Department

ALSO IN APPEARANCE:

KENNETH DUANE

VOL. 1 - 3
RICHARD FRIES

I N D E X

<u>WITNESS</u>                    <u>DIRECT</u>

RICHARD FRIES

By Mr. Silverfine          4

E X H I B I T S

<u>EXHIBIT NO.</u>        <u>DESCRIPTION</u>        <u>PAGE NO.</u>

NO EXHIBITS WERE MARKED

1                    PROCEEDINGS

2            (Whereupon the Witness was sworn.)

3    DIRECT EXAMINATION

4    Q.   Good morning, Mr. Fries.  Is it Fries?

5    A.   It's actually Fries.

6    Q.   We'll hopefully be able to pronounce your name

7         as you like it.  We're here to take your

8         deposition in a case Jerry Coviello versus the

9         Town of Chelmsford Police Department, et al.

10        There are some ground rules I'm just going to

11        explain to you.

12            If at any point you don't understand,

13        please let me know.  There is a stenographer who

14        is taking down everything we say.  I'll be

15        asking a series of questions and I need an

16        affirmative response, not a shake of the head or

17        "hm-hm," or "huh-huh" because it may be

18        misinterpreted to each question I ask so I need

19        a response.

20            I'll ask you a series of questions and when

21        I finish Mr. Coviello, who's here this morning,

22        will have the opportunity to also ask you

23        questions.  The obligations are the same:

24        You're required to answer the question as best

1       you can.

2           If there is any reason you don't understand

3       a question, you need to let us both know, but

4       otherwise you're obligated to answer the

5       question.  Okay?

6   A.  All right.

7   Q.  Have you ever given a deposition before?

8   A.  No.

9   Q.  This is the first time?

10  A.  Yes.

11  Q.  At the conclusion of the deposition a transcript

12      will be made up by the court stenographer;

13      you'll have an opportunity at a certain point to

14      review it.  If you don't make any changes it

15      will be deemed to be waived and that transcript

16      will go in as is, but you'll be given an

17      opportunity to review it at some point.  There

18      will be an errata sheet provided so you can make

19      any changes on a form and sign it.

20  A.  Okay.

21  Q.  Is there anything preventing you from testifying

22      today, medication or otherwise?

23  A.  No.

24  Q.  Have you understood everything I've said so far?

1    A.    Yes.

2                MR. COVIELLO:  I have an objection;

3         maybe I'm making it at the wrong time.  Can you

4         tell me why he is here?  We all have a right to

5         be at the deposition.

6                MR. SILVERFINE:  Maybe the officer can

7         wait -- Just for the record, he's a

8         representative of the police department and as

9         my client he's entitled to be here.  As a

10        representative of the police department because

11        you've sued -- For the record, you've sued the

12        Chelmsford Police Department so he can be here

13        present.  I don't particularly care if he's here

14        but he's allowed as a representative to be here

15        present as he's my client.

16                MR. COVIELLO:  He's your client even

17        though he wasn't a named individual?

18                MR. SILVERFINE:  You sued the police

19        department, and other individuals can be

20        present.  I've asked him to step out but it may

21        be later another representative, our client, is

22        present and they're entitled to be present.

23        Okay?

24                MR. COVIELLO:  Okay.

VOL. 1 - 7
RICHARD FRIES

1      (Whereupon Kenneth Duane leaves the room.)

2  Q.  (By Mr. Silverfine)  Could you give us your full

3      name?

4  A.  Richard Alden Fries.

5  Q.  Spell the last name.

6  A.  F-R-I-E-S.

7  Q.  What is your home address?

8  A.  15 Hall Road, H-A-L-L, Chelmsford, Massachusetts

9      01824.

10  Q.  Your phone number?

11  A.  (978) 256-5344.

12  Q.  Okay.  You're here pursuant to a deposition

13      subpoena notice today?

14  A.  Yes.

15  Q.  Do you currently work?

16  A.  No.  I'm collecting unemployment.  I'm in a sort

17      of nonwork status from the Internal Revenue

18      Service.  I work there seasonally so during the

19      tax season I work at the IRS, which is from,

20      like, January until June and then typically you

21      get laid off and they call you back again in

22      January to work the next season.

23  Q.  Okay.  How long have you been a seasonal worker

24      for the IRS?

VOL. 1 - 8
RICHARD FRIES

1    A.    Two years.

2    Q.    Where is that work located?

3    A.    Andover, Massachusetts.

4    Q.    Is that at the IRS Center in Andover?

5    A.    Yes.

6    Q.    What do you do for them?

7    A.    Tax examiner.

8    Q.    How long is the season that you work for them?

9    A.    Approximately six months.

10   Q.    You said you've done that the last two years?

11   A.    Yes.

12   Q.    During the six months that you're off you've

13         collected unemployment?

14   A.    Right.

15   Q.    Let me ask you a little bit about your

16         educational background.  Where did you go to

17         high school?

18   A.    Chelmsford High School.

19   Q.    When did you graduate?

20   A.    1979.

21   Q.    Did you have secondary education after that?

22   A.    Yes.

23   Q.    Where did you go to school?

24   A.    University of Lowell.

1    Q.    What year did you go there or years did you go

2          there?

3    A.    I started in 1981 but I didn't actually graduate

4          until, I believe it was '89.

5    Q.    Okay.  Did you receive a degree?

6    A.    Yes.

7    Q.    In what?

8    A.    Bachelor of Arts with a music major and computer

9          minor.

10   Q.    During that period of time from '79 to '89, did

11         you also work?

12   A.    Yeah; I had some -- this is while I'm going to

13         college.

14   Q.    You said you left high school in '79 and

15         graduated and received your degree in '89, so

16         between '79 and '89 I assume you worked?

17   A.    Yeah, I had some part-time jobs.

18   Q.    What kind of work were you doing?

19   A.    I had one job at Fotomat as a clerk.  I had

20         another job as a -- called a "central station

21         operator" which monitored alarms for Purity

22         Supreme.

23   Q.    Okay.

24   A.    I worked a couple summers as a boating

VOL. 1 - 10
RICHARD FRIES

1      instructor through the University of Lowell

2      work/study program.  What else did I do during

3      college?  Those are the three I mainly remember.

4  Q.  Do you have any other education besides

5      University of Lowell Bachelor of Arts, anything

6      after that?

7  A.  After that I took a -- I was working in the

8      computer field and I took a local area network

9      administration course at Boston University.

10  Q.  Did you receive any certificate or degrees in

11      that?

12  A.  Just a certificate.

13  Q.  What kind of certificate?

14  A.  It was a BU certificate in LAN administration.

15  Q.  What year was that?

16  A.  1995.

17  Q.  Anything else after that?

18  A.  No.

19  Q.  Since 1989 where have you been employed?

20  A.  I've had several jobs.  Primarily in computer

21      operations as a computer operator at different

22      companies; some were permanent, some were

23      through contract agencies.  The longest position

24      I held was at Boston Financial in Quincy, that

1     was for three years.

2  Q.  So if you could, could you run down since 1989

3     to present where you worked as best you can

4     the -- Starting in 1989, for instance, where did

5     you work?

6  A.  My first job was at Input Output Computer

7     Services in Waltham.

8  Q.  What did you do for them?

9  A.  Computer operator.

10  Q.  How long did you work for them?

11  A.  A year.

12  Q.  Why did you leave?

13  A.  I had another job at -- I got a better job offer

14     at Borden.

15  Q.  Borden?

16  A.  Yeah.

17  Q.  Where are they located, Borden?

18  A.  That was in North Andover.

19  Q.  What did you do for them?

20  A.  Computer operator.

21  Q.  How long did you work for Borden?

22  A.  A year and a half.

23  Q.  Why did you leave there?

24  A.  I was working second shift and I was tired of

VOL. 1 - 12
RICHARD FRIES

1       working those hours.

2   Q.  Where did you go from Borden?

3   A.  From Borden, this has been sort of a pattern, I

4       worked as a computer operator and sometimes in

5       the construction fields because a lot of my

6       friends work in construction.  After Borden I

7       worked with a friend of mine who's a sprinkler

8       installer, lawn sprinkler installer, for

9       Evergreen, was the company he has; that was just

10      for that summer.  Let me think.  Where did I go

11      from there?  My next job was at Keyport Life

12      Insurance in Boston.

13  Q.  Keyport?

14  A.  Yep.

15  Q.  You sold life insurance or worked in the

16      computer --

17  A.  Computer operator.

18  Q.  How long did you work for them?

19  A.  That was about a year.

20  Q.  Why did you leave them?

21  A.  I had some difference of interest with the

22      management there.

23  Q.  What did that concern?

24  A.  This was over whether or not I was supposed to

VOL. 1 - 13
RICHARD FRIES

1      work an overtime shift on Saturday; I felt I

2      wasn't required to, they felt I was, and for

3      that reason I ended up being terminated.

4   Q.  Did you fight the termination in terms of --

5   A.  Yeah.  I actually wanted to collect unemployment

6      because I felt it was unfair but I was still

7      denied.

8   Q.  Did you file any lawsuits against them?

9   A.  No.

10  Q.  Did they consider that a firing?  Did they fire

11     you or just terminate you?

12  A.  Same thing.

13  Q.  Have you been fired from any other jobs in your

14     career?

15  A.  I don't think so, no.

16  Q.  Who was the supervisor there that you worked

17     for?

18  A.  I don't remember his name.

19  Q.  What was the next job you worked after?

20  A.  That was Keyport.

21  Q.  Keyport?

22  A.  Then from Keyport I believe I did some work with

23     some friends in construction.

24  Q.  Where was that?

VOL. 1 - 14
RICHARD FRIES

1   A.   In Chelmsford.

2   Q.   Who did you work for?

3   A.   Steve Leonard.

4   Q.   How long did you work for Steve Leonard?

5   A.   Probably six months to a year.

6   Q.   What year is this we're talking about now?

7   A.   I started in -- '92.

8   Q.   Why did you leave construction with Steve

9        Leonard?

10  A.   I got a computer operator job at Borden.

11  Q.   Then you went back to Borden?

12  A.   No, I hadn't worked there yet.  I was at Keyport

13       prior to Borden.

14  Q.   You mentioned earlier, 1990, you worked at

15       Borden, you're now saying?

16  A.   I mentioned earlier that Borden was one of the

17       jobs that I worked in that -- you gave me a

18       timespan and I mentioned Borden as being the

19       one, probably the most significant because I

20       stayed there the longest.

21  Q.   You stayed at Borden for how long?

22  A.   Three years.

23  Q.   Who was your supervisor there?

24  A.   Dave Hart.

VOL. 1 - 15
RICHARD FRIES

1    Q.   Dave Hart?

2    A.   Yes.

3    Q.   What years did you work at Borden from?

4    A.   '93 to '96.

5    Q.   Why did you leave there?

6    A.   It was third shift.  I was tired of working

7         third shift and I felt I wasn't getting anywhere

8         at that job.

9    Q.   You voluntarily left?

10   A.   Yes.

11   Q.   Where did you go from Borden?

12   A.   From Borden then I was unemployed for another

13        period.  I think it wasn't until in '97 I got a

14        temporary position and I started doing some

15        contract work through agencies.

16   Q.   Was this -- You say contract work, was that as a

17        computer operator?

18   A.   Yeah.

19   Q.   Which agencies did you work for?

20   A.   The first one I worked for was called something

21        like Software Engineering Corporation.

22   Q.   Where were they located?

23   A.   I believe they were in Salem, New Hampshire.

24        That was just a couple of months contract at the

VOL. 1 - 16
RICHARD FRIES

1          help desk kind of person; they were rolling out

2          some new software at Johnson & Johnson in

3          Raynham, Massachusetts.  Then from there I went

4          to another company, it was -- I think it was Tad

5          Technical.

6      Q.  Tad, T-A-D?

7      A.  Yep.

8      Q.  Where are they located?

9      A.  In Newton.

10     Q.  Newton, Mass.?

11     A.  Yep.

12     Q.  How long did you work for Tad Technical?

13     A.  Six months.

14     Q.  What did you do for them?

15     A.  Computer operator at Lotus Development,

16         Cambridge.

17     Q.  Why did you leave?

18     A.  I got another offer of more money, Interstate

19         Tech.

20     Q.  Interstate Technical?

21     A.  Yep.

22     Q.  Where are they located?

23     A.  Burlington.

24     Q.  What did you do for Interstate Technical?

1    A.   Computer operator.

2    Q.   How long did you stay with them?

3    A.   Another six months, or actually about eight

4         months.

5    Q.   Why did you leave there?

6    A.   At that point I was filing bankruptcy and I felt

7         that I really didn't know how that process

8         worked but I thought it would be better if I

9         wasn't working so that they wouldn't be able to

10        take any money from me.

11   Q.   What year was this?

12   A.   This was in '99.

13   Q.   Where did you file bankruptcy?

14   A.   In Worcester.

15   Q.   Were you living in Worcester at the time?

16   A.   That was where the bankruptcy hearing was held.

17   Q.   Why did you file bankruptcy back in '99?

18   A.   In '95 when I was working at Borden that's when

19        I took the LAN administration course and I used

20        my credit cards to buy two brand-new computers

21        because I was trying to learn how to do computer

22        networking.  At that point my credit cards were

23        already pretty high.  I was taking a risk this

24        would get me better employment at some point.

VOL. 1 - 18
RICHARD FRIES

1     All it ended up doing was putting me really in a

2     spot where my debt was higher than I could

3     handle.

4  Q.  How much debt did you have?

5  A.  At that time it was about 13,000.

6  Q.  What happened with your bankruptcy that you

7     filed?

8  A.  It was cleared of all my debt.

9  Q.  So you did -- You were able to go into

10    bankruptcy?

11  A.  Yep.

12  Q.  Do you remember what chapter you were under?

13  A.  I think it was Chapter 11, I think.

14  Q.  Have you ever been married, by the way?

15  A.  No.

16  Q.  You were single at the time you filed

17    bankruptcy?

18  A.  Right.

19  Q.  Where were you living at the time you filed

20    bankruptcy?

21  A.  At home in Chelmsford.

22  Q.  You live by yourself?

23  A.  I live with my two brothers.

24  Q.  You still live with your two brothers?

VOL. 1 - 19
RICHARD FRIES

1   A.   Yep.  And now my father also lives there.

2   Q.   Same address you gave us before, 15 Hull (sic -

3        Hall) Road in Chelmsford?

4   A.   Yep.

5   Q.   How long have you lived at that address?

6   A.   Twenty-five years or more.  There was a couple

7        of periods where I tried to move out, like in

8        '99, but it was only temporary.

9   Q.   Do you have any criminal record, by the way?

10  A.   I've had a couple of DUIs.

11  Q.   You say a couple convictions or pleas?

12  A.   I had one first offense, then I had another one

13       which was over 10 years afterwards and it was

14       treated as a first offense.  Then I had another

15       19 years after that and that was treated as a

16       second offense.

17  Q.   Are these all out of Middlesex County?

18  A.   Yep.

19  Q.   Do you know what court?

20  A.   Lowell, I guess.

21  Q.   Lowell District Court?

22  A.   Yep.

23  Q.   Which department had arrested you or filed

24       charges on these three offenses?

1    A.    Which department?

2    Q.    Which police department?

3    A.    Oh.  The first two were Lowell and the last one

4          was Chelmsford.

5    Q.    What years were these three offenses that you

6          just mentioned?

7    A.    Let's see if I can get this right.  I think the

8          first one was '85.  I think maybe '93.

9    Q.    '85, '93, and the third one?

10   A.    Was 2002.

11   Q.    What's your Social Security, by the way?

12   A.    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.

13   Q.    Any other offenses besides these three OUI

14         offenses?

15   A.    I had what I think was called public drinking.

16   Q.    What court was that?

17   A.    That was in North Hampton, Massachusetts.

18   Q.    What year?

19   A.    I'm not sure.  That was prior to either of

20         those.

21   Q.    Prior to '85?

22   A.    Yeah.

23   Q.    So sometime prior to '85 you had a public

24         drinking conviction?

VOL. 1 - 21
RICHARD FRIES

1   A.   Yeah.

2   Q.   Anything else?

3   A.   Then as a result of this --

4   Q.   Episode?

5   A.   -- episode I was charged with resisting arrest

6       and drunk and disorderly.

7   Q.   What happened with that case?

8   A.   I forgot which one they threw out and the other

9       one they put me on six months without a finding.

10   Q.   Continued without a finding?

11   A.   Continued without a finding.

12   Q.   What year was that, as best you can remember?

13   A.   That was 2001.

14   Q.   What court was that in?

15   A.   That was Lowell.

16   Q.   Lowell District?

17   A.   Yeah.

18   Q.   Anything else besides that?

19   A.   No.

20   Q.   Let's get back.  We were just talking about in

21       1999 you filed for bankruptcy.  Since '99 where

22       have you worked?

23   A.   Then I went to -- in '99 I moved to California

24       temporarily and worked at the University of

1        California, San Francisco, as a computer

2        operator for a few months but that didn't work

3        out and I came back to Massachusetts.

4   Q.   By the way, I should go back.  There is no other

5        criminal record like in California or any other

6        state?

7   A.   No.

8   Q.   You came back here.  You left California

9        because?

10  A.   Mainly, couldn't find a place to live.

11  Q.   What was the name of the company you worked for?

12  A.   UCSF.  University of California, San Francisco.

13  Q.   What department were you working in?

14  A.   I was working in their information systems as

15       computer operator.

16  Q.   Who was your supervisor?

17  A.   Her name is Danice Ross.

18  Q.   Where were you living at the time you were

19       working there?

20  A.   I had gone out with a girlfriend and we were

21       living with her girlfriend in her apartment.

22       She had kind of assumed we had to get jobs and

23       move on.  And I ended up splitting up with my

24       girlfriend and that left kind of a rift with the

VOL. 1 - 23
RICHARD FRIES

1        other girl so the other girl ran us both out of

2        there.  I had really no place to live.  The girl

3        I went out there with had friends in California

4        she could stay with but I didn't have any

5        friends.

6    Q.  What's your girlfriend's name?

7    A.  Cathy Travers.

8    Q.  Is she still out in California, as far as you

9        know?

10   A.  Yes.

11   Q.  The girl you were staying with?

12   A.  Her name is Dee Dee.

13   Q.  Do you remember her last name?

14   A.  No.

15   Q.  She was in San Francisco?

16   A.  She lives in -- no.

17   Q.  Berkley?

18   A.  No.  Next to Berkley.  What's the one next --

19   Q.  Oakland.

20   A.  Oakland.

21   Q.  Since California you haven't been back?

22   A.  No.

23   Q.  Where did you work after California?

24   A.  Again, I started doing the contract work --

1  Q.  Through an agency?

2  A.  Through an agency.

3  Q.  What agency?

4  A.  This time I think it was Tad Technical again.

5      And the first position I had was as a computer

6      operator at Worcester, at Worcester Memorial

7      Medical Center.

8  Q.  Who did you work under there; who was your

9      supervisor?

10 A.  I don't remember.  I was only there for a couple

11     of months.

12 Q.  Why was it only a couple months?

13 A.  Then I got a better offer at a company here in

14     Chelmsford, Sun Microsystems.

15 Q.  When you were out in Worcester and that through

16     the agency, was that a temporary agency working

17     a temporary job or they took your resume and got

18     you a position?

19 A.  I was still working as a contractor from the

20     agencies.

21 Q.  They contracted you out, so to speak?

22 A.  Right.  That's the same with the other jobs,

23     too.  I hadn't gone permanent in any of those

24     other jobs; I was still through the agency.

VOL. 1 - 25
RICHARD FRIES

1  Q.  Tad Technology, they're located where again?

2  A.  Newton.

3  Q.  Is there someone you reported to or work with

4      there?

5  A.  Not specifically, no.  They usually just have --

6  Q.  Your resume on file and try to match you up?

7  A.  Yeah.

8  Q.  At Sun Microsystems, what did you do there?

9  A.  Computer operator.

10 Q.  What year or years did you work there?

11 A.  2000 through 2001.

12 Q.  Why did you leave there?

13 A.  They were in the middle of outsourcing all of

14     their data centers to a company called EDS, and

15     I was already contracted through another company

16     so they -- when Sun brought in this other

17     contractor I got pushed out.

18 Q.  Okay.  In 2001, is that when you started working

19     at the IRS or was there anything in between

20     that?

21 A.  2001, that's when I got laid off from Sun and

22     then that was when I had -- this incident

23     happened with Jerry and I was unemployed at the

24     time.

VOL. 1 - 26
RICHARD FRIES

1    Q.   What was your next job, so to speak?

2    A.   Then -- well, then I had this period where the

3         next -- when I went to court for the incidents

4         that happened with Jerry I ended up getting the

5         third DUI.

6    Q.   That was after the incident?

7    A.   Yeah.

8    Q.   So you weren't working at that time either?

9    A.   No.

10   Q.   So when's the next time you began to work?

11   A.   I think it was a year afterwards from there

12        because I had lost my license so it was hard to

13        find a job.  Then I got a clerk's job at the

14        Internal Revenue Service, I think it was in

15        2002, and then I worked -- and that was only

16        for, like, three weeks.  Then I worked at UPS

17        for six months and the next year the IRS called

18        me back as a tax examiner.  I ended up having to

19        leave the UPS job.  I worked for the Internal

20        Revenue Service for that season and I was

21        unemployed for the summer and worked at the IRS

22        again last year, this year, and that brings us

23        up to date, I think.

24   Q.   Who was your supervisor when you worked at Sun

VOL. 1 - 27
RICHARD FRIES

1        Microsoft?

2   A.   His name was George Metelinos.

3   Q.   You mentioned that you had your license

4        suspended, I think?

5   A.   Yeah.

6   Q.   Was your license suspended on each of these

7        occasions you pled or were found --

8   A.   Yeah.  The first two were first offenses and I

9        think it was 90 days or whatever the standard

10       was that time.  The first may have only been 45

11       days.

12  Q.   On the second offense in 2002 how long was your

13       license suspended?

14  A.   They took it for two years but I was able to get

15       it back in a year as a work license.

16  Q.   What is the current state of your license?

17  A.   It's fully reinstated.

18  Q.   I had asked earlier whether or not you had been

19       deposed before.  Have you ever been involved in

20       any other lawsuits before this?

21  A.   Not really.

22  Q.   Did you ever file any lawsuits against anybody?

23  A.   No.

24  Q.   Relative to this case have you ever given any

1    statements to anyone, whether it be police or

2    investigator?

3  A.  There has been an investigator, I think, for

4    Jerry.

5  Q.  You've been referring to Mr. Coviello as Jerry.

6    You know Mr. Coviello?

7  A.  Yes.

8  Q.  How long have you known him?

9  A.  That's hard to say.  I know Jerry mainly through

10    his brother Greg, and that's how I came to know

11    Jerry, I knew his brother first.

12  Q.  How long have you known Greg Coviello?

13  A.  Probably 10 years.

14  Q.  How would you describe your relationship with

15    Jerry Coviello?

16  A.  Mainly as an acquaintance, just a polite

17    acquaintance because I know his brother.

18  Q.  Do you socialize with him occasionally?

19  A.  No, not usually.

20  Q.  I asked you a minute ago about giving a

21    statement; you said you did give a statement to

22    an investigator for Mr. Coviello?

23  A.  Yes.

24  Q.  Do you recall who that was, that person's name?

VOL. 1 - 29
RICHARD FRIES

1   A.  No, I don't.

2   Q.  Do you remember when you gave a statement?

3   A.  Not exactly, no.

4   Q.  Do you recall where you gave a statement?

5   A.  I believe he came to my house.

6   Q.  Was he by himself?

7   A.  Yes.

8   Q.  Was he male?

9   A.  Yes.

10   Q.  How long did you talk for?

11   A.  Probably about 40 minutes, maybe.

12   Q.  How did this person identify himself as?

13   A.  An investigator for the -- for Jerry Coviello's

14       case.

15   Q.  He asked you questions about the incident of

16       August 31st, 2001?

17   A.  Yes.

18   Q.  You answered the questions?

19   A.  Right.

20   Q.  Did you ever see a written statement of whatever

21       you said to him from that interview?

22   A.  I don't think so.

23   Q.  Did he ask you to sign a statement?

24   A.  I don't remember.

VOL. 1 - 30
RICHARD FRIES

1   Q.   Did he send you a copy of whatever you had told

2        him that night?

3   A.   I'm not sure about that either.

4   Q.   Have you spoken to Mr. Coviello about this

5        incident since August 31, 2001?

6   A.   I've talked to him about it, yeah.

7   Q.   What were those conversations?

8   A.   I've told Jerry that if there was any way that I

9        can be of help to him that I would.  If he

10       needed me to testify as to, you know, what

11       happened that night that I would be available to

12       do that.

13  Q.   When you say you would be available, you would

14       do anything for him, that kind of statement?

15  A.   No, just to give my version of what happened.

16  Q.   Let's talk a little bit about what happened

17       August 31st, 2001.  Do you recall what you were

18       doing that particular day?

19  A.   During the day?

20  Q.   Yeah.  Were you working at that particular time?

21  A.   No, I was unemployed.

22  Q.   You were living at the same address as you told

23       us earlier, 15 Hull Road in Chelmsford?

24  A.   Yes.

1  Q.  Do you recall where you were -- You went to the

2      Hong Kong at a certain point?

3  A.  Yes.

4  Q.  Before you got to the Hong Kong, do you remember

5      where you were?

6  A.  I had gone out to eat with my cousin Bob.

7  Q.  What time did you go out to eat?

8  A.  About 6, I think.

9  Q.  Where did you go?

10 A.  To Skip's Restaurant.

11 Q.  What's Bob's full name?

12 A.  Bob Fries.

13 Q.  Where does Bob live?

14 A.  Bob currently lives in Dunstable.

15 Q.  Dunstable?

16 A.  Massachusetts.

17 Q.  Where was he living at the time?

18 A.  I think in Pepperell.

19 Q.  This is a Friday night?

20 A.  Yes.

21 Q.  Where is Skip's Restaurant located?

22 A.  On Chelmsford Street.

23 Q.  In Chelmsford?

24 A.  Yes.

VOL. 1 - 32
RICHARD FRIES

1   Q.  Had you been there before?

2   A.  Yes.

3   Q.  Prior to 6 p.m. when you went out to eat had you

4       had anything to drink of an alcoholic nature?

5   A.  No.

6   Q.  When you went to Skip's did you have any alcohol

7       at Skip's?

8   A.  Yes.

9   Q.  What did you have?

10  A.  Two martinis.

11  Q.  Anything else of an alcohol nature at Skip's?

12  A.  No.

13  Q.  Were you driving that evening?

14  A.  No, Bob was driving.

15  Q.  Did you own a car on August 31st, 2001?

16  A.  Yes.

17  Q.  What kind of car did you own?

18  A.  Chevy van.

19  Q.  What year or make?

20  A.  '86 G3.

21  Q.  Is that the same van you drove up here today

22      with?

23  A.  Yep.

24  Q.  You've had that for a number of years?

1   A.   Actually, I bought that in 2001.

2   Q.   What was the status of your license back on

3        August 31st, 2001?

4   A.   It was fully instated, no problem.

5   Q.   Bob Fries drove you to Skip's?

6   A.   Yeah.

7   Q.   How long did you stay at Skip's Restaurant?

8   A.   Probably an hour and a half.

9   Q.   What, if anything, did you have to eat while you

10       were at Skip's?

11  A.   I had the queen cut prime rib, I believe.

12  Q.   Did Bob order food and/or drink?

13  A.   He had a steak, also.  I think he had a beer or

14       two.

15  Q.   Anyone else join you while you were at Skip's

16       Restaurant?

17  A.   No.

18  Q.   Where did you go from Skip's?

19  A.   We went to the Hong Kong.

20  Q.   You say "we," both you and Bob went to the Hong

21       Kong?

22  A.   Yep.

23  Q.   You arrived approximately what time, if you

24       recall?

1   A.   Actually, I think we probably didn't get to the

2        Hong Kong until at probably around 8.

3   Q.   Were you meeting up with anybody at the Hong

4        Kong?

5   A.   No, just going over there.

6   Q.   When you went there did you see anybody you

7        knew?

8   A.   At first, no, but then we ended up meeting some

9        people that we didn't really know but just ended

10       up talking to.

11  Q.   Do you recall who those people were?

12  A.   I don't remember their names, no.

13  Q.   How many people did you meet up with?

14  A.   There was, like, I think a group of four people.

15  Q.   Do you remember any of the people you met?

16  A.   I don't remember their names, no.

17  Q.   Had you known these people beforehand?

18  A.   No.

19  Q.   When you say you met up with them, did you meet

20       them in the bar area?

21  A.   Yes.

22  Q.   You didn't go to the Hong Kong to eat dinner?

23  A.   No.

24  Q.   You went there to drink?

```
                                    VOL. 1 - 35
                                    RICHARD FRIES
```

1    A.   Right.

2    Q.   When you went to the bar did you sit at the bar

3         or at a table?

4    A.   We were sitting at the table.

5    Q.   How long did you stay at the Hong Kong?

6    A.   Well, I stayed probably a couple hours and had

7         met these people and I ended up meeting -- one

8         of these people was a girl and I was dancing

9         with her and stuff.  And at that point, this was

10        probably two hours after we arrived, and Bob

11        said he didn't want to stick around, he wanted

12        to go home.  I said, Okay, you can go home, I

13        can walk or get a ride.

14   Q.   How far did you live from the Hong Kong?

15   A.   Only about a mile and I've walked home from

16        there before.

17   Q.   Did you have anything to drink while you were at

18        the Hong Kong?

19   A.   Yeah, I probably had about four or five

20        sombreros.

21   Q.   Anything else besides the sombreros?

22   A.   No, I just stuck to those.

23   Q.   Did you have anything to eat or just the

24        sombreros?