# EXHIBIT 3B

VOL. 1 - 36
RICHARD FRIES

1   A.   Just those.

2   Q.   What was Bob drinking while he was there?

3   A.   I think he was drinking beer.

4   Q.   Did Bob, in fact, leave?

5   A.   Yes.

6   Q.   He left before you?

7   A.   Yeah.

8   Q.   What time did Bob leave?

9   A.   I'm guessing around 10 o'clock.

10  Q.   What happened after Bob left?

11  A.   Well, at one point during this evening I saw

12       Jerry sitting over at another part of the bar

13       and, like I said, I know him mainly through his

14       brother Greg, so I invited him to come and sit

15       at the table with these people I just met and I

16       introduced them.  And I think maybe Jerry had

17       already known some of these people, I'm not

18       sure.  We were just sitting there and there

19       was -- I ended up seeing some other people I

20       knew from around town, I was talking to some of

21       them.  I had left the table for a while.  I

22       never actually danced with that girl again.  I

23       think she ended up leaving.  So at some point I

24       had decided, you know, well, I'm going to need a

VOL. 1 - 37
RICHARD FRIES

1      ride home; I asked Jerry if he could give me a

2      ride home at some point.  At some point or

3      another, I'm not exactly sure how much longer

4      that was, probably another hour Jerry gave me a

5      ride home.

6   Q.  How long were you at the table with Mr. Coviello

7      that night?

8   A.  Probably half an hour.

9   Q.  What, if anything, was he drinking that night?

10  A.  I don't remember specifically what he was

11      drinking.

12  Q.  Do you remember if he was drinking beer?

13  A.  I've seen him there before drinking wine; I

14      can't say for sure that's what he was drinking.

15  Q.  What did you say to Mr. Coviello in terms of

16      going home?

17          MR. SILVERFINE:  Off the record.

18          MR. SILVERFINE:  On the record.

19  Q.  (By Mr. Silverfine)  We were talking about

20      Mr. Coviello, your conversations with him.  Did

21      you request a ride home from him?

22  A.  I believe so, yes.

23  Q.  Tell me what you remember saying to him.

24  A.  It had to have been something like, Bob left and

```
                                        VOL. 1 - 38
                                        RICHARD FRIES
```

 1         I need a ride home if you can give me a ride

 2         home.

 3    Q.   He agreed to give you a ride home?

 4    A.   Yeah.

 5    Q.   At some point in time did Mr. Coviello tell you

 6         he was leaving?

 7    A.   Yeah.

 8    Q.   Approximately what time did that happen?

 9    A.   I'm not sure; I'm thinking around 11.

10    Q.   Tell me what you remember happening at that

11         point.

12    A.   Pretty much just leaving and, you know, just

13         exiting the bar.

14    Q.   Did you leave with Mr. Coviello, like, were you

15         walking next to him?

16    A.   I remember him being just a little bit ahead of

17         me and me following him.

18    Q.   What kind of car did he have?

19    A.   He had a Mustang.

20    Q.   Do you recall talking to anyone as you left?

21    A.   No, I don't.

22    Q.   Do you recall seeing a police officer there that

23         night?

24    A.   Yes, I do.

VOL. 1 - 39
RICHARD FRIES

1   Q.  Female police officer?

2   A.  Yes.

3   Q.  Did you say anything to her?

4   A.  I don't remember saying anything to her but I've

5      heard that I did.

6   Q.  What do you recall saying to her?

7   A.  I don't remember what I said to her.

8   Q.  Did someone else tell you you said something to

9      her?

10  A.  That's what I heard, yeah.

11  Q.  Who have you heard it from?

12  A.  First I think I heard it from was her, herself

13     later on that night.

14  Q.  When did you see the officer later?

15  A.  After we got to Jerry's mother's house they took

16     me and put me in a car to bring me to the police

17     station and that girl was, that female police

18     officer was in that car that brought me to the

19     police station.

20  Q.  What did she tell you?

21  A.  She said something like I was harassing her at

22     the bar.

23  Q.  What did you say to her?

24  A.  I said, I was not harassing you.  I mean, if

1    anything, what I felt it was, I sort of was

2    being harassed because, I mean, admittedly I

3    think I was maybe a little bit too drunk but

4    anytime I would look in her direction she would

5    give me this stare like, you know,

6    you're-in-trouble kind of look.

7  Q.  This is at the restaurant?

8  A.  Yes.

9  Q.  You don't recall what you said to her at the

10   restaurant; is that your testimony?

11 A.  Correct.

12 Q.  What did the officer say you said to her?

13 A.  She said I was harassing her.

14 Q.  You said you heard what you allegedly said.

15   What else did you hear as to what you said?

16 A.  Then when they finally released me the next

17   morning two male officers from the police

18   station said, You cannot be harassing our police

19   officers.  And I said, I was not harassing this

20   police officer, and I said, I was not harassing

21   this police officer.  And I was kind of

22   dumbfounded as to where all this was coming from

23   because if I had said something -- well, first

24   of all, I don't remember saying anything.  And

1          because I remember most of the evening I feel

2          like if I did say something I would have

3          remembered it, if I had said something

4          significant which would have been called

5          harassment.

6     Q.   What do you remember saying to her?

7     A.   I don't remember saying anything to her really.

8     Q.   Did Mr. Coviello tell you in the car what you

9          said to her?

10    A.   No.

11    Q.   At any point did he tell you what you said to

12         her?

13    A.   No.

14    Q.   Who else told you what you said to her?

15    A.   No one.

16    Q.   So to this day you don't know what you said to

17         her?

18    A.   Correct.

19    Q.   Okay.  Once you left -- strike that.  Do you

20         remember the officer saying anything to you

21         while you were in the restaurant?

22    A.   No, I don't really remember having any

23         intercourse with her at all, communicative

24         intercourse.

VOL. 1 - 42
RICHARD FRIES

1    Q.   Did you see the officer do anything while you

2         were there?  You said you don't recall any

3         conversation.  Do you recall doing anything?

4    A.   Just staring at me, pretty much.

5    Q.   You left the restaurant with Mr. Coviello and

6         you said you were intoxicated?

7    A.   Yeah.

8    Q.   You got in the Mustang with him?

9    A.   Yes.

10   Q.   It was parked in the parking lot of the Hong

11        Kong?

12   A.   Yes.

13   Q.   When you got in the car what do you remember

14        happening?

15   A.   Just driving down the road and then we went

16        through this intersection where there is a

17        stoplight, we stopped there, then we continued,

18        then blue lights came on from the cruiser, they

19        were pulling us over.  And then I was -- I just

20        stayed in the -- stayed calm and tried to

21        collect myself, not cause any problems because I

22        felt that Jerry was fine to drive.  I didn't

23        know why we were being pulled over.

24   Q.   You were not driving?

VOL. 1 - 43
RICHARD FRIES

1    A.    Right.

2    Q.    Mr. Coviello was driving?

3    A.    Right.

4    Q.    You were in what seat?

5    A.    The front passenger seat.

6    Q.    And you were intoxicated?

7    A.    Yes.

8    Q.    What do you recall seeing once -- You said the

9          blue lights came on; what do you recall?

10   A.    The blue lights came on, Jerry pulled over, and

11         the police car pulled behind us.

12   Q.    Did an officer come over?

13   A.    Yes.

14   Q.    All right.  What was the conversation you heard?

15   A.    Pretty much, Can I see your license and

16         registration?  And I think Jerry produced that,

17         and then I remember him saying, Can you shut off

18         the car.

19   Q.    This is the officer?

20   A.    Yeah.

21   Q.    Do you remember which officer this was?

22   A.    I couldn't really see; I was pretty much looking

23         straightforward.

24   Q.    What happened when the officer asked him to turn

VOL. 1 - 44
RICHARD FRIES

1     the ignition off?

2  A.  Jerry said something like, I can't turn the car

3     off, I have a problem restarting it.  And the

4     police officer said, We can jump it for you if

5     you want, or something like that.  And at that

6     point I saw his arm reach in to the car and it

7     looked to me like he was going to turn the key

8     off.

9  Q.  What happened next?

10  A.  Next Jerry did a U-turn in the car and started

11     heading down the street in the opposite

12     direction.

13  Q.  So you say the officer reached in as if to turn

14     the ignition off?

15  A.  That's what appeared to me.

16  Q.  What did Mr. Coviello do when the officer did

17     that?

18  A.  He took off.

19  Q.  He took off while the officer's arm was still in

20     the car?

21  A.  I don't know it happened so quickly.  Next thing

22     I know we were --

23  Q.  Accelerated?

24  A.  -- accelerated and did a U-turn.

VOL. 1 - 45
RICHARD FRIES

1    Q.    Then you're going down the street.  And is

2          Mr. Coviello driving on several lanes quickly?

3    A.    He's driving pretty fast.  He did a U-turn and

4          then went down the -- he almost kind of swerved

5          but then got right back in the right lane and

6          went pretty fast.  Then I remember that car,

7          must have been that car that pulled us over

8          started following us and then it seemed like

9          there was two behind us.  And I remember when we

10         got to the intersection on Steadman Street, I

11         think there was a car there and Jerry went

12         around the car and through the light, kind of

13         fishtailed up Steadman Street going at a pretty

14         fast rate, and I don't think he -- I don't think

15         he stopped at the next intersection.  And then

16         he just kind of swerved into his mother's house

17         driveway.

18   Q.    What did he do next?

19   A.    Pulled into the house.  He just jumped out of

20         the car and ran into the house.

21   Q.    The engine was still on?

22   A.    I don't think so.  I think he turned the car

23         off.  I don't know.

24   Q.    What were you doing?

VOL. 1 - 46
RICHARD FRIES

1   A.   I stayed in the car.  I didn't want to have

2       anything to do with any of this.

3   Q.   He ran in the house.  Where were the police

4       officers when he ran in the house?

5   A.   Well, it seemed to me by that point there was

6       probably three cruisers behind us and they all

7       pulled in and, you know, they were just like

8       police officers jumping out of their cars

9       everywhere it seemed like to me and sirens going

10      off and lights flashing and -- I'm sorry, what

11      was the question?

12   Q.   What did you see Mr. Coviello do once he jumped

13      in the house?

14   A.   From that point I really didn't see him again.

15   Q.   You didn't see him through the windows at all?

16   A.   Not really, no.

17   Q.   You couldn't see him come to the front door?

18   A.   No, because -- well, what I -- like I said, this

19      all happened so fast and there was a lot of

20      commotion.  I thought I saw some officers

21      approaching the door but there was also some

22      officers approaching me and then they started

23      with me saying, Get out of the car; Get out of

24      the car.

VOL. 1 - 47
RICHARD FRIES

1   Q.   What did you hear, if anything, from

2        Mr. Coviello once he went into the house?

3   A.   I didn't hear anything.

4   Q.   You didn't hear him shouting?

5   A.   No.

6   Q.   Yell at the officers?

7   A.   No.

8   Q.   Did you see him come out at all?

9   A.   No.

10  Q.   Did you see Mr. Coviello's mother at all?

11  A.   I thought I heard her voice saying, What's going

12       on out there?

13  Q.   How long did you stay on scene after

14       Mr. Coviello ran into the house?

15  A.   I'm thinking it was only a minute or so before

16       they got me out of the car.  And there seemed to

17       be some problem, I guess, getting me out of the

18       car.  I couldn't find the handle because I

19       wasn't used to his car and I was nervous.

20  Q.   Nerves and intoxicated as well, the combination?

21  A.   Yeah.  They got me out of the car and threw me

22       down on the ground, and at that point I heard

23       someone say, He's got a gun, or something to

24       that extent, and then one of the officers yelled

VOL. 1 - 48
RICHARD FRIES

1    to me, How many guns does he have?  I said, I

2    don't know; I didn't know he had any guns.

3    Q.  Had you been inside his house before?

4    A.  A couple of times to visit his brother Greg.

5    Q.  Were you aware that he had any guns?

6    A.  No.

7    Q.  Did you see Mr. Coviello with a gun that night?

8    A.  I don't think so, no.

9    Q.  Did you see Mr. Coviello with anything in his

10    hand that night, that you recall?

11    A.  No.

12    Q.  When you heard the officer yell, He's got a gun,

13    what's the next thing that happened with you?

14    A.  Well, then everything sort of escalated to

15    another level.  Then it became really kind of a

16    panic situation.  I saw all the policeman had

17    their guns out and pointing them at the house

18    and I was getting more nervous, too.  Then they

19    picked me up and kept my head down and just

20    pushed me down the driveway, pretty much down to

21    this car that was waiting for me.

22    Q.  They brought you into a car and this is when you

23    had the conversation with the female officer?

24    A.  Yeah.  I believe I waited in the car for some

1      time, then she got in the car and drove me to

2      the police station.

3  Q.  That's where you were booked, processed?

4  A.  Well, then they didn't actually process me; they

5      just put me in a cell and I was kind of

6      wondering why am I here, I haven't really done

7      anything.  I was asking the officers on several

8      occasions what am I being held for.  They said

9      we're going to keep you here until we find out

10      how this plays out at the house.  It wasn't

11      until the next morning they booked me and

12      processed me and they charged me with those two.

13  Q.  This is those two you got continued without a

14      finding on one of the offenses?

15  A.  Right.

16  Q.  When you're in the car and the car is pulled

17      over with Mr. Coviello and the lights first come

18      on --

19  A.  Yeah.

20  Q.  -- what conversations did you have with

21      Mr. Coviello once the car was pulled over; what

22      was Coviello saying to you?

23  A.  Well, it just -- I don't know if we said

24      anything.  It seemed almost apparent to me we

VOL. 1 - 50
RICHARD FRIES

1    were being pulled over erroneously for no

2    reason.

3  Q.  How do you know that?

4  A.  Because I was watching the way Jerry was

5     driving, driving straight in his arrow -- as an

6     arrow, not exceeding the speed limit or

7     anything.

8  Q.  Once he was stopped and the officer was

9     apparently turning the ignition off, you said he

10    accelerated.  Did you see where the car was in

11    relation to the officers; what happened with the

12    car?

13 A.  Well, he did the U-turn and he kind of swerved

14    but he, you know, came close to the police car

15    but didn't hit it.

16 Q.  You said say he was heading towards the police

17    car and he swerved around it?

18 A.  He did a fast U-turn and he was gaining control

19    to get back in the lane, he wasn't aiming it.

20 Q.  The officers were outside, standing outside

21    their vehicles?

22 A.  I think so, yeah.

23 Q.  How close did he come to them when he did his

24    U-turn and started accelerating?

DUNN & GOUDREAU

```
                                        VOL. 1 - 51
                                      RICHARD FRIES
```

1   A.   I think there was several feet.  They were just

2        standing next to the car, probably.  But he

3        didn't -- they didn't have to jump or anything

4        to get out of the way.

5   Q.   How far did the car come in proximity to them

6        when he was accelerating to go back to his

7        house?

8   A.   Probably five feet.

9   Q.   How many officers were standing outside when he

10       did his U-turn?

11  A.   I think there were two.  There were two in the

12       car.

13  Q.   You said there were two cruisers behind you when

14       you stopped?

15  A.   Just one but there seemed to be several by the

16       time we got to the house.

17  Q.   To your memory how fast did Mr. Coviello

18       accelerate once he did the U-turn and headed

19       toward the house?

20  A.   It seemed to be a gradual acceleration.  We were

21       going faster and faster by the time we got to

22       Steadman Street.

23  Q.   How big a length of road was it from the time he

24       did a U-turn to getting back to Steadman, what

VOL. 1 - 52
RICHARD FRIES

1     was the distance?

2   A.   Half a mile, maybe.

3   Q.   Was there traffic on the road on the way back to

4        Steadman Street?

5   A.   Just at that one intersection.  I remember there

6        being a car and I was like, Oh man; he just went

7        around that car.

8   Q.   You thought he was going to hit the car?

9   A.   I wasn't sure what he was going to do.

10  Q.   Was there a light there?

11  A.   Yeah.

12  Q.   Was the light red?

13              MR. COVIELLO:  We're at the

14        intersection of Steadman, is that where you're

15        asking him?

16              THE WITNESS:  Yeah.

17              MR. COVIELLO:  Go ahead.

18  Q.   (By Mr. Silverfine)  There was a traffic light

19        there?

20  A.   Yes.

21  Q.   Was it red?

22  A.   I'm not sure.

23  Q.   You said the car was stopped there?

24  A.   Yeah.

VOL. 1 - 53
RICHARD FRIES

1    Q.   You said you almost hit it, you thought he was

2         going to hit it, and he went around it, and

3         through it; he went through the red light?

4    A.   I couldn't say definitely it was red.

5    Q.   It wasn't green?

6    A.   I don't remember.

7    Q.   You don't remember that?

8    A.   It was all --

9    Q.   He went around a stopped car at a traffic light

10        and you remember thinking he was going to hit

11        the car and he went through a second

12        intersection?

13   A.   Then, yeah.  When you go up Steadman Street

14        there is another intersection where there is a

15        four-way stop.

16   Q.   Four-way stop traffic light or stop signs?

17   A.   Stop signs.

18   Q.   He went through that without stopping?

19   A.   Right.

20   Q.   Were there any cars stopped there in front of

21        you?

22   A.   I don't think so.

23   Q.   Were there any cars coming in the opposite

24        direction of the four-way stop?

```
                                        VOL. 1 - 54
                                        RICHARD FRIES


 1    A.   I didn't see any that I remember.

 2    Q.   You remember him accelerating through that

 3         four-way stop intersection?

 4    A.   Right.

 5    Q.   He then comes to Steadman Street where he lives

 6         and he jumped out?

 7    A.   Right.

 8    Q.   Was he saying anything from the time he was

 9         stopped until the time he got to Steadman Street

10         and jumps out; did he say anything to you?

11    A.   Actually, he did say to me, You wanted a ride

12         home but I'm going to have to go to my mother's

13         house.

14    Q.   So you didn't get a ride home that night?

15    A.   Right.

16    Q.   Did he say why he had to go to his mother's

17         house?

18    A.   No.  But he was apparently pretty calm.

19    Q.   I'm asking you what you remember -- I'm asking

20         you what you remember about conversation you had

21         with him or him saying to you.

22    A.   I think that was the only thing he said.

23    Q.   How long a period of time was it until he did

24         the U-turn and got to Steadman Street and jumped
```

VOL. 1 - 55
RICHARD FRIES

1       out?

2   A.  Probably only two or three minutes; it's not

3       very far really.

4   Q.  Have you talked to Mr. Coviello since that time?

5   A.  Yeah.

6   Q.  Have you discussed this incident?

7   A.  A little bit.

8   Q.  What has he told you about this?

9   A.  Just mainly, Say the truth.  Like, he told me

10      that he might have an investigator come to see

11      me, you know.  And every case just say the truth

12      and if you don't remember something say you

13      don't remember.  But -- and that's pretty much

14      it.

15  Q.  Do you recall ever making a comment to the

16      female officer of a sexual nature as you were

17      leaving the Hong Kong?

18  A.  No, I don't remember what I said to her.

19  Q.  You don't remember that at all?

20  A.  No.

21  Q.  Was that because you had too much to drink?

22  A.  Yeah, I guess so.

23  Q.  Did you ever tell Mr. Coviello you were too

24      drunk to drive home that night safely?

VOL. 1 - 56
RICHARD FRIES

1   A.  I don't remember saying that.  But I didn't have

2       a car there anyways, so...

3   Q.  Did you ever have a conversation with

4       Mr. Coviello after this incident with him

5       telling you that you had made some type of -- or

6       expressing a sexual interest in the officer that

7       night?

8   A.  Did I have a conversation with Jerry?

9   Q.  Mr. Coviello, right, and he said you said

10      something about expressing a sexual interest in

11      the officer?

12  A.  He had said that, and I think he must have heard

13      that from the police or other officers.

14  Q.  He was right in front of you when you were

15      leaving the restaurant?

16  A.  I think so.

17  Q.  And he was within earshot of you?

18  A.  I think so.

19  Q.  The officer was next to you as you were exiting

20      the Hong Kong?

21  A.  I believe so.

22  Q.  When he told you that -- that's what he told you

23      he heard you say; correct?

24  A.  Yeah.  Something like that, yeah.

1  Q.  Do you remember the conversations you had with

2      the officers when they asked you to leave the

3      car, the Mustang when it arrived at Steadman

4      Street?

5  A.  Not exactly, no.

6  Q.  Did you refuse at first to leave the car?

7  A.  I don't remember saying so, no.

8  Q.  You don't remember that?

9  A.  No.

10 Q.  Do you remember an officer instructing you

11     several times to exit the motor vehicle and you

12     refused?

13 A.  I don't remember that.

14 Q.  Do you remember then locking the passenger door

15     when the officer asked you to leave?

16 A.  No.  Like I said, I remember being very nervous

17     and, if anything, not being able to find the

18     handle.

19 Q.  You had been in that car before?

20 A.  I don't think so, no.

21 Q.  At any point in time that you've spoken to

22     Mr. Coviello or been with Mr. Coviello, did he

23     ever complain he was having trouble with that

24     car besides if he turned it off it wouldn't

VOL. 1 - 58
RICHARD FRIES

1       start again?  Anything else that you recall?

2   A.  No.  We never really talked about the car.

3   Q.  The street that you were on after the motor

4       vehicle was stopped, what street was that?

5   A.  The second street we were on?

6   Q.  You said the car was stopped by a police officer

7       with the blue lights, what street was that?

8   A.  Chelmsford Street.

9   Q.  How many lanes of traffic?

10  A.  Two.

11  Q.  Two in both directions?

12  A.  Two in opposite directions; one each.

13  Q.  Did you see Mr. Coviello cross the yellow line

14      of the street?

15  A.  Yes.

16  Q.  How many times did he do that?

17  A.  Altogether?

18  Q.  On the way home after he was stopped you said he

19      did the U-turn and swerved around, how many

20      times did he cross the yellow line on the way

21      back to Steadman Street?

22  A.  Probably three.

23  Q.  That doesn't include the time you went around

24      the stopped vehicle at the light?

```
                                       VOL. 1 - 59
                                     RICHARD FRIES
```

1   A.   No, including that time.

2   Q.   How fast was he going during that period of

3        time, your best estimate, until he swerved and

4        went back to the car and stopped at the light?

5   A.   I would say probably his top speed was maybe 50.

6   Q.   Do you know what the posted speed limit on that

7        particular road is?

8   A.   I know it's a business area so it's probably 30.

9   Q.   Just so I'm clear, during that period of time

10       after you made that U-turn you described on the

11       way back to Steadman Street, other than saying

12       to you, I have to go home, I'm not giving you a

13       ride home, he didn't say anything else to you?

14  A.   No, that was it.

15  Q.   Do you know the manager or then-manager of the

16       Hong Kong Restaurant?

17  A.   I only knew him as the proprietor and he would

18       just say hi when you came in.

19  Q.   Do you remember seeing him that night?

20  A.   I remember him being there.

21  Q.   Do you remember him being there when you left?

22  A.   Not specifically.

23  Q.   Is he the person who sat you or directed you to

24       the bar when you came in?

VOL. 1 - 60
RICHARD FRIES

1    A.    No.  He mainly says hi.  If you're going towards

2          the bar people just seat themselves.

3    Q.    Do you know a Rob Moores?

4    A.    No.

5    Q.    Do you know a Lillian Clark?

6    A.    No.

7                MR. SILVERFINE:  I have nothing

8          further at this point.  Mr. Coviello?

9                MR. COVIELLO:  Nothing.

10               (Whereupon the deposition of Richard Fries

11         concluded at 12:20 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

VOL. 1 - 62
RICHARD FRIES


Commonwealth of Massachusetts


        I, June N. Poirier, Notary Public in
and for the Commonwealth of Massachusetts, do
hereby certify that there came before me on
the 28th day of September, 2005, the deponent
herein, who was duly sworn by me; that the
ensuing examination upon oath of the said
deponent was reported stenographically by
me and transcribed into typewritten form
under my direction and control; and that the
within transcript is a true record of the
questions asked and the answers given at said
deposition, to the best of my knowledge, skill
and ability.

        I FURTHER CERTIFY that I am neither
attorney nor counsel for, nor related to or
employed by any of the parties to the action
in which this deposition is taken; and, further,
that I am not a relative or employee of any
attorney or financially interested in the outcome
of the action.

        IN WITNESS WHEREOF I have hereunto set

my hand and affixed my seal of office this

    20 day of October , 2005.


                    June N. Poirier, Notary Public
                    Commonwealth of Massachusetts
                    My Commission Expires:
                    June 23, 2011

VOL. 1 - 63
RICHARD FRIES

ERRATA SHEET

Date of Deposition:  September 28, 2005

Case Name:  Coviello v. Town of Chelmsford

Deponent's Name: Richard Fries

        I, the undersigned, do hereby certify
that I have read the foregoing deposition
transcript and that to the best of my knowledge,
said deposition transcript is true and accurate
(with the exceptions of the following changes
listed below):

                                    _____
                                    RICHARD FRIES


                          Dated_____


Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____

Page No.___ Line No.___ Correction_____