# EXHIBIT 4

Case 1:04-cv-11901-MLW    Document 128-6    Filed 03/02/2007    Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,  )
    Plaintiff,  )
  )
V.  )  C.A. NO.: 04 11901 MLW
  )
TOWN OF CHELSMFORD, et al  )
    Defendants  )

### DEFENDANT OFFICER JENNIFER ("FAY") BELLISSIMO'S ANSWERS TO PLAINTIFF, JERRY COVIELLO'S INTERROGATORIES

### INTERROGATORY NO. 1

On the night in question did you make any transmittion, in <u>Any way</u>, to <u>Any one</u> regarding a verbal communication by Richard Fries to you?

### ANSWER

No.

### INTERROGATORY NO. 2

On the night in question did you make any transmittion, in <u>Any way</u>, to <u>Any one</u> regarding my car?

### ANSWER NO. 2

No.

### INTERROGATORY NO. 3

On the night in question did you make any transmittion, in <u>any way</u>, to <u>any one</u> asking or suggesting my car be stopped.

### ANSWER NO. 3

No.

### INTERROGATORY NO. 4

What time was your work detail at the Hong & Kong Restaurant <u>supposed</u> to end that <u>night (in question)</u>?

**ANSWER NO. 4**

2 a.m.

**INTERROGATORY NO. 5**

On the night in question did you leave the Hong & Kong Restaurant any time after Richard Fries spoke to you but before your work detail was supposed to end? If so, for what purpose?

**ANSWER NO. 5**

I was assigned to assist with blocking through traffic at the intersection of Stedman Street and Dalton Road following hearing the transmission that a police pursuit had ended at a residence on Stedman Street.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF MARCH 2006

_Jennifer Bellissimo_
Jennifer Bellissimo

As To Objections:

_Jeremy Silverfine_
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

2