# EXHIBIT 5

```
                         POLICE OFFICER'S FORMAL REPORT    12/15/05 02:03
                         CHELMSFORD POLICE DEPT                    PAGE:  1
 Case#:  276823                                             018TTY01-46

 rpt date: 12/15/05 01:04              reported: THURSDAY   12/15/05 01:02
       ucr: 430  POLICE INFORMATION

 location: 2 OLDE NORTH RD  and  CHELMSFORD POLICE HE
     follow up by: None needed              case status:  CLEARED NORMAL
          officer:                           rpt status:  Complete
                                        review officer:  46 LT SPINNEY
 comp/vict notify: No              sup review officer:
 cir/involve type:
-------------------------------------------------------------------------

 complaint: SUMMARY OF SELECTED PATROL 08-31-01
-------------------------------------------------------------------------
 reporting officer:  46 LT SPINNEY         assignment: A       car: 9X
-------------------------------------------------------------------------

                          *** NARRATIVE ***
       ON 08-31-01 I WAS ASSIGNED AS OFFICER-IN-CHARGE FOR A
 SELECTED PATROL ASSIGNMENT.  THIS PATROL ASSIGNMENT IS PAID FOR BY
 A GRANT AND CONSISTED OF MYSELF ALONG WITH FOUR PATROL OFFICERS.
 THE INVOLVED OFFICERS WERE:
              CAR-5      OFFICER ROBERT MURPHY
              CAR-6      OFFICER MICHAEL HORAN
              CAR-7      OFFICER GARY HANNAGAN
              CAR-8      OFFICER CHRISOPHER ZAHER
              CAR-9X     SERGEANT JAMES SPINNEY

       THE TIME FRAME FOR THIS ASSIGNMENT WAS SCHEDULED FOR 10:00PM
 ON 08-31-01 UNTIL 2:00AM ON 09-01-01.  AS OFFICER-IN-CHARGE FOR THE
 GROUP IT WAS MY DECISION AS TO THE STREET LOCATIONS WE WOULD GO TO.
 THE PRIMARY MISSION OF THE SELECTED PATROL ASSIGNMENT WAS TO ENFORCE
 MOTOR VEHICLE LAWS WITH PARTICULAR ATTENTION TO POSSIBLE INTOXICATED
 DRIVERS, EXCESSIVE SPEEDS, FAILURE TO USE SEATBELTS.  PER MY ORDERS
 OFFICER MURPHY, CAR-5 AND OFFICER HORAN, CAR-6 SET UP AROUND THE
 VINAL SQUARE AREA IN NORTH CHELMSFORD.  OFFICER HANNAGAN, CAR-7 ALONG
 WITH OFFICER ZAHER, CAR-8 SET UP AROUND THE DRUM HILL ROAD AREA IN
 NORTH CHELMSFORD.  AT THIS POINT I FLOATED BETWEEN BOTH LOCATIONS
 CHECKING ON THE STATUS OF THE INVOLVED OFFICERS.

       VINAL SQUARE ENFORCEMENT:

       OFFICER MURPHY CAR-5  M.V. STOP 10:26PM MASS. REG. 729760
         NO CITATION ISSUED VERBAL WARNING FOR UNKNOWN VIOLATION
       OFFICER MURPHY CAR-5 M.V. STOP 10:50PM MASS. REG. 8992KX
         CITATION # K1095536 WRITTEN WARNING FOR SPEEDING

       OFFICER HORAN CAR-6   M.V. STOP 10:53PM MASS. REG. 4046KK
                             CIVIL CITATION FOR STOP SIGN VIOLATION
                             CITATION # K0678442

  **** DRUM HILL ROAD ENFORCEMENT ****

       OFFICER HANNAGAN CAR-7  M.V. STOP 10:29PM MASS. REG. 7247JF
```

1482

```
                    POLICE OFFICER'S FORMAL REPORT      12/15/05 02:03
                    CHELMSFORD POLICE DEPT                    PAGE:  2
Case#:  276823                                             018TTY01-46
---------------------------------------------------------------------

                          *** NARRATIVE ***
                          WRITTEN WARNING FOR DEFECT TAIL LIGHT
                          CITATION # K0251264
     OFFICER HANNAGAN CAR-7    M.V. STOP 11:48PM MASS. REG. 596XYC
                          CIVIL CITATION FOR NO LICENSE IN POSS.
                          NO SEATBELT, DEFECTIVE EQUIPMENT
                          CITATION # K0251265

     OFFICER ZAHER CAR-8       M.V. STOP 10:36PM MASS. REG. 4676MH
                          CIVIL CITATION FOR DEFECTIVE EQUIPMENT
                          AND NO USE OF SEATBELT
                          CITATION # K1095285

   ******* VINAL SQUARE AREA ********

     SERGEANT SPINNEY CAR-9X   M.V. STOP 10:35PM MASS. REG. 4891KA
                          CIVIL CITATION FOR DEFECTIVE EQUIPMENT
                          CITATION # K1095302

     AFTER ALMOST TWO HOURS IN THE NORTH CHELMSFORD AREA I DECIDED
TO HAVE THE OFFICERS RE-GROUP ON CHELMSFORD STREET NEAR THE AREA OF
ROUTE 495.  IT WAS APPROXIMATELY 12:07AM  09-01-01 WHEN THIS LOCATION
WAS CALLED INTO DISPATCH, CASE # 177919.  FOR THIS PORTION OF THE
ASSIGNMENT ALL FIVE POLICE UNITS WERE IN CLOSE PROXIMITY TO EACH
OTHER.

  **** CHELMSFORD STREET AREA ENFORCEMENT ****

          SERGEANT SPINNEY CAR-9X M.V. STOP 12:16AM MASS. REG. 835ZVV
             CITATION # K1095303 WRITTEN WARNING DEFECTIVE EQUIPMENT

          OFFICER HORAN CAR-6 M.V. STOP 12:23AM MASS. REG. 776SMP
             VERBAL WARNING - UNKNOWN VIOLATION, NO CITATION NUMBER.

          OFFICER HORAN CAR-6 M.V. STOP 12:28AM MASS. REG. 9270DI
             CRIMINAL CITATION # K0678443 VARIOUS OFFENSES INVOLVING
             GERALD COVIELLO.

          THIS MOTOR VEHICLE ENCOUNTER RESULTED IN A PURSUIT, AT THAT
     TIME THE SELECTED ENFORCEMENT ASSIGNMENT WAS TERMINATED.

               SUBMITTED 12-15-05    LT. JAMES M. SPINNEY

=====================================================================
chief [ ]   capt/oic [ ]   cid [ ]   traffic [ ]   fire [ ]   other [ ]
=====================================================================
I recommend this case be declared:
  Unfounded( )   Not Cleared( )   Court Action( )   Cleared by Arrest( )
Case Declared:
       Active( )       Complete( )      Unfounded( )   Domestic Violence( )
```

1/83