# EXHIBIT 6

```
                    POLICE OFFICER'S FORMAL REPORT        09/03/01 16:55
                      CHELMSFORD POLICE DEPT                      PAGE:    1
:ase#:  177921
 rpt date: 09/01/01 06:01              reported: SATURDAY     09/01/01 00:34
      ucr: 909   POLICE PURSUIT
      ibr: 1:13F   2:13F   3:13F   4:13D
 location: 52 STEDMAN ST
    follow up by: None needed              case status:   CLEARED NORMAL
         officer:                          rpt status: Complete
                                        review officer:  46 SGT SPINNEY
:omp/vict notify: No              sup review officer:
:ir/involve type:
```

---

```
:omplaint: C1,2,3,4,9 MV PURSUIT, FIREARM POINTED AT P.O.
```

---

```
'eporting officer:  66 PTL HORAN           assignment: A      car: 1
   second officer:  67 PTL HANNAGAN        sup/back-up:  46 SGT SPINNEY
```

---

### *** NAMES ***

| type | mast# | name/add | phone | dob | ss# |
|------|-------|----------|-------|-----|-----|
| DEFENDANT | 008865 | FRIES, RICHARD A | (978) 256-5344 | 11/06/61 | 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 |
|  |  | 15 HALL RD  CHELMSFORD MA 01824 |  |  |  |
| DEFENDANT | 028463 | COVIELLO, GERALD A | (978) 256-9192 | 06/06/59 | 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 |
|  |  | 52 STEDMAN ST  CHELMSFORD MA 01824 |  |  |  |
| VICTIM | 009956 | SPINNEY JR, JAMES M | | | |
|  |  | 230 NORTH RD  CHELMSFORD MA 01824 |  |  |  |
| VICTIM | 010484 | HANNAGAN, GARY A | | | |
|  |  | 230 NORTH RD  CHELMSFORD MA 01824 |  |  |  |
| VICTIM | 025067 | ZAHER, CHRISTOPHER D | | | |
|  |  | 230 NORTH RD  CHELMSFORD MA 01863 |  |  |  |
| INVOLVED | 031911 | COVIELLO, CHARLOTTE I | | 09/23/37 | 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 |
|  |  | 52 STEDMAN ST  CHELMSFORD MA 01824 |  |  |  |

---

### *** PROPERTY ***

| prop.type | make | mod/style | color | ser#/vin# |
|-----------|------|-----------|-------|-----------|
| :VIDENCE* 6 E  rpt'd: 08/31/01 class: 13 | | | | |
| FIREARMS | 2001 ASSAULT RIFLE SKS-47 | | BROWN | 56S409217 |

```
      id/desc: SKS-47 ASSAULT RIFLE           value:    $0  ncic:
                                        028463 - GERALD COVIELLO
 control #:                    bin #:                    analy #:
   gen note: WEAPON WAS FOUND IN HOME BY STAIRCASE
    rt/dest: 08/31/01
```

---

| :VIDENCE* 6 E  rpt'd: 08/31/01 class: 45 | | | | |
| AMMUNITION | 2001 ASSAULT RIFLE AMMO DRUM | | BLACK | |

```
      id/desc: SKS-47 AMMO DRUM 100 COUNT     value:    $0  ncic:
                                        028463 - GERALD COVIELLO
 control #:                    bin #:                    analy #:
```

```
                      POLICE OFFICER'S FORMAL REPORT      09/03/01 16:55
                      CHELMSFORD POLICE DEPT                      PAGE:   2
ase#:  177921
-------------------------------------------------------------------------------

                         *** PROPERTY ***
        prop.type          make          mod/style  color    ser#/vin#
    ================    ===============  ==========  ======  ==========================
    gen note: SKS-47 AMMO DRUM WAS FOUND LOADED INTO SKS-47 BY STAIRS.
       rt/dest: 08/31/01
    -----------
:VIDENCE* 6 E  rpt'd: 08/31/01 class: 13
       FIREARMS      2001 SHOTGUN        JC HIGGINS STEEL
       id/desc: 12 GAUGE SHOTGUN JC HIGGINS     value:     $0  ncic:
                                      028463 - GERALD COVIELLO
    control #:                  bin #:                  analy #:
       gen note: SHOTGUN WAS FOUND IN DEFENDANTS HOME BY STAIRCASE
       rt/dest: 08/31/01
    -----------
:VIDENCE* 6 E  rpt'd: 08/31/01 class: 45
       AMMUNITION    2001 SHOTGUN SHELL BUCK/ SLUG REDWH
       id/desc: 2 SLUG SHOTS, 4 BUCK SHOTS      value:     $0  ncic:
                                      028463 - GERALD COVIELLO
    control #:                  bin #:                  analy #:
       gen note: SHOT GUN SHELLS WERE LOADED INTO SHOTGUN
       rt/dest: 08/31/01
    -----------
:VIDENCE* 6 E  rpt'd: 08/31/01 class: 13
       FIREARMS      2001 HAND GUN .32  SMITH WESS SILVE  36602
       id/desc: .32 CALIBER                     value:     $0  ncic:
                                      028463 - GERALD COVIELLO
    control #:                  bin #:                  analy #:
       gen note: HANDGUN WAS FOUND WITHIN 5 FEET OF DEFENDANT UPON SOU ENTRY
       rt/dest: 08/31/01
    -----------
:VIDENCE* 6 E  rpt'd: 08/31/01 class: 45
       AMMUNITION    2001 HANDGUN AMMO  32 CALIBER SILVE
       id/desc: 5 LIVE ROUNDS 1 SPENT ROUND     value:     $0  ncic:
                                      028463 - GERALD COVIELLO
    control #:                  bin #:                  analy #:
       gen note: BULLETS WERE IN .32 CALIBER SMITH WESSON HANDGUN
       rt/dest: 08/31/01
    -----------
:VIDENCE* 6 E  rpt'd: 08/31/01 class: 27
       PHOTOS/VIDEO/ 2001 35MM            PHOTOS
       id/desc: PICTURES OF EVIDENCE            value:     $0  ncic:
                                      028463 - GERALD COVIELLO
    control #:                  bin #:                  analy #:
       gen note: PHOTOS WERE TAKEN BY INSPECTOR DUANE...
       rt/dest: 08/31/01
    -----------
:VIDENCE* 6 E  rpt'd: 08/31/01 class: 46
       KNIFE         2001 SUPER AUTOMAT SWITCH BLA BLACK
       id/desc: POP UP SWITCH BLADE             value:     $0  ncic:
                                      028463 - GERALD COVIELLO
    control #:                  bin #:                  analy #:
       gen note: SWITCH BLADE FOUND AT HOME OF DEFENDANT
       rt/dest: 08/31/01
    -----------
```

```
                    POLICE OFFICER'S FORMAL REPORT        09/03/01 16:55
                    CHELMSFORD POLICE DEPT                        PAGE:  3
Case#:  177921
---------------------------------------------------------------------------

                         *** PROPERTY ***
     prop.type        make          mod/style  color    ser#/vin#
     ============    =============   ==========  ======  ========================
EVIDENCE* 6 E  rpt'd: 08/31/01 class: 77
    OTHER        2001 BRASS         KNUCKLES    BRASS
    id/desc: BRASS KNUCKLES                 value:     $0  ncic:
                                   028463 - GERALD COVIELLO
  control #:                   bin #:                analy #:
    gen note: BRASS KNUCKLES WERE FOUND AT DEFENDANTS HOME.
    rt/dest: 08/31/01
---------
EVIDENCE* 6 E  rpt'd: 08/31/01 class: 45
    AMMUNITION   2001 .32 CALIBER   RIM FIRE   BRASS
    id/desc: 102 COUNT OF .32 CAL RIM FIRE value:    $0  ncic:
                                   028463 - GERALD COVIELLO
  control #:                   bin #:                analy #:
    gen note: AMMO WAS FOUND AT DEFENDANTS HOME.
    rt/dest: 08/31/01
---------
EVIDENCE* 6 E  rpt'd: 08/31/01 class: 45
    AMMUNITION   2001 .32 CALIBER   CENTERFIRE BRASS
    id/desc: 23 COUNT OF .32 CAL CENTERFIRE value:   $0  ncic:
                                   028463 - GERALD COVIELLO
  control #:                   bin #:                analy #:
    gen note: AMMO WAS FOUND AT DEFENDANTS HOME.
    rt/dest: 08/31/01
---------
EVIDENCE* 6 E  rpt'd: 08/31/01 class: 45
    AMMUNITION   2001 SHOTGUN AMMO  12 GAUGE   VARY
    id/desc: 122 COUNT OF 12 GAUGE AMMO      value:    $0  ncic:
                                   028463 - GERALD COVIELLO
  control #:                   bin #:                analy #:
    gen note: AMMO WAS FOUND AT DEFENDANTS HOME
    rt/dest: 08/31/01
---------
EVIDENCE* 6 E  rpt'd: 08/31/01 class: 77
    OTHER        2001 BALLISTIC     VEST       BLUE
    id/desc: 1 COUNT BALLISTIC VEST         value:    $0  ncic:
                                   028463 - GERALD COVIELLO
  control #:                   bin #:                analy #:
    gen note: AEC BALLISTIC VEST SIZE XL FOUND ON DEFENDANT UPON SOU ENTRY
    rt/dest: 08/31/01
---------
EVIDENCE* 6 E  rpt'd: 08/31/01 class: 77
    OTHER        2001 CS TEAR GAS   SABRE     BLACK
    id/desc: CS TEAR GAS SABRE STYLE        value:     $0  ncic:
                                   028463 - GERALD COVIELLO
  control #:                   bin #:                analy #:
    gen note: TEAR GAS FOUND AT DEFENDANTS HOME.
    rt/dest: 08/31/01
---------
EVIDENCE* 6 E  rpt'd: 08/31/01 class: 45
    AMMUNITION   2001 7.62 X 39     CLIPS     BLACK
    id/desc: 2 50 ROUND CLIPS LOADED        value:    $0  ncic:
```

```
                    POLICE OFFICER'S FORMAL REPORT        09/03/01 16:55
                    CHELMSFORD POLICE DEPT                        PAGE:    4
Case#:  177921
-------------------------------------------------------------------------------

                          *** PROPERTY ***
      prop.type          make           mod/style  color    ser#/vin#
      =============      =============   ========= ======  =====================
                                        028463 - GERALD COVIELLO
   control #:                      bin #:                     analy #:
    gen note: CLIPS WERE FOUND AT DEFENDANTS HOME.
     rt/dest: 08/31/01
   -----------
 EVIDENCE* 6 E  rpt'd: 08/31/01 class: 45
     AMMUNITION    2001 7.62 X 39      CLIPS       BLACK
     id/desc: 2 30 ROUND CLIPS ONLY 1 LOADED value:     $0  ncic:
                                        028463 - GERALD COVIELLO
   control #:                      bin #:                     analy #:
    gen note: CLIPS WERE FOUND ON SCENE AT DEFENDANTS HOME.
     rt/dest: 08/31/01
   -----------
 EVIDENCE* 6 E  rpt'd: 08/31/01 class: 45
     AMMUNITION    2001 .30 CALIBER    CLIPS       BLACK
     id/desc: 3 CLIPS OF .30 CAL, 44 ROUNDS  value:     $0  ncic:
                                        028463 - GERALD COVIELLO
   control #:                      bin #:                     analy #:
    gen note: .30 CALIBER WAS FOUND ON SCENE AT DEFENDANTS HOME.
     rt/dest: 08/31/01
   -----------
 EVIDENCE* 6 E  rpt'd: 08/31/01 class: 77
     OTHER         2001 PIPE BOMB       CANISTER   GRAY
     id/desc: 1 PIPE BOMB CANISTER            value:     $0  ncic:
                                        028463 - GERALD COVIELLO
   control #:                      bin #:                     analy #:
    gen note: PIPE BOMB WAS RECOVERED AT DEFENDANTS HOME.
     rt/dest: 08/31/01
   -----------
 EVIDENCE* 6 E  rpt'd: 08/31/01 class: 13
     FIREARMS          ATNA #2      .32 CAL    SILVE
     id/desc: .32 CALIBER ANTIQUE LOADED      value:     $0  ncic:
                                        028463 - GERALD COVIELLO
   control #:                      bin #:                     analy #:
    gen note: REVOLVER .32 CALIBER RING FIRE FOUND AT DEFENDANTS HOME.
     rt/dest: 08/31/01
   -----------
 EVIDENCE* 6 E  rpt'd: 08/31/01 class: 13
     FIREARMS          MARLIN .38 CA REVOLVER  SILVE  13459
     id/desc: .38 CALIBER MARLIN REVOLVER     value:     $0  ncic:
                                        028463 - GERALD COVIELLO
   control #:                      bin #:                     analy #:
    gen note: ANTIQUE GUN WAS FOUND AT DEFENDANTS HOME.
     rt/dest: 08/31/01
   -----------
 EVIDENCE* 6 E  rpt'd: 08/31/01 class: 13
     FIREARMS          .22 CAL       RIM FIRE   BLACK
     id/desc: .22 CAL RIM FIRE PROTECTOR      value:     $0  ncic:
                                        028463 - GERALD COVIELLO
   control #:                      bin #:                     analy #:
    gen note: ANTIQUE GUN WAS FOUND AT DEFENDANTS HOME.
```

```
                POLICE OFFICER'S FORMAL REPORT        09/03/01 16:55
                CHELMSFORD POLICE DEPT                     PAGE:   5
Case#:   177921
```

---------------------------------------------------------------------------

```
                           *** PROPERTY ***
      prop.type        make        mod/style  color     ser#/vin#
      ==============   ==============  ==========  ======  ========================
      rt/dest: 08/31/01
```
----------

EVIDENCE* 6 E  rpt'd: 08/31/01 class: 77
     OTHER            SMG 357 MAG    REPLICA     BLACK
     id/desc: REPLICA 357 HANDGUN           value:      $0  ncic:
                                 028463 - GERALD COVIELLO
   control #:                   bin #:                   analy #:
   gen note: REPLICA HANDGUN OF 357 CALIBER FOUND AT DEFENDANTS HOME.
     rt/dest: 08/31/01
----------

EVIDENCE* 6 E  rpt'd: 08/31/01 class: 48
     AIR PISTOL        .177 CALIBER  DAISY     BLACK
     id/desc: .177 CAL DAISY AIR PISTOL      value:      $0  ncic:
                                 028463 - GERALD COVIELLO
   control #:                   bin #:                   analy #:
   gen note: DAISY AIR PISTOL WAS FOUND AT DEFENDANTS HOME.
     rt/dest: 08/31/01
----------

EVIDENCE* 6 E  rpt'd: 08/31/01 class: 48
     AIR PISTOL      CROSMAN .22 CA PELLET GUN BLACK
     id/desc: .22 CALIBER PELLET GUN         value:      $0  ncic:
                                 028463 - GERALD COVIELLO
   control #:                   bin #:                   analy #:
   gen note: PELLET GUN WAS FOUND AT DEFENDANTS HOME.
     rt/dest: 08/31/01
----------

EVIDENCE* 6 E  rpt'd: 08/31/01 class: 47
     AIR RIFLE         SEARS       .177 BB   BLACK
     id/desc: BB GUN .177 CAL SEARS BRAND    value:      $0  ncic:
                                 028463 - GERALD COVIELLO
   control #:                   bin #:                   analy #:
   gen note: AIR RIFLE WAS FOUND AT DEFENDANTS HOME.
     rt/dest: 08/31/01
----------

EVIDENCE* 6 E  rpt'd: 08/31/01 class: 45 qty:      70.00
     AMMUNITION        REM. & WINCH. .38 CAL.
     id/desc: 70 .38 CAL. ROUNDS, 2 BOXS     value:      $0  ncic:
   control #:                   bin #:                   analy #:
----------

EVIDENCE* 6 E  rpt'd: 08/31/01 class: 48
     AIR PISTOL                        BLACK
     id/desc: B.B PISTOL, MAKE & MODEL UNK.  value:      $0  ncic:
   control #:                   bin #:                   analy #:
----------

---------------------------------------------------------------------------

```
                        *** NARRATIVE ***
        ON THE ABOVE DATE AND TIME, WHILE ON PATROL ON
   CHELMSFORD ST, I OBSERVED A MOTOR VEHICLE PASS MY LOCATION
   (TOWN MEETING RESTAURANT) WITH A DEFECTIVE REAR DRIVERS
   SIDE TAILLIGHT, AND A DEFECTIVE EXHAUST. I THEN MADE A
```

--------------------------------------------------------------------

### *** NARRATIVE ***

RIGHT TURN ONTO CHELMSFORD ST BEHIND THE MV. I THEN
ACTIVATED THE OVERHEAD EMERGENCY LIGHTS ON CAR-6 WHEN IT
WAS SAFE TO DO SO, AT THE INTERSECTION OF CHELMSFORD ST AND
FLETCHER ST. I THEN ACTIVATED THE SIREN ON CAR-6.
APPROXIMATELY A QUARTER OF A MILE THE MV WITH MASS REG
9270DI PULLED OVER TO THE RIGHT HAND SIDE OF CHELMSFORD ST
INFRONT OF PAPA GINO'S. WHILE IN THE PROCESS OF STOPPING
THE MV, A 1967 FORD MUSTANG, I OBSERVED THE MV DRIFTING
OVER THE DOUBLE YELLOW LINES BEFORE COMING TO A STOP. OFC
HANNAGAN WHO WAS ON PATROL IN CAR-7 AND SGT SPINNEY WHO WAS
IN CAR-9X ALSO ASSISTED ME (OFC HORAN) IN THE MV STOP. I
MADE CONTACT WITH THE VEHICLE OPERATOR WHO PRODUCED A VALID
MASS DRIVERS LICENSE IDENTIFYING HIM AS GERALD COVIELLO. I
THEN EXPLAIN TO THE OPERATOR THE PURPOSE FOR THE MV STOP.
CAVIELLO THEN STATED THAT HIS MV WAS FINE AND THEIR WAS NO
PROBLEM WITH HIS MV. WHILE CAVIELLO WAS TELLING ME THIS I
COULD SMELL AN EXTREME ODOR OF ALCOHOL COMING FROM THE MV.
I KNEW THIS TO BE ALCOHOL THROUGH MY TRAINING AND
EXPERIENCE AT THE LOWELL POLICE ACADEMY. I THEN ASKED
COVIELLO IF HE HAD ANY ALCOHOL TO DRINK THIS EVENING.
COVIELLO STATED THAT HE HAD A COUPLE OF BEERS. I THEN ASKED
COVIELLO TO TURN HIS MV OFF. COVIELLO STATED HE COULD NOT
BECAUSE THE VEHICLE WOULD NOT RESTART. I THEN INSTRUCTED
COVIELLO THAT WE WOULD GIVE HIM A JUMP START IF THE VEHICLE
WOULD NOT RESTART. COVIELLO STATED, IN AN AGGRESSIVE
MANNER, THAT HE WOULD NOT SHUT THE VEHICLE OFF. SGT
SPINNEY, WHO WAS STANDING TO MY RIGHT, INSTRUCTED COVIELLO
TO EXIT THE MV, IN ORDER TO DUE A SERIES OF FIELD SOBRIETY
TESTS ON COVIELLO. COVIELLO THEN STATED, IN AN AGGRESSIVE
VOICE, THAT HE WAS NOT EXITING THE MV. I THEN ATTEMPTED TO
OPEN THE DRIVERS DOOR, WHICH WAS LOCKED. AT THAT POINT
COVIELLO PLACED THE MV INTO DRIVE.  COVIELLO THEN MADE AN
IMMEDIATE U-TURN ON CHELMSFORD ST WITH NO REGARD TO PUBLIC
SAFETY. SGT SPINNEY AND I MADE SEVERAL ATTEMPTS INSTRUCTING
COVIELLO NOT TO LEAVE THE MV STOP. COVIELLO WAS HEADED
TOWARDS LOWELL ON CHELMSFORD ST. OFC HANNAGAN, SGT SPINNEY,
AND MYSELF, PROCEEDED TO PURSUE COVIELLO, WITH FULL
EMERGENCY LIGHTS AND SIRENS ACTIVATED ON THE CARS.
     COVIELLO PROCEEDED DOWN CHELMSFORD ST TRAVELLING
63MPH, WHICH WAS CLOCKED USING THE RADAR OF CAR-6. WHILE
PURSUING COVIELLO, I OBSERVED HIM MAKE AN ILLEGAL PASS OF
THREE MOTOR VEHICLES AND TAKE A LEFT HAND TURN ONTO
STEADMAN ST. WHEN COVIELLO PASSED THE MV'S HE CROSSED OVER
A SOLID DOUBLE YELLOW LINE. COVIELLO MADE THE TURN ONTO
STEADMAN ST FROM THE LEFT HAND SIDE OF THE ROAD, THUS
TURNING INFRONT OF ONCOMING TRAFFIC. COVIELLO THEN
PROCEEDED UP STEADMAN ST AT A SPEED OF 54MPH. I KNEW THIS
FROM THE RADAR UNIT ON CAR-6. COVIELLO THEN PROCEEDED
THROUGH THE STOP SIGN AND FLASHING RED LIGHT AT THE
INTERSECTION OF STEADMAN ST AND DALTON RD, WITHOUT STOPPING
OR ATTEMPTING TO STOP. WHILE COVIELLO WAS TRAVELING ON
STEADMAN ST TOWARDS LOWELL, HE CAME TO AN ABRUPT STOP AND
TURNED INTO THE DRIVEWAY OF NUMBER 52 STEADMAN ST. OFC

POLICE OFFICER'S FORMAL REPORT     09/03/01 16:55
CHELMSFORD POLICE DEPT                        PAGE:  7

Case#:  177921
------------------------------------------------------------------------

### *** NARRATIVE ***

HANNAGAN WAS BEHIND COVIELLO'S MV IN THE DRIVEWAY FOLLOWED
BY OFC MURPHY WHO WAS OPERATING CAR-5. OFC MURPHY JOINED
THE PURSUIT WHEN COVIELLO MADE A LEFT TURN ONTO STEADMAN ST
FROM CHELMSFORD ST. OFC ZAHER ALSO JOINED THE PURSUIT AT
THE SAME LOCATION. I PULLED INFRONT OF THE RESIDENCE, WITH
SGT SPINNEY BEHIND CAR-6.

SGT SPINNEY, OFC HANNAGAN, AND OFC ZAHER CONTINUED TO
PURSUE COVIELLO ON FOOT INTO THE RESIDENCE OF 52 STEADMAN
ST. OFC MURPHY AND MYSELF, MADE CONTACT WITH A PASSENGER,
LATER IDENTIFIED AS RICHARD FRIES. OFC MURPHY INSTRUCTED
FRIES SEVERAL TIMES TO EXIT THE MV. FRIES REFUSED, AND
LOCKED THE PASSENGER DOOR. I THEN OPENED THE DRIVER SIDE
DOOR AND OFC MURPHY AND MYSELF ASSISTED FRIES WHO WAS VERY
UNCOOPERATIVE IN EXITING THE MV. OFC MURPHY AND MYSELF THEN
PROCEEDED TO PLACE FRIES IN HANDCUFFS. FRIES THEN BEGAN TO
RESIST ARREST FOR DISORDERLY PERSONS. WHILE OFC MURPHY AND
I WHERE HANDCUFFING FRIES I HEARD OFC HANNAGAN YELL HE HAS
A GUN, MEANING COVIELLO. I THEN LOOKED IN THE DIRECTION OF
THE REAR DOOR AND COULD SEE COVIELLO STANDING IN THE
HALLWAY WITH WHAT APPEARED TO BE THE BARREL OF A GUN
POINTING IN THE DIRECTION OF OFC ZAHER, OFC HANNAGAN, AND
SGT SPINNEY. AT THAT POINT ALL OFFICERS TOOK COVER. FRIES
WAS PLACED IN THE REAR OF CAR-9X BY SGT SPINNEY.

SGT SMITH, OFC MCGEOWN, OFC MULLEN, OFC MACKENZIE, AND
OFC TEEHAN ARRIVED ON SCENE AND HELPED SECURE THE AREA.

AT THIS POINT SGT SMITH MADE THE CALL TO DISPATCH TO
CONTACT LT ROARK.

ADDITION BY SERGEANT J. SPINNEY

ON THE ABOVE DATE AND TIME I WAS THE SUPERVISOR FOR A
SELECTIVE ENFORCEMENT ASSIGNMENT.  AS STATED ABOVE I
RESPONDED TO OFFICER HORAN'S LOCATION AND ASSISTED HIM WITH
A MOTOR VEHICLE STOP INVOLVING GERALD A. COVIELLO.  DURING
THE STOP COVIELLO WAS VERY ARGUMENTATIVE AND REFUSED TO
COMPLY WITH ANY AND ALL REQUESTS.  WHEN ASKED TO EXIT THE
VEHICLE COVIELLO PUT HIS VEHICLE IN DRIVE AND ERRATICALLY
SPED AWAY FROM THE AREA.  MYSELF AND THE OTHER OFFICERS
ENGAGED IN A BRIEF PURSUIT OF COVIELLO WHICH ENDED UP AT
HIS RESIDENCE LOCATED AT 52 STEDMAN STREET.  AS I EXITED MY
CRUISER I ATTEMPTED TO CATCH UP TO COVIELLO WHO WAS
OBSERVED RUNNING INTO THE BACK DOOR OF HIS HOUSE.  AS
MYSELF AND OFFICER ZAHER APPROACHED THE REAR PORCH AREA I
OBSERVED A FEMALE SUBJECT SLAM THE REAR DOOR SHUT
PREVENTING US FROM ENTERING.  I YELLED AT THE FEMALE
SUBJECT SEVERAL TIMES AND TOLD HER THAT WE WANTED GERALD
COVIELLO TO EXIT THE HOUSE, AND THAT WE NEEDED TO SPEAK
WITH HIM.  THE FEMALE SUBJECT REFUSED TO OPEN THE DOOR AND
STATED WE HAD NO BUSINESS AT HER HOUSE OR ON HER PROPERTY.
AS MYSELF AND OFFICER ZAHER WERE ATTEMPTING TO ENTER THE
RESIDENCE I HEARD OFFICER HANNAGAN YELL THAT WE OBSERVED
COVIELLO HOLDING WHAT APPEARED TO BE A GUN.  OFFICER ZAHER
WHO WAS STANDING TO MY LEFT ALSO YELLED THAT HE OBSERVED