# EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO )<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF CHELSMFORD et al. )<br>Defendants )<br>) | CIVIL ACTION NO. 04cv11901-MLW<br><br>DEFENDANT MICHAEL HORAN'S<br>ANSWERS TO PLAINTIFF JERRY<br>COVIELLO'S INTERROGATORIES |

### INTERROGATORY NO. 1

Were you aware then and/or are you aware now of any transmittion made in any way, to any one, by a female Chelmsford Mass police officer now identified as Jennifer Fay regarding a verbal communication by Richard Fries to her?

### ANSWER

No.

### INTERROGATORY NO. 2

Were you aware then and/or are you aware now of any transmittoin made in any way, to any one, by a female Chelmsford Mass police officer now identified as Jennifer Fay regarding my car?

### ANSWER NO. 2

No.

### INTERROGATORY NO. 3

Were you aware then and/or are you aware now of any transmittion made in any way to any one by a female Chelmsford Mass. police officer now identified as Jennifer Fay asking or suggesting that my car be stopped?

ANSWER NO. 3

No.

SIGNED UNDER PENALTIES OF PERJURY

_____  4-21-06
Michael Horan           Date

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail on April 24, 2006.

_____
Gerald Fabiano