# EXHIBIT 9

```
                    POLICE OFFICER'S FORMAL REPORT      09/03/01 16:55
                    CHELMSFORD POLICE DEPT
Case#:  177921                                          PAGE:   7
```

*** NARRATIVE ***

HANNAGAN WAS BEHIND COVIELLO'S MV IN THE DRIVEWAY FOLLOWED BY OFC MURPHY WHO WAS OPERATING CAR-5. OFC MURPHY JOINED THE PURSUIT WHEN COVIELLO MADE A LEFT TURN ONTO STEADMAN ST FROM CHELMSFORD ST. OFC ZAHER ALSO JOINED THE PURSUIT AT THE SAME LOCATION. I PULLED INFRONT OF THE RESIDENCE, WITH SGT SPINNEY BEHIND CAR-6.

SGT SPINNEY, OFC HANNAGAN, AND OFC ZAHER CONTINUED TO PURSUE COVIELLO ON FOOT INTO THE RESIDENCE OF 52 STEADMAN ST. OFC MURPHY AND MYSELF, MADE CONTACT WITH A PASSENGER, LATER IDENTIFIED AS RICHARD FRIES. OFC MURPHY INSTRUCTED FRIES SEVERAL TIMES TO EXIT THE MV. FRIES REFUSED, AND LOCKED THE PASSENGER DOOR. I THEN OPENED THE DRIVER SIDE DOOR AND OFC MURPHY AND MYSELF ASSISTED FRIES WHO WAS VERY UNCOOPERATIVE IN EXITING THE MV. OFC MURPHY AND MYSELF THEN PROCEEDED TO PLACE FRIES IN HANDCUFFS. FRIES THEN BEGAN TO RESIST ARREST FOR DISORDERLY PERSONS. WHILE OFC MURPHY AND I WHERE HANDCUFFING FRIES I HEARD OFC HANNAGAN YELL HE HAS A GUN, MEANING COVIELLO. I THEN LOOKED IN THE DIRECTION OF THE REAR DOOR AND COULD SEE COVIELLO STANDING IN THE HALLWAY WITH WHAT APPEARED TO BE THE BARREL OF A GUN POINTING IN THE DIRECTION OF OFC ZAHER, OFC HANNAGAN, AND SGT SPINNEY. AT THAT POINT ALL OFFICERS TOOK COVER. FRIES WAS PLACED IN THE REAR OF CAR-9X BY SGT SPINNEY.

SGT SMITH, OFC MCGEOWN, OFC MULLEN, OFC MACKENZIE, AND OFC TEEHAN ARRIVED ON SCENE AND HELPED SECURE THE AREA.

AT THIS POINT SGT SMITH MADE THE CALL TO DISPATCH TO CONTACT LT ROARK.

ADDITION BY SERGEANT J. SPINNEY

ON THE ABOVE DATE AND TIME I WAS THE SUPERVISOR FOR A SELECTIVE ENFORCEMENT ASSIGNMENT. AS STATED ABOVE I RESPONDED TO OFFICER HORAN'S LOCATION AND ASSISTED HIM WITH A MOTOR VEHICLE STOP INVOLVING GERALD A. COVIELLO. DURING THE STOP COVIELLO WAS VERY ARGUMENTATIVE AND REFUSED TO COMPLY WITH ANY AND ALL REQUESTS. WHEN ASKED TO EXIT THE VEHICLE COVIELLO PUT HIS VEHICLE IN DRIVE AND ERRATICALLY SPED AWAY FROM THE AREA. MYSELF AND THE OTHER OFFICERS ENGAGED IN A BRIEF PURSUIT OF COVIELLO WHICH ENDED UP AT HIS RESIDENCE LOCATED AT 52 STEDMAN STREET. AS I EXITED MY CRUISER I ATTEMPTED TO CATCH UP TO COVIELLO WHO WAS OBSERVED RUNNING INTO THE BACK DOOR OF HIS HOUSE. AS MYSELF AND OFFICER ZAHER APPROACHED THE REAR PORCH AREA I OBSERVED A FEMALE SUBJECT SLAM THE REAR DOOR SHUT PREVENTING US FROM ENTERING. I YELLED AT THE FEMALE SUBJECT SEVERAL TIMES AND TOLD HER THAT WE WANTED GERALD COVIELLO TO EXIT THE HOUSE, AND THAT WE NEEDED TO SPEAK WITH HIM. THE FEMALE SUBJECT REFUSED TO OPEN THE DOOR AND STATED WE HAD NO BUSINESS AT HER HOUSE OR ON HER PROPERTY. AS MYSELF AND OFFICER ZAHER WERE ATTEMPTING TO ENTER THE RESIDENCE I HEARD OFFICER HANNAGAN YELL THAT HE OBSERVED COVIELLO HOLDING WHAT APPEARED TO BE A GUN. OFFICER ZAHER WHO WAS STANDING TO MY LEFT ALSO YELLED THAT HE OBSERVED

```
                      POLICE OFFICER'S FORMAL REPORT        09/03/01 16:55
                      CHELMSFORD POLICE DEPT
Case#:  177921                                              PAGE:    8
```

*** NARRATIVE ***

COVIELLO HOLDING WHAT APPEARED TO BE A RIFLE OR SHOTGUN AND THAT HE WAS AIMING IT TOWARDS OUR POSITION. AT THIS TIME MYSELF, OFFICER ZAHER, OFFICER HANNAGAN, AND OFFICER HORAN BACKED AWAY FROM THE REAR PORCH AREA AND ATTEMPTED TO SET UP A PARIMETER WHILE KEEPING THE BEST COVER AND CONCEALMENT THAT WE COULD. MIDNIGHT PATROL SUPERVISOR SERGEANT SMITH WAS ADVISED OF THE SITUATION AND HE IN TURN ADVISED DISPATCH TO PAGE N.E.M.L.E.C. AS WELL AS LT. ROARK. ALL UNITS STOOD BY AND MAINTAINED A PERIMETER UNTIL THE N.E.M.L.E.C. UNITS ARRIVED ON SCENE. THE N.E.M.L.E.C. OFFICERS SET UP A PERIMETER AND RELIEVED THE ORIGINAL OFFICERS. LT. ROARK WAS BRIEFED OF THE SITUATION BY MYSELF AND SERGEANT SMITH. CHIEF MCCUSKER ALSO ARRIVED ON SCENE AND WAS BRIEFED OF THE SITUATION. THIS ARRANGEMENT WAS MAINTAINED FOR OVER FOUR HOURS WHILE NEGOTIATIONS WERE ATTEMPTED WITH COVIELLO. AT 0511 THE DECISION WAS MADE FOR THE N.E.M.L.E.C. UNITS TO ENTER THE RESIDENCE. THE ENTRY WAS MADE AND COVIELLO WAS TAKEN INTO CUSTODY WITHOUT INJURY. AFTER COVIELLO WAS TAKEN INTO CUSTODY A SEARCH WAS CONDUCTED IN THE RESIDENCE LOOKING FOR ADDITIONAL WEAPONS. WHILE CONDUCTING THE SEARCH OFFICER FREDERICKS, OFC HORAN, AND MYSELF LOCATED WHAT APPEARED TO BE AN ACTIVE PIPE BOMB IN THE CLOSET BELONGING TO COVIELLO. AFTER THIS DISCOVERY WAS MADE THE RESIDENCE WAS EVACUATED AND THE STATE POLICE BOMB SQUAD WAS CONTACTED. LT. ROARK AND CHIEF MCCUSKER WERE ALSO UPDATED ON THE DISCOVERY OF THE POSSIBLE EXPLOSIVE DEVICE. AT 0645 THE STATE POLICE BOMB SQUAD HEADED BY SERGEANT CHARLES HANKO ARRIVED ON SCENE. ENTRY WAS MADE BY THE STATE POLICE BOMB SQUAD AND THE PIPE BOMB WAS RENDERED SAFE. SERGEANT HANKO STATED THE PIPE BOMB WAS GENUINE IN ALL ASPECTS HOWEVER IT WAS NOT FULL OF ANY GUN POWDER OR EXPLOSIVES. SERGEANT HANKO STATED THE ITEM WAS CONSTRUCTED ACCURATELY INCLUDING A DRILL HOLE FOR A POSSIBLE DETONATOR. AFTER THE PIPE BOMB WAS SECURED MYSELF AND OFFICER TINE COMPLETED ANOTHER SWEEP OF THE BEDROOMS WHICH TURNED UP ADDITIONAL FIREARMS AND WEAPONS. ALL EVIDENCE WAS SEIZED AND BROUGHT TO THE STATION. INSPECTOR DUANE ARRIVED ON SCENE AND PHOTOGRAPHED ALL AREAS OF SIGNIFICANCE. THE HIGH CAPACITY RIFLE WAS LOCATED UP AGAINST THE STAIRWAY WALL IN THE KITCHEN ALONG WITH THE SHOTGUN. A LOADED REVOLVER WAS LOCATED ON THE FLOOR IN THE HALLWAY NEAR THE KITCHEN

    COVIELLO WILL BE CHARGED WITH THE FOLLOWING:

```
        269-10D  BODY ARMOR, COM, OF A CRIME
        90-24    LEAVING SCENE AFTER PROP DAMAGE
        265-15B  ASSLT BY DANG WEAPON (MOTOR VEHICLE)
        265-15B  ASSLT BY DANG WEAPON (RIFLE)
        265-15B  ASSLT BY DANG WEAPON (RIFLE)
        265-15B  ASSLT BY DANG WEAPON (RIFLE)
        90-25    FAIL TO STOP FOR POLICE-MV
        90-24    OPER MV NEGLIG. TO ENDANGER
        89-9     SIGNAL LIGHT VIOLATIONS
```

```
                    POLICE OFFICER'S FORMAL REPORT      09/03/01 16:55
                    CHELMSFORD POLICE DEPT
Case#:  177921                                                   PAGE:   9
```

### *** NARRATIVE ***

```
        90-17   SPEEDING
        90-7    DEFECTIVE EQUIPMENT (TAIL LIGHTS)
        90-7    DEFECTIVE EQUIPMENT (MUFFLER)
        89-2    UNSAFE PASSING
        89-2    UNSAFE PASSING
        89-2    UNSAFE PASSING
        90-14B  FAILURE TO USE SIGNALS
        90-24   DRIVING TO ENDANGER
        89-4A   MARKED LANES VIOLATION
        269-10 a-d  CARYING W/O LIC SUBSQ OFFENSE
        102A(1/2)   POSS OF A HOAX DEVICE
        269-10H POSS. FIREARM WITHOUT FIREARM I.D.
        269-10M POSS. HIGH CAPACITY FIREARM W/O I.D.
```

(ADDITION BY OFC HANNAGAN)

ON THE ABOVE TIME AND DATE WHILE ON PATROL I OBSERVED OFC HORAN STOP A BLUE MUSTANG ON CHELMSFORD STREET. I REVERSED MY DIRECTION AND PULLED BEHIND OFC HORAN TO BACK HIM UP ON HIS MV STOP. I MADE CONTACT WITH OFC HORAN WHO ADVISED ME THAT HE WAS STOPPING THE MV FOR A TAIL LIGHT OUT AND A LOUD MUFFLER. OFC HORAN ADVISED ME THAT THE MV DID NOT STOP FOR ABOUT 1/4 OF A MILE AFTER HE HAD ACTIVATED HIS EMERGENCY BLUE LIGHTS. OFC HORAN ALSO ADVISED ME THAT THE OPERATOR WENT OVER THE SOLID DOUBLE YELLOW LINE ON A FEW OCCASIONS.

WE MADE CONTACT WITH THE OPERATOR OF THE MV. I WAS POSITIONED ON THE PASSENGER SIDE OF THE MV AND OFC HORAN ON THE DRIVERS SIDE. I HEARD THE DRIVER ASK OFC HORAN WHY HE WAS BEING PULLED OVER. OFC HORAN ADVISED THE OPERATOR, IDENTIFED AS GERALD COVIELLO, THAT IT WAS BECAUSE OF HIS LOUD MUFFLER AND NO TAIL LIGHT. THE OPERATOR STATED HIS MUFFLER ISN'T LOUD. OFC HORAN THEN ADVISED THE OPERATOR TO GIVE HIM HIS LICENSE AND REGISTRATION. THE OPERATOR COMPLIED. SGT SPINNEY ARRIVED ON SCENE AND ASSISTED ON THE STOP. I MADE CONTACT WITH THE PASSENGER AND ASKED HIM FOR SOME IDENTIFICATION. HE STATED HE HAD NONE. I ASKED HIM WHERE HE JUST CAME FROM AND HE STATED THE HONG KONG RESTUARANT. AT THIS TIME THE PASSENGER WHO STATED HIS NAME WAS RICHARD FRIES, TOLD ME HE COULD GO GET HIS LICENSE. I ADVISED HIM TO JUST SIT TIGHT FOR A MINUTE. OFC HORAN AND SGT SPINNEY ASKED THE OPERATOR TO ROLL HIS WINDOW DOWN SOME MORE. THE OPERATOR STATED IT WON;T GO DOWN ANY FURTHER AS HE ROLLED IT DOWN MORE.