# EXHIBIT 10

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
    Plaintiff, )
)
V. ) C.A. NO.: 04 11901 MLW
)
TOWN OF CHELSMFORD, et al )
    Defendants )

### DEFENDANT LT. JAMES SPINNEY'S ANSWERS TO PLAINTIFF, JERRY COVIELLO'S INTERROGATORIES

### INTERROGATORY NO. 1

Were you aware then and/or are you aware now of any transmittion made in any way, to any one, by a female Chelmsford Mass police officer now identified as Jennifer Fay regarding a verbal communication by Richard Fries to her?

### ANSWER

No.

### INTERROGATORY NO. 2

Were you aware then and/or are you aware now of any transmittoin made in any way, to any one, by a female Chelmsford Mass police officer now identified as Jennifer Fay regarding my car?

### ANSWER NO. 2

No.

### INTERROGATORY NO. 3

Were you aware then and/or are you aware now of any transmittion made in <u>any way</u> to <u>any one</u> by a female Chelmsford Mass. police officer now identified as Jennifer Fay asking or suggesting that my car be stopped?

### ANSWER NO. 3

No.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24th DAY Of March 2006

_____
Lt. James Spinney