# EXHIBIT 11

```
                        POLICE OFFICER'S FORMAL REPORT       09/03/01 16:55
                        CHELMSFORD POLICE DEPT
Case#:   177921                                                      PAGE:   9
```

*** NARRATIVE ***

```
        90-17  SPEEDING
        90-7   DEFECTIVE EQUIPMENT (TAIL LIGHTS)
        90-7   DEFECTIVE EQUIPMENT (MUFFLER)
        89-2   UNSAFE PASSING
        89-2   UNSAFE PASSING
        89-2   UNSAFE PASSING
        90-14B FAILURE TO USE SIGNALS
        90-24  DRIVING TO ENDANGER
        89-4A  MARKED LANES VIOLATION
        269-10 a-d CARYING W/O LIC SUBSQ OFFENSE
        102A(1/2) POSS OF A HOAX DEVICE
        269-10H POSS. FIREARM WITHOUT FIREARM I.D.
        269-10M POSS. HIGH CAPACITY FIREARM W/O I.D.
```

(ADDITION BY OFC HANNAGAN)

ON THE ABOVE TIME AND DATE WHILE ON PATROL I OBSERVED OFC HORAN STOP A BLUE MUSTANG ON CHELMSFORD STREET. I REVERSED MY DIRECTION AND PULLED BEHIND OFC HORAN TO BACK HIM UP ON HIS MV STOP. I MADE CONTACT WITH OFC HORAN WHO ADVISED ME THAT HE WAS STOPPING THE MV FOR A TAIL LIGHT OUT AND A LOUD MUFFLER. OFC HORAN ADVISED ME THAT THE MV DID NOT STOP FOR ABOUT 1/4 OF A MILE AFTER HE HAD ACTIVATED HIS EMERGENCY BLUE LIGHTS. OFC HORAN ALSO ADVISED ME THAT THE OPERATOR WENT OVER THE SOLID DOUBLE YELLOW LINE ON A FEW OCCASIONS.

WE MADE CONTACT WITH THE OPERATOR OF THE MV. I WAS POSITIONED ON THE PASSENGER SIDE OF THE MV AND OFC HORAN ON THE DRIVERS SIDE. I HEARD THE DRIVER ASK OFC HORAN WHY HE WAS BEING PULLED OVER. OFC HORAN ADVISED THE OPERATOR, IDENTIFED AS GERALD COVIELLO, THAT IT WAS BECAUSE OF HIS LOUD MUFFLER AND NO TAIL LIGHT. THE OPERATOR STATED HIS MUFFLER ISN'T LOUD. OFC HORAN THEN ADVISED THE OPERATOR TO GIVE HIM HIS LICENSE AND REGISTRATION. THE OPERATOR COMPLIED. SGT SPINNEY ARRIVED ON SCENE AND ASSISTED ON THE STOP. I MADE CONTACT WITH THE PASSENGER AND ASKED HIM FOR SOME IDENTIFICATION. HE STATED HE HAD NONE. I ASKED HIM WHERE HE JUST CAME FROM AND HE STATED THE HONG KONG RESTUARANT. AT THIS TIME THE PASSENGER WHO STATED HIS NAME WAS RICHARD FRIES, TOLD ME HE COULD GO GET HIS LICENSE. I ADVISED HIM TO JUST SIT TIGHT FOR A MINUTE. OFC HORAN AND SGT SPINNEY ASKED THE OPERATOR TO ROLL HIS WINDOW DOWN SOME MORE. THE OPERATOR STATED IT WON;T GO DOWN ANY FURTHER AS HE ROLLED IT DOWN MORE.

```
                    POLICE OFFICER'S FORMAL REPORT        09/03/01 16:55
                    CHELMSFORD POLICE DEPT
Case#:  177921                                            PAGE: 10
```

*** NARRATIVE ***

OFC HORAN TOLD GERALD TO TURN THE MV OFF. GERALD STATED THE MV WOULD DIE AND NEED A JUMP START IF HE TURNED IT OFF. OFC HORAN ADVISED GERALD WE COULD GET CABLES IF WE NEED THEM, BUT TO TURN THE MV OFF. AT THIS POINT GERALD HIT THE GAS AND PEELED OUT FROM HIS STATIONARY SPOT.

   THE MV MADE A U TURN IN FRONT OF PAPA GINO'S PIZZA. I RAN BACK TO MY CRUISER AND JUMPED IN. THE FLEEING MV WHICH NOW WAS FACING ALL THE CRUSIERS ON CHELMSFORD STREET SPED TOWARDS ME AND MY CRUSIER. AS I SHUT THE DOOR THE FLEEING MV CRASHED INTO MY CRUSIER ON THE DRIVERS SIDE. I REVERSED MY DIRECTION AND PURSED THE MV DOWN CHELMSFORD STREET. THE MV WAS RACING IN ACCESS OF 65 MPH DOWN CHELMSFORD STREET. GERALD RAN THE RED LIGHT WITHOUT HITTING HIS BRAKES AT FLETCHER AND CHELMSFORD. GERALD PASSED 3 MV'S ON THE LEFT CROSSING THE DOUBLE SOLID YELLOW LINE. THE MV THEN TOOK A LEFT TURN ALMOST COLLIDING WITH A MV AT STEDMAN AND CHELMSFORD. AS GERALD WENT DOWN STEDMAN STREET AT A HIGH RATE OF SPEED HE AGAIN FAILED TO STOP AT THE 4 WAY STOP AT DALTON AT STEDMAN. GERALD THEN PULLED INTO THE DRIVEWAY OF 52 STEDAMN ST AND FLED HIS MV TOWARDS THE REAR OF THE HOUSE. I GAVE CHASE ON FOOT.

   OFC HORAN, SGT SPINNEY, OFC MURPHY, OFC ZAHER, AND MYSELF WERE ALL OFF AT 52 STEDMAN. OFC MURPHY AND HORAN TOOK THE PASSENGER RICHARD FRIES INTO CUSTODY FROM THE FRONT SEAT OF THE MV. SGT SPINNEY, OFC ZAHER AND MYSELF ORDERED GERALD FROM THE HOUSE WITH HIS HANDS UP. WE APPROACHED THE REAR DOOR TO THE RESIDENCE AND WERE MET BY A LOCKED REAR DOOR. ON THE INISDE OF THE DOOR WAS A CHARLOTTE COVIELLO. CHARLOTTE WANTED TO KNOW WHAT WAS GOING ON AND WOULD NOT UNLOCK THE DOOR FOR US. OFC ZAHER AND SGT SPINNEY TRIED TO GAIN ACCESS THROUGH THE SCREEN DOOR. AT THIS POINT I WAS OFF TO OFC ZAHER'S LEFT ON THE REAR PORCH. THE SUSPECT AT THIS TIME PRODUCED AN ASSAULT RIFLE AND POINT AT SGT SPINNEY, OFC ZAHER AND MYSELF. I YELLED, "GUN, GUN" AND TOOK COVER. OFC ZAHER AND SGT SPINNEY ALSO TOOK COVER. WE ADVOSED DISPATCH OF THE SITUATION AND SET UP A PERIMETER WITH THE OFFICERS WE HAD ON SCENE. SGT SPINNEY RADIOED TO DISPATCH THAT WE HAD A ARMED SUBJECT BARRICADED IN THE RESIDENCE AT 52 STEDMAN ST.

   AT THIS POINT WE SECURED THE AREA AND SET UP PERIMETER UNTIL THE SOU AND MORE UNITS ARRIVED. LT ROARK HEADED UP THE OPERATIONS FOR THE SOU AND SGT SMITH WAS THE OPERATION COMMAND SGT ON SCENE FOR CPD. WE WERE RELIEVED BY SOU MEMBERS AND DEBRIEFED BY CHEIF MCCUSKER AND LT ROARK.

(ADDITION OFFICER R. MURPHY)

   ON THE ABOVE DATE, I WAS WORKING A SELECTIVE ENFORCEMENT ON CHELMSFORD STREET, AT GOLDEN COVE. THERE WERE ALSO 4 OTHER OFFICERS WORKING THIS JOB. I HEARD A RADIO TRANSMISSION FROM CAR #6 THAT A VEHICLE THAT HE HAD STOPPED FOR MOTOR VEHICLE VIOLATIONS WAS FLEEING, AND FAILING TO STOP. THIS VEHICLE WAS HEADING TOWARD MY LOCATION AT CHELMSFORD ST AND GOLDEN COVE. I OBSERVED THE SUSPECT VEHICLE DRIVING ON THE WRONG SIDE OF THE ROAD, AND IT THEN TURNED LEFT ONTO STEDMAN STREET. I ACTIVATED MY BLUE OVERHEAD LIGHTS AND SIREN, AND BEGAN TO PURSUE IT ON STEDMAN STREET WITH OTHER CHELMSFORD POLICE CRUISERS. THE VEHICLE