# EXHIBIT 12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
    Plaintiff, )
     )
V. )   C.A. NO.: 04 11901 MLW
     )
TOWN OF CHELSMFORD, et al )
    Defendants )

### DEFENDANT GARY HANNAGAN'S ANSWERS TO PLAINTIFF, JERRY COVIELLO'S INTERROGATORIES

### INTERROGATORY NO. 1

Were you aware then and/or are you aware now of any transmittion made in any way, to any one, by a female Chelmsford Mass police officer now identified as Jennifer Fay regarding a verbal communication by Richard Fries to her?

### ANSWER

No.

### INTERROGATORY NO. 2

Were you aware then and/or are you aware now of any transmittoin made in any way, to any one, by a female Chelmsford Mass police officer now identified as Jennifer Fay regarding my car?

### ANSWER NO. 2

No.

### INTERROGATORY NO. 3

Were you aware then and/or are you aware now of any transmittion made in <u>any way</u> to <u>any one</u> by a female Chelmsford Mass. police officer now identified as Jennifer Fay asking or suggesting that my car be stopped?

### ANSWER NO. 3

No.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __26TH__
DAY O F March, 2006

_____
Gary Hannagan

As To Objections:

_____
Jeremy Silverfine, BBO # 542779
Leonard H. Kesten, BBO # 542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

2