# EXHIBIT 13

```
09/02/01 00:23                 ** BOOKING REPORT **              Page:    1
Master#  028463                =========================        Case# 177921
COVIELLO, GERALD A            CHELMSFORD POLICE DEPT
                             **** ADULT ARREST ****
 arrest location: Stedman Street
|cell#:   2        | depository #: _____  _____   |**warning**:
| time: 05:25      | COVIELLO, GERALD A             | dob: 06/06/59 |age: 42 |
| date: 09/02/01   | 52 STEDMAN ST                  | ss#: 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       |
|case#:  177921    | CHELMSFORD, MA 01824           |lic#: 012546268         |
|alias:                           |eth:  N          |race: W      |sex: M    |
| born: SOMERVILLE, MA            |hgt: 507 |wgt: 230|hair: BRN    |eye: GRN  |
|  occ: SCIENTIST                 |bld: LGE |cmp: MED| dep:    marital: S     |
|  emp:                           |w ph:  -         |h ph:(978)256-9192       |
| fthr: GERALD                    |mthr: CHARLOTTE  |spse:                    |
|maidn: INDELICATO                                  |mrks:                    |
|prints(date/serial#):                              | whr:          .fid(N)   |
| photo(date/serial#):                              |                         |
|L. to carry:(N) lic#:                  iss:        |fid#:                    |
|        why:                           exp:        |why:                     |
|============================= **** CHARGES **** ================---warrant #---|
--date--  -case#-  -obtn--------  -code- -statute---- -charge-----------------
09/01/01  177921  TCHE017792102   6200  265-15B     ASSLT BY DANG WEAP
                                                      FIREARM
09/01/01  177921  TCHE017792102   6200  265-15B     ASSLT BY DANG WEAP
                                                      FIREARM
09/01/01  177921  TCHE017792102   6200  265-15B     ASSLT BY DANG WEAP
                                                      FIREARM
09/01/01  177921  TCHE017792102   1220  90-25       FAIL TO STOP FOR POLICE-M
09/01/01  177921  TCHE017792102    610  90-24       OPER MV NEGLIG. TO ENDANG
09/01/01  177921  TCHE017792102  101B0  89-9        SIGNAL LIGHT VIOLATIONS
                                                      RED LIGHT
09/01/01  177921  TCHE017792102   1400  90-17       SPEEDING
09/01/01  177921  TCHE017792102   6200  265-15B     ASSLT BY DANG WEAP
                                                      MOTOR VEHICLE
09/01/01  177921  TCHE017792102    620  90-24       LEAV SCENE AFTER PROP DAM
                                                      POL.CRUISER
09/01/01  177921  TCHE017792102   7030  269-10 a-d  BODY ARMOR, USE IN COM.CR
09/01/01  177921  TCHE017792102   7000  269-10(h)   POSS FIREARM W/O FIREARM
09/01/01  177921  TCHE017792102   9580  266-102A    POSS OF INFERNAL MACHINE
                                                     266/102A HOAX
09/01/01  177921  TCHE017792102   7000  269-10(h)   POSS FIREARM W/O FIREARM
09/01/01  177921  TCHE017792102   7000  269-10(h)   POSS FIREARM W/O FIREARM
09/01/01  177921  TCHE017792102   7000  269-10(h)   POSS FIREARM W/O FIREARM
09/01/01  177921  TCHE017792102   7000  269-10(h)   POSS FIREARM W/O FIREARM
09/02/01  177921  TCHE017792102   7000  269-10(h)   POSS FIREARM W/O FIREARM
```

---

```
 log entry complaint: C1,2,3,4,9 MV PURSUIT, FIREARM POINTED AT P.O.
 arrested by officers:  66 PTL HORAN 67 PTL HANNAGAN
   booking officer:  9 SGT GAMACHE      search:  47 PTL R MURPHY
```

```
                      ARRESTEE PERSONAL PROPERTY
           ln#  prop desc
           ---  ------------------------------------------------
           001 WATCH...
   shift commander: Sgt. Gamache          matron: _____
```

```
**VIDEOTAPE: _____  start: _____  stop: _____
**CAUTION**  Prisoner combative ( )    Prisoner suicidal ( )   times
PHONE CALL: Prisoner made call (v)  Prisoner refused call( )
```

```
09/02/01 00:23                  ** BOOKING REPORT **              Page:        2
Master#  028463                 =====================             Case# 177921
COVIELLO, GERALD A              CHELMSFORD POLICE DEPT
                               **** ADULT ARREST ****
```

BREATH TEST: Prisoner took test (Y/N) (  )     BAC _____  _____
PROTECTIVE CUSTODY: Prisoner Refused Detox ( )        Taken to Detox ( )
              Detox refused prisoner ( )     No bed available ( )
BOARD OF PROBATION: Rcd chk for prior OUIL ( ) Prisoner Crim Rcd ck(✓)
REGISTRY: Notified for OUIL arrest ( ) Prisoner Lic data confirmed ( )
          Certified copy of revocation or suspension request ( )
LEAPS/NCIC:There are NO wants/warrants (✓) There ARE wants/warrants( )
                   Suicide Check (✓)
JUVENILE: Probation Officer notified of arrest ( ) Parents Notified( )
================== Cash Bail set at: _____      Surety: _____
     Bailed/Released by: _____  Date/Time: _____
PERSONAL PROPERTY:  p/r: _____
CASH:


RETURN OF PERSONAL PROPERTY:
      I HAVE RECEIVED THE ABOVE PROPERTY:_____
OTHER COMMENTS:
===============          DATE:_____

| DETERMINATION AS TO PROBABLE CAUSE | DOCKET NO. (FOR COURT USE ONLY) | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

**ARRESTEE'S NAME**

Gerald Coviello

**ARRESTEE'S DATE OF BIRTH**

6-6-59

TO THE  Chelmsford  **POLICE DEPARTMENT OR STATE BARRACKS:**

Pursuant to Uniform Trial Court Rule XI, I find that, on the basis of:

☑ an oral presentation of facts made under oath or affirmation,

☐ a written statement of facts signed under the pains and penalties of perjury,

☑ **PROBABLE CAUSE FOUND.** There is probable cause to believe that the arrestee named above has committed the following offense(s):

Asslt D/W firearm 3cts

Use of Body Armor in Commission of a Crime

Leaving Scene P/D — Fls to Stop P..

Asslt DW

Poss incindiary device — Poss of firearm w/o F.D (30 wrg..

The arrestee may be detained for such offense(s) until he or she can be brought before a court pursuant to Mass. R. Crim. P. 7(a)(1), unless sooner released on bail or recognizance pursuant to G.L. c. 276, §§ 57-58.

☐ The police department detaining such arrestee shall file ☑ I shall file with the local court copies of this determination, and of any written statement of facts that was submitted to me.

☐ **NO PROBABLE CAUSE FOUND.** There is no probable cause to believe that the arrestee named above has committed the following offense(s):

_____

_____

_____

The arrestee may no longer be detained for such offense(s).
I shall file with the local court copies of this determination, and of any written statement of facts that was submitted to me.

**DATE OF DETERMINATION**

9-1-01

**TIME OF DETERMINATION**

11:39 AM

**JUDICIAL OFFICER'S PRINTED NAME AND TITLE**

John S Gallad — 1st Clerk

**JUDICIAL OFFICER'S SIGNATURE**

Possession of Large Capacity Weapon
C. 269, §10(m)

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within

and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand

and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

**That Gerald Coviello**

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of

Middlesex aforesaid, did knowingly have in his possession, or knowingly have under his control in a vehicle, a large

capacity weapon, as defined in General Laws, c. 140 S131 or 131F; to wit: a 12 gauge JC Higgins Model 20 pump-

action shotgun, no serial number, and not having in effect the proper license to carry, or otherwise being authorized

by law to do so.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_Ray R_
_Foreman of the Grand Jury._

_Assistant District Attorney._

_Superior Court_                                    _September, Sitting, 20 01_

_13th_ day - Returned by the Grand Jury and filed in Court.

_Assistant Clerk_

_2001 - 1179 - 001_

ORIGINAL

2001, December 4

**Defendant is arraigned and pleads not guilty**

(Cherrilly J.)

Defendant is ordered to recognize
in the sum of $ _____ with surety
or $ 50,000 cash. Waive
Nileshue issued not recognize prejud.

The Defendant has been notified
in Open Court that Commission of
a crime, while on bail may result
in Revocation of Bail.

**MISDEMEANOR**
Failure to appear may result
in a fine of $1,000 and/or one
year in the House of Correction.

**FELONY**
Failure to appear may result in a
fine of $50,000 and/or 5 years in
a State Prison or 2 ½ years in the
House of Correction.

Cont d to 12/17/01
for bail hrng.

Nancy Shyelds
Ct Reptr

---

2002, January 24
After Oral Motion
for Reduction of Bail,
Motion Denied - Some
order of Bail is
Now Set with prejud
By the Court,
(Haggert J.)

B. Curulewski
Ct Reptr

2002 June 25
Verbal Holds Bogus
filed by the Commonwealth

Brian Burke
Baltimuford Asst. Clerk
to 002

---

(SEAL)

**Commonwealth of Massachusetts**
ESSEX ss.              SUPERIOR COURT DEPARTMENT OF THE TRIAL CO.

In testimony that the foregoing is a true copy on file
at record made by photographic process, I hereunto
at my hand and affix the seal of said Superior Court
this Twenty-Eighth of February
2007

_____ Clerk

Possession of Large Capacity Weapon
C. 269, §10(m)

# Commonwealth of Massachusetts

---

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within

and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand

and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

**That** Gerald Coviello

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of

Middlesex aforesaid,  did knowingly have in his possession, or knowingly have under his control in a vehicle, a large

capacity weapon, as defined in General Laws,  c. 140 S131 or 131F; to wit: a 7.62x39 mm caliber NORINCO AKS

type semi-automatic rifle, serial number 56S409217,  and not having in effect the proper license to carry, or otherwise

being authorized by law to do so.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_Foreman of the Grand Jury._

_Assistant District Attorney._

_Superior Court_                                _September, Sitting, 20 01_

_13th_ day – Returned by the Grand Jury and filed in Court.

**ORIGINAL**

_Assistant Clerk_

2001-1129-002

2001, Dec. 4
Defendant is arraigned and pleads not guilty

2002 Jan 25
50,000 Cash
Set with prejudice
on Jan. 24, 2002 is
transferred to 002
(Haggerty, J.)

2004, March 9
After hearing on defendant's
Oral Motion to Reduce Bail,
Motion Allowed
Bail Now set
at $2,000.00 Cash

(Kern, J.)
Bail of $30,000 Cash to
be returned to Estate of
Swete Charles H. Corvello
Cinda Rubhia ct clerk

2004, September 1
Indictment Dismissed
without prejudice
(Fecteau, J.)

MIDDLESEX, ss.    Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COU-

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this Twenty-Eighth of February 2007

_____ Clerk

Possession of Large Capacity Feeding Device
C. 269, §10(m)

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within

and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand

and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

**That** Gerald Coviello

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of

Middlesex aforesaid,  did knowingly have in his possession, or knowingly have under his control in a vehicle, a large

capacity feeding device, as defined in General Laws,  c. 140 S131 or 131F,  and not having in effect the proper license

to carry, or otherwise being authorized by law to do so.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_Foreman of the Grand Jury._

_Assistant District Attorney._

_Superior Court_                                    _September, Sitting 2001_

13ᵗʰ _day – Returned by the Grand Jury and filed in Court._

_Assistant Clerk_

2001-1129-003

**ORIGINAL**

2007, Dec. 4
Defendant is arraigned and pleads not guilty.

2004, September 1
Indictment Dismissed
without prejudice
(Rebear, J.)

**Commonwealth of Massachusetts**

MIDDLESEX, ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and
of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this Twenty-Eighth day of February 2007

_____ Clerk

Hoax Device, Possess/Transport
C. 266, §102A1/2

# *Commonwealth of Massachusetts*

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

That Gerald Coviello

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of Middlesex aforesaid, did posses, transport, use or place, or cause another to knowingly or unknowingly possess, transport, use or place a hoax device, as defined in General Laws c. 266, S102A1/2, with the intent to cause anxiety, unrest, fear or personal discomfort to some person or group of persons, in violation of General Laws c. 266, S102A1/2.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_____
*Foreman of the Grand Jury.*

_____
*Assistant District Attorney.*

*Superior Court*                                        *September, Sitting, 2001*

*X3th day – Returned by the Grand Jury and filed in Court.*

**ORIGINAL**

_____
*Assistant Clerk*

*2001-1129-004*

Defendant is arraigned and pleads not guilty

2006 Dec. 4

2006, Januar 12
Nolle Prosequi'
Deft. discharge
of this Indictment

MIDDLESEX, ss.

**Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this Twenty-Eighth of February 2007

_____ Clerk

**Assault by Means of a Dangerous Weapon**
**C.265, §15B(b)**

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

**That** Gerald Coviello

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of Middlesex aforesaid, by means of a dangerous weapon, to wit: Motor Vehicle did commit an assault upon Gary Hannagan.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided. A true bill.

_Foreman of the Grand Jury._

_Assistant District Attorney._

Superior Court

September, Sitting, 20 01

13th day - Returned by the Grand Jury and filed in Court.

_Assistant Clerk_

**ORIGINAL**

2001- 1179-005

Defendant is arraigned and pleads not guilty

2001, Dec. 4

2004, March 9.
Bail forfeited $500

01-1129-001

Dec 5, February 18
After hearing, bail reduced to $9,640.00 $360.00 of bail money to be granted to Town of Chelmsford
(Bohn, J.)



2006, January 13

After Charge and before deliberation
Jurors Name and No.
1-2 Bryan Woods
3-2 Judith Meade
were withdrawn from panel, Ch.234A,S44 as amended
by the Court
(Hagerty) —

Asst. Clerk

Verdict
Not Guilty of offense as charged
Deft. discharged this Indictment
(Hagerty, J.)

Kiiln Rothjon
ct Room

ESSEX, ss.

**Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this Twenty-Eighth of February 2007

Clerk

**Assault by Means of a Dangerous Weapon**
**C.265, §15B(b)**

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

**That** Gerald Coviello

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of Middlesex aforesaid, by means of a dangerous weapon, to wit: a rifle or shotgun did commit an assault upon Gary Hannagan.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided. A true bill.

_Foreman of the Grand Jury._

_Assistant District Attorney._

Superior Court

September, Sitting, 20 01

13th day – Returned by the Grand Jury and filed in Court.

_Assistant Clerk_

**ORIGINAL**

2001-1129-006

2011, Dec. 4

defendant is arraigned and pleads not guilty

Indct. Jan. 13

Verdict

Not Guilty

Deft. Discharged
of this Indictment

**MIDDLESEX, ss.**

**Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy, on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this Twenty-Eighth of February 2007

_____ Clerk

**Assault by Means of a Dangerous Weapon**
**C.265, §15B(b)**

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

**That** Gerald Coviello

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of Middlesex aforesaid, by means of a dangerous weapon, to wit: a rifle or shotgun did commit an assault upon Christopher Zaher.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_____
*Foreman of the Grand Jury.*

_____
*Assistant District Attorney.*

#57

*Superior Court*

*September, Sitting, 20 01*

13th day – *Returned by the Grand Jury and filed in Court.*

_____
*Assistant Clerk*

2001-1189-007

ORIGINAL

2001, Dec. 4
fendant is arraigned and pleads not guilty

2001, Jan. 13
Verdict
— Not Guilty
Dep't. discharged
of this Indictment

**Commonwealth of Massachusetts**
ESSEX, ss.                    SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this Twenty-Eighth    of February

2007

_____ Clerk

**Assault by Means of a Dangerous Weapon**
C.265, §15B(b)

# *Commonwealth of Massachusetts*

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within

and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand

and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

That Gerald Coviello

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of

Middlesex aforesaid, by means of a dangerous weapon, to wit: a rifle or shotgun did commit an assault upon James

Spinney.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_Foreman of the Grand Jury._

_Assistant District Attorney._

_Superior Court_                                             _September, Sitting, 20_01_

13<u>th</u> day – Returned by the Grand Jury and filed in Court.

_Assistant Clerk_

2001-1179-008

**ORIGINAL**

2001, Dec. 4

**Defendant is arraigned and pleads not guilty**

Date, January 13

Not Guilty

Defendant

Not Guilty
Deft. discharge
of this indictment

(Marsh, J.)

MIDDLESEX, ss.

**Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file ... ... of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this Twenty-Eighth day of February 2007.

_____ Clerk

**Possession of Firearm**
**C.269, §10(h)**

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

**That Gerald Coviello**

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of Middlesex aforesaid, did own, possess or transfer possession of a firearm, to wit: a 22rf caliber IVER JOHNSON, Protector sealed eight model revolver, serial number L41988, without complying with the requirements relating to the firearm identification card provided for in Section 129C of Chapter 140.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided. A true bill.

_Foreman of the Grand Jury._

_Assistant District Attorney._

_Superior Court_

_September, Sitting, 20 01_

_13th day ~ Returned by the Grand Jury and filed in Court._

ORIGINAL

_Assistant Clerk_

2001-1129-009

2001, Dec. 4

Defendant is arraigned and pleads not guilty

2002 June 25

entered Nolle Prosqui

filed by the Commonwealth

Brian Burke
Asst Clerk

**MIDDLESEX ss.**

**Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this Twenty-Eighth of February 2007

_____ Clerk

Possession of Firearm
C.269, §10(h)

# Commonwealth of Massachusetts

---

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within

and for the County of Middlesex, on the Tuesday after the First Monday of September in the year of our Lord two thousand

and one.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

**That** Gerald Coviello

on or about the First day of September in the year of our Lord two thousand and one at Chelmsford, in the County of

Middlesex aforesaid, did own, possess or transfer possession of a firearm, to wit: a .32 S&W Long caliber Smith &

Wesson revolver, serial number 30992, without complying with the requirements relating to the firearm identification

card provided for in Section 129C of Chapter 140.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_Foreman of the Grand Jury._

_Assistant District Attorney._

_Superior Court_                                       _September, Sitting, 20 01_

_13th day – Returned by the Grand Jury and filed in Court._

**ORIGINAL**

_Assistant Clerk_

2001-1129-010

2001, Dec. 4

defendant is arraigned and pleads not guilty

2002 June 25th
Nolle Prosse
filed by the Commonwealth

Brian Burke
Asst Clerk

MIDDLESEX, ss.

**Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COU...

In testimony that the foregoing is a true copy on file and of record made by photographic process. I hereunto set my hand and affix the seal of said Superior Court this Twenty-Eighth of February 2007

_____ Clerk