# EXHIBIT 14

VOL. 1 - 1
MING MOY

# ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-11901-MLW

------------------------------------------
                                          )
JERRY COVIELLO,                           )
      Plaintiff,                          )
                                          )
            vs.                           )
                                          )
TOWN OF CHELMSFORD,                       )
CHELMSFORD POLICE DEPARTMENT, ET AL.,     )
      Defendants.                         )
                                          )
------------------------------------------

      DEPOSITION OF MING YUI MOY, taken on

behalf of the Defendant, pursuant to the applicable

provisions of the Massachusetts Rules of Civil

Procedure, before June N. Poirier, Shorthand Reporter

and Notary Public within and for the Commonwealth of

Massachusetts, at the Chelmsford Police Station,

One Olde North Road, Chelmsford, Massachusetts,

on Wednesday, September 28, 2005,

commencing at 10:00 a.m.


      DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
                  One State Street
            Boston, Massachusetts 02109
                  (617) 742-6900

VOL. 1 - 2
MING MOY

APPEARANCES:

JERRY COVIELLO, PRO SE
71 North Road
Chelmsford, MA 01824
(978) 256-1986
        Represents Jerry Coviello

JEREMY I. SILVERFINE, ESQ.
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116
(617) 880-7100
        Represents Town of Chelmsford
                    Chelmsford Police Department

ALSO IN APPEARANCE:

SERGEANT TODD AHERN

KENNETH DUANE

HIDEKO MOY

VOL. 1 - 3
MING MOY

I N D E X

WITNESS                DIRECT        REDIRECT

MING YUI MOY

    By Mr. Silverfine        4

    By Mr. Coviello                      23

E X H I B I T S

EXHIBIT NO.        DESCRIPTION        PAGE NO.

NO EXHIBITS WERE MARKED

VOL. 1 - 4
MING MOY

1              PROCEEDINGS

2         (Whereupon the Witness was sworn.)

3    DIRECT EXAMINATION

4    Q.  (By Mr. Silverfine)   Good morning, Mr. Moy.

5    A.  Good morning.

6    Q.  We're here to take your deposition on a case

7        entitled Jerry Coviello versus the Chelmsford

8        Police Department, et al.  I'm going to go over

9        some ground rules today.  If at any point there

10       is anything you don't understand, let me know.

11   A.  Okay.

12   Q.  First of all, there is a stenographer, as you

13       can see, to your left; she is taking down

14       everything we say as you say it.  If you answer

15       a question do not say "hm-hm"; we need some kind

16       of response so the reporter can write that down.

17       Do you understand?

18   A.  Yes.

19   Q.  Do you speak English?  Can you understand me?

20   A.  I know, yeah.

21   Q.  The way this works is I'll be asking you a

22       series of questions you're obligated to answer.

23       When I finish Mr. Coviello, who is representing

24       himself, will have the opportunity to ask you

VOL. 1 - 5
MING MOY

1          questions somewhere else.  Your obligation is to

2          answer as best you can.

3   A.   Yes.

4               MRS. MOY:  You have to say yes.

5   Q.   (By Mr. Silverfine)  If at any point in time you

6          don't understand, you have to let me know or let

7          Mr. Coviello know so we can rephrase the

8          question.  Okay?

9   A.   Yes.

10  Q.   When we finish the deposition a transcript will

11         be made.  We will send it to you and you will

12         have 30 days to review it and to check to see

13         if, in fact, anything is inaccurate or

14         everything is okay, otherwise the transcript

15         will deemed to be okay and goes in as is.  Do

16         you understand?

17  A.   Yes.

18  Q.   If at any time you need a break to use the

19         bathroom or whatever, let me know and we will

20         accommodate you.  Okay?

21  A.   Okay.

22  Q.   Let's start off.  Can you give me your full

23         name?

24  A.   M-I-N-G, Ming.  Middle name is Y-U-I, the last

VOL. 1 - 6
MING MOY

1     name is Moy, M-O-Y.

2  Q.  Mr. Moy, where do you currently live?

3  A.  I live in Andover, 24 Abbott Bridge Drive.

4  Q.  Beach?

5  A.  Bridge Drive in Andover.

6  Q.  How long have you lived there?

7  A.  I lived there 19 --

8         MRS. MOY:  1973.

9  A.  1973.

10       MR. SILVERFINE:  Mrs. Moy, let me

11    pause here.  Unless Mr. Moy is having a

12    translation problem, if he answers a question --

13    I know you're trying to help him.  Unless there

14    is an issue -- and he seems to be doing fine --

15    he needs no answer.  If there is a translation

16    issue we'll refer to you and we appreciate your

17    help.

18  A.  Yes.

19  Q.  (By Mr. Silverfine)  Were you born in this

20    country, Mr. Moy?

21  A.  No.

22  Q.  Where were you born?

23  A.  I was born in South China, Canton.

24  Q.  What's your date of birth?

VOL. 1 - 7
MING MOY

1    A.    9/6/91.   9/6/31.

2    Q.    How long have you been in this country; you

3          said --

4    A.    I came in this country in 1966.

5    Q.    How long have you lived in Massachusetts?

6    A.    I lived in Massachusetts, start in 1967.

7    Q.    In 1967 what kind of work did you do?

8    A.    I work in Chinese restaurant.  I work at night

9          shift.  I work for the dining room, register,

10         closing every day.  I take care of all of the

11         money, all of the -- I take care of the food,

12         take care of the take-out order.

13   Q.    Did you work in Chinese restaurants up until

14         your retirement?  Did you work in Chinese

15         restaurants up until your retirement?

16   A.    Yes.

17   Q.    When did you retire?

18   A.    Last year, 196 -- June.

19   Q.    2004?

20   A.    Yeah.

21   Q.    Your last place of employment was the Hong Kong

22         Restaurant?

23   A.    Yeah.

24   Q.    That's in Chelmsford?

VOL. 1 - 8
MING MOY

1   A.   Yeah.

2   Q.   How long did you work at the Hong Kong in

3        Chelmsford?

4   A.   I work at the Hong Kong about 21 year.

5   Q.   Were you the greeter for the restaurant?  In

6        other words, when people came in you would say

7        hello?

8   A.   Yes, sir.

9   Q.   What else did you do for the restaurant?

10  A.   I take care of the customer to the table.  I

11       answer the telephone for the take-out order.

12       I'm -- I call in the take-out order, call in the

13       kitchen and pay the take-out order; I do

14       everything.

15  Q.   Did any other members of your family work there

16       or just yourself?

17  A.   No, sir.

18  Q.   Just you?

19  A.   Just me.

20  Q.   You're married?

21  A.   Yes, sir.

22  Q.   How long have you been married?

23  A.   I've been married about -- 1960.

24  Q.   1960?

VOL. 1 - 9
MING MOY

1    A.   Yeah.

2    Q.   Do you have any children?

3    A.   Yes, sir.

4    Q.   How many children?

5    A.   One girl.

6    Q.   How old is she?

7    A.   She's 42 now.

8    Q.   Does she live locally?

9    A.   She lives Boston, Back Bay.

10   Q.   Now, I'm going to ask you certain questions

11        about a particular night in question and just

12        tell me the best memory you have.

13   A.   Yes, sir, I will.

14   Q.   Directing your attention to August 31st of 2001,

15        were you working that night?

16   A.   What day?  Friday?

17   Q.   Apparently that was a Friday night; Saturday was

18        September 1, 2001.

19   A.   Friday night.

20   Q.   You worked on a Friday night?

21   A.   Yeah.

22   Q.   Friday night you normally worked?

23   A.   Yeah.

24   Q.   Friday, August 31st, 2001, were you working at

VOL. 1 - 10
MING MOY

```
 1        the Hong Kong?
 2    A.  Yes, sir.
 3    Q.  At some point in time do you recall seeing
 4        Mr. Coviello that night?
 5    A.  Yeah.  That night I see him coming, yeah.
 6    Q.  Did you know Mr. Coviello who's here today; did
 7        you know him before that night?
 8    A.  Yeah, he comes in that night.
 9    Q.  You recognize him?  He's sitting here at the
10        table this morning?
11    A.  Yeah.
12    Q.  He had been in the Chinese restaurant prior to
13        August 31st?
14    A.  Yeah.
15    Q.  Do you recall, your best memory, as to what time
16        he came in that night?
17    A.  Late afternoon, 5, 6, or --
18    Q.  Was he by himself during the evening?
19    A.  Yeah.  I sit -- by himself, yeah.
20    Q.  Was he eating anything that night; do you
21        recall?
22    A.  He go in the bar so I don't know.
23    Q.  Do you recall if he had anything to drink in the
24        bar?
```

VOL. 1 - 11
MING,MOY

1    A.   He just go in the bar.  From that time I didn't

2         see him there.

3    Q.   Did you see what he had to drink that night?

4    A.   No.

5    Q.   Did you see if he sat with anyone that night?

6    A.   No, sir.

7    Q.   Did you see anyone join him later?

8    A.   No, sir.

9    Q.   Was there an officer, a Chelmsford Police

10        officer working there that night?

11   A.   Yeah.

12   Q.   Do you recall who it was?

13   A.   The lady, I guess.

14   Q.   Is that Officer Fay?

15   A.   Fay, yeah.

16   Q.   You're familiar with Officer Fay?

17   A.   Hm-hm.

18   Q.   You have to answer, for the record.

19   A.   I don't.

20   Q.   You don't understand my question?  Do you know

21        who Officer Fay is?

22   A.   I don't.

23   Q.   You just remember seeing a lady?

24   A.   Yeah.

VOL. 1 - 12
MING MOY

1   Q.   She was dressed in uniform?

2   A.   Uniform.

3   Q.   A Chelmsford Police officer?

4   A.   Yeah.

5   Q.   Was she working a detail that night?

6   A:   Yes.

7   Q.   Was it the custom and practice of the restaurant

8        to hire officers on evenings to work details at

9        the restaurant?

10  A.   Hm-hm.  Yes, sir.

11  Q.   Had you seen Officer Fay before that night, do

12       you recall?

13  A.   Before?

14  Q.   In other words, had you ever seen Officer Fay

15       prior to or before August 31st?

16            MRS. MOY:  I'm going to explain.

17  Q.   (By Mr. Silverfine) You don't understand the

18       question?

19  A.   No.

20            MRS. MOY:  The woman, policeman you

21       see before?

22            THE WITNESS:  No, I don't.

23            MRS. MOY:  First time you see this

24       man, first day?

DUNN & GOUDREAU

1        THE WITNESS:  Yeah.

2        MRS. MOY:  She never work before?

3        THE WITNESS:  No.

4   Q.   (By Mr. Silverfine)  That's the first time

5        you've seen Officer Fay?

6   A.   First time.

7   Q.   Do you recall what hours she was assigned to

8        work for the restaurant that night, like, when

9        she started?

10  A.   No.

11  Q.   Was there a typical shift that an officer at the

12       Hong Kong would be assigned to that you would

13       pay for; do you recall that?

14  A.   No, I'm not pay for.

15  Q.   You don't remember that?

16  A.   I don't remember, yeah.

17  Q.   Are you familiar with a gentleman named Richard

18       Fries?

19  A.   Richard Fries?

20  Q.   Does that ring a bell at all?

21  A.   No.

22  Q.   Do you recall at some point in time Mr. Coviello

23       leaving the Hong Kong that night?

24  A.   I don't see him.

VOL. 1 - 14
MING MOY

1   Q.   You don't see him?

2   A.   No, I don't.

3   Q.   Let me rephrase it if I can.  Did you observe

4        Mr. Coviello -- After you saw him go to the bar

5        did you see him after that?

6   A.   Going to the bar, after I didn't see him.

7   Q.   You didn't see him the rest of the night?

8   A.   Not at all.

9   Q.   Did you see him go out to his car and leave the

10       restaurant?

11  A.   No, sir.

12  Q.   Did you see anyone or hear anyone -- strike

13       that.  Did you see any patrons, any customers

14       make any comments at Officer Fay that night?

15  A.   No, sir.

16  Q.   Did you hear anyone, any patrons, customers make

17       any comments to Officer Fay that night?

18  A.   No, sir.

19  Q.   Let me just understand it.  I'm going to

20       rephrase a little bit.  You didn't see the

21       gentleman, Mr. Coviello, sitting at the table

22       today, you didn't see him leave the restaurant

23       with anyone that night?

24  A.   Yes.

1    Q.   Is that right?

2    A.   Yeah; right.  That's true.

3    Q.   You have a good memory of the events?

4    A.   Yeah, I have a good memory.

5    Q.   Are you on any medication at the present?

6    A.   No.

7    Q.   Is anything prohibiting your memory with

8         anything that you're taking, anything that would

9         interfere with your memory?  Do you understand

10        my question?

11   A.   No, I'm not.

12   Q.   You don't understand?  No?

13             MRS. MOY:   That night, you take any

14        medication?  You not forgetting?  You remember

15        every little thing?  You remember everything?

16             THE WITNESS:  Yes.

17             MRS. MOY:  He never see him leaving?

18             THE WITNESS:  No.

19   Q.   (By Mr. Silverfine)  My question is, is there

20        anything today which would affect your memory;

21        anything you're taking today?  Do you take any

22        medications at all?

23             MRS. MOY:  You're taking medication.

24             THE WITNESS:  I take high blood

VOL. 1 - 16
MING MOY

1    pressure.

2              MRS. MOY:  And cholesterol.

3              THE WITNESS:  And cholesterol.

4    Q.  (By Mr. Silverfine)  Does that affect your

5        memory at all?

6              MRS. MOY:  No.  No.

7    Q.  (By Mr. Silverfine)  Does that affect your

8        memory at all?

9    A.  I remember.

10   Q.  Did you see Officer Fay use her police radio

11       that night?  Yes?

12   A.  No.  I don't remember.

13   Q.  You don't remember or you didn't see?

14   A.  No, I didn't see.

15   Q.  Let me ask you this:  Did you have a

16       conversation either by telephone or in person

17       with a person who identified himself as an

18       investigator for Mr. Coviello over the last few

19       years?

20   A.  No, sir.

21   Q.  You did not?

22   A.  No.

23   Q.  Let me ask you specifically, back in August of

24       2002 did you have a interview or talk to an

VOL. 1 - 17
MING MOY

1          investigator for Mr. Coviello?

2     A.   No, sir.

3     Q.   You never did?

4     A.   Never.

5     Q.   You never talked to anyone?

6     A.   Never talked to anyone.

7     Q.   You're sure of that?

8     A.   I'm sure.

9     Q.   No one ever came up to you on behalf of

10         Plaintiff Coviello and identified himself as an

11         investigator and said, I want to talk to you?

12    A.   No, sir.

13    Q.   Did you talk to any lawyers for Mr. Coviello?

14    A.   No, sir.

15    Q.   Am I the first lawyer you're seeing?

16    A.   First lawyer.

17    Q.   First lawyer?

18    A.   Yes, sir.

19    Q.   Did Mr. Coviello ever talk to you about the

20         incident of August 31st, 2001?

21    A.   No, sir.

22    Q.   When's the last time you saw Mr. Coviello?

23    A.   Today.

24    Q.   All right.  Since that time you haven't seen

1      him?

2   A.  No.

3   Q.  Have you talked to anyone since

4       August 31st/September 1st of 2001 about this

5       incident?  Do you understand my question?

6   A.  I understand.  No.

7   Q.  No?  I'm the first person who's asking you

8       questions about this episode?

9   A.  That's right.

10  Q.  Let me ask you specifically, did you ever tell

11      anyone that you remembered the incident and you

12      remembered Officer Fay walking toward the door

13      when Mr. Fries left?

14  A.  No.

15  Q.  Did you ever tell anyone that you saw Officer

16      Fay use her radio?

17  A.  No.

18  Q.  Back on September 3 of 2002, so about a year

19      after this incident, did you speak to an

20      investigator for Mr. Coviello, with a Mr. Leon

21      Leung?

22  A.  No.

23  Q.  Do you know Leon Leung?

24  A.  No, I don't.

VOL. 1 - 19
MING MOY

1  Q.  Back on September 3, 2002, did you have a

2      conversation with anyone at the Hong Kong

3      restaurant about this incident?

4  A.  No, sir.

5  Q.  You're sure about that?

6  A.  Nobody tell me; I don't know nothing.

7  Q.  I'm not asking whether you know anything.  Did

8      you have any conversation with anyone?

9  A.  No, sir.

10 Q.  I may be pronouncing this name wrong, it's

11     L-E-U-N-G.  L-E-U-N-G, do you know that person?

12 A.  No, sir.

13 Q.  Leon Leung, a schoolteacher that speaks the same

14     dialect of Chinese-Cantonese that you do?  Do

15     you speak Chinese-Cantonese?

16 A.  Yes.

17 Q.  Do you recall having a conversation with a

18     schoolteacher, Chinese, and an investigator?

19 A.  No.

20 Q.  Did you ever have such a conversation?

21 A.  No.

22 Q.  Are you sure you never spoke to a person who

23     identified themselves to you as a private

24     investigator about this episode?

VOL. 1 - 20
MING MOY

1  A.  No.

2  Q.  Do you understand my question?  My question was,

3      and I'll go slowly:  Did you ever during the

4      last four years have a conversation with anyone

5      who identified themselves as a private

6      investigator about this incident?

7  A.  No, sir.

8  Q.  You understand everything I've been saying so

9      far?

10 A.  Yeah.

11 Q.  You'll tell me if you don't understand?

12 A.  I tell you if I don't understand.

13 Q.  Did you tell anyone on September 3, 2002, or

14     thereabouts that you remember Officer Fay using

15     her radio?

16 A.  No, I'm not remember.

17 Q.  You don't remember or you didn't have the

18     conversation?

19 A.  I don't have the conversation.

20          MRS. MOY:  Did you, Mrs. Fay, the

21     policeman?

22          THE WITNESS:  Yeah.

23 Q.  (By Mr. Silverfine)  Let's backtrack so I'm

24     understanding it.  Did you ever have a -- strike

VOL. 1 - 21
MING MOY

1     that.  You knew Officer Fay?

2   A.  Yeah.

3   Q.  Did she work for the Hong Kong after

4       August 31st?  Did she work at the Hong Kong

5       after that?

6   A.  No.

7   Q.  She never worked there again?

8   A.  No.

9   Q.  You never saw her?

10  A.  Yeah, I never saw her.

11  Q.  Again, you understand my question?

12  A.  Yeah.

13  Q.  Do you, yourself, know what kind of car

14      Mr. Coviello was driving on August 31st, 2001?

15  A.  I don't know.

16  Q.  You didn't see that?

17  A.  I didn't see.

18  Q.  So far you've understood everything I've said?

19  A.  Yes, sir.

20  Q.  I just want to make sure.  Do you know a Rob

21      Moores?

22  A.  Rob Moore?

23  Q.  Rob Moores, do you know that name?

24  A.  No.

1  Q.  Do you know a woman named Lillian Clark?

2  A.  No.

3  Q.  Did you, yourself, have any conversations with

4      Mr. Coviello after you went to the bar on

5      August 31st?

6  A.  No, sir.

7  Q.  Once he went to the bar you didn't see him after

8      that; that was it?

9  A.  Yeah.

10 Q.  Did you overhear any conversation Mr. Coviello

11     had that night after he went to the bar?  Did

12     you hear anything that he said?

13 A.  No.

14 Q.  Do you, yourself, know what Mr. Coviello was

15     drinking that night of August 31st, 2001; do you

16     know what he ordered?

17 A.  No, I don't.

18 Q.  I'm just asking.

19 A.  Okay, sir.

20 Q.  Give me one second here.  Besides being here

21     today, has anyone talked to you about that night

22     since August 31st, 2001?

23 A.  No, sir.

24 Q.  Did the police ever talk to you about it?

VOL. 1 - 23
MING MOY

1    A.   No, sir.

2    Q.   Nobody ever came to talk to you?

3    A.   Nobody come.

4    Q.   Anyone from the DA's office talk to you about

5         it?

6    A.   No, sir.

7    Q.   You're clear nobody from Mr. Coviello on his

8         behalf, an investigator, a lawyer, or

9         Mr. Coviello talked to you about this?

10   A.   No.

11              MR. SILVERFINE:  I have nothing

12        further.  Mr. Coviello will have an opportunity

13        to ask you questions.

14              MR. COVIELLO:  Okay, I do.  Can I ask

15        her a question or does it have to be directed to

16        him?

17              MR. SILVERFINE:  The deposition is for

18        him; you have to depose her on a separate --

19   CROSS-EXAMINATION

20   Q.   (By Mr. Coviello)  Mr. Moy, you speak

21        Cantonese-Chinese?

22   A.   Yeah.

23   Q.   English not too little?

24   A.   Yeah.

VOL. 1 - 24
MING MOY

1    Q.   A little bit, not fluently back and forth, quick
2         talk?
3    A.   Yeah.  Yeah.
4    Q.   Fairly good?
5    A.   Yeah.
6    Q.   But you speak mainly Cantonese-Chinese?  Yes?
7    A.   Yeah.
8              MR. COVIELLO:  That's all.
9              MR. SILVERFINE:  Mr. Moy, you're free
10        to go.  Thank you.
11             MR. SILVERFINE:  Thank you.  We have
12        your address; right?
13             THE WITNESS:  Yeah.
14         (Whereupon the deposition of Ming Moy
15        concluded at 10:25 a.m.)
16
17
18
19
20
21
22
23
24

VOL. 1 - 26
MING MOY


Commonwealth of Massachusetts


I, June N. Poirier, Notary Public in
and for the Commonwealth of Massachusetts, do
hereby certify that there came before me on
the 28th day of September, 2005, the deponent
herein, who was duly sworn by me; that the
ensuing examination upon oath of the said
deponent was reported stenographically by
me and transcribed into typewritten form
under my direction and control; and that the
within transcript is a true record of the
questions asked and the answers given at said
deposition, to the best of my knowledge, skill
and ability.

I FURTHER CERTIFY that I am neither
attorney nor counsel for, nor related to or
employed by any of the parties to the action
in which this deposition is taken; and, further,
that I am not a relative or employee of any
attorney or financially interested in the outcome
of the action.

IN WITNESS WHEREOF I have hereunto set
my hand and affixed my seal of office this
20 day of October , 2005.


June N. Poirier, Notary Public
Commonwealth of Massachusetts
My Commission Expires:
June 23, 2011

VOL. 1 - 27
MING MOY


ERRATA SHEET

Date of Deposition:  September 28, 2005

Case Name:  Coviello v. Town of Chelmsford

Deponent's Name: Ming Yui Moy

        I, the undersigned, do hereby certify
that I have read the foregoing deposition
transcript and that to the best of my knowledge,
said deposition transcript is true and accurate
(with the exceptions of the following changes
listed below):


                                _____
                                MING MOY


                        Dated_____


Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____

Page No.____  Line No.____  Correction_____