# EXHIBIT 15

# (DISPATCH TAPE AND CD TO BE HAND-DELIVERED TO THE COURT)