# EXHIBIT 17

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,  )
    Plaintiff,  )
  )
V.  )    C.A. NO.: 04 11901 MLW
  )
TOWN OF CHELSMFORD, et al  )
    Defendants  )

### DEFENDANT FRANCIS ROARK'S ANSWERS TO PLAINTIFF, JERRY COVIELLO'S INTERROGATORIES

### INTERROGATORY NO. 1

Were you aware then and/or are you aware now of any transmittion made in any way, to any one, by a female Chelmsford Mass police officer now identified as Jennifer Fay regarding a verbal communication by Richard Fries to her?

### ANSWER

No.

### INTERROGATORY NO. 2

Were you aware then and/or are you aware now of any transmittoin made in any way, to any one, by a female Chelmsford Mass police officer now identified as Jennifer Fay regarding my car?

### ANSWER NO. 2

No.

### INTERROGATORY NO. 3

Were you aware then and/or are you aware now of any transmittion made in <u>any way</u> to <u>any one</u> by a female Chelmsford Mass. police officer now identified as Jennifer Fay asking or suggesting that my car be stopped?

## ANSWER NO. 3

No.

## INTERROGATORY NO. 4

When producing data file C.D.'s and audio C.D.'s of turret communications of the night in question did you deliberately omit through editing transmittions between a female Chelmsford Mass. police officer now identified as Jennifer Fay and anyone else regarding verbal communications made to her by Richard Fries, my car, asking or suggesting my car be stopped?

## ANSWER NO. 4

No.

## INTERROGATORY NO. 5

Did you enter the turret communications of the night in question from a "MASTER" recording onto a computer for any reason?

## ANSWER NO. 5

The Chelmsford Police Department does not have so-called "Turret" tapes.

## INTERROGATORY NO. 6

Did you use "editing Software" or <u>Any method at all</u> to edit out any sounds, or any portion of the turret communications contained on those C.D.'s

## ANSWER NO. 6

The Chelmsford Police Department does not have so-called "Turret" tapes.

## INTERROGATORY NO. 7

Did you knowingly supply falsified evidence for criminal case Comm. V. Coviello, MICR 2001-01129, and Civil Case Coviello v. Town of Chelmsford, 04-11901-MLW?

## ANSWER NO. 7

No.

2

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF September, 2006.

*Francis X Roark*
~~Frank Rourke~~
Francis X. Roark
Deputy Chief of Police (Ret.)
Chelmsford Police Department

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO, )
    Plaintiff, )
)
V. ) C.A. NO.: 04 11901 MLW
)
TOWN OF CHELSMFORD, et al )
    Defendants )

### DEFENDANT FRANCIS ROARK'S ANSWERS TO PLAINTIFF, JERRY COVIELLO'S INTERROGATORIES

Now comes the Defendant Francis Roark in the above-referenced matter and hereby supplements his answers to interrogatories propounded upon him as follows:

### INTERROGATORY NO. 4 (No. 2)

When producing a cassette tape of turret communications of the night in question did you deliberately omit, through editing, transmittions between a female Chelmsford Mass. police officer now identified as Jennifer Fay and anyone else regarding; any verbal communications made to her by Richard Fries, my car, asking or suggesting my car be stopped? (sic)

### ANSWER NO. 4 (No. 2)

Objection. The defendant objects to this interrogatory on the grounds that it is vague and confusing. Further, the Chelmsford Police Department does not have so-called "Turret" tapes. Nevertheless, notwithstanding said objection and without waiving same, the defendant states as follows: no.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF January, 2007.

_Francis D. Roark_
Francis Roark

As To Objections:

_____
Jeremy I. Silverfine, BBO # 542779
Leonard E. Kesten, BBO # 542042
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 1/9/07

2