# EXHIBIT 21

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                      )
     Plaintiff,                     )
                             )
V.                                   )        C.A. NO.:  04 11901 MLW
                             )
TOWN OF CHELSMFORD, et al )

**AFFIDAVIT OF KATHLEEN REDLUND**

I, Kathleen Redlund, under oath, state as follows:

1.     I am President of Acorn Recording Solutions, Inc.("Acorn").  In 1998, Acorn began to sell and service digital recorders.  Presently Acorn services 400-500 9-1-1 centers throughout New England and other areas of the country.

2.     I began selling recorders before they became digital.  I worked for Lanier Worldwide (a Fortune 200 company) selling the exact same recorder used by the Chelmsford Police Department but under the Lanier label.  In 1994 I was the top sales representative for Lanier Worldwide.  I have also attended numerous training programs regarding digital recorders.

3.     I am familiar with the Eyretel E1000 ("Eyretel") recording system used by the Chelmsford Police Department at the time of the incidents alleged by the plaintiff.  I began selling this type of recorder in 1993 and continued after Acorn formed.

4.     In 1998, Acorn was performing all back-up service for the Massachusetts 9-1-1 Public Service Answering Positions ("PSAP"). In 2003, Acorn began a multi-year contract as the primary service and support for all Massachusetts 9-1-1 PSAPs that use the Eyretel.  The Eyretel is used in many police and fire departments as well as the private sector throughout the country.

5.     Eyretel records when audio inputs are received through channel input connectors on the line interface board.  The audio signals pass through the analog to a digital converter before it reaches the record card.  The record card compresses the audio for storage, buffering approximately 8 seconds before it is copied to the digital media.  The date is stored on the media as a unique call record, with each call tagged using a call index.

6.     The recorder software has many adjustments for Voice Operated Switch ("VOX") recording. VOX turn on time is usually set for 494 milliseconds, VOX run on time is set for 8 seconds and VOX restart time is 247 milliseconds. In other words, it will start recording  as soon as it hears about a half second of

audio and stays recording as long as it hears audio. After 8 seconds of silence, the system will stop recording and start again when audio returns.

7.     The Digital Audio Tape ("DAT") used by Eyretel have many digital sectors for recording and does not record linearly like older reel-to-reel tapes. The Eyretel proprietary DAT recording program tape has separate sections: start block, recording data, FAT files, Index, End of Block and EOD. This is for security of each tape to prevent editing or tampering call files.

8.     The Chelmsford Police Department Eyretel recorder system records the 4 Answering Point Units (" APU") 9-1-1 positions, 4 telephones and 7 radios.

9.     If a dispatcher has a microphone open and the telephone is off the hook, the call would be recorded on both channels. Depending on the radio system, one radio call could be heard over more than one frequency or channel.

10.     If a DAT tape was edited it would not play and would come up as an invalid index on the display or default.

11.     A tape must remain intact to play calls on it. The recorder software requires it to check the indexes first when a tape is loaded for replay.

12.     To search for a call on the Eyretel, one would press search and enter a password. The display would ask for the disk or DAT. You would enter as much information as you can about the call you want and press "enter". The display will show the start time and date of the call closest to the selection.

13.     To make copies of a call, the front of the recorder has a line out and an analog tape deck could be plugged in and the call could be recorded to a cassette tape.

14.     An easier way to copy a call is with the Eyretel proprietary software, "EWare" which can select time sequence and will replay in proper order. EWare allows you to save calls as a digital wave file. The copy made by EWare is clearer than that copied to an analog tape as analog tape decks have capstan drives that start and stop the tape and to coordinate with the calls can cause them to be out of synchronization as tapes need to tighten the slack of tape before going over the record head to begin recording. EWare records the audio to a digital wave file as it is within the records and does not have to coordinate with a tape or tape drive.

15.     I have reviewed the allegations made by Mr. Coviello and the report of his expert, Zed McLarnon.

16.     It is my understanding that the plaintiff and Mr. McLarnon claim that the Chelmsford Police officers manipulated or deleted portions of calls made to the police department between August 31, 2001 and September 1, 2001. Based upon my training and experience with the Eyretel system in place at the Chelmsford

Police Station on the dates in question, it is impossible to delete or manipulate portions of the calls for the following reasons:

a) Unlike the old so-called "turret" tapes that used a reel of tape that could recorded linearly (i.e. channel 1 would always record on the edges of the tape, channel 2 would record on track 2, etc), the DAT tape technology used by the Chelmsford Police Department is like a miniature hard drive. Each DAT tape has 6 separate sections. When a call is replayed, all sections must be intact for it to play at all.

b) The proprietary software by Eyretel does not allowing editing. A call could only be edited once it was recorded to a cassette tape or to an editing program.

c) The copies of the Chelmsford Police Department audio recordings used by Mr. McLarnon were re-recorded to Mr. McLarnon's digital audio workstation ("DAW"). It appears that Mr. McLarnon used the "Soundscape Editor" as a program to analyze the Chelmsford Police Department audio recordings. Soundscape is a generic audio program used in the music industry and is not appropriate to use as it is not specifically designed for the Eyretel DAT tape. It also appears that Mr. McLarnon tried to edit the pages of his analysis to delete any reference to Soundscape as the words "song position" appear on the 1st page of Appendix 8 of Mr. McLarnon's report but not on any subsequent pages.

d) Mr. McLarnon used the following for comparison:

-State DataFile-which is a copy made after re-recording the original call first onto a cassette then onto the DAW;

-Tape #2 District Attorney-which is a copy made after re-recording the original call onto a cassette for plaintiff's criminal defense Attorneys Wyman and Foley and then onto the DAW;

-Coviello 6.16L-which is the audio CD produced by Lieutenant Scott Ubele with Mr. McLarnon observing which was made with Eyretel software locating calls and copying them onto a CD. A printout of the calls was also provided to Mr. McLarnon and it is impossible to edit the calls in the report;

-Bratton Cassette 8.11.04-which is another cassette tape produced simultaneously to the Coviello 6.16L CD.

17.    It is inappropriate to attempt to compare audio recordings made using analog tapes to copies made using the Eyretel proprietary software.

18.    The time variances that Mr. McLarnon refers to and relies upon were caused by re-recording the calls several times and not because of any editing or manipulation of the audio recordings, which is impossible with the Eyretel system.

Signed under the pains and penalties of perjury this _____ day of _____, 2007.

_____
Kathleen Redlund

18.     The time variances that Mr. McLarnon refers to and relies upon were caused by re-recording the calls several times and not because of any editing or manipulation of the audio recordings, which is impossible with the Eyretel system.

        Signed under the pains and penalties of perjury this _____ day of

2007.

                                        _____
                                        Kathleen Redlund