UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,             )
    Plaintiff,              )
                            )
V.                          )        C.A. NO.: 04 11901 MLW
                            )
TOWN OF CHELSMFORD, et al   )


AFFIDAVIT OF JEREMY I. SILVERFINE

I, Jeremy Silverfine, hereby depose and say as follows:

1  I am an attorney at Brody, Hardoon, Perkins & Kesten, One Exeter Plaza, Boston, MA 02116, which represents the defendants Fay, Hannagan Spinney, Ubele and the Town of Chelmsford in the captioned action.

2. I am a practicing attorney in good standing in the Commonwealth.

3. Excerpts from the deposition testimony of Gerald Coviello, attached to the Defendants' Motion for Summary Judgment, as Exhibit 1, are a true and accurate copy to the best of my knowledge and belief;

4. Excerpts from the criminal trial of Commonwealth v. Coviello, attached to the Defendants' Motion for Summary Judgment as Exhibit 2, are a true and accurate copy to the best of my knowledge and belief;

5. Excerpts from the deposition testimony of Richard Fries, attached to the Defendants' Motion for Summary Judgment as Exhibit 3, are a true and accurate copy to the best of my knowledge and belief;

6. The defendant Fay's Answers to Interrogatories, attached to the Defendants' Motion for Summary Judgment as Exhibit 4, are a true and accurate copy to the best of my knowledge and belief;

7. Lieutenant James Spinney's report attached to the Defendants' Motion for Summary Judgment as Exhibit 4, is a true and accurate copy to the best of my knowledge and belief as Exhibit 5;

8. The report of Officer Michael Horan, attached to the Defendants' Motion for Summary Judgment as Exhibit 6, is a true and accurate copy to the best of my knowledge and belief;

9.  Michael Horan's Answers to Interrogatories attached to the Defendants' Motion for Summary Judgment as Exhibit 7, are a true and accurate copy to the best of my knowledge and belief;

10. Excerpts from the deposition testimony of Lillian Clark, attached to the Defendants' Motion for Summary Judgment as Exhibit 8, are a true and accurate copy to the best of my knowledge and belief;

11. The report of then Lieutenant James Spinney, attached to the Defendants' Motion for Summary Judgment as Exhibit 9, is a true and accurate copy to the best of my knowledge and belief;

12. James Spinney's Answers to Interrogatories, attached to the Defendants' Motion for Summary Judgment as Exhibit 10, are a true and accurate copy to the best of my knowledge and belief;

13. The report of Officer Gary Hannagan attached to the Defendants' Motion for Summary Judgment as Exhibit 11, is a true and accurate copy to the best of my knowledge and belief;

14. Gary Hannagan's Answers to Interrogatories, attached to the Defendants' Motion for Summary Judgment as Exhibit 12, are a true and accurate copy to the best of my knowledge and belief;

15. The booking report, Probable Cause Determination and Indictments attached as attached to the Defendants' Motion for Summary Judgment as Exhibit 13, are true and accurate copies to the best of my knowledge and belief;

16. Excerpts from the deposition testimony of Ming Yui Moy, attached to the Defendants' Motion for Summary Judgment as Exhibit 14, are a true and accurate copy to the best of my knowledge and belief;

17. The Chelmsford Police dispatch tape and CD-rom attached to the Defendants' Motion for Summary Judgment as Exhibit 15, are true and accurate copies to the best of my knowledge and belief;

18. Scott Ubele's Answers to Interrogatories, attached to the Defendants' Motion for Summary Judgment as Exhibit 16, are a true and accurate copy to the best of my knowledge and belief;

19. Frank Roarke's Answers to Interrogatories, attached to the Defendants' Motion for Summary Judgment as Exhibit 17, are a true and accurate copy to the best of my knowledge and belief;

20. Zed McLarnon's resume, attached to the Defendants' Motion for Summary Judgment as Exhibit 18, is a true and accurate copy to the best of my knowledge and belief;

21. Zed McLarnon's report, attached to the Defendants' Motion for Summary Judgment as Exhibit 19, is a true and accurate copy to the best of my knowledge and belief;

22. The copy of Complaint and articles relating to McLarnon's claims attached to the Defendants' Motion for Summary Judgment as Exhibit 20, are true and accurate copies to the best of my knowledge and belief;

23. The affidavit of the defendants' expert, Kathleen Redlund, attached to the Defendants' Motion for Summary Judgment as Exhibit 21, is a true and accurate copy to the best of my knowledge and belief.

Signed under the pains and penalties of perjury this 2nd day of March, 2007.

  /s/ Jeremy Silverfine
Jeremy Silverfine