UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,        )<br>    Plaintiff,        )<br>                        )<br>V.                      )<br>                        )<br>TOWN OF CHELSMFORD, et al  ) | C.A. NO.:  04 11901 MLW |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendants in the above-captioned matter and certifies that they have conferred with Jerry Coviello, the *pro se* plaintiff, by telephone on March 2, 2007, regarding *Defendants' Motion for Summary Judgment and supporting memorandum* in a good faith attempt to resolve or narrow the issues raised in said motion.

Respectfully submitted,

  /s/ Jeremy I. Silverfine
Leonard E. Kesten, BBO # 542042
Jeremy I. Silverfine, BBO # 542779
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Date: March 2, 2007