UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JERRY COVIELLO )<br>          Plaintiff )<br>)<br>v. )<br>)<br>TOWN OF CHELMSFORD et al. )<br>          Defendants ) | CIVIL ACTION NO. 04-11901-MLW<br><br>DEFENDANT MICHAEL HORAN'S<br>MOTION FOR SUMMARY<br>JUDGMENT ON CLAIMS RELATED<br>TO DISPATCH RECORDING AND<br>REQUEST FOR ORAL ARGUMENT |

     Defendant Michael Horan moves for summary judgment under Fed.R.Civ.P. 56(b) on the plaintiff's claims related to the Chelmsford Police Department dispatch recording.

     As grounds for this motion, defendant Horan states the following.

1. Defendant Michael Horan had moved for summary judgment on the claims against him related to the September 1, 2001 stop of the plaintiff.

2. The plaintiff's amended complaint (Document No. 89) adds claims against defendants Frank Rourke and Scott Ubele for participating in a conspiracy against him by editing a "turret tape" produced to the plaintiff, which "tape" is likely to be how the plaintiff describes the audio recording from the Chelmsford Police Department dispatch on September 1, 2001 and possibly on August 1, 2001.

3. Since the January 29, 2007 status conference with the District court, the undersigned attorney for defendant Horan learned from the pro se plaintiff that he was pursing his claims related to the dispatch recording against defendant Horan.

4. Defendant Michael Horan concisely states the following material facts of record as to which defendant Horan contends there is no genuine issue to be tried.

    (a) Michael Horan has never had possession, custody or control of the original or any copy of the Chelmsford Police Department dispatch

recording for August 31 or September 1, 2001 before its production to plaintiff Jerry Coviello. Affidavit of Michael Horan (attached) para. 1.

(b) Michael Horan had no role in copying or production of the dispatch recording to plaintiff Jerry Coviello. Affidavit of Michael Horan para. 2.

5. Because defendant Horan never had the dispatch recording or a copy of the dispatch recording before its production to the plaintiff, and because defendant Horan had no role in copying or producing the dispatch recording to the plaintiff, he cannot liable to the plaintiff for the allegedly edited copy the plaintiff claims to have received.

6. Defendant Horan adopts the grounds advanced by the other defendants for the dismissal of claims relating to the production of the dispatch recording.

## REQUEST FOR ORAL ARGUMENT

Defendant Michael Horan requests oral argument of this motion.

Defendant Michael Horan

By his attorney

I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail and upon the attorney of record for each other party electronically on March 2, 2007.
   /s/ Gerald Fabiano
   Gerald Fabiano

/s/ Gerald Fabiano

Gerald Fabiano  BBO No. 157130
Pierce, Davis & Perritano, LLP
10 Winthrop Square  5th Floor
Boston, MA  02110
617-350-0950

## CERTIFICATE OF COMPLIANCE

I hereby certify that I conferred with the pro se plaintiff and with the attorney of record for each other party in a good faith attempt to resolve or narrow the issues presented by this motion.
   /s/ Gerald Fabiano
   Gerald Fabiano

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JERRY COVIELLO | ) | CIVIL ACTION |
| Plaintiff | ) | NO. 04-11901-MLW |
| | ) | |
| v. | ) | AFFIDAVIT OF DEFENDANT |
| | ) | MICHAEL HORAN |
| TOWN OF CHELMSFORD et al | ) | |
| Defendants | ) | |

I, Michael Horan, state the following.

1. I have never had possession, custody or control of the original or any copy of a recording of the Chelmsford Police Department dispatch recording for August 31 or September 1, 2001 before its production to plaintiff Jerry Coviello.

2. I had no role in the copying or production of the dispatch recording to plaintiff Jerry Coviello.

Signed under penalties of perjury

_____   2-27-07
Michael Horan                Date

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants in March 2, 2007.

_____
Gerald Fabiano