United States District Court
District of Massachusetts

Jerry Coviello
   plaintiff

V.                                    CA# 04-11901-MLW

Town of Chelmsford
      Chelmsford, P.D.
         et al, Defendants

dated; March 2nd 2007

---

Now comes the plaintiff to inform the court that I have been contacted by the court reporting firm of Dunn & Goudreau and they have informed me that a copy of the deposition of one of my witnesses, Lillian Clark, is now available. I will be forwarding the necessary pages to the court A.S.A.P. E see motion for Summary Judgement, attached exhibit no.

4, and supporting AFFidavit.

Respectfully Submitted;

*Jerry Coviello*

Jerry Coviello  Pro-SE
86 Richardson Rd. #1
N. Chelmsford, MA. 01863
ph. 978-771-3061
or    978-884-8513