UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11901

| Jerry Coviello | Town of Chelmsford et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Pro Se | Jeremy Silverfine |
|  | Gerald Fabiano |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

## CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 5/7/07 | Court goes over preliminary matters with the parties.  Court hears oral arguments on the motions to strike. Court denies the defendant's motion to strike the affidavit of .  Court allows the motion to strike the affidavit of Mr. Mui.  Court reserves ruling on the plaintiff's motion to strike the defendant's expert Ms. Redlund.  Court does however strike the information contained in Ms. Redlund's affidavit that is not contained in her report. Court orders the defendants to maintain the master disk for the purpose of the trial.  Court denies the defendant's motion to strike the plaintiff's expert Mr. McClaren.  Court now moves to the oral arguments on the cross motions for summary judgment.  Court grants summary judgment with respect to the excessive force claim against the Town of Chelmsford, Chief McCusker in his official capacity and Lynch.  Court does find that the Chief can be held liable on a supervisory basis.  Court denies all motions for summary judgment on the excessive force claim.  No party briefed the false imprisonment clam so that will have to be briefed with regard to the pre-trial conference.  Court dismisses Horan from the false imprisonment along with the town, Lynch and McCusker in his official capacity, Ubele and Rourk are out as well.  Court sets a trial schedule with pretrial conference on 6/22/07 at 3:00.  Trial set for 8/6/07.  Court sets aside two weeks for the trial.  Court also orders the parties to confer and report regarding settlement by 5/23/07. |