```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


JERRY COVIELLO,                )
     Plaintiff                 )
                               )
        v.                     )    C.A. No. 04-11901-MLW
                               )
TOWN OF CHELMSFORD et al.,     )
     Defendants                )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                          May 10, 2007

Pursuant to 42 U.S.C. §1983, pro se plaintiff Jerry Coviello alleges civil rights claims against Chelmsford Police Officers Jen Fay, Michael Horan, Gary Hannagan, Frank Rourke, Scott Ubele, and Lieutenant James Spinney, Chief Raymond McCusker, the Town of Chelmsford, and Town Manager Bernard Lynch.

In his Amended Complaint, the plaintiff alleges that the defendants conspired to use excessive force in violation of the Fourth Amendment (Count I). He also contends that he was wrongfully imprisoned in violation of the Fourth or Fifth Amendment (Count II). Finally, the plaintiff claims that the defendants have, by tampering with evidence that would expose the underlying conspiracy, unconstitutionally denied the plaintiff's right to petition the courts under the First Amendment (Count III). The parties have objected to several declarations and have filed cross-motions for summary judgment.

1

For the reasons stated at the May 7, 2007 hearing, it is hereby ORDERED that:

1. Plaintiff's Motion to Strike Redlund's Expert Report (Docket No. 135) is RESERVED. If the motion is denied and Redlund is permitted to testify, her testimony will be limited to the opinions stated in her October 2, 2006 expert report. She may not testify to additional matters addressed in her undated affidavit which was filed with the defendants' motion for summary judgment on March 2, 2007.

2. The defendants' objection to the declaration of Ming Yui Moy is ALLOWED.

3. The defendants' objection to the declaration of Lillian Clark is DENIED.

4. The defendants' objection to Zed McLarnon's expert report is DENIED.

5. Defendant Horan's Motion for Summary Judgment on Counts I and II (Docket No. 117) is ALLOWED.

6. Defendant Horan's Motions for Summary Judgment on Count III (Docket No. 132) is DENIED.

7. Defendants Fay, Hannagan, Spinney, Rourke, Ubele, Lynch, McCusker, and Town of Chelmsford's Motion for Summary Judgment (Docket No. 127) is DENIED in part and ALLOWED in part.

   a) Summary judgment is granted to the Town, Lynch in his official and individual capacities, and McCusker in his official

capacity on Counts I, II, and III.

      b) Summary judgment is granted to Rourke and Ubele on Counts I and II.

      c) Summary judgment is denied to Rourke and Ubele on Count III.

      d) Summary judgment is denied to Fay, Hannagan, Spinney, and McCusker acting in his individual capacity on Count I, II, and III.

   8. The Plaintiff's Motion for Summary Judgment (Docket No. 134) is DENIED.

   9. The parties shall comply with the attached Procedural Order.

                              /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE