UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO ) | CIVIL ACTION |
| Plaintiff ) | NO. 04-11901-MLW |
| v. ) | |
| ) | |
| TOWN OF CHELMSFORD et al. ) | REPORT ON SETTLEMENT |
| Defendants ) | |

The undersigned attorney for defendant Michael Horan has conferred on settlement with pro se plaintiff Jerry Coviello and with the attorney for the other defendants. Both have also told the undersigned that they have spoken with each other, as well. The undersigned reports the following to the District Court. Pro se plaintiff Jerry Coviello and the attorney for the other defendants, Jeremy Silverfine, asked the undersigned to report the following to the District Court for them, as well.

1. The parties have not reached a settlement at this time.

2. Mediation may be helpful in the settlement of this case. The parties request that the District Court postpone its deadlines, pre-trial conference and trial date by forty days to allow mediation with a Magistrate Judge.

I hereby certify that this document sent electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 23, 2007.

/s/ Gerald Fabiano
Gerald Fabiano

Defendant Michael Horan
By his attorney
/s/ Gerald Fabiano

Gerald Fabiano  BBO No. 157130
Pierce, Davis & Perritano, LLP
10 Winthrop Square  5th Floor
Boston, MA  02110
617-350-0950