UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,           )<br>    Plaintiff,             )<br>                                        )<br>V.                                    )<br>                                        )<br>TOWN OF CHELSMFORD, et al )<br>    Defendants.         ) | C.A. NO.:  04 11901 MLW |

### JOINT MOTION FOR REFERRAL TO MAGISTRATE FOR ADR/MEDIATION AND REQUEST FOR EXTENSION OF TIME OF COURT DEADLINES

Now comes the parties in the above-referenced matter and request this Honorable Court refer this matter to a magistrate for purposes of ADR/mediation. Pursuant to the court's order the parties have discussed settlement in this case (see document 146) and wish to further pursue settlement discussion. To that end, the parties believe that a neutral magistrate or mediator would be appropriate.

Further, the parties request that the deadlines set to file pretrial briefs and other trial documents by June 1, 2007 and other corresponding deadlines be continued for an additional 40 days, or additional time if the court deems necessary, so that they may pursue ADR/mediation in an attempt to settle this matter.

|  |  |
|---|---|
| Plaintiff, | Respectfully submitted<br>The Defendants, TOWN OF CHELSMFORD, et al<br>By their attorneys, |
| /s/ Jerry Coviello<br>Jerry Coviello<br>86 Richardson Road, #1<br>N. Chelmsford, MA 01863<br>(978) 884-8513 | /s/ Jeremy I. Silverfine<br>Jeremy I. Silverfine, BBO #542779<br>Leonard H. Kesten, BBO #542042<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA  02116<br>(617) 880-7100 |

The Defendant,
Michael Horan,
By his attorney,


/s/ Gerry Fabiano
Gerry Fabiano, BBO#157130
Pierce, Davis & Perritano, LLP
10 Winthrop Square
Boston, MA  02110
(617) 350-0950


Date:  May 24, 2007