UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
     Plaintiff                     )
                                   )
         v.                        )    C.A. No. 04-11901-MLW
                                   )
TOWN OF CHELMSFORD et al.,         )
     Defendants                    )

ORDER

WOLF, D.J.

     The parties have jointly requested reference to a magistrate

judge for mediation. That request is hereby ALLOWED. Accordingly,

it is hereby ORDERED that:

     1. The parties shall by, July 31, 2007, participate in the

mediation and inform the court of whether they have settled this

case.

     2. If an agreement is not reached, the parties shall comply

with the attached Pretrial Order.


                                   /s/ Mark L. Wolf
_____    _____
                                   UNITED STATES DISTRICT JUDGE