United States District Court
District of Massachusetts

Jerry Coviello
plaintiff

v.                                    CA# 04-11901-MLW

Town of Chelmsford
Chelmsford, P.D.
et al, Defendants

dated; May 27th, 2007

---

Now comes the plaintiff to inform the court that I have conferred with all the defendants on the matter of settlement. No agreement could be reached at this time. However, we all agree that mediation may be helpful in the settlement of this case. To that end I request that the deadlines

Pg 1

set to file pretrial briefs and other trial documents by June 1, 2007, and other corresponding deadlines be continued for an additional time the court deems appropriate to allow mediation. All parties are in agreement on this.

Respectfully Submitted;

*Jerry Coviello*

Jerry Coviello, Pro-SE
86 Richardson Rd #1
N. Chelmsford, MA. 01863

ph cell 978. 884- 8513
cell 978- 771- 3061 ← main no.

Pg 2