UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY COVIELLO,                    )
                                  )
            Plaintiff,            )        CIVIL ACTION
      v.                          )        NO. 04-11901-MLW
                                  )
TOWN OF CHELMSFORD, et al.,       )
                                  )
            Defendants.           )

## NOTICE OF AND ORDER REGARDING MEDIATION

In accordance with the Notice of Assignment of ADR Provider dated May 30, 2007, the parties are hereby notified that the court has scheduled a mediation conference for **Monday, July 9, 2007, at 10:00 A.M.** in Courtroom #15 on the 5th Floor. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, each party shall submit to Magistrate Judge Dein **no later than three (3) days before the conference** a brief memorandum addressing the party's position on the merits of the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

In the event that you believe the case is not ripe for mediation at this time, please notify opposing counsel and the court as soon as possible.

IT IS SO ORDERED

                                        ____/ s / Judith Gail Dein_____
                                        Judith Gail Dein
DATED:  May 31, 2007                    United States Magistrate Judge