UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO,<br>    Plaintiff,<br><br>V.<br><br>TOWN OF CHELSMFORD, et al<br>    Defendants. | )<br>)<br>)<br>)    C.A. NO.:  04 11901 MLW<br>)<br>)<br>) |

## DEFENDANTS' ASSENTED TO MOTION TO CONTINUE ADR

Now comes the Defendants in the above-entitled case and respectfully request that this Honorable Court continue the ADR Conference from July 9, 2007 to either July 16, 2007 (preferred by all parties), July 31, 2007 or August 1, 2007.

In support thereof, the defendants state that defendants' attorney is presently scheduled to depose a witness with terminal cancer (*Kihanya v. Boston Evening Academy*, Suffolk Superior Court Civil Action No. 2004-00006B) on July 9, 2007 and anticipates that he will be unable to attend the scheduled ADR Conference.

The defendants respectfully request that the court continue the ADR Conference date to either July 16, 2007 (preferred by all parties), July 31, 2007, August 1, 2007 or to another convenient date for the Court.

                                                            Respectfully submitted
                                                            The Defendants
                                                            By their attorneys,

                                                            /s/ Jeremy I. Silverfine
                                                            Jeremy I. Silverfine, BBO #542779
                                                           Leonard H. Kesten, BBO #542042
                                                           Brody, Hardoon, Perkins & Kesten, LLP
                                                           One Exeter Plaza
                                                           Boston, MA  02116
                                                           (617) 880-7100

Assented To:

| Defendant, | Plaintiff, |
| Michael Horan, | Jerry Coviello, |
| By His Attorney, | |

/s/ Gerald Fabiano
Gerald Fabiano, BBO #157130
Pierce, Davis & Perritano, LLP
10 Winthrop Square, 5th Floor
Boston, MA  02110
(617) 350-0950

/s/ Jerry Coviello
Jerry Coviello, *Pro Se*
86 Richardson Road, #1
N. Chelmsford, MA 01863
(978) 771-3061

Date:  June 14, 2007