UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JERRY COVIELLO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11901-MLW |
| | ) | |
| TOWN OF CHELMSFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE WOLF

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On ___July 16, 2007___, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION                     _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL                   _____ SETTLEMENT CONFERENCE

All parties were present in person or by authorized corporate officer, and were represented by counsel, except the plaintiff who is pro se.

The case was:

[ ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ X ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
_____

                                        / s / Judith Gail Dein
                                        Judith Gail Dein, U.S. Magistrate Judge
DATED: July 16, 2007                    ADR Provider