UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY COVIELLO, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>TOWN OF CHELMSFORD, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION<br>NO. 04-11901-MLW |

**REVISED REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE WOLF

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On   July 16, 2007 and thereafter by telephone  , I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    ___X___ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were present in person or by authorized corporate officer, and were represented by counsel, except the plaintiff who is pro se.

The case was:

[ X ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                                                                  / s / Judith Gail Dein
                                                            Judith Gail Dein, U.S. Magistrate Judge
DATED: July 26, 2007                                   ADR Provider