UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD COVIELLO, | ) |
| Plaintiff, | ) ) ) |
| V. | ) C.A. No. 04-11901-MLW |
| TOWN OF CHELMSFORD, ET AL. | ) ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

Now come the plaintiff, Gerald Coviello, and defendants: Town of Chelmsford, Bernard F. Lynch, Raymond McCusker, James Spinney, Jennifer Fay (now Bellisimo), Gary Hannagan, Francis "Frank" Roark, Scott Ubele and Michael Horan, and pursuant to F.R.Civ.P. 41(a)(1) and the terms of the settlement agreement and general release signed by the parties on the 8th day of August, 2007, stipulate to the dismissal with prejudice of this complaint and all allegations, claims and counterclaims asserted by any party in the above referenced civil action.

All parties are to assume their own costs.

Respectfully Submitted,

*/s/ Gerald Coviello*
GERALD COVIELLO,

and

TOWN OF CHELMSFORD,
BERNARD F. LYNCH,
GARY HANNAGAN,
JAMES SPINNEY,
JENNIFER FAY (now BELLISIMO),
FRANCIS "FRANK" ROARK AND
SCOTT UBELE

By:

*/s/ Jeremy I. Silverfine*
Jeremy I. Silverfine
Brody, Hardoon, Perkins &
Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

and

MICHAEL HORAN

By:

*/s/ Gerald Fabiano*
Gerald Fabiano
Of Counsel
Pierce, Davis & Perritano, LLP
10 Winthrop Sq.
Boston, MA 02110
(617) 350-0950